UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ronald R. Brice )
              Plaintiff )
   -vs- )
John Snow, et. al. )
              Defendant )

06-1064 RBW
AFFIDAVIT OF AUTHORIZED SERVICE

Summons, Claim for Declaratory Judgment Affirming Administrative (common-law) Record(s); and Subsequently, Claim for Equitable Relief and Remedy

Received by 1-800-SERVE-EM on September 7, 2006 at 3:29 PM to be served on John Snow , .

I, Brandon Snesko, who being duly sworn, depose and say that on September 12, 2006 at 4:15 PM , I:

Served John Snow by delivering a true copy of the Summons, Claim for Declaratory Judgment Affirming Administrative (common-law) Record(s); and Subsequently, Claim for Equitable Relief and Remedy with the date and hour of service endorsed thereon by me, to LaSalle A. Leak, Mail Clerk, authorized to accept service at 1500 Pennsylvania Ave. N.W. Washington, DC 20220.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Brandon Snesko
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2006163114
Reference: 06-1064 RBW

State of: District of Columbia
County of: District of Columbia
Subscribed and sworn to before me,

Tony Snesko 9-14-2006

NOTARY PUBLIC
Notary Public District of Columbia
My Commission Expires December 14, 2006

RECEIVED
FEB - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT