CLAIMANT:
**Ronald R. Brice**
c/o PO Box 1146
Kimberling City
Missouri

# District Court of the United States
# for the District of Columbia

Article III Constitutional Jurisdiction

| | |
|---|---|
| **Ronald R. Brice** <br> CLAIMANT <br><br> Vs <br><br> **John Snow**, et al. <br> RESPONDENT(S) | No. <br><br> (*CLERK'S ACTION REQUIRED*) <br><br> 06 - 1064 /*RBW* <br><br> **MOTION TO THE CLERK** <br> **FOR ENTRY OF DEFAULT AS TO RESPONDENTS SNOW, EVERSON, STANTON, and MITCHELL** |

COMES NOW THE CLAIMANT to request (move) the Clerk enter the default of the following respondents as having failed to appear or answer within the time allowed by law as presented and notified by summons:

| *PARTY* | *DATE SERVED* |
|---|---|
| John Snow | Sept. 12, 2006 |
| Mark W. Everson | Sept. 14, 2006 |

---

**Page 1** of 2
BRICE v Secretary PRAECIPE 4 DEFAULT.rtf

**Walter H. Stanton**          **Sept. 14, 2006**

Evidence of service is presented herewith for entry in the record of the court.

Presented herewith are individual (proposed) Certificate(s) of Default as to these three respondents.

Respectfully presented this 31st day of January 2007.

Ronald R. Brice
Claimant