CLAIMANT:
**Ronald R. Brice**
c/o PO Box 1146
Kimberling City
Missouri

# District court of the United States
# for the District of Columbia

Article III Constitutional Jurisdiction

| | |
|---|---|
| **Ronald R. Brice** | No. |
| CLAIMANT | |
| Vs | **06 - 1064** |
| **John Snow**, et al. | **CLERK'S** |
| RESPONDENT(S) | **CERTIFICATE OF DEFAULT** |
| | **AS TO RESPONDENT SNOW** |

THE CLERK, upon motion of the Claimant, and having reviewed the evidence of service, finds that Respondent John Snow was served on the 12th day of September 2006, more than sixty days has expired exclusive of the day of service, and Respondent John Snow has not answered or otherwise appeared to the record.

**Respondent John Snow is in DEFAULT.**

Certified and entered by the Clerk this ___ day of _____, 2007

CLERK: _____

By: _____
    (Deputy)

*Prepared and presented by:*

*[signature]*
*Ronald R. Brice*
*Claimant*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ronald R. Brice | ) | 06-1064 RBW |
| Plaintiff | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| -vs- | ) | Summons, Claim for Declaratory Judgment |
| John Snow, et. al. | ) | Affirming Administrative (common-law) Record(s); |
| Defendant | ) | and Subsequently, Claim for Equitable Relief and Remedy |

Received by 1-800-SERVE-EM on September 7, 2006 at 3:29 PM to be served on John Snow, .

I, Brandon Snesko, who being duly sworn, depose and say that on September 12, 2006 at 4:15 PM, I:

Served John Snow by delivering a true copy of the Summons, Claim for Declaratory Judgment Affirming Administrative (common-law) Record(s); and Subsequently, Claim for Equitable Relief and Remedy with the date and hour of service endorsed thereon by me, to LaSalle A. Leak, Mail Clerk, authorized to accept service at 1500 Pennsylvania Ave. N.W. Washington, DC 20220.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Brandon Snesko
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2006163114
Reference: 06-1064 RBW

State of: District of Columbia
County of: District of Columbia
Subscribed and sworn to before me,

_Tony Snesko_   9-14-2006
NOTARY PUBLIC

Notary Public District of Columbia
My Commission Expires December 14, 2006

file://C:\Documents and Settings\Tony Snesko\My Documents\Same Day\Temporary\Eve...   9/14/2006

CLAIMANT:
**Ronald R. Brice**
c/o PO Box 1146
Kimberling City
Missouri

# District court of the United States
# for the District of Columbia
### Article III Constitutional Jurisdiction

| | |
|---|---|
| **Ronald R. Brice** <br> CLAIMANT <br> Vs <br> **John Snow**, et al. <br> RESPONDENT(S) | No. <br> **06 - 1064** <br> **CLERK'S** <br> **CERTIFICATE OF DEFAULT** <br> **AS TO RESPONDENT EVERSON** |

THE CLERK, upon motion of the Claimant, and having reviewed the evidence of service, finds that Respondent Mark W Everson was served on the 14th day of September 2006, more than sixty days has expired exclusive of the day of service, and Respondent Mark W. Everson has not answered or otherwise appeared to the record.

**Respondent Mark W. Everson is in DEFAULT.**

Certified and entered by the Clerk this ___ day of _____, 2007

CLERK: _____

By: _____
       (Deputy)

*Prepared and presented by:*

*[signature]*

Ronald R. Brice
Claimant

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ronald R. Brice | ) | 06-1064 RBW |
| Plaintiff | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| -vs- | ) | Summons, Claim for Declaratory Judgment |
| John Snow, et. al. | ) | Affirming Administrative (common-law) Record(s); |
| Defendant | ) | and Subsequently, Claim for Equitable Relief and Remedy |

Received by 1-800-SERVE-EM on September 7, 2006 at 3:29 PM to be served on Mark W. Everson, .

