Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

RONALD R. BRICE

    Plaintiff(s)

    V.

Civil Action No. 06-1064 RBW

JOHN SNOW, ET AL.,

    Defendant(s)

RE: MARK W. EVERSON
    WALTER H. STANTON

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 9/14/06, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of February, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk