Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RONALD R. BRICE

Plaintiff(s)

Civil Action No.  06-1064 RBW

V.

JOHN SNOW, ET AL.,

Defendant(s)

RE:  JOHN SNOW

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint     on          9/12/06          , and an affidavit on behalf of the plaintiff having been filed, it is this  5th  day of  February ,  2007  declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

Deputy Clerk