District Court of the United States
for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001-2802                    April 10, 2007

From:
Ronald R. Brice                              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
P O Box 1146
Kimberling City, MO 65686

To whom it may concern:

This attachment will certify that I, Ronald R. Brice, hereinafter Declarant, in 2002, initiated a request through the Freedom of Information Act (FOIA) to determine whether Declarant was a tax-payer, and to discover what the IRS showed in their records about the social security number Declarant had been assigned when Declarant was a young man, not knowing at the time that Declarant did not have to apply for a social security number. Declarant's pending boss would not hire Declarant without a social security number, a practice that Declarant now believes is illegal. See Declarant FOIA request dated May 16, 2002.

Declarant discovered through the FOIA (see attached letters to the IRS dated 11/19/02 and 12/13/02) that the IRS had erroneous records on file under the social security number listed above. Declarant wrote the 11/19/02 and 12/13/02 letters notifying the IRS that the records they had filed under 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 were in error. If you will note the last paragraph on page 9 of 10 of the 12/13/02 letter to the IRS, Declarant asked the IRS to refute any and all facts enclosed in the 12/13/02 letter within 30 days, or otherwise, by not responding, the IRS would be considered to be in agreement with Declarant's 12/13/02 letter.

Declarant waited patiently, without ever having the courtesy of a response, nor a rebuttal/clarification/correction letter from the IRS to Declarant's 12/13/02 position. Finally, on 10/18/05, Declarant wrote once again (see Declarant's 10/18/05 letter attached) to the IRS a letter of "Report of Fraudulent and Misleading Postings on the Master File of Ronald Brice" wherein in paragraph 1 on page 12 of 12, Declarant told the IRS that if they fail to perform according to Declarant's 10/18/05 letter that Declarant would be forced to litigate. Please see paragraphs 5 and 6 on page 12 of 12 of Declarant's 10/18/05 letter instructing the IRS to rebut Declarant's position within 30 days or their silence would be considered their (IRS's) agreement with Declarant's 10/18/05 letter. To date Declarant has not had the courtesy of any response whatsoever to either Declarant's 11/19/02 letter to the IRS, 12/13/02 letter to the IRS, or Declarant's 10/18/05 letter to the IRS in spite of continued harassment by the IRS through threats, illegal filings of lien, illegal confiscation of Declarant's private property, slander against Declarant, illegal subpoena's being served on banking institutions, and a significant number of intimidating letters to which Declarant consistently and timely responded to the IRS with rebuttal letters. Never once did the IRS have the courtesy to respond to any of Declarant's letters of rebuttal wherein Declarant quoted specific law, court cases, etc., except to tell Declarant that Declarant's requests for hearings were not going to be granted because "Declarant's position was frivolous" (Declarant's paraphrase) without quoting IRS/CFR's baking up the IRS statement/s of frivolity.

It should be very clear from the attached documents that the IRS, by their failure to respond to either of these above mentioned letters, has agreed with Declarant's position that Declarant is not a taxpayer.

Further, their failure to produce a copy of IRS Form 23C as requested by Declarant's (see attached Soverign People's Claim # 06-1116 letter dated 11/16/06) letter requesting a Due Process Hearing and a copy of a Form 23C specifically identifying Declarant as an obligated party. The lack of response by the IRS by providing a Form 23C in response to this letter dated 11/16/06 validates that the IRS does not consider Declarant a taxpayer, nor does the IRS officially consider that Declarant has a tax obligation to the IRS.

The attached documents are a true record of FOIA/Privacy Act Requests and corrective notices between claimant and the United States internal revenue authorities.

Respectfully submitted,

Ronald R. Brice
Declarant

Enclosures:

FOIA requests dated:
    5/13/02, 5/14/02, 5/16/02, 06/07/02, 11/19/02, and 11/12/02

FOIA responses dated
    06/21/02, 06/21/02, 07/30/02, 10/31/02

Note: missing is the initial FOIA request for a 23-C Form

FOIA response to the initial 23-C request dated
    04/28/06

FOIA request for 23-C Form dated
    11/16/2006   (no response ever received)

Report of decoded IMF dated   11/19/02

Report of False and Misleading Posting to IMF dated 12/13/02

Report of False and Misleading Posting to IMF dated 10/18/05