*file copy*

## FREEDOM OF INFORMATION ACT and PRIVACY ACT REQUEST

Certified Mail Number: 7002 0510 0002 1724 2445

To:
IRS FOIA Request
St. Louis Disclosure Office
Mail Stop 7000 STL, Room 9.206
1222 Spruce Street
St. Louis, MO 63103

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

From:
Ronald Brice
PO Box 1146
Kimberling City, MO 65686

Account#: 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
RE: NMF Specific-not literal
May 14, 2002

Dear Disclosure Officer:

1. This is a request under the Privacy Act, 5 USC 552a, and the Freedom of Information Act, 5 USC 552, and appropriate regulations thereunder. If the requested existing records / documents are not kept at the address listed above, please forward this request to the office where they are located, as required in the nature of House Report 105-37 of the 105th Congress: "<u>A requester is not required to identify the specific system of records that contains the information being sought. It is sufficient to identify the agency that has the records. Using the information provided by the requester, the agency will determine the system of records that has the files that have been requested</u>".

2. I, Ronald Brice, hereinafter Requester, firm promise to pay fees and costs for locating, duplicating, reviewing and certifying existing records and/or existing files, items for information requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

3. Requester believes that the documents requested herein are publicly available, within the custody of your facility and not exempt or excluded under any statute, regulation, or rule. If some or if this entire request is exempt from release, please furnish Requester with those portions reasonably segregable and provide Requester with an indexing, itemization and detailed justification concerning information not released.

4. If the requested documents do not exist, please certify that they do not using Form 3050 (Certificate of Lack of Records).

5. Requester is making this request as a category "OTHER" requester.

6. Requester waives personal inspection of all requested existing records/documents/items.

FOIA Request
NMF page 1 of 2
Affidavit

7. Requester understands the penalties for requesting or obtaining access to existing documents and/or records under false pretense. Requester declares under penalty of perjury under the laws of the united States of America, that Requester is the party making this request and that the facts stated herein are true, correct, and complete to the best of requester's present knowledge and belief.

8. Notice is hereby given that, IF YOU FAIL TO FURNISH WITHIN 30 DAYS OF RECEIPT OF THIS LETTER ANY REQUESTED DOCUMENT (S) OR A PROPER EXPLANATION AS REQUESTED IN ABOVE PARAGRAPH NUMBER 3, YOUR FAILURE TO FURNISH OR EXPLAIN SHALL BE CONSTRUED AS PRIMA FACIE EVIDENCE THAT YOU ARE UNABLE TO PRODUCE SAID DOCUMENTS AND SHALL CREATE THE LEGAL PRESUMPTION THAT THE REQUESTED DOCUMENTS DO NOT EXIST. If you need an extension of time, please request it in writing.

9. BACKGROUND: According to the IRM Non Master File, there must be an "OFFICIAL INTERNAL REVENUE SERVICE NON-MASTER FILE TRANSCRIPT" created before any assessment for any type of tax can be issued.

10. This request pertains to the years: 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

11. Please send Requester an un-tampered, unaltered, legible, clear, concise, true, and complete copy of the existing records and/or existing files identified as "OFFICIAL INTERNAL REVENUE SERVICE NON MASTER FILE TRANSCRIPT" Specific not literal (NMF) for the above years that pertain to the above reference Requester and account number that would have been created before any assessment could be created.

Respectfully,

*Ronald Brice*
Ronald Brice, Requester

# AFFIDAVIT

State of  _Missouri_  )
                     )  SS
County of _Stone_    )

I, Ronald Brice, hereinafter Affiant, do state by first hand knowledge under penalty of perjury under the laws of the united States of America, that this Affiant is requesting information under the Freedom Of Information Act pursuant to Affiant's account number 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.

Further Affiant sayeth nought.

_Ronald Brice_
(Signature of Affiant)

## Notary Statement

State of  _Missouri_  )
                     )  SS
County of _Stone_    )

On the _6_ of _June_, 2002 AD before me, appeared

_Ronald Brice_

personally known to me, or presented satisfactory evidence to be the party whose name is sworn and subscribed to the above instrument. Witness my hand and seal.

Notary Signature: _Phyllis J. Oles_

My Commission Expires _6_ / _17_ / _03_

PHYLLIS J. OLES           Notary Public
Stone County          State of Missouri
My Commission Expires June 17, 2003