*certified mail # 7001 2510 0005 2293 0421*

## FREEDOM OF INFORMATION ACT and PRIVACY ACT REQUEST

To:
IRS FOIA Request
Austin Disclosure Office
Mail Stop 7000 AUS
300 East 8th Street, Room 262
Austin, TX 78701

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

From:
Ronald Brice
P.O. Box 1146
Kimberling City, MO 65686

November 11, 2002
Account Number: 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
RE: Document Locator Numbers

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act and/or Privacy Act, 5 USC 522 and appropriate regulations thereunder. If this request is addressed to the improper party/parties please forward to the proper party/parties immediately with a letter of acknowledgement of such forwarding to Requester.
2. I, Ronald Brice, hereinafter Requester, makes this firm promise to pay fees and costs for locating, duplication, and reviewing existing documents for information requested below. If there are any costs, please send an estimate or please waive costs.
3. Requester is making this in the classification of "other requester".
4. If some or all of request is exempt from release, please send those portions reasonably segregated and provide Requester with indexing, itemization, and detailed justification concerning the information, which you are not releasing.
5. Requester understands the penalties for requesting or obtaining access to documents under false pretense. Requester waives personal inspection of all requested items.
6. Requester is requesting the following documents for the years: 1999
7. Requester understands the penalties for requesting or obtaining access to existing documents/records/items under false pretense. Requester declares under penalty of perjury under the laws of united States of America, pursuant to 28 USC 1746, that the foregoing is true, complete and correct to the best of Requester's firsthand knowledge and belief. Requester is the party making this request with Requester's signature appearing below.
8. Background: On the 1999 MCC INDIVIDUAL MASTER FILE TRANSCRIPT SPECIFIC that is specific to the above referenced Requester and account number there are Seven (7) different Document Locator Number (14 digit). One (1) of these Document Locator Numbers have their own specific Transaction Code, Effective Date, Cycle Date, Document Code and Blocking Series.
A copy of which is attached hereto and incorporated herein as EXHIBIT A.
9. Per # 8 above, please send Requester un-tampered, unaltered, legible, clear, concise, true, and complete copy of any existing documents/forms associated with each of these one transaction listed herein:

| TC  | Effective Date | Cycle Dates | DLN              | Doc Code | Julian Dates | Block Series |
|-----|---------------|-------------|------------------|----------|--------------|--------------|
| 716 | 04151999      | 199920      | 18221-121-88541-9| 21       | 121          | 885          |

Thank you,

*[signature]*
Ronald Brice, Requester

001146

PAGE NO-0002  TAX PERIOD 30 199912*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*   EMP NO 79-153-26446
TEAGUE F-1468

ACCOUNT NO 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         06-13-2002
NAME CONT- BRIC                CYCLE-200224



| Line # | Transsaction Code | Effective Date | Debit / Credit | Cycle Date | DLN / PRC | | |
|---|---|---|---|---|---|---|---|
| | | | | | F8615- UNAPPLD CR ELECT- | | 0.00 |
| | | | | | ES TAX PAYMENT- | | 64,400.00 |
| | | | | | HIGH INCOME-- DIR DEP REJ RSN CD-00 | | |
| | | | | | PUTI- 0 | SUTI- | 0 |
| | | | | | PMEI- 0 | SMEI- | 0 |
| | | | | | PMTI- 0 | SMTI- | 0 |
| 101 | 430 | 04171999 | 12.00- | 199917 | 75220-109-21566-9 DLN# PRC- | | |
| 102 | 716 | 04151999 | 16,088.00- | 199920 | 18221-121-88541-9 DLN# AVAILABILITY DT- | | |
| 103 | 430 | 06191999 | 16,100.00- | 199926 | 92220-171-36823-9 DLN# PRC- | | |
| 104 | 430 | 09151999 | 16,100.00- | 199939 | 75220-260-16641-9 DLN# PRC- | | |
| 105 | 430 | 01162000 | 16,100.00- | 200004 | 73220-018-09942-0 DLN# PRC- | | |
| 106 | 610 | 04152000 | 13,691.00- | 200019 | 92270-121-89478-0. DLN# PRC- | | |
| | MF STAT-12 07172000 | | 0.00 | 200027 | 107-Line# | | |

↑ Master File Status Codes

**Notice** This document must be filed as a permanent part of the referenced name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit _____A_____

# AFFIDAVIT

State of _Missouri_ )
                                    ) SS
County of _Stone_ )

I, Ronald Brice, hereinafter Affiant, do state by first hand knowledge under penalty of perjury under the laws of the united States of America, that this Affiant is requesting information under the Freedom Of Information Act pursuant to Affiant's account number 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.

Further Affiant sayeth nought.

_____
(Signature of Affiant)

## Notary Statement

State of _Missouri_ )
                               ) SS
County of _Stone_ )

On the _19th_ of _November_, 2002 AD before me, appeared _Ronald Brice_ personally known to me, or presented satisfactory evidence to be the party whose name is sworn to and subscribed to the above instrument.

Witness my hand and seal.

Notary Signature: _Brenda F. Nolan_

My Commission Expirers _5_ / _20_ / _2004_