

*Certified mail # 7002 2030 0007 2138 5157*

*file copy*

## FREEDOM OF INFORMATION ACT and PRIVACY ACT REQUEST

To:
IRS FOIA Request
St. Louis Disclosure Office
Mail Stop 7000 STL, Room 9.206
1222 Spruce Street
St. Louis, MO 63103

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

From:
Ronald Brice
P.O. Box 1146
Kimberling City, MO 65686

November 12, 2002
Account Number: 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
RE: Document Locator Numbers

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act and/or Privacy Act, 5 USC 522 and appropriate regulations thereunder. If this request is addressed to the improper party/parties please forward to the proper party/parties immediately with a letter of acknowledgement of such forwarding to Requester.

2. I, Ronald Brice, hereinafter Requester, makes this firm promise to pay fees and costs for locating, duplication, and reviewing existing documents for information requested below. If there are any costs, please send an estimate or please waive costs.

3. Requester is making this in the classification of "other requester".

4. If some or all of request is exempt from release, please send those portions reasonably segregated and provide Requester with indexing, itemization, and detailed justification concerning the information, which you are not releasing.

5. Requester understands the penalties for requesting or obtaining access to documents under false pretense. Requester waives personal inspection of all requested items.

6. Requester is requesting the following documents for the years: 1999

7. Requester understands the penalties for requesting or obtaining access to existing documents/records/items under false pretense. Requester declares under penalty of perjury under the laws of united States of America, pursuant to 28 USC 1746, that the foregoing is true, complete and correct to the best of Requester's firsthand knowledge and belief. Requester is the party making this request with Requester's signature appearing below.

8. Background: On the 1999 MCC INDIVIDUAL MASTER FILE TRANSCRIPT SPECIFIC that is specific to the above referenced Requester and account number there are Seven (7) different Document Locator Number (14 digit). Five (5) of these Document Locator Numbers have their own specific Transaction Code, Effective Date, Cycle Date, Document Code or Blocking Series.

A copy of which is attached hereto and incorporated herein as EXHIBIT A.

9. Per # 8 above, please send Requester un-tampered, unaltered, legible, clear, concise, true, and complete copy of any existing documents/forms associated with each of these five transaction listed herein:

| TC | Effective Date | Cycle Dates | DLN | Doc Code - | Julian Dates- | Block Series |
|----|---------------|-------------|-----|-----------|---------------|--------------|
| 430 | 04171999 | 199917 | 75220-109-21566-9 | 20 | 109 | 215 |
| 430 | 06191999 | 199926 | 92220-171-36823-9 | 20 | 171 | 368 |
| 430 | 09151999 | 199939 | 75220-260-16641-9 | 20 | 260 | 166 |
| 430 | 01162000 | 200004 | 73220-018-09942-0 | 20 | 018 | 099 |
| 610 | 04152000 | 200019 | 92270-121-89478-0 | 70 | 121 | 894 |

Thank you,

Ronald Brice, Requester

FOIA Request Page 1 of 1

01146

AGE NO-0002 TAX PERIOD 30 199912*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-26446
TEAGUE F-1468

ACCOUNT NO 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
NAME CONT- BRIC

06-13-2002
CYCLE-200224



F8615-    UNAPPLD CR ELECT-          0.00
            ES TAX PAYMENT-      64,400.00
HIGH INCOME-     DIR DEP REJ RSN CD-00
PUTI-            O    SUTI-              O
PMEI-            O    SMEI-              O
PMTI-            O    SMTI-              O

Transaction Code
Effective Date

Debit / Credit
Cycle Date

| Line | | | | | |
|---|---|---|---|---|---|
| 101 | 430 | 04171999 | 12.00- | 199917 | 75220-109-21566-9 PRC- |
| 102 | 716 | 04151999 | 16,088.00- | 199920 | 18221-121-88541-9 AVAILABILITY DT- |
| 103 | 430 | 06191999 | 16,100.00- | 199926 | 92220-171-36823-9 PRC- |
| 104 | 430 | 09151999 | 16,100.00- | 199939 | 75220-260-16641-9 PRC- |
| 105 | 430 | 01162000 | 16,100.00- | 200004 | 73220-018-09942-0 PRC- |
| 106 | 610 | 04152000 | 13,691.00- | 200019 | 92270-121-89478-0 RRC- |

1F STAT-12 07172000          0.00    200027    101 - Line #

Master File
Status Codes

**Notice** This document must be filed as a permanent part of the referenced name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit ___ A