

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

JUN 2 1 2002

Mr. Ronald Brice
P.O. Box 1146
Kimberling City, MO  65686

Dear Mr. Brice:

This is the final response to your Freedom of Information Act (FOIA) and Privacy Act request dated May 16, 2002, and received in this office on June 11, 2002.  You are requesting a copy of the "existing records and/or existing files identified as Individual Master File (IMF) specific and not literal; Data Service, Treasury / IRS 24.030" pertaining to you for tax years 1995 through 2002.

Your request is granted in full.  Enclosed are the only documents located responsive to your request.

Please be advised that neither the FOIA nor the Privacy Act require documents to be certified in response to a request.  Certification merely means that the document is a true copy of a document in Internal Revenue Service records.  It does not speak to the accuracy or validity of the contents of the document.  There is a fee for certification of $1.00 per document.  Separate certifications are made for each document, which normally has an independent identity, and for each taxable period involved.  If you are still in need of certified copies, please let us know.

If you have any questions, please contact Sheila Teague, Badge Number 43-11460, at (314) 612-4390 or, **if you prefer, you may write to Internal Revenue Service, Mail Stop 7000 STL, P.O. Box 66781, St. Louis, Missouri 63166**, and reference number 02-01468.

Sincerely,

Karen Hines

Karen Hines
Disclosure Officer, St. Louis
Governmental Liaison and Disclosure

Enclosures (21)

001151

PAGE NO-0001

```
                    *IMF MCC TRANSCRIPT-ENTITY*
                                                    EMP NO 79-153-264
ACCOUNT NO 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                              TEAGUE F-1468
NAME CONT- BRIC                    06-13-2002
*******************************  CYCLE-200224  ***************************
FOR-7915326446 BY-7915326446 ON-06132002 TYP-E
TIME-11:18 SRC-I    TEAGUE F-1468          PROCESSED ON-164
                                           ENTITY FOUND ON ACTIVE MF


1988 2 RONALD R & MARLENE P BRICE
        PO BOX 1146
200120 KIMBERLING CY        MO 65686-1146-467          BODC-SB BODCLC-V
                                                       SPOUSE SSN-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
LOC-4329                     PRIOR NAME CONTROL-              FZ>    -
YEAR REMOVED-       ENT EXT CYC-200224  MFR-05  VAL-1 IRA-            CAF-
                                        FYM-12  SCS-2  CRINV- ·130-
                                        RPTR-   PMF-   SHELT-  BNKRPT-  BLLC-
                                        ACCRETION-                      MIN SE-
                                        JUSTIFICATION-1  IRS EMPL-   FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-     CND-E FLC-00 200027

    150 -----------------------196718
    152 -----------------------196820        36213-106-25806-7
    152 -----------------------196913        36212-111-39996-8
    152 -----------------------197223        36222-074-00084-9
    016 -----------------------198230        36221-141-01140-2
                                             09263-597-00421-2
                                             JUSTIFICATION-
    152 -----------------------198340        HIST NAME CTRL-
    152 -----------------------198646        18221-246-10444-3
    014 -----------------------198713        18221-292-35943-6
    152 -----------------------198743        18263-482-00898-7
    152 -----------------------198824        18221-283-01737-7
    971 -----------------------199621        18221-142-18549-8
    152 -----------------------200001        18211-125-29724-6
    014 -----------------------200027        75277-999-99999-0
    971 -----------------------200120        81222-151-78204-0
    152 -----------------------200224        09263-524-80310-1
MODULES REMOVED TO RETENTION REG-------      28277-999-99999-2
                                        30  196612  DO-36  CYCLE-197101
                                        30  196712  DO-36  CYCLE-197201
                                        30  196812  DO-36  CYCLE-197401
                                        30  196912  DO-36  CYCLE-197301
                                        30  197012  DO-36  CYCLE-197401
                                        30  197112  DO-36  CYCLE-197501
                                        30  197212  DO-36  CYCLE-197601
                                        30  197312  DO-36  CYCLE-197801
                                        30  197412  DO-36  CYCLE-197901
                                        30  197512  DO-36  CYCLE-198101
                                        30  197612  DO-31  CYCLE-198501
****************************CONTINUED ON NEXT PAGE*****   30  197712  DO-37  CYCLE-198401
```

001134

PAGE NO-0001

*IMF MCC TRANSCRIPT-COMPLETE*

EMP NO 79-153-264
TEAGUE F-146E

ACCOUNT NO 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                    06-13-2002
NAME CONT- BRIC                      CYCLE-200224
*******************************************************************
FOR-7915326446 BY-7915326446 ON-06132002 TYP-C
TIME-11:18 SRC-1    TEAGUE F-146B        PROCESSED ON-164
                                    ENTITY AND TAX MODULE DATA FOUND ON MF

1988 2 RONALD R & MARLENE P BRICE
       PO BOX 1146
200120 KIMBERLING CY          MO 65686-1146-467      BODC-SB BODCLC-V
                                                     SPOUSE SSN-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
LOC-4329                              PRIOR NAME CONTROL-              FZ>
YEAR REMOVED-        ENT EXT CYC-200224  MFR-05  VAL-1 IRA-            CAF-
                                         FYM-12  SCS-2  CRINV-  130-
                                         RPTR-  PMF-  SHELT-  BNKRPT-  BLLC-
                                         ACCRETION-                   MIN SE-
                                         JUSTIFICATION-1  IRS EMPL-  FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-       CND-E FLC-00 200027

