

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

JUN 2 1 2002

Mr. Ronald Brice
P.O. Box 1146
Kimberling City, MO  65686

Dear Mr. Brice:

This is the final response to your Freedom of Information Act (FOIA) and Privacy Act request dated May 12, 2002, and received in this office on June 12, 2002. You are requesting a copy of the files identified as "Individual Master File On Line Transcript (IMFOLT) specific and not literal" pertaining to tax years 1995 through 2002.

Your request was processed under the FOIA, as it is not valid under the Privacy Act because it does not contain the name or number of the system of records that you wish access to and the FOIA provides greater access.

Your request is granted in full. Enclosed are the only documents located responsive to your request.

If you have any questions, please contact Sheila Teague, Badge Number 43-11460, at (314) 612-4390 or, **if you prefer, you may write to Internal Revenue Service, Mail Stop 7000 STL, P.O. Box 66781, St. Louis, Missouri 63166**, and reference number 02-01478.

Sincerely,

Karen Hines

Karen Hines
Disclosure Officer, St. Louis
Governmental Liaison and Disclosure

Enclosures (6)

Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:43:08 AM

```
IMFOLT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 30199612P01  IMF TAX MODULE           NM CTRL:BRIC
18221-111-52918-7         *RETENTION REGISTER*       SP-SSN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    UP-CYC:25
RONALD R & MARLENE P BRICE                          TOT EXEMPTIONS:02 FMS LEVY:
MARLENE P BRICE                       STATUS:12  STATUS DATE:05191997 AIMS  :0
NEXT  CSED:05-19-2007 ASSESSED BAL:       .00 SETTLMNT DATE:05191997 LIEN  :
LAST  CSED:05-19-2007 TOT INTEREST:        .00 INTEREST DATE:06161997 BWI   :
FIRST CSED:05-19-2007 INT ASSESSED:        .00 DISASTER RDD :          BWNC  :0
      ASED:04-15-2000 INT PAID:            .00 MATH INCREASE:          CC81  :0
      RSED:04-15-2000 FTP TOTAL:           .00 GOVRN SC:18 HIST LC:75 CC85  :0
   FREEZE:       -    FTP ASSESSED:        .00 FSC:2    TDA COPY:     TC914:0
INDICATORS:                                                          CAF   :
EFT-IND: 0                                                           ARDI  :0
TC   DATE       AMOUNT      CYCLE   DLN               VARIABLE DATA  DDRC  :00
150 05191997          .00   199719  18221-111-52918-7 RECEIVED-DATE: 04151997
806 04151997    18,748.00-  199719  18221-111-52918-7
846 05191997    18,748.00   199719  18221-111-52918-7 RFND-INT:         .00


         PAGE 001 OF 001          IMFPG 001
```

```
Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:42:48 AM

IMFOLT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 30199512F01   IMF TAX MODULE        NM CTRL:BRIC
18211-125-29724-6        *RETENTION REGISTER*     SP-SSN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    UP-CYC:25
RONALD R & MARLENE P BRICE                    TOT EXEMPTIONS:02 FMS LEVY:
MARLENE P BRICE                         STATUS:12  STATUS DATE:06031996 AIMS :0
NEXT  CSED:06-03-2006 ASSESSED BAL:      .00 SETTLMNT DATE:06031996 LIEN :
LAST  CSED:06-03-2006 TOT INTEREST:      .00 INTEREST DATE:06171996 BWI  :
FIRST CSED:06-03-2006 INT ASSESSED:      .00 DISASTER RDD :         BWNC :0
      ASED:04-23-1999 INT PAID:          .00 MATH INCREASE:         CC81 :0
      RSED:04-15-1999 FTP TOTAL:         .00 GOVRN SC:18 HIST LC:75 CC85 :0
    FREEZE:      -    FTP ASSESSED:      .00 FSC:2    TDA COPY:     TC914:0
INDICATORS:                                                         CAF  :
EFT-IND: 0                                                          ARDI :0
TC   DATE        AMOUNT      CYCLE    DLN              VARIABLE DATA   DDRC :00
150 06031996      5,657.00   199621  18211-125-29724-6 RECEIVED-DATE: 04231996
806 04151996     16,362.00-  199621  18211-125-29724-6
846 06031996     10,705.00   199621  18211-125-29724-6 RFND-INT:         .00




        PAGE 001 OF 001          IMFPG 001
```

```
Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:43:22 AM
_____
IMFOLT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 30199712F01   IMF TAX MODULE           NM CTRL:BRIC
18222-138-97309-8                                        SP-SSN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   UP-CYC:25
RONALD R & MARLENE P BRICE                               TOT EXEMPTIONS:02 FMS LEVY:
MARLENE P BRICE                           STATUS:12   STATUS DATE:07201998 AIMS :0
NEXT  CSED:07-20-2008 ASSESSED BAL:    .00 SETTLMNT DATE:07201998 LIEN :
LAST  CSED:07-20-2008 TOT INTEREST:    .00 INTEREST DATE:10191998 BWI  :
FIRST CSED:07-20-2008 INT ASSESSED:    .00 DISASTER RDD :           BWNC :0
      ASED:04-15-2001 INT PAID:       .00 MATH INCREASE:           CC81 :0
      RSED:04-15-2001 FTP TOTAL:      .00 GOVRN SC:18 HIST LC:75   CC85 :0
    FREEZE:     -     FTP ASSESSED:   .00 FSC:2     TDA COPY:     TC914:0
INDICATORS:                                                        CAF  :
EFT-IND: 0                                                         ARDI :0
TC   DATE       AMOUNT        CYCLE     DLN              VARIABLE DATA    DDRC :00
150 07201998   50,167.00     199827  18222-138-97309-8 RECEIVED-DATE: 04151998
806 04151998   17,192.00-    199827  18222-138-97309-8
610 04191998   32,975.00-    199818  75270-113-30848-8


                  PAGE 001 OF 001          IMFPG 001
```

Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:43:37 AM

```
IMFOLT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  30199812P01   IMF TAX MODULE        NM CTRL:BRIC
18221-121-88541-9                                 SF-SSN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    UP-CYC:25
RONALD R & MARLENE P BRICE                        TOT EXEMPTIONS:02 FMS LEVY:
MARLENE P BRICE                       STATUS:12   STATUS DATE:05311999 AIMS :0
NEXT  CSED:05-31-2009 ASSESSED BAL:       .00 SETTLMNT DATE:05311999 LIEN :
LAST  CSED:05-31-2009 TOT INTEREST:       .00 INTEREST DATE:06242002 BWI  :
FIRST CSED:05-31-2009 INT ASSESSED:       .00 DISASTER RDD :          BWNC :0
      ASED:04-15-2002 INT PAID:           .00 MATH INCREASE:          CC81 :0
      RSED:04-15-2002 FTP TOTAL:          .00 GOVRN SC:18 HIST LC:75  CC85 :0
      FREEZE:   -     FTP ASSESSED:       .00 FSC:2     TDA COPY:     TC914:0
INDICATORS:                                                           CAF  :
EFT-IND: 0                                                            ARDI :0
TC   DATE        AMOUNT       CYCLE     DLN              VARIABLE DATA   DDRC :00
150  05311999     58,145.00   199920    18221-121-88541-9 RECEIVED-DATE: 04151999
806  04151999     40,233.00-  199920    18221-121-88541-9
430  04151998      8,500.00-  199817    39220-107-02269-8
430  06161998      8,500.00-  199826    39220-169-11772-8
430  09201998      8,500.00-  199840    39220-265-12089-8
430  01151999      8,500.00-  199905    39220-017-08362-9
836  04151999     16,088.00   199920    18221-121-88541-9
922  10091999           .00   199941    18277-282-31210-9


             PAGE 001 OF 001          IMFPG 001
```

Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:43:53 AM

```
IMFOLT 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  30199912P01   IMF TAX MODULE        NM CTRL:BRIC
81222-151-78204-0                                       SP-SSN 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   UP-CYC:25
RONALD R & MARLENE P BRICE                              TOT EXEMPTIONS:02  FMS LEVY:
MARLENE P BRICE                                STATUS:12   STATUS DATE:07172000  AIMS :0
NEXT  CSED:07-17-2010 ASSESSED BAL:      .00 SETTLMNT DATE:07172000  LIEN :
LAST  CSED:07-17-2010 TOT INTEREST:      .00 INTEREST DATE:09252000  BWI  :
FIRST CSED:07-17-2010 INT ASSESSED:      .00 DISASTER RDD :          BWNC :0
      ASED:04-15-2003 INT PAID:          .00 MATH INCREASE:          CC81 :0
      RSED:04-15-2003 FTP TOTAL:         .00 GOVRN SC:29 HIST LC:91  CC85 :0
    FREEZE:   -       FTP ASSESSED:      .00 FSC:2    TDA COPY:      TC914:0
INDICATORS:                                                          CAF  :
EFT-IND: 0                                                           ARDI :0
TC    DATE       AMOUNT     CYCLE    DLN                VARIABLE DATA  DDRC :00
150 07172000    78,091.00   200027   81222-151-78204-0  RECEIVED-DATE: 04152000
430 04171999        12.00-  199917   75220-109-21566-9
716 04151999    16,088.00-  199920   18221-121-88541-9
430 06191999    16,100.00-  199926   92220-171-36823-9
430 09151999    16,100.00-  199939   75220-260-16641-9
430 01162000    16,100.00-  200004   73220-018-09942-0
610 04152000    13,691.00-  200019   92270-121-89478-0


        PAGE 001 OF 001           IMFPG 001
```

```
Station Name: STL008WA0922953 User Name: ssteag43 Date: 6/20/2002 Time: 8:44:09 AM

IMFOLT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  30200012P01   IMF TAX MODULE        NM CTRL:BRIC
92220-249-03778-0                              SP-SSN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   UP-CYC:25
RONALD R & MARLENE P BRICE                     TOT EXEMPTIONS:00 FMS LEVY:
MARLENE P BRICE                    STATUS:02  STATUS DATE:06032002  AIMS :0
NEXT  CSED:        ASSESSED BAL:   45,000.00-SETTLMNT DATE:          LIEN :
LAST  CSED:        TOT INTEREST:         .00 INTEREST DATE:06242002  BWI  :1
FIRST CSED:        INT ASSESSED:         .00 DISASTER RDD :          BWNC :1
      ASED:        INT PAID:             .00 MATH INCREASE:          CC81 :0
      RSED:        FTP TOTAL:            .00 GOVRN SC:29 HIST LC:43  CC85 :0
    FREEZE:    -   FTP ASSESSED:         .00 FSC:2     TDA COPY:     TC914:0
INDICATORS:                                                          CAF  :
EFT-IND: 0                                                           ARDI :0
TC   DATE       AMOUNT       CYCLE     DLN             VARIABLE DATA DDRC :00
430 04212000   15,000.00-   200018  92220-117-09468-0
430 06182000   15,000.00-   200026  92220-171-66345-0
430 09012000   15,000.00-   200037  92220-249-03778-0
924 05152002         .00    200221  43249-135-00000-2 REF-NUM:110 AMT:  3,044
140 05152002         .00    200221  43249-135-00000-2


         PAGE 001 OF 001            IMFPG 001
```