

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Ronald R. Brice
P.O. Box 1146
Kimberling City, MO 65686

Case No: 2002-2342
Contact Person: Mr. J. Cardonick
Badge No: 50-01108
Telephone No: 202-622-3668
Date: JUL 3 0 2002

Dear Mr. Brice:

The office of Internal Revenue Service Commissioner Charles O. Rossotti has referred your May 21, 2002 "request for information letter," asking for "direct and specific answers" to questions about the creation of the IRS, to the Headquarters Disclosure Office for response under the Freedom of Information Act (FOIA).

The purpose of the Freedom of Information Act is to provide individuals with access to documents in the possession of a Federal agency, including the Internal Revenue Service. One of the requirements of the Act is that requestors sufficiently identify the document(s) being sought so that agency personnel may locate them.

The FOIA does not require agencies to respond to interrogatories; nor does it require agencies to conduct research to answer substantive tax questions or to determine which resolution, decision, or statute the individual is seeking. (**Zemansky v. EPA** 767 F.2d 569, 574 (9th Cir. 1985), **aff'd** 808 F.2d 137 (D.C. Cir. 1987), **cert. Denied**. 484 U.S. 803 (1987). "Freedom of Information Act created only a right to access to records, not a right to personal services.") The Act does not require agencies to create records in response to a request. **NLRB v. Sears, Roebuck & Co.**, 421 U.S. 132, 162 (1975). Furthermore, the FOIA does not require agencies to respond to statements that may be more appropriately addressed in a judicial proceeding.

However, I will provide you with the following general information. To the extent that you may be seeking records that establish the authority of the IRS to assess, enforce, and collect taxes, the Sixteenth Amendment to the Constitution authorized Congress to impose an income tax. Congress did so in the Internal Revenue Code (IRC), administered by the IRS. The IRC is available at many public libraries and bookstores as well as on the Internet at <www.irs.gov>. Copies of the *Federal Register* which contains Federal regulations and copies of the *Congressional Record* which contains Federal laws, may be obtained from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402.

-2-

Mr. Brice, because it is not the policy of the Internal Revenue Service to engage in correspondence on a point by point basis regarding the interpretation and enforcement of the Internal Revenue Code (or the creation of the IRS), we will not answer future letters from you on these issues.

You should be aware, however, that if an individual does not file a lawfully required Federal income tax return, does not provide the information the IRS requests, or provides fraudulent information, the law indicates that the individual may be charged penalties and, in certain instances, may be subject to criminal prosecution. Individuals who refuse to comply with the Federal income tax laws can anticipate strict enforcement of the civil and criminal provisions of the law.

If you need guidance in meeting your Federal income tax obligations, you may contact your local IRS office or the IRS's St. Louis Disclosure Office, Post Office Box 66781, St. Louis, MO 63166.

Sincerely,

Maureen Sapero
Acting Headquarters Disclosure Manager
CL:GLD:A2:HQD
Badge No: 50-06543