**Internal Revenue Service**
Cincinnati Service Center
Cincinnati, OH 45999

Date: October 31, 2002

Ronald R. Brice
PO Box 1146
Kimberling Cy, Mo  65686

**Department of the Treasury**

Taxpayer Identification Number:

**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**
Person to Contact: Mrs. Gill
ID #: 17-5314
Contact Number: (859) 669-5258
8:00 AM-3: 00 PM
(This is not a toll-free number)

Dear Taxpayer(s):

This is in reply to your recent correspondence.

Federal tax laws are passed by Congress and signed by the President. The Internal Revenue Service is responsible for administering federal tax laws fairly and ensuring that taxpayers comply with the laws. We do not have authority to change the tax laws.

The Internal Revenue Service strives to collect the proper amount of revenues at the least cost to the public, and in a manner that warrants the highest degree of public confidence in our integrity, efficiency, and fairness. In accomplishing this, we continually strive to help taxpayers resolve legitimate account problems as effectively as possible. While tax collection is not a popular function of government, it clearly is a necessary one. Without it all other functions would eventually cease.

There are people who encourage others to deliberately violate our nation's tax laws. It would be unfortunate if you were to rely on their opinions. These persons take legal statements out of context and claim that they are not subject to tax laws. Many offer advice that is false and misleading, hoping to encourage others to join them. Generally, their advice isn't free. Taxpayers who purchase this kind of information often wind up paying more in taxes, interest, and penalties than they would have paid simply by filing correct tax returns. Some may subject themselves to criminal penalties, including fines and possible imprisonment.

Federal courts have consistently ruled against the arguments you have made. Therefore, we will not respond to future correspondence concerning these issues.

Sincerely yours,

Christie Arlinghaus-Clem
Chief, Examination Operations
Cincinnati Compliance Service Center

Letter 3175 (SC) (Rev 10-02)