

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

APR 2 5 2006

*[Handwritten note: Meaningless reply, avoiding the issue than form 23C has not been revealed 5/2/06]*

Ronald Brice
P. O. Box 1146
Kimberling City, MO 65686

Re: Case Control # 03-2006-01026

Dear Mr. Brice:

This is in response to your Freedom of Information Act (FOIA) request dated March 20, 2006 and received in our office April 10, 2006.

You previously asked for the Certificate of Assessment Form 23 C, dated February 23, 2006 pertaining to you and were issued a response by the Odgen Campus Disclosure Office on March 2, 2006. In that response you were advised that Form 23 C does not identify taxpayers by name.

These forms are under the jurisdiction of the IRS Campuses. Form 23C, and the newer RACS-006-Summary Record of Assessments (SRA), are aggregate records of assessments for a given day or week. These records list all taxes, penalties and interest (aggregate figures only) assessed on a given date by class of tax for all taxpayers. If you still wish to receive these items, please write under FOIA to Disclosure Office 12, MS 7000 OC, P. O. Box 9941, Ogden, UT 84201.

Enclosed you will find transcripts of account for the years 2000 through 2004. The information contained in these transcripts meets the legal requirement of IRC 6203 and is the equivalent of what was requested concerning your individual assessments, penalties and interest which identify you, the liability and the tax periods. Document 11734, enclosed, will help you interpret these transcripts. No information has been excised from these transcripts.

To the extent you are requesting the authority for collection activities; the Commissioner has delegated authority in the Internal Revenue Manuals (IRM) to administer the various programs of the Service. IRM 1.2.2, Delegations of Authority, contains delegation orders that authorize IRS employees to do specific duties or activities and are generally issued by position or title, and not by employee's name. The IRM's are made publicly available in the Internet in the Electronic Reading Room at www.irs.gov.

Notice 393, enclosed, explain your appeal rights.

If you have any questions regarding this correspondence, you may contact Mrs. Brewer, ID # 52-00556, at (410) 962-9209, or by mail at: Disclosure Office, Internal Revenue Service, Fallon Federal Bldg., Room 1210, 31 Hopkins Plaza, Baltimore, MD 21201.

Sincerely yours,

*[Signature]*

Joan D. McClean
Disclosure Manager, Baltimore

Enclosure