

# Ronald Brice
### c/o PO Box 1146
### Kimberling City
### Missouri

**_Sovereign People's Claim #_ 06-1116**

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰

# SECRETARY OF THE TREASURY

## Ronald Brice

*Claimant(s)*

## V

## Commissioner of Internal Revenue

*Respondent*

# _DEMAND FOR FORMAL DUE PROCESS HEARING COMPLETED WITH SPECIFIC FINDINGS OF FACT AND CONCLUSIONS OF LAW_

*YOU ARE DIRECTED TO MAKE THIS INSTRUMENT A PERMANENT PART OF THE COMMON-LAW (ADMINISTRATIVE) RECORD BETWEEN ME AND YOUR OFFICE(S) AS TO OUR COMMON-LAW FILE #06-1116*

Greetings,

I, Ronald Brice, one of the sovereign people who make up "We the People ..." bring this action as a matter of common-law as may be modified for the United States Secretary of the Treasury (Secretary) by the Administrative Procedures Act and the due process clause(s) of the federal constitution and invoking the duty(s) of the Secretary as recognized at 42 USC 1986.

**NOTICE:** _**Claimant does not object to, or protest any internal revenue statute or tax obligation. It is Claimants' intent to meet and fulfill any and all lawful internal revenue and/or tax obligations**_.

**Claimant is a sovereign constituents of the Missouri member of the federal union**, bringing this action in his sovereign capacity as a member of "We the People" having delegated a limited portion of our sovereignty to the Missouri member of the federal union, and it having delegated a limited portion of its sovereignty to the federal government for the limited purposes as delegated in the constitution for the several united States of America, AD 1789-1791, and reserving unto ourselves all other sovereign powers, and further reserving any elements of sovereignty that while, delegated, are not lawfully executed by our subjects (government officials), each of whom is required to be a party to an oath of office contract <u>before</u> entering upon the duties of office, and to which we are a beneficiary party.

I have received numerous correspondences from persons purporting to act in the name and on behalf of the Commissioner of Internal Revenue through his contracted agency INTERNAL REVENUE SERVICE (**IRS**).

These correspondences have been confusing and appear to often contradict each other.

I have never been provided any information that appears to evidence that am a "taxpayer" as that term is used by congress and the courts.

I have never received process from any court upon which it was purportedly determined that I am a "taxpayer" as that term is used by congress and the courts.

Upon specific request (FOIA/Privacy Act) I have not been provided any 23C assessment certificate which the Secretary and the court have clearly established as law is a requisite for collection activity.

I am not in receipt of any information upon which I could determine that I am engaged in a trade or business within or effectively connected with the United States government upon which an internal revenue obligation could lie.

I have, in good faith, repeatedly petitioned in the humblest of terms for redress as MY DUTY and based upon my RISK, to eliminate my risk by requiring that the IRS and the Commissioner provide proof to the record that they are operating within their authority in the acts addressed herein as it may relate to us:

> Whatever the form in which the Government functions, **anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority**. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And <u>this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority</u>. See, e.g., Utah Power & Light Co. v. United States, 243 U.S. 389, 409 , 391; United States v. Stewart, 311 U.S. 60, 70 , 108, and see, generally, In re Floyd Acceptances, 7 Wall. 666."

**MY REPEATED PETITIONS FOR REDRESS HAVE BEEN MET WITH REPEATED DENIALS OF DUE PROCESS, THREATS, INTIMIDATIONS, AND OUR INCURRING ONGOING AND REPEATED DAMAGES AND INJURIES.**

I continue to be unable to determine the nature and cause of your

actions as you have repeatedly refused to provide me the information and evidence necessary to a determination of any obligation(s) I may have.

**I HEREBY DEMAND A FORMAL DUE PROCESS HEARING SPECIFICALLY ADDRESSING EACH OF THE QUESTIONS OF LAW AND FACT WE HAVE RAISED, AND INCLUSIVE OF ANY ADDITIONAL QUESTIONS OF LAW AND FACT AS MAY ARISE UPON DISCLOSURE OF THE LAW AND FACT DEVELOPED IN THE DUE PROCESS PROCEEDING AS TO AT LEAST THE FOLLOWING:**

The United States internal revenue tax statutes, as published at Title 26, United States Code, specifically defines a "taxpayer" as a "person".