I, B. Tony Snesko, who being duly sworn, depose and say that on September 14, 2006 at 2:20 PM, I:

Served Mark W. Everson by delivering a true copy of the Summons, Claim for Declaratory Judgment Affirming Administrative (common-law) Record(s); and Subsequently, Claim for Equitable Relief and Remedy with the date and hour of service endorsed thereon by me, to Gerald Ryan, Office of Chief Counsel, authorized to accept service at 1901 Bell Street Alexandria, VA 22301.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

B. Tony Snesko
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2006163100
Reference: 06-1064 RBW

1-800-SERVE-EM
Airport Process, Inc.

State of: District of Columbia
County of:
Subscribed and sworn to before me
9-14-2006
NOTARY PUBLIC

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

CLAIMANT:
**Ronald R. Brice**
c/o PO Box 1146
Kimberling City
Missouri

# District court of the United States
# for the District of Columbia

Article III Constitutional Jurisdiction

| | |
|---|---|
| **Ronald R. Brice** | No. |
| CLAIMANT | |
| Vs | **06 - 1064** |
| **John Snow**, et al. | **CLERK'S** |
| RESPONDENT(S) | **CERTIFICATE OF DEFAULT** |
| | **AS TO RESPONDENT STANTON** |

THE CLERK, upon motion of the Claimant, and having reviewed the evidence of service, finds that Respondent Walter H. Stanton was served on the 14th day of September 2006, more than sixty days has expired exclusive of the day of service, and Respondent Walter H. Stanton has not answered or otherwise appeared to the record.

**Respondent Walter H. Stanton is in DEFAULT.**

Certified and entered by the Clerk this ___ day of _____, 2007

CLERK: _____

By: _____
    (Deputy)

Prepared and presented by:

_Ronald R. Brice_
Claimant

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ronald R. Brice | ) | 06-1064 RBW |
| Plaintiff | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| | ) | |
| -vs- | ) | Summons, Claim for Declaratory Judgment |
| John Snow, et. al. | ) | Affirming Administrative (common-law) Record(s); |
| Defendant | ) | and Subsequently, Claim for Equitable Relief and Remedy |

Received by 1-800-SERVE-EM on September 7, 2006 at 3:22 PM to be served on Walter H. Stanton (Agent #24-06-2516), .

I, B. Tony Snesko, who being duly sworn, depose and say that on September 14, 2006 at 2:20 PM , I:

Served Walter H. Stanton (Agent #24-06-2516) by delivering a true copy of the Summons, Claim for Declaratory Judgment Affirming Administrative (common-law) Record(s); and Subsequently, Claim for Equitable Relief and Remedy with the date and hour of service endorsed thereon by me, to Gerald Ryan, Office of Chief Counsel, authorized to accept service at 1901 Bell Street Alexandria, VA 22301.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

B. Tony Snesko
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2006162972
Reference: 06-1064 RBW

State of: District of Columbia
County of:
Subscribed and sworn to before me,

9-14-2006

NOTARY PUBLIC

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ronald R. Brice | ) | 06-1064 RBW |
| Plaintiff | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| -vs- | ) | Summons, Claim for Declaratory Judgment |
| John Snow, et. al. | ) | Affirming Administrative (common-law) Record(s); |
| Defendant | ) | and Subsequently, Claim for Equitable Relief and Remedy |

Received by 1-800-SERVE-EM on September 7, 2006 at 3:28 PM to be served on R.A. Mitchell, Signatory Agent for Walter H. Stanton (Agent #24-06-2516), .

I, B. Tony Snesko, who being duly sworn, depose and say that on September 14, 2006 at 2:20 PM , I:

Served R.A. Mitchell, Signatory Agent for Walter H. Stanton (Agent #24-06-2516) by delivering a true copy of the Summons, Claim for Declaratory Judgment Affirming Administrative (common-law) Record(s); and Subsequently, Claim for Equitable Relief and Remedy with the date and hour of service endorsed thereon by me, to Gerald Ryan, Office of Chief Counsel, authorized to accept service at 1901 Bell Street Alexandria, VA 22301.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

B. Tony Snesko
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2006163063
Reference: 06-1064 RBW

State of: *District of Columbia*
County of:
Subscribed and sworn to before me,

_____ 9-14-2006
NOTARY PUBLIC

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011