    150 ------------------------196718          36213-106-25806-7
    152 ------------------------196820          36212-111-39996-8
    152 ------------------------196913          36222-074-00084-9
    152 ------------------------197223          36221-141-01140-2
    016 ------------------------198230          09263-597-00421-2
                                                JUSTIFICATION-
                                                HIST NAME CTRL-
    152 ------------------------198340          18221-246-10444-3
    152 ------------------------198646          18221-292-35943-6
    014 ------------------------198713          18263-482-00898-7
    152 ------------------------198743          18221-283-01737-7
    152 ------------------------198824          18221-142-18549-8
    152 ------------------------199621          18211-125-29724-6
    971 ------------------------200001          75277-999-99999-0
    152 ------------------------200027          81222-151-78204-0
    014 ------------------------200120          09263-524-80310-1
    971 ------------------------200224          28277-999-99999-2

LOWER LEVEL MODS-INPUT SPECIFIC OR L REQ 30 198812
                                         30 199712
MODULES REMOVED TO RETENTION REG---------30 196612   DO-36   CYCLE-197101
                                         30 196712   DO-36   CYCLE-197201
                                         30 196812   DO-36   CYCLE-197401
                                         30 196912   DO-36   CYCLE-197301
                                         30 197012   DO-36   CYCLE-197401
                                         30 197112   DO-36   CYCLE-197501
                                         30 197212   DO-36   CYCLE-197601
                                         30 197312   DO-36   CYCLE-197801
                                         30 197412   DO-36   CYCLE-197901
*************************CONTINUED ON NEXT PAGE*************************

001135

PAGE NO-0002

```
                    *IMF MCC TRANSCRIPT-COMPLETE*
                                                        EMP NO 79-153-264
ACCOUNT NO 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                                  TEAGUE  F-1468
  NAME CONT- BRIC              06-13-2002
********************************CYCLE-200224*********************************
                          30  197512    DO-36   CYCLE-198101
                          30  197612    DO-31   CYCLE-198501
                          30  197712    DO-37   CYCLE-198401
                          30  197812    DO-36   CYCLE-198501
                          30  197912    DO-36   CYCLE-198701
                          30  198012    DO-36   CYCLE-198801
                          30  198112    DO-75   CYCLE-199301
                          30  198212    DO-75   CYCLE-199001
                          30  198312    DO-75   CYCLE-199201
                          30  198412    DO-75   CYCLE-199301
                          30  198512    DO-75   CYCLE-199301
                          30  198612    DO-75   CYCLE-199401
                          30  198712    DO-75   CYCLE-199601
                          30  198912    DO-75   CYCLE-199801
                          30  199012    DO-75   CYCLE-199701
                          30  199112    DO-75   CYCLE-199901
                          30  199212    DO-75   CYCLE-200001
                          30  199312    DO-91   CYCLE-200101
                          30  199412    DO-75   CYCLE-200001
                          30  199512    DO-91   CYCLE-200101
***************************30  199612    DO-43   CYCLE-200201
* TAX PERIOD 30    199812 *
**************************          REASON CD-              MOD EXT CYC-
FS-2         CRINV-              LIEN-  18221-121-88541-9    CAF-   FZ>
TDA COPYS-                              TDI COPYS-
        INT TOLERANCE-   MATH INCREASE- HISTORICAL DO-75 BWNC-     BWI-
MF MOD BAL-                0.00
ACRUED INTEREST-     0.00  06242002           CSED-05312009
ACCRUED PENALTY-     0.00  20020624           RSED-04152002
FMS- IA CD-0                                  ARDI-0              ASED-0415200
   150 05311999        58,145.00      199920
                                 18221-121-88541-9 D CD-            SRC-
              RCC-              ERR-    TAX PER T/P-           58,145.00
RET RCVD DT-04151999
                                          F/C-  AGI-     279,114.00
                            FOREIGN-           FARM-   MF P-
                            XRF-               AEIC-           0.00
                            NAI-        EXMPT-02 NRGY-          0.00
                            LTEX-          TAXABLE INC-  206,993.00
                            PENALTY SUPP-           SET-        0.00
                                           TOTAL WAGES-   55,617.00
                            MDP-          TOTAL INC TX-   58,145.00
                                         EST TAX BASE-    58,145.00
                                          PR YR BASE-     50,167.00
************************CONTINUED ON NEXT PAGE**SHORT YR CD-  ES FORGIVENESS %- 0
```

001152

PAGE NO-0002

*IMF MCC TRANSCRIPT-ENTITY*

EMP NO 79-1 53-264

ACCOUNT NO 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                        06-13-2002                    TEAGUE  F-146E
NAME CONT- BRIC                          CYCLE-200224
****************************************************************************

| | | | |
|---|---|---|---|
| 30 | 197812 | DO-36 | CYCLE-198501 |
| 30 | 197912 | DO-36 | CYCLE-198701 |
| 30 | 198012 | DO-36 | CYCLE-198801 |
| 30 | 198112 | DO-75 | CYCLE-199301 |
| 30 | 198212 | DO-75 | CYCLE-199001 |
| 30 | 198312 | DO-75 | CYCLE-199201 |
| 30 | 198412 | DO-75 | CYCLE-199301 |
| 30 | 198512 | DO-75 | CYCLE-199301 |
| 30 | 198612 | DO-75 | CYCLE-199401 |
| 30 | 198712 | DO-75 | CYCLE-199601 |
| 30 | 198912 | DO-75 | CYCLE-199801 |
| 30 | 199012 | DO-75 | CYCLE-199701 |
| 30 | 199112 | DO-75 | CYCLE-199901 |
| 30 | 199212 | DO-75 | CYCLE-200001 |
| 30 | 199312 | DO-91 | CYCLE-200101 |
| 30 | 199412 | DO-75 | CYCLE-200001 |
| 30 | 199512 | DO-91 | CYCLE-200101 |
| 30 | 199612 | DO-43 | CYCLE-200201 |