APPLICABLE LAW:

> Plaintiffs may or may not be able to allege facts showing that Section 7421 is inapplicable to them. However, a reasonable construction of the taxing statutes does not include vesting any tax official with absolute power of assessment against individuals not specified in the statutes as persons liable for the tax without an opportunity for judicial review of this status before the appellation of "taxpayer" is bestowed upon them and their property is seized and sold." Botta v. Scanlon, 288 F.2d 504 (1961).

> "The **revenue laws** are a code or system in regulation of tax assessment and collection. They **relate to taxpayers, and not to nontaxpayers. The latter are without their scope**. No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them [**nontaxpayers**] Congress does not assume to deal, and they **are neither of the subject nor of the object of the revenue laws**". Economy Plumbing and Heating Co. v. United States, 470 F. 2d 585 (1972)

**"Since the statutory definition of 'taxpayer' is exclusive, the federal courts do not have the power to create non-statutory taxpayers for the purpose of applying the provisions of the revenue acts.. "**C.I.R. v. Trustees of L. Inv. Ass'n., 100 F.2d 18.

*OFFICIAL NOTICE*: OBSERVE that none of the statutory definitions found, general or statute specific, mentions "PEOPLE" or Human Beings:

> "in common usage, the term 'person,' does not include the sovereign, [and] statutes employing the [word] are ordinarily construed to exclude it." Will, supra (Emphasis added; Brackets in Original); citing, Wilson v. Omaha Indian Tribe, 442 U.S. 653, 61 L.Ed.2d 153, 99 S.Ct. 2529 (1979); quoting, United States v. Cooper Corporation, 312 U.S. 600, at 604, (1941); see, also, United States v. United Mine Workers of America, 330 U.S. 258, 91 L.Ed. 884, 67 S.Ct. 677 (1947).

> "While sovereign powers are delegated to . . . . the government, sovereignty itself remains with the people." Yick Wo v. Hopkins, 118 U.S. 356, at 370 (1886)

> "The word "person" in legal terminology is perceived as a general word normally in the scope of a variety of entities other than human beings". Church of Scientology of California v. U.S. Department of Justice, 612 F.2d. 417, at 425 (9th Cir 1979)

OFFICIAL NOTICE of CLEARLY ESTABLISHED LAW:

> "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, **a government can interface only with other artificial persons**. The imaginary, having neither actuality nor substance, <u>is foreclosed from creating and attaining parity with the tangible</u>. **The legal manifestation of this is that <u>no government, as well as any law</u>, agency, aspect, court, etc. <u>can concern itself with anything other than corporate, artificial persons</u> and the contracts between them."** S.C.R. 1795, Penhallow v. Doane's Admistrators 3 U.S. 54; 1 LEd. 57; 3 Dall. 54

"Under our system, **the People**, who are there [in England] called subjects, **are here the sovereign**. **Their Rights**, whether collective or individual, **are not bound to give way to a sentiment of loyalty to the person of a** monarch. **The Citizen**\* here [in America] **knows no person**, however near those in power, or however powerful himself **to whom he need yield their Rights which the law secures to him**." United States v. Lee, 106 U.S. 204 (March 3rd, 1889) (Brackets in Original)

"**Citizen is used in its strictest sense**, as contrasted with 'alien,' **and is not synonymous with** 'resident,' 'inhabitant,' or '**person**.'" Baldwin v. Franks, 120 U.S. 678, 36 L.Ed. 429, 7 S.Ct. 656 (1897); see also, Logan v. United States, 144 U.S. 263, 1892, 12 S. Ct. 617 (U.S. Cal. 1887).

"It is made clear that "**We the People**," the sovereign, **cannot be named as merely "person"**, or "any person", **in the statutes if it will define the subject of the code or statutes** to merely "person". Will v. Michigan State Police, 105 L.Ed.2d. 45 (1989) citing United States v. Fox, 94 U.S. 315; Wilson v. Omaha Indian Tribe, 442 U.S. 653 (1979).