001136

PAGE NO-0003   TAX PERIOD 30 199812*CONTINUED

*IMF MCC TRANSCRIPT-COMPLETE*                    EMP NO 79-153-264
                                                    TEAGUE F-1468
ACCOUNT NO 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              06-13-2002
NAME CONT- BRIC                    CYCLE-200224
*********************************************************************
                              1ST SE--      0.00      2ND SE-      0.0
                              ACCT TYPE--
                              EFT-0
                              F8615--  UNAPPLD CR ELECT-              0.0
                                       ES TAX PAYMENT-      34,000.0
                              HIGH INCOME--    DIR DEP REJ RSN CD-00
                              PUTI-            O   SUTI-
                              PMEI-            O   SMEI-
                              PMTI-            O   SMTI-
  806 04151999        40,233.00-   199920WTHLDNG TAX CREDIT POSTED WITH RETURN

    430 04151998       8,500.00-   199817 39220-107-02269-8
                                    PRC--

    430 06161998       8,500.00-   199826 39220-169-11772-8
                                    PRC--

    430 09201998       8,500.00-   199840 39220-265-12089-8
                                    PRC--

    430 01151999       8,500.00-   199905 39220-017-08362-9
                                    PRC--

    836 04151999      16,088.00    199920 18221-121-88541-9
                                    PRC--

    922 10091999           0.00    199941 18277-282-31210-9
                                    PROCESS CD

MF STAT-12 05311999              0.00      199920
**********************************
* TAX PERIOD 30    199912 *                REASON CD--          MOD EXT CYC-
**********************************
FS-2        CRINV-               LIEN-  81222-151-78204-0    CAF-   FZ>
TDA COPYS-                               TDI COPYS--
      INT TOLERANCE-   MATH INCREASE-   HISTORICAL DO-91 BWNC--   BWI--
                            0.00
ACRUED INTEREST-         0.00  09252000      CSED-07172010
ACCRUED PENALTY-         0.00  20000925      RSED-04152003
FMS- IA CD-0                                 ARDI-0
                                                            ASED-0415200

***********************CONTINUED ON NEXT PAGE*******************************

001138

PAGE NO-0005  TAX PERIOD 30 200012

*IMF MCC TRANSCRIPT-COMPLETE*

EMP NO 79-153-264
TEAGUE  F-1468

ACCOUNT NO 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                    06-13-2002
NAME CONT- BRIC                        CYCLE-200224
**********************************************************************
FS-2            CRINV-              LIEN-  92220-249-03778-0    CAF-   FZ>
TDA COPYS-                                 TDI COPYS-0003571
         INT TOLERANCE-- MATH INCREASE-- HISTORICAL DO-43 BWNC-  1BWI- 1
MF MOD BAL-                   45,000.00-
ACRUED INTEREST-           0.00  06242002           CSED--
ACCRUED PENALTY-           0.00  20020624           RSED-
FMS- IA CD-0                                        ARDI-0
                                                                ASED-0000000

   430 04212000       15,000.00-   200018 92220-117-09468-0
                                          PRC--

   430 06182000       15,000.00-   200026 92220-171-66345-0
                                          PRC--

   430 09012000       15,000.00-   200037 92220-249-03778-0
                                          PRC--

   924 05152002-------------------  200221 43249-135-00000-2
                                          REFERENCE NUM-110 REF AMT-       3,044.00
                                          NOTICE CYC-200221-
                                          NOTICE CYC-            -        --
                                          BUWD CYC-

   140 05152002           0.00   200221 43249-135-00000-2
                                          PRC--

MF STAT-02 05152002     NOTICE DO-
MF STAT-02 06032002 1  NOTICE DO-17        200221
                                           200221

Station Name: STL008WA0922953 User Name: ssteaq43 Date: 6/20/2002 Time: 8:41:45 AM

IMFOLT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 30199512P01   IMF TAX MODULE                NM CTRL:BRIC
18211-125-29724-6        *RETENTION REGISTER*          SP-SSN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    UP-CYC:25
RONALD R & MARLENE P BRICE                             TOT EXEMPTIONS:02 FMS LEVY:
MARLENE P BRICE                          STATUS:12  STATUS DATE:06031996 AIMS :0
NEXT  CSED:06-03-2006 ASSESSED BAL:            .00 SETTLMNT  DATE:06031996 LIEN :
LAST  CSED:06-03-2006 TOT INTEREST:            .00 INTEREST DATE:06171996 BWI  :
FIRST CSED:06-03-2006 INT ASSESSED:            .00 DISASTER RDD :          BWNC :0
      ASED:04-23-1999 INT PAID:                .00 MATH INCREASE:          CCB1 :0
      RSED:04-15-1999 FTP TOTAL:               .00 GOVRN SC:18 HIST LC:75 CC85 :0
      FREEZE:          FTP ASSESSED:           .00 FSC:2     TDA COPY:     TC914:0
INDICATORS:                                                                CAF  :
EFT-IND: 0                                                                 ARDI :0
TC   DATE      AMOUNT      CYCLE     DLN           VARIABLE DATA            DDRC :00
150 06031996   5,657.00    199621  18211-125-29724-6 RECEIVED-DATE: 04231996
806 04151996   16,362.00-  199621  18211-125-29724-6
846 06031996   10,705.00   199621  18211-125-29724-6 RFND-INT:        .00