"The word **"person"** in legal terminology is perceived as a **general word normally in the scope of a variety of entities other than human beings**". Church of Scientology of California v. U.S. Department of Justice, 612 F.2d. 417, at 425 (9th Cir 1979)

Since the courts have clearly established that "We the people" are not within the scope of the term "person" **you will clearly be acting in violation of clearly established law** if you apply the term "person" to me.

The law is clearly established:

[S/He] the citizen can 'Stand on his constitutional rights

as a citizen, He *the citizen* is ENTITLED to carry out his private business his own way. His, *the citizen,* power to contract is unlimited. He *the citizen* owes no duty to the state, since he *the citizen* receives nothing therefrom, beyond the protection of his life and property.  Hale v Henkle, 201 US 43

"It could hardly be denied that <u>a tax laid specifically on the exercise of those freedoms would be unconstitutional.</u>"  Murdock v. Pennsylvania 319 U.S. 105 480-487 (1943)

"<u>The terms "excise tax" and "privilege tax" are synonymous. The two are often used interchangeably.</u>" American Airways v. Wallace 57 F.2d 877

"Included in the right of personal liberty and the right of private property- partaking of the nature of each- is the right to make contracts for the acquisition of property. Chief among such contracts is that of personal employment, by which labor and other services are exchanged for money or other forms of property." Coppage v. Kansas 236 U.S. 1 (1915)

**"Since the right to receive income or earnings is a right belonging to every person, this right cannot be taxed as privilege."** Jack Cole Company v. Alfred T. MacFarland, Commissioner, 206 Tenn, 694, 337 S.W.2d 453 Supreme Court of Tennessee (1960)

**"Among these unalienable rights, as proclaimed in the Declaration of Independence is the right of men to pursue their happiness, by which is meant, the right of any lawful business or vocation, <u>in any manner not inconsistent with the equal rights of others</u>, which may increase their prosperity or develop their faculties, so as to give them their highest enjoyment...It has been well said that, THE PROPERTY WHICH EVERY MAN HAS IS HIS OWN LABOR, AS IT IS THE ORIGINAL FOUNDATION OF**

**ALL OTHER PROPERTY SO IT IS THE MOST SACRED AND INVIOLABLE..."** Butchers' Union Co. v. Crescent City Co., 111 U.S. 746.

## REQUEST AND DEMAND FOR DETERMINATION:

**I hereby request a formal determination by the Secretary, subject to judicial review, as to whether or not there appears in the Commissioner's records, inclusive of those kept by any contracted agent or agency acting for the Commissioner, evidencing that:**

1. Whether or not there is a 23C assessment certificate signed by an assessment officer for the tax years 1995 – 2005 and specifically identifying Claimant as the obligated party.

2. Whether or not Claimant is a "taxpayer" as that term is used by congress and the courts, and identify the judicial authority which determined that "fact" and inclusive of such judicial authority's docket number.

3. Claimant is a "person" as that term is used by congress in the internal revenue code(s).

4. Whether or not any collection activity is lawful based upon the underlying record(s) and/or lack thereof.

**We look forward to your timely setting a time and date for a hearing, and a schedule for discovery in preparation for the common-law and/or administrative hearing as provided by law.**

## VERIFICATION & EXECUTION

I, Ronald Brice, being competent to testify, state that the facts presented in the instrument above are true and correct to the best of our first hand knowledge and belief under penalty of bearing false witness under the law of the Almighty Creator of all things.

_Ronald Brice_ (signature)                11-16-2006

Ronald Brice                               Date

## SERVICE

Washington state    )

                     )      **DECLARATION**

                     )

Pierce county        )

Server states that Server are competent to testify and that the following acts were completed:

Server mailed an original/copy *(as noted)* of the instrument this Declaration is affixed to addressed to each of the following:

**Secretary of the Treasury** *(original)*

1500 Pennsylvania AV NW

Washington 20220

District of Columbia

**Commissioner of Internal Revenue** *(copy)*

1111 Constitution Av NW

Washington 20224

District of Columbia

**Attorney General of the United States** *(copy)*

950 Pennsylvania Avenue, NW

Washington 20530

District of Columbia

Declared under penalty of bearing false witness.

Server Signature: _[signature]_          Name: _Ronald R. Brice_