              PAGE 001 OF 001            IMFPG 001


Station Name: STL008WA0922953 User Name: ssteaq43 Date: 6/20/2002 Time: 8:41:51 AM

IMFOLR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 30199512P01  IMF POSTED TC150 RETURN NM CTRL:BRIC
18211-125-29724-6      *RETENTION REGISTER*
                   MATH ERR:                                          UP-CYC:25
SCHEDULE C:Y  HIGH-INC:0 ES DISC:     CYCLE:199621     SELF:1
SCHEDULE D:Y  PREPARER CODES:A     POSTING DATE:04-23-1996 SPOUSE:1
SCHEDULE F:N  NAICS CODE:009837    FTP START DT:06-13-1996 CHILDREN HOME:  0
FORM 2555: N  DELINQUENT MOS.:      RET PROCESS :         CHILDREN AWAY:  0
ISSC:         BUSINESS EIN:         POLITICAL CHECKOFF: 0 PARENTS AT HOME:0
CISSC:        SCHEDL F EIN:         ELDERLY CREDITS:    0 OTHER CHILDREN: 0
INDS:                              ES TAX FORGIVNESS: 00% OTHER EXEMTNS:  0
                                                         EIC EXEMPTION:   0
   196,877.00 : WAGES   CHECKBOX:  PREPARER:          CCC:
      811.00 : INTEREST INCOME
    42,775.00 : TAXABLE INCOME      12,582.00 : TOTAL ITEMIZED DED
        .00 : PRIMARY SE INCOME     16,362.00- : WITHHOLDING/EX FICA
        .00 : SECONDARY SE INCOME        .00 : REMITTANCE WITH RETURN
   199,488.00 : TOTAL POSITIVE INCOME      .00 : CREDIT ELECT/UNAPPLIED
        .00 : PRIM SS MEDICARE INCM   5,657.00 : TOTAL TAX
        .00 : SEC  SS MEDICARE INCM        .00 : SE TAX
        .00 : PRIM UNRPTD TIP INCOME  5,657.00 : TOTAL TAX (LESS IRA)
        .00 : SEC  UNRPTD TIP INCOME  6,907.00 : TENTATIVE TAX (COMP)
        .00 : PRM MEDICARE TIP INCM        .00 : ADVANCED EIC
        .00 : SEC MEDICARE TIP INCM        .00 : ES TAX CREDIT
    60,357.00 : AGI                   5,657.00 : ES TAX BASE
                                           .00 : PRIOR ES TAX BASE

Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:42:01 AM

```
IMFOLT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 30199612P01  IMF TAX MODULE          NM CTRL:BRIC
18221-111-52918-7        *RETENTION REGISTER*     SP-SSN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    UP-CYC:25
RONALD R & MARLENE P BRICE                        TOT EXEMPTIONS:02 FMS LEVY:
MARLENE P BRICE                         STATUS:12  STATUS DATE:05191997 AIMS :0
NEXT  CSED:05-19-2007 ASSESSED BAL:          .00 SETTLMNT DATE:05191997 LIEN :
LAST  CSED:05-19-2007 TOT INTEREST:          .00 INTEREST DATE:06161997 BWI  :
FIRST CSED:05-19-2007 INT ASSESSED:          .00 DISASTER RDD :          BWNC :0
        ASED:04-15-2000 INT PAID:            .00 MATH INCREASE:          CC81 :0
        RSED:04-15-2000 FTP TOTAL:           .00 GOVRN SC:18 HIST LC:75 CC85 :0
     FREEZE:    --     FTP ASSESSED:         .00 FSC:2    TDA COPY:      TC914:0
INDICATORS:                                                              CAF  :
EFT-IND: 0                                                              ARDI :0
TC  DATE       AMOUNT      CYCLE      DLN         VARIABLE DATA          DDRC :00
150 05191997       .00     199719  18221-111-52918-7 RECEIVED-DATE: 04151997
806 04151997  18,748.00-   199719  18221-111-52918-7
846 05191997  18,748.00    199719  18221-111-52918-7 RFND-INT:          .00
```

PAGE 001 OF 001          IMFPG 001

Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:42:07 AM

```
IMFOLR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 30199612P01  IMF POSTED TC150 RETURN NM CTRL:BRIC
18221-111-52918-7        *RETENTION REGISTER*                     UP-CYC:25
            MATH ERR:              CYCLE:199719     SELF:1
SCHEDULE C:Y  HIGH-INC:0  ES DISC:   POSTING DATE:04-15-1997 SPOUSE:1
SCHEDULE D:Y  PREPARER CODES:A       FTP START DT:06-09-1997 CHILDREN HOME:  0
SCHEDULE F:N  NAICS CODE:009837      RET PROCESS :           CHILDREN AWAY:  0
FORM 2555: N  DELINQUENT MOS.:       POLITICAL CHECKOFF: 0   PARENTS AT HOME:0
TSSC:         BUSINESS EIN:          ELDERLY CREDITS:    0   OTHER CHILDREN: 0
C1SSC:1       SCHED F EIC:           ES TAX FORGIVNESS: 00%  OTHER EXEMTNS:  0
INDS:                                                        EIC EXEMPTION:  0
   207,786.00 : WAGES    CHECKBOX:  PREPARER:       CCC:
    3,191.00 : INTEREST INCOME               23,202.00 : TOTAL ITEMIZED DED
        .00 : TAXABLE INCOME                18,748.00-: WITHOLDING/EX FICA
        .00 : PRIMARY SE INCOME                  .00 : REMITTANCE WITH RETURN
        .00 : SECONDARY SE INCOME                .00 : CREDIT ELECT/UNAPPLIED
   210,777.00 : TOTAL POSITIVE INCOME           .00 : TOTAL TAX
        .00 : PRIM SS MEDICARE INCM             .00 : SE TAX
        .00 : SEC  SS MEDICARE INCM             .00 : TOTAL TAX (LESS IRA)
        .00 : PRIM UNRPTD TIP INCOME            .00 : TENTATIVE TAX (COMP)
        .00 : SEC  UNRPTD TIP INCOME            .00 : ADVANCED EIC
        .00 : PRM MEDICARE TIP INCM             .00 : ES TAX CREDIT
        .00 : SEC MEDICARE TIP INCM             .00 : ES TAX BASE
    11,742.00 : AGI                         5,657.00 : PRIOR ES TAX BASE
```

PAGE NO-0001

IRS EMPLOYEE 7715326

DATE REQUESTED 06-13-2002

PRINT DATE 06-13-20

FORM NUMBER: 1040

TAX PERIOD: DEC 19

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

RONALD R & MARLENE P BRICE
PO BOX 1146
KIMBERLING CY          MO 65686-1146-467          BODC-SB BODCLC—V

---- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ----

ACCOUNT BALANCE:              0.00
ACCRUED INTEREST:             0.00    AS OF 10-19-1998
ACCRUED PENALTY:              0.00    AS OF 10-19-1998

ACCOUNT BALANCE
    PLUS ACCRUALS:            0.00


** EXEMPTIONS: 02
** ADJUSTED GROSS INCOME:   208,221.00    **FILING STATUS: MARRIED FILING JOINT
** TAXABLE INCOME:          183,606.00
   TAX PER RETURN:           50,167.00

** PER RETURN OR AS ADJUSTED

04-15-1998 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-20-1998 PROCESSING DATE


                              TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|------|-------------|------|------------------------------|
| 150 | RETURN FILED AND TAX ASSESSED 18222-138-97309-8 | 07-20-1998 | 50,167.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1998 | 17,192.00 |
| 610 | PAYMENT WITH RETURN | 04-19-1998 | 32,975.00 |

001139

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-264
TEAGUE F-146E

ACCOUNT NO 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
NAME CONT- BRIC
************************************ 06-13-2002 ***********************************
CYCLE-200224
FOR-7915326446 BY-7915326446 ON-06132002 TYP-S-30-199712
TIME-11:18 SRC-I    TEAGUE F-146B         PROCESSED ON-164
                                          REQUESTED TAX MODULE FOUND ON MF

1988 2 RONALD R & MARLENE P BRICE
       PO BOX 1146
200120 KIMBERLING CY          MO 65686-1146-467
                                                          BODC-SB BODCLC-V
                                                          SPOUSE SSN-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
LOC-4329                            PRIOR NAME CONTROL-              FZ>      -
YEAR REMOVED-      ENT EXT CYC-200224   MFR-05   VAL-1  IRA-               CAF-
                                        FYM-12   SCS-2  CRINV-  130-
                                        RPTR-    PMF-   SHELT-  BNKRPT-  BLLC-
                                        ACCRETION-                      MIN SE-
                                        JUSTIFICATION-1  IRS EMPL-   FED EMPL-
PTNL RONALD R BRICE

LSTRET-1999 ME-    CND-E FLC-00 200027
***************************
* TAX PERIOD 30    199712 *                REASON CD-            MOD EXT CYC-
***************************
FS-2         CRINV-                 LIEN-  18222-138-97309-8    CAF-   FZ>    -
TDA COPYS-                                 TDI COPYS-
      INT TOLERANCE-  MATH INCREASE-   HISTORICAL DO-75 BWNC-   BWI-
MF MOD BAL-                   0.00
ACRUED INTEREST-                           CSED-07202008
ACCRUED PENALTY-       0.00  10191998      RSED-04152001
FMS- IA CD-0           0.00  19981019      ARDI-0
                                                          ASED-0415200.
    150 07201998              50,167.00     199827
                RCC-                     18222-138-97309-8 D CD-        SRC-
RET RCVD DT-04151998               ERR-       TAX PER T/P-           50,167.00

                                        F/C-  AGI-     208,221.00
                               FOREIGN-        FARM-   MF P-
                               XRF-            AEIC-            0.00
                               NAI-           .EXMPT-02 NRGY-
                               LTEX-          TAXABLE INC-   183,606.00
                               PENALTY SUPP-        SET-          0.00
                                               TOTAL WAGES-   109,812.00
                               MDP-         TOTAL INC TX-    50,167.00
                                             EST TAX BASE-   50,167.00
                                             PR YR BASE-          0.00
                               SHORT YR CD-           ES FORGIVENESS %-  0
                               1ST SE-      0.00      2ND SE-      0.00
                               ACCT TYPE-
                               EFT-0
*****************************CONTINUED ON NEXT PAGE**************************

001140

PAGE NO-0002   TAX PERIOD 30 199712*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*                    EMP NO 79-153-264
ACCOUNT NO 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              06-13-2002              TEAGUE  F-146E
NAME CONT- BRIC                     CYCLE-200224
***********************************************************************
                              F8615-   UNAPPLD CR ELECT-               0. C
                                       ES TAX PAYMENT-                 0. 0
                              HIGH INCOME-        DIR DEP REJ RSN CD-00
                              PUTI-            0    SUTI-
                              PMEI-            0    SMEI-
     806 04151998             PMTI-            0    SMTI-
                      17,192. 00-  199827WTHLDNG TAX CREDIT POSTED WITH RETURN
     610 04191998     32,975. 00-  199818 75270-113-30848-8
                                   PRC-
MF STAT-12 07201998          0. 00      199827

001138

PAGE NO-0005   TAX PERIOD 30 200012

*IMF MCC TRANSCRIPT-COMPLETE*                     EMP NO 79- 153-264
ACCOUNT NO 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               06-13-2002              TEAGUE  F-1468
   NAME CONT- BRIC              CYCLE-200224
***********************************************************************
FS-2          CRINV-               LIEN-  92220-249-03778-0    CAF-   FZ>    -
TDA COPYS-                                    TDI COPYS-0003571
     INT TOLERANCE-   MATH INCREASE-  HISTORICAL DO-43 BWNC-  1BWI- 1
MF MOD BAL-                    45,000.00-
ACRUED INTEREST-           0.00  06242002           CSED--
ACCRUED PENALTY-          0.00  20020624           RSED-
FMS- IA CD-0                                       ARDI-0
                                                              ASED--000000

    430 04212000      15,000.00-  200018 92220-117-09468-0
                                        PRC--

    430 06182000      15,000.00-  200026 92220-171-66345-0
                                        PRC-

    430 09012000      15,000.00-  200037 92220-249-03778-0
                                        PRC-

    924 05152002-------------------  200221 43249-135-00000-2
                                        REFERENCE NUM-110 REF AMT-        3,044.00
                                        NOTICE CYC-200221-        -      --
                                        NOTICE CYC-                -      --
                                        BUWD CYC-                  -      --

    140 05152002         0.00    200221 43249-135-00000-2
                                        PRC-

MF STAT-02 05152002    NOTICE DO-
MF STAT-02 06032002 1  NOTICE DO-17        200221
                                           200221

PAGE NO-0001

DATE REQUESTED 06-13-2002

FORM NUMBER: 1040

IRS EMPLOYEE 79153264

PRINT DATE 06-13-20

TAX PERIOD: DEC 19

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

RONALD R & MARLENE P BRICE
PO BOX 1146
KIMBERLING CY          MO 65686-1146-467          BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:            0.00
ACCRUED INTEREST:           0.00   AS OF 06-24-2002
ACCRUED PENALTY:            0.00   AS OF 06-24-2002

ACCOUNT BALANCE
   PLUS ACCRUALS:           0.00
```

```
** EXEMPTIONS: 02                **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:   279,114.00
** TAXABLE INCOME:          206,993.00
   TAX PER RETURN:           58,145.00
```

** PER RETURN OR AS ADJUSTED

04-15-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
05-31-1999 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|------|-------------|------|------------------------------|
| 150 | RETURN FILED AND TAX ASSESSED 18221-121-88541-9 | 05-31-1999 | 58,145.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1999 | 40,233.00 |
| 430 | ESTIMATED TAX DECLARATION | 04-15-1998 | 8,500.00 |
| 430 | ESTIMATED TAX DECLARATION | 06-16-1998 | 8,500.00 |
| 430 | ESTIMATED TAX DECLARATION | 09-20-1998 | 8,500.00 |
| 430 | ESTIMATED TAX DECLARATION | 01-15-1999 | 8,500.00 |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-15-1999 | 16,088.00 |

001142

PAGE NO-0001

*IMF MCC TRANSCRIPT--SPECIFIC*

EMP NO 79-153-26~
TEAGUE F-1468

ACCOUNT NO 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                        06-13-2002
NAME CONT- BRIC                               CYCLE-200224
*************************************************************************
FOR-7915326446 BY-7915326446 ON-06132002 TYP-S-30-199812
TIME-11:18 SRC-I   TEAGUE F-1468              PROCESSED ON-164
                                             REQUESTED TAX MODULE FOUND ON MF~


1988 2 RONALD R & MARLENE P BRICE
       PO BOX 1146
200120 KIMBERLING CY          MO 65686-1146-467
                                                    BODC-SB BODCLC-V
                                                    SPOUSE SSN-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
LOC-4329                              PRIOR NAME CONTROL-              FZ>      -
YEAR REMOVED-        ENT EXT CYC-200224    MFR-05   VAL-1 IRA-                  CAF-
                                          FYM-12   SCS-2  CRINV-    130-
                                          RPTR-    PMF-   SHELT-  BNKRPT-   BLLC-
                                          ACCRETION--                      MIN SE-
                                          JUSTIFICATION-1  IRS EMPL-   FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-       CND-E FLC-00 200027
****************************
* TAX PERIOD 30    199812 *            REASON CD--             MOD EXT CYC-
****************************
FS-2         CRINV-             LIEN-   18221-121-88541-9     CAF-   FZ>     -
TDA COPYS-                              TDI COPYS-
      INT TOLERANCE-   MATH INCREASE-   HISTORICAL DO-75 BWNC-   BWI-
MF MOD BAL-                  0.00
ACRUED INTEREST--
ACCRUED PENALTY-       0.00   06242002       CSED-05312009
FMS- IA CD-0           0.00   20020624       RSED-04152002
                                             ARDI-0              ASED-0415200

     150 05311999          58,145.00      199920
                                      18221-121-88541-9 D CD-         SRC-
             RCC-              ERR-       TAX PER T/P-              58,145.00
RET RCVD DT-04151999

                                             F/C-  AGI-      279,114.00
                              FOREIGN--             FARM-  MF P-
                              XRF--                 AEIC--      0.00
                              NAI-                  EXMPT-02 NRGY-   0.00
                              LTEX-                 TAXABLE INC-  206,993.00
                              PENALTY SUPP--             SET-       0.00
                                             TOTAL WAGES-    55,617.00
                              MDP--          TOTAL INC TX-   58,145.00
                                      EST TAX BASE-         58,145.00
                                         PR YR BASE-        50,167.00
                              SHORT YR CD--    ES FORGIVENESS %-  0
                              1ST SE-   0.00    2ND SE-    0.00
                              ACCT TYPE--
                              EFT-0
*******************************CONTINUED ON NEXT PAGE*******************************

001143

PAGE NO-0002    TAX PERIOD 30 199812*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-264
TEAGUE F-1468

ACCOUNT NO 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                         06-13-2002
NAME CONT- BRIC                          CYCLE-200224
*****************************************************************

```
                                   F8615-  UNAPPLD CR ELECT-          0.0
                                           ES TAX PAYMENT--      34,000.0
                                   HIGH INCOME-    DIR DEP REJ RSN CD-00
                                   PUTI-               0   SUTI-
                                   PMEI-               0   SMEI-
  806 04151999      40,233.00-     PMTI-               0   SMTI-
                                   199920 WTHLDNG TAX CREDIT POSTED WITH RETURN

   430 04151998       8,500.00-    199817 39220-107-02269-8
                                          PRC-

   430 06161998       8,500.00-    199826 39220-169-11772-8
                                          PRC-

   430 09201998       8,500.00-    199840 39220-265-12089-8
                                          PRC-

   430 01151999       8,500.00-    199905 39220-017-08362-9
                                          PRC-

   836 04151999      16,088.00     199920 18221-121-88541-9
                                          PRC-

   922 10091999          0.00      199941 18277-282-31210-9
                                          PROCESS CD

MF STAT-12 05311999         0.00      199920
```

PAGE NO-0001

DATE REQUESTED 06-13-2002

FORM NUMBER: 1040

IRS EMPLOYEE 79153264

PRINT DATE 06-13-2C

TAX PERIOD: DEC 19

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

RONALD R & MARLENE P BRICE
PO BOX 1146
KIMBERLING CY            MO 65686-1146-467

BODC-SB BODCLC-V

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:           0.00
ACCRUED INTEREST:          0.00      AS OF 09-25-2000
ACCRUED PENALTY:           0.00      AS OF 09-25-2000

ACCOUNT BALANCE
    PLUS ACCRUALS:         0.00

** EXEMPTIONS: 02
** ADJUSTED GROSS INCOME:    318,105.00      **FILING STATUS: MARRIED FILING JOINT
** TAXABLE INCOME:           263,156.00
   TAX PER RETURN:            78,091.00

** PER RETURN OR AS ADJUSTED

04-15-2000 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-17-2000 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 81222-151-78204-0 | 07-17-2000 | 78,091.00 |
| 430 | ESTIMATED TAX DECLARATION | 04-17-1999 | |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1999 | 12.00 |
| 430 | ESTIMATED TAX DECLARATION | 06-19-1999 | 16,088.00 |
| 430 | ESTIMATED TAX DECLARATION | 09-15-1999 | 16,100.00 |
| 430 | ESTIMATED TAX DECLARATION | 01-16-2000 | 16,100.00 |
| 610 | PAYMENT WITH RETURN | 04-15-2000 | 16,100.00 |
| | | | 13,691.00 |

001145

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-264
ACCOUNT NO 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                    06-13-2002                    TEAGUE F-1468
NAME CONT- BRIC                           CYCLE-200224
*********************************************************************************
FOR-7915326446 BY-7915326446 ON-06132002 TYP-S-30-199912
TIME-11:18 SRC-I    TEAGUE F-1468           PROCESSED ON-164
                                    REQUESTED TAX MODULE FOUND ON MF


1988 2 RONALD R & MARLENE P BRICE
     PO BOX 1146
200120 KIMBERLING CY           MO 65686-1146-467          BODC-SB BODCLC-V
                                                          SPOUSE SSN-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
LOC-4329                                PRIOR NAME CONTROL-          FZ>    -
YEAR REMOVED-        ENT EXT CYC-200224  MFR-05   VAL-1 IRA-                CAF-
                                        FYM-12   SCS-2 CRINV-  130-
                                        RPTR-   PMF-   SHELT-  BNKRPT-  BLLC-
                                        ACCRETION-                     MIN SE-
                                        JUSTIFICATION-1  IRS EMPL-  FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-      CND-E FLC-00 200027
******************************
* TAX PERIOD 30    199912 *              REASON CD-              MOD EXT CYC-
******************************
FS-2      CRINV-                   LIEN-  81222-151-78204-0   CAF-   FZ>    -
TDA COPYS-                                TDI COPYS-
       INT TOLERANCE-   MATH INCREASE-    HISTORICAL DO-91 BWNC-   BWI-
MF MOD BAL-                    0.00
ACRUED INTEREST-          0.00  09252000          CSED-07172010
ACCRUED PENALTY-          0.00  20000925          RSED-04152003
FMS- IA CD-0                                      ARDI-0            ASED-0415200

     150 07172000                78,091.00      200027
                                           81222-151-78204-0 D CD-            SRC-
           RCC-              ERR-               TAX PER T/P-             78,091.00
RET RCVD DT-04152000

                                        F/C-1 AGI-        318,105.00
                              FOREIGN-        FARM-  MF P-
                              XRF-            AEIC-            0.00
                              NAI-454390 EXMPT-02 NRGY-       0.00
                              LTEX-         TAXABLE INC-  263,156.00
                              PENALTY SUPP-       SET-        0.00
                                         TOTAL WAGES-        0.00
                              MDP-        TOTAL INC TX-   78,091.00
                                         EST TAX BASE-   78,091.00
                                         PR YR BASE-     58,145.00
                              SHORT YR CD-      ES FORGIVENESS %-  0
                              1ST SE-     0.00      2ND SE-       0.00
                              ACCT TYPE-
                              EFT-0
*****************************CONTINUED ON NEXT PAGE***********************************

001146

PAGE NO-0002   TAX PERIOD 30 199912*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-264
TEAGUE F-1468

ACCOUNT NO 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                06-13-2002
NAME CONT- BRIC                        CYCLE-200224

*****************************************************************

| | F8615- | UNAPPLD CR ELECT- | | | 0.0 |
| | | ES TAX PAYMENT- | | | 64,400.0 |
| | HIGH INCOME- | | DIR DEP REJ RSN CD-00 |
| | PUTI- | | O | SUTI- | ( |
| | PMEI- | | O | SMEI- | ( |
| | PMTI- | | O | SMTI- | ( |

| 430 04171999 | 12.00- | 199917 75220-109-21566-9 |
| | | PRC- |
| 716 04151999 | 16,088.00- | 199920 18221-121-88541-9 |
| | | AVAILABILITY DT- |
| 430 06191999 | 16,100.00- | 199926 92220-171-36823-9 |
| | | PRC- |
| 430 09151999 | 16,100.00- | 199939 75220-260-16641-9 |
| | | PRC- |
| 430 01162000 | 16,100.00- | 200004 73220-018-09742-0 |
| | | PRC- |
| 610 04152000 | 13,691.00- | 200019 92270-121-89478-0 |
| | | PRC- |

MF STAT-12 07172000          0.00      200027

PAGE NO-0001

DATE REQUESTED 06-13-2002

FORM NUMBER: 1040

IRS EMPLOYEE 7915326

PRINT DATE 06-13-2

TAX PERIOD: DEC 2

TAXPAYER IDENTIFICATION NUMBER: 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
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

RONALD R & MARLENE P BRICE
PO BOX 1146
KIMBERLING CY          MO 65686-1146-467

BODC-SB BODCLC -V

---- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ----

ACCOUNT BALANCE:              45,000.00-
ACCRUED INTEREST:                   0.00    AS OF 06-24-2002
ACCRUED PENALTY:                    0.00    AS OF 06-24-2002

ACCOUNT BALANCE
   PLUS ACCRUALS:              45,000.00-

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|------|-------------|------|------------------------------|
| 430 | ESTIMATED TAX DECLARATION | 04-21-2000 | 15,000.00 |
| 430 | ESTIMATED TAX DECLARATION | 06-18-2000 | 15,000.00 |
| 430 | ESTIMATED TAX DECLARATION | 09-01-2000 | 15,000.00 |

001148

PAGE NO-0001

```
                    *IMF MCC TRANSCRIPT-SPECIFIC*
                                                    EMP NO 79-153-26
  ACCOUNT NO 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                  06-13-2002               TEAGUE F-146
    NAME CONT- BRIC                       CYCLE-200224
************************************************************************* ******
FOR-7915326446 BY-7915326446 ON-06132002 TYP-S-30-200012
TIME-11:18 SRC-I    TEAGUE F-146B        PROCESSED ON-164
                                         REQUESTED TAX MODULE FOUND ON MF


  1988 2 RONALD R & MARLENE P BRICE
        PO BOX 1146
  200120 KIMBERLING CY          MO 65686-1146-467       BODC-SB BODCLC-V
                                                        SPOUSE SSN-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
  LOC-4329                             PRIOR NAME CONTROL-            FZ>   -
  YEAR REMOVED--        ENT EXT CYC-200224   MFR-05  VAL-1 IRA-            CAF-
                                            FYM-12  SCS-2 CRINV-  130-
                                            RPTR-   PMF-  SHELT- BNKRPT-  BLLC-
                                            ACCRETION--                   MIN SE-
                                            JUSTIFICATION-1  IRS EMPL-  FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-     CND-E FLC-OO 200027
*****************************
* TAX PERIOD 30      200012 *              REASON CD-
*****************************                           MOD EXT CYC-2002
FS-2        CRINV-                  LIEN-  92220-249-03778-0   CAF-  FZ>   -
TDA COPYS-                                 TDI COPYS-0003571
      INT TOLERANCE-  MATH INCREASE-       HISTORICAL DO-43 BWNC-  1BWI- 1
MF MOD BAL-            45,000.00-
ACRUED INTEREST-      0.00  06242002       CSED-
ACCRUED PENALTY-      0.00  20020624       RSED-
FMS- IA CD-O                               ARDI-O            ASED-0000000


   430 04212000     15,000.00-  200018 92220-117-09468-0
                                        PRC-

   430 06182000     15,000.00-  200026 92220-171-86345-0
                                        PRC-

   430 09012000     15,000.00-  200037 92220-249-03778-0
                                        PRC-

   924 05152002------------    200221 43249-135-00000-2
                                        REFERENCE NUM-110 REF AMT-     3,044.00
                                        NOTICE CYC-200221-    -       -
                                        NOTICE CYC-           -       -
                                        BUWD CYC-

   140 05152002       0.00     200221 43249-135-00000-2
                                        PRC-
```

*****************************CONTINUED ON NEXT PAGE*****************************

001149

PAGE NO-0002    TAX PERIOD 30 200012*CONTINUED

                        *IMF MCC TRANSCRIPT-SPECIFIC*
                                                        EMP NO 79—153-26
ACCOUNT NO 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                      06-13-2002        TEAGUE F-146
  NAME CONT- BRIC                      CYCLE-200224
*********************************************************************************
MF STAT-02 05152002    NOTICE DO—        200221
MF STAT-02 06032002 1  NOTICE DO-17      200221