*mailed 11/19/02*

CERTIFIED MAIL NUMBER:  *7001   2510   0005   2293   0414*

To:
Area Director
Internal Revenue Service
Kansas City, MO 64999-0002

**REPORT of 1999 DECODED INDIVIDUAL MASTER FILE**

From:
Ronald Brice
P.O. Box 1146
Kimberling City, MO 65686

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Account #: 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

Dear Director:

I, Ronald Brice, hereinafter Requester, have expanded the 1999 Individual Master File Transcript (IMF), provided by Internal Revenue Service Office. The reference material used for decoding is as follows: "Internal Revenue Service Document 6209" and "Internal Revenue Service Law Enforcement Manual 111".

These two (2) above referenced sources indicated the meaning of the entries found on the 1999 INDIVIDUAL MASTER FILE MCC TRANSCRIPT SPECIFIC - not LITERAL you have recorded and maintained concerning the above referenced Requester with the above reference account number.

This is not a request to amend or modify the record the Internal Revenue Service is maintaining under Requester's name and assigned account number.

I AM DEMANDING THAT THE IMF TRANSCRIPT PROVIDED BY YOU WITH THE PUBLISHED MEANINGS, INCLUDED, BE ADDED AS A PERMANENT PART OF THE ADMINISTRATIVE FILE (S) YOU ARE MAINTAINING UNDER THE REQUESTER NAME AND ACCOUNT NUMBER. Requester has enclosed 14 pages of decoding with Exhibits AA, BB and A-M from resource manuals totaling 29 pages.

Thank you,

Ronald Brice, Requester

**NOTARY STATEMENT**

State of _Missouri_            )
                              )  SS
County of _Stone_             )

On this _19th_ day of _November_, 2002 A.D., _Ronald Brice_ personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument.

Notary Public _Brenda K. Gylas_
Date: _11/19/2002_

My Commission Expires _5/20/2004_

BRENDA K. GYLAS
Notary Public - Notary Seal
STATE OF MISSOURI
My Commission Expires: 5-20-04

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies/

Report of decoded IMF

001145

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*                    ② EMP NO 79-153-26446
                                                    TEAGUE F-1468

ACCOUNT NO 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          06-13-2002          ①
NAME CONT- BRIC        ②        CYCLE-200224    ③
*************************************************************************
FOR-7915326446 BY-7915326446 ON-06132002 TYP-S-30-199912
TIME-11:18 SRC-I  TEAGUE F-1468       PROCESSED ON-164
                                      REQUESTED TAX MODULE FOUND ON MF

1988 2 RONALD R & MARLENE P BRICE
       PO BOX 1146                                BODC-SB BODCLC-V
200120 KIMBERLING CY      MO 65686-1146-467  ⑤   SPOUSE SSN-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
                                 PRIOR NAME CONTROL-        ⑥ FZ>    -
LOC-4329                         MFR-09  VAL-1 IRA- ⑦          CAF-
YEAR REMOVED-     ENT EXT CYC-200224  ④  FYM-12  SCS-2  CRINV- 130-
                                      RPTR-    PMF-   SHELT-  BNKRPT-   BLLC-
                                      ACCRETION-                       MIN SE-
                                      JUSTIFICATION-1  IRS EMPL-   FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-     CND-E FLC-00 200027
*********************************
* TAX PERIOD 30      199912 *          REASON CD-  DLN#         MOD EXT CYC- ⑩
*********************************      ⑨ LIEN- 81222-151-78204-0
FS-2      CRINV-       ⑧              ⑨ LIEN- 81222-151-78204-0  CAF- FZ>  -
TDA COPYS-                             TDI COPYS-
        INT TOLERANCE- MATH INCREASE- HISTORICAL DO-91 BWNC-  BWI-
MF MOD BAL-              0.00
ACRUED INTEREST-  ⑪     0.00  04252000      CSED-07172010
ACCRUED PENALTY-        0.00  20000925      RSED-04152003
FMS- IA CD-0                  Cycle Date    ARDI-0         ASED-04152003
⑫      ⑬    ⑭                            ⑮
       150 07172000  Line 100  78,091.00   200027  DLN#
                                       81222-151-78204-0  D CD-    SRC-
          RCC-              ERR-    ⑯   TAX PER T/P-      78,091.00
RET RCVD DT-04152000                                             ⑰
                                           F/C-1 AGI-    318,105.00
SFR                                   FOREIGN-      FARM-  MF P-
                                      XRF-          AEIC-       0.00
                                      NAI-454390 EXMPT-02 NRGY-  0.00
                                      LTEX-       TAXABLE INC- 263,156.00
                                      PENALTY SUPP-      SET-    0.00
                                      MDP-         TOTAL WAGES-  ⑱  0.00
                                                   TOTAL INC TX-  78,091.00
                                                   EST TAX BASE-  78,091.00
                                                   PR YR BASE-    58,145.00
                                      SHORT YR CD-   ES FORGIVENESS %-  0
                                      1ST SE-    0.00     2ND SE-   0.00
                                      ACCT TYPE-
                                      EFT-0

Transsaction Code
Effective Date

Notice This document must be filed as a
permanent part of the referenced name and
account # in the IRS Master File Records. If
any records / files have been deleted and / or
substituted this demand still applies.

**********************CONTINUED ON NEXT PAGE******************************



Exhibit _____ AA

001146



PAGE NO-0002 TAX PERIOD 30 199912*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-26446
TEAGUE F-146B

ACCOUNT NO 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        06-13-2002
NAME CONT- BRIC              CYCLE-200224

*************************************************************************************

F8615-   UNAPPLD CR ELECT-                0.00
         ES TAX PAYMENT-            64,400.00
HIGH INCOME--      DIR DEP REJ RSN CD-00
PUTI-            0      SUTI-              0
PMEI-            0      SMEI-              0
PMTI-            0      SMTI-              0

Transaction Code
Effective Date

Debit / Credit
Cycle Date

Line #

| Line # | TC | Effective Date | Debit/Credit | Cycle Date | |
|---|---|---|---|---|---|
| 101 | 430 | 04171999 | 12.00- | 199917 | 75220-109-21566-9 DLN # |
| | | | | | PRC- |
| 102 | 716 | 04151999 | 16,088.00- | 199920 | 18221-121-98541-9 DLN # |
| | | | | | AVAILABILITY DT- |
| 103 | 430 | 06191999 | 16,100.00- | 199926 | 92220-171-36823-9 DLN # |
| | | | | | PRC- |
| 104 | 430 | 09151999 | 16,100.00- | 199939 | 75220-260-16641-9 DLN # |
| | | | | | PRC- |
| 105 | 430 | 01162000 | 16,100.00- | 200004 | 73220-018-09742-0 DLN # |
| | | | | | PRC- |
| 106 | 610 | 04152000 | 13,691.00- | 200019 | 92270-121-89478-0 DLN # |
| | | | | | PRC- |

MF STAT-12 07172000        0.00     200027   107 ← Line #

Master File
Status Codes

Notice This document must be filed as a permanent part of the referenced name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit BB

# INDIVIDUAL MASTER FILE SPECIFIC-DECODING
## _ANALYSIS with Comments_

### Page 1 (Exhibit AA)

**IRS Emp ID: 79-153-26446  Date: 06-13-2002  Cycle: 200224  Account #: 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**
**Name: Ronald Brice        IMF Period 1999**

A    **File Source**    A one digit code which follows the Taxpayer's identification number.
                        **Blank - valid SSN or EIN.**
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT E**._

B    **File Source**    Spouse account number indicated.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT E**._

01    **No indicator** in upper right hand corner of being a Tax Protester.
02    IRS Employee Number **79-153-26446**
03    Tax year **1999** 12 **Type S-30** Specific Master File. Master File Tax Account Codes
      "MFT". Codes are required in each transaction to identify the specific module to which a
      transaction is to be posted. MFT **30** relates to Forms 1040, 1040A, 1040 NR, 1040 SS,
      1040 PR, 1040 ES, 1040EZ, 1040 T. Tax Class 2. Various Document codes are used.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT F**._

04    **MFR - 05** Form1040, Schedules A, B, D, E, C and F. Form 1040 Business filer
      (Package 30).
_A copy is of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT G**._

05    VAL-**1** Invalid SSN REFUND Code
      **1 - Invalid SSN Freeze** has been released by TC 290 or 300 or Scrambled SSN indicator
      of "2". This release is effective during the current calendar year only.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT H**._

06    FZ       **No Module Freeze Code indicated.**

07    Crinv    **No Criminal Activity indicated.**

08    Crinv    **No Criminal Investigations indicated.**

09    Lien     **No Lien Indicated with DLN # 81222-151-78204-0**

10    FZ       **No Freeze Code Indicated.**

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems
and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have
been substituted or deleted this demand still applies/

Report of decoded IMF

2

| 11 | MF MOD BAL  Master File module balance | $ | 0.00 | |
| | ACRUED INTEREST | $ | 0.00 | 09252000 |
| | ACCRUED PENALTY | $ | 0.00 | 20000925 |
| | CSED | Collection Statute expiration date indicated | | 07172010 |
| | RSED | Refund Statute expiration date | | 04152003 |
| | ASED | Assessment Statute expiration date | | 04152003 |
| | ARDI | Accounts Receivable dollar inventory | | 0 |

12   SFR   **No** Substitute for Return indicated.

13 TC CODE 150 - The DLN under which a return is filed.  Internal Revenue Manual (IRM) 30(55)4.2 at (29) - dated 1-1-90 - reveals the following: "VIRGIN IS (TC 150)". "TC" stands for "Transaction Code", and "VIRGIN IS" stands for "Virgin Islands."  A Transaction Code (TC) 150 transcript (Individual Master File, abbreviated IMF) is the computer transcript to which data is input either when someone files a Form 1040, or a Substitute For Return (SFR) is filed by "IRS." Thus Form 1040 data is input on a Virgin Islands transcript, indicating a liability, payment, or other action relevant to a Virgin Islands liability.

**TC 150** Entity created by TC 150 and a **tax liability assessed** from the original return establishes a tax  module.
*A copy of the reference page(s) are attached hereto and incorporated herein as **EXHIBIT A, B, C, and D.***

**TC 150** IMF Operations IR Manual states at 30(55)6.3 Return Processing (1) When the input  transaction is a return (TC 150)  it designates the assessable liability.
*A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT I.***

**The TC 150 has a** Document Locator Number **81222-151-78204-0,** which has a Document Code of **22,** which is associated with the following:
  i.     1040:  Tax Class 2, U.S. Individual Income Tax Return (Other than  Full Paid) (Full Paid).
  ii.    W-2P:  Tax Class 5, Statement for Recipients of Annuities Pensions or Retired Pay.
  iii.   5329:  Tax Class 0, Return for Individual Retirement Arrangement Taxes.
*A copy of the reference page is attached hereto and incorporated herein as **EXHIBIT J.***

| 14 | DATE | Effective/Assessment Date | 07172000 |
| 15 | DATE | Cycle Date | 200027 |
| 16 | DLN | Document Locator Number DLN#: | 81222-151-78204-0 |
| 17 | AGI | Adjusted Gross | $ 318,105.00 |
| 18 | TOTAL INC TX | Total Income Tax | $  78,091.00 |

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems     3
and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have
been substituted or deleted this demand still applies/

Report of decoded IMF

# *Page 2 (Exhibit BB), 3 (Exhibit CC) with Comments*

Document Code 70:  No reference to this code in the resource manuals used for decoding.

Blocking Series 099, 885, 894:  Not indicated for the IM, only indicated for the IRA and BMF.
Blocking Series 368:  Not indicated for the IMF
Blocking Series 215:  Lists Form 1040X
The **1040X** is for the Individual Master File, it is a Tax Class 2, it has a MFT (Master File Tax) Code of 30 and Valid Doc Codes of 11 and 54.  The **1040X is an Amended U.S. Individual Income Tax Return** - Used to claim refund of income taxes, pay additional income taxes or designate dollar(s) to a Presidential election campaign fund.  IT-IRC secs. 6402, 6404, 6511, and 6096; separate instructions. Listed only for 843, 3354, 3465, 3870,1040X, 1120X, 8210, 8485.
The **1040X** is for the Individual Master File, Tax Class 2, MFT (Master File Tax) Code of 30 and Valid Doc Codes of 11 and 54.
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT K.*

The **1040X is an Amended U.S. Individual Income Tax Return** - Used to claim refund of income taxes, pay additional income taxes or designate dollar(s) to a Presidential election campaign fund.  IT-IRC secs. 6402, 6404, 6511, and 6096; separate instructions. Listed only for 843, 3354, 3465, 3870,1040X, 1120X, 8210, 8485.

The Internal Revenue Manual identified as the Files Management and Services states that a 1040X is an Amended U.S. Individual Income Tax Return for **U.S. Source Income of Foreign Persons.**
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT L.*

Blocking Series 233:  200-289 The IR Manual 3(10)(27)7.2  Extracting, Sorting, and Numbering under 3(10)(27)7.2  Non-Master File Numbering Chart lists for Form No. 1040  Blocking Series 200-299 as being Non-taxable.
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT M.*

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems     4
and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have
been substituted or deleted this demand still applies.

Report of decoded IMF

# *COMMENTS*

- The Blocking Series numbers listed below have 3 digits and a title. On the decoded IMF (EXHIBIT BB) there are many different Blocking Series with the descriptions on the spread sheet. Now, if the postings on the IMF are posted to the NMF do the meanings (descriptions) of each Blocking Series change?

   *For example,* if a Blocking Series 215 posted to an IMF and the descriptions states a Form 1040X and if the same Blocking Series posts to the NMF, would the Blocking Series change to a Non-taxable 1040?

   1. Blocking Series 000-099 - EPMF
   2. Blocking Series 100-199 - Withholding & F.I.C.A.
   3. Blocking Series 200-299 - Non-taxable 1040
   4. Blocking Series 300-398 - U.S./U.K. Tax Treaty claims-Corp.
   5. Blocking Series 400-499 - Excise Taxes
   6. Blocking Series 500-599 - Gift and Estate taxes
   7. Blocking Series 600-699 - Non-taxable "PAC" (Political Action Committee)
   8. Blocking Series 700-749 - Railroad Retirement Tax
   9. Blocking Series 750-799 - Taxable "PAC"
   10. Blocking Series 800-849 - FUTA Tax
   11. Blocking Series 850-899 - Non-Taxable "PAC" Tax
   12. Blocking Series 900-999 - U.S. Partnership Tax

This Requester denies having had at anytime conducted activities in any "excise" tax class related to alcohol, tobacco, or firearms.

Therefore, if the IMF Specific Transcript postings are posted to the Non Master File, various transcripts and computer screens there seems to be many incorrect or false or erroneous or misapplication of codes appearing on this IMF Specific Transcript.
*A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT AA and BB**.*

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies/

Report of decoded IMF

## Explanation of <u>column names</u> used on your Individual Master File (IMF) Decoded Spread Sheet

1. <u>Transaction codes</u> consist of three digits and are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayers account on the Master File. Every transaction processed by ADP must have a Transaction Code to maintain Accounting Controls of debits and credits, to cause the computer at the MCC to post the transaction on the Master File, to permit compilation of reports, and identify the transaction when a transcript is extracted from the Master File. The IRAF, BMF, and IMF Transaction Codes will not be used for the IRAF. Also, the definitions of several Transaction Codes are necessarily changed since there will be no offsetting or computer generated credit interest. In addition all refunds will be scheduled manually with the refunds posted to the IRAF using transaction code 840.

2. <u>Description/Reference</u> is what the Transaction Code means and the primary reference source we used.

3. <u>Debit and credit</u> the dollars values applicable to your account.

4. <u>Effective Date</u> the date the action took effect.

5. <u>Cycle Date</u> the date the action was put into the system.

6. <u>Julian Date</u> the date the action was initiated. The numeric date of the year that the return or document was numbered for processing. (For example: January 15 = 015). The sixth, seventh and eighth digits of the DLN represent the Julian Date. Note: If the DLN is IDRS generated, this date will be incremented by 400 so January 15 would be shown as 415.

7. <u>Document Code (DOC Code)</u>  The code which identifies the specific type of return or document that was filed or processed.  The document code is the fourth and fifth digits of the DLN.

8. <u>Description/Reference</u> lists the forms by form number connected to that particular number. This list is taken from the "IRS law Enforcement Manual 3(27)(68)4.3.

9. <u>Blocking Series</u> is a 3-digit number. Returns or documents grouped together for filing purposes. The ninth, tenth and eleventh digits of the DLN indicate the blocking series where the return is filed.

10. <u>Description/Reference</u> number indicates what kind of an action or transaction is being done with the Document Code.

11. <u>Series/Serial Number</u> is the maximum number of records within a block of 100; numbered 00-99

12. <u>Year</u> indicates the year the document locator number was generated.

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have been substituted or deleted this demand still applies'

Report of decoded IMF

## <u>Explanation of A Document Locator Number</u>
## Resource - ADP and IRS Information Manual  (Document 6209)



## Explanation of Collection Status Codes - Master File (MF) and Integrated Data
## Retrieval System (IDRS) - Resource ADP 8-57

The Master File codes are MCC computer generated as a result of the computer analysis after a transaction has posted to the Master File. The Status Code designates the current collection status at the module and will appear on the MCC transcripts and on IDRS. The ten-digit abbreviations appear on the MCC transcripts only. IDRS Status Codes, which are unique to IDRS or vary in meaning from similar MF status codes are identified by *. (Reference LEM Internal Revenue Manual 3(27){68}0)

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have been substituted or deleted this demand still applies/

Report of decoded IMF

**Ronald Brice**

Year Decoded **1999**    SSAN **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Loan # | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 150 | ADP- Debit* I/B  Return Filed & (NPJ) E/A  Tax Liability P  Assessed. A tax liability assessed from the original return establishes a tax module. *BMF: Assessment may be credit for Form CT-1, 720 and 941. See TC 976 977 for amended return. Valid Doc. Code IMF: 05, 06, 07, 08, 09, 10, 11, 12, 21, 22, 26, 27, 51, 72, 73, BMF: 03, 05, 06, 07,08, 09, 10, 11, 13,16, 20, 23, 29, 35, 36, 38, 40-44, 46, 51, 59, 60, 65, 66 (PSC only) 67, 71, 81, 83, 90-93, 95 EPMF: 30, 31, 37, 38 IRAF: 11, 12, 21, 22, 51, 73 PMF: 69 | 07172000 | $78,091.00 | 200027 | 151 | 22 | 1040, W-2P, 5329  1040: U.S. Individual Income Tax Return (Other than Full Paid) (Full Paid)  W-2P: Statement for Recipients of Annuities, Pensions or Retired Pay  5329: Return for individual Retirement Arrangement Taxes  LEM 42, 34, 39 | 782 | IMF: 780-789 Adjustment without original return to set math error deferred action on module (CP 55 generated). IRA: Not indicated in Resource Manual. BMF: 780-789 Adjustment without original return to set math error deferred action on module (CP 155 generated). ADP 4-16, 17, 18 | 04 | 0 | Transaction Code Key 1) I=Individual Master File 2) B=Business Master File 3) A=Individual Retirement Account.  The consecutive line numbers on the far left column are matched to the numbers marked on the decoded IMF. |
| 150 Cont 1 | | LEM: Debit *(NPJ) I/B  RET FILED  E/A/P. Return Filed & Tax  A Liability assessed Abbreviation to be Recorded on TDA/S (Form TY-D89) is: TAX ON RET. A tax liability assessed from the original return establishes a tax module. SC computer generated while processing the return. Any remittance received with the return (TC 610) is prejournalized. IMF/BMF/IRAF: All credits posted to a tax module are frozen from offsetting or refunding until a 150 is posted. Will cause a TC 650 (which is prejournalized) to be printed on the Settlement Register if the 150 contains a Federal Depositary amount. | | | | | | | | | | | Manuals used to decode: 1) ADP & IRS Information Document 6209 2) IRM 30 (IMF Operations) 3) Internal Revenue Service Law |
| 150 Cont 2 | | *BMF: Assessment may be credit for Form CT-1, 720, and 941. (See TC 976, 977 for Amended Return) Valid Doc. Code IMF: 07, 08, 09,10, 11, 12, 21, 22, 26, 27, 33, 72, 73, BMF: 05, 08, 10, 11, 12, 13,16, 25, 20, 35, 40-44, 46, 65-67,71, 81, 83, 90-93, 03, 05, 06, 38, 95 EPMF: 30, 31, 33, 37, 38, 39 IRAF: 11, 12, 21, 22, 51, 73 PMF: 69 | | | | | | | | | | | |

**Ronald Brice**  SSAN **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**  Year Decoded **1999**  IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Sequence #/Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 150 Cont 3 | ADP: I/A  ENTITY CREATED by TC 150 Generated Transaction  This TC 150 when posted to the Entity Transaction Section indicates the Master File Entity was created from the posting of the return. LEM: I/ ENT BY 150 A/ ENTITY CREATED by TC 150 This TC 150 when posted to the Entity Transaction Section indicates the Master File Entity was created from the posting of the return. *(IMF Transcript Code 28 indicates this is a Virgin Is transcript TC 150 Exhibit B. Exhibits A,C,D relate to Virgin Is).  IRM 30 (55) 4.2 (IMF Operations) ADP 8-11 LEM 115 | | | | | | | | | | Notice is hereby given that, THIS DOCUMENT MUST BE FILED AS A PERMANENT PART OF THE MASTER FILE, ADMINISTRATIVE RECORD, AUTOMATED INFORMATION MANAGEMENT SYSTEM OF RECORD (S) AND ANY OTHER RECORD SYSTEM AND/OR FILES MAINTAINED BY THE INTERNAL REVENUE SERVICE ON THE REFERENCED REQUESTER AND ACCOUNT NUMBER IF SUCH RECORD(S) HAVE BEEN SUBSTITUTED OR DELETED THIS DEMAND STILL APPLIES |
| 101 | 430 | ADP: Credit (P,J) I Estimated Tax Declaration Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module, if necessary to record ES tax payment. Reversed by TC 661 or 662. ADP: I Entity Created by TC 430 Generated Transaction Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 04171999 | 12.00- | 199917 | 109 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier) 1040ES: U.S. Declaration of Estimated Income Tax for Individuals 1120POL: U.S. Income Tax Return of Political Organizations 720: Quarterly Federal Excise Tax Return 1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc. LEM 42 | 215 | IMF: 200-289 Forms 1040X processed by Document Perfection. IRA: Not indicated in Resource Manual. BMF: 200-289 Forms 1120X processed in Returns Analysis ADP 4-16, 17 | 66  9 | |
| | 430 Cont. 1 | LEM: Credit (P,J) I,B PAYTM RET Remittance with Return Valid Doc. Code  IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58,  BMF: 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 71, 81, 83, 90, 91, 95. This transaction is computer-generated when a 150(return) transaction contains a remittance amount. ADP 8-35 LEM 138 | | | | | | | | | | |

9

**Ronald Brice**     Year Decoded **1999**     SSAN **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 716 | ADP: Credit I/B (NPJ) <u>Generated Overpayment Credit Applied from Prior Tax Period</u> Generated Transaction. An MCC computer generated credit which applies the amount of credit elected and available from the preceding year's Tax module. A TC 836 debit is generated for the amount of the credit. Applicable to Forms CT-1, 720, 940, 941, 943, 945, 990C, 990T, 990PF, 1040, 1041, 1042 and 1120. | 04151999 | 16,008.00- | 199920 | 121 | 21 | 1040, W-2, 5329 1040: U.S. Individual Income Tax Return (Other than Full Paid) W-2: Wage and Tax Statement 5329: Return for Individual Retirement Arrangement Taxes LEM 43, 34, 41, 39 | 885 | IMF: Not indicated in Resource Manual. IRA: 800-899 Offers in Compromise. BMF: 880-889 Offers in Compromise Form 11-C only. ADP 7-16, 17, 18 | 41 | 9 | |
| | 716 Cont. 1 | LEM: Credit I,B (NPJ) <u>OR CR ELEC Declaration Generated Overpayment Credit Applied from Prior Tax Period</u> Generated Transaction. An MCC computer generated credit which applies the amount of credit elected and available from the preceding year's Tax module. A TC 836 debit is generated for the amount of the credit. Applicable to Forms 720, 941, 943, 990C, 1040, 1041, 990T, 990PF, CT-1, 940, 1042 and 1120. ADP 8-42 LEM 145 | | | | | | | | | | | |
| 103 | 430 | ADP: Credit (P,J) <u>Estimated Tax Declaration</u> Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module if necessary, to record ES tax payment. Reversed by TC 661 or 662. ADP: <u>Entity Created by TC 430</u> Generated Transaction. Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 06191999 | 16,100.00- | 199926 | 171 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier), 1040ES: U.S. Declaration of Estimated Income Tax for Individuals 1120POL: U.S. Income ax Return of Political Organizations 720: Quarterly Federal Excise Tax Return 1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc. LEM 42 | 368 | IRA: Not indicated in Resource Manuals. IRA: Not indicated in Resource Manuals. BMF: Not indicated in Resource Manuals. ADP 4-16-17 | 23 | 9 | |

**Ronald Brice**

Year Decoded: 1999    SSAN: 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

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 430 Cont. 1 | | LEM: I<br>ENT BY 430 Entity Created by TC 430<br>Generated Transaction<br>Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity.<br>LEM: Credit (P,I) I    ENT BY 430<br>Estimated Tax Declaration<br>LEM: Credit (P,I) I<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>ADP 8-24<br>LEM 128 | | | | | | | | | | | |
| 104 | 430 | ADP: Credit (P,I) I<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662.<br>ADP: I<br>Entity Created by TC 430<br>Generated Transaction  Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 09151999 | 16,100.00- | 199939 | 260 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier)<br>1040ES: U.S. Declaration of Estimated Income Tax for Individuals<br>1120POL: U.S. Income ax Return of Political Organizations<br>720: Quarterly Federal Excise Tax Return<br>1120S-K1 (for TY81 and earlier)<br>Shareholders Share of Undistributed Taxable Income, Etc.<br>LEM 42 | 166 | IMF: 150-179<br>Tax, Penalty interest, or freeze release without original return.<br>IRA: Not indicated in Resource Manual.<br>BMF: 150-179<br>Tax adjustment without the original return, including penalty, interest, and /or freeze release adjustments. Non-refile DLN. When using this blocking series, no unpostable checks are made for prior examination or math/clerical error because the original return has not been secured. Exercise caution when adjusting accounts using this blocking series.<br>ADP 4-16,17 | 41 | 9 | |

11

# Ronald Brice

Year Decoded **1999**    SSAN **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference Specific | Series/Serial # Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 430 Cont. 1 | LEM: I<br>ENT BY 430  Entity Created by TC 430<br>Generated Transaction<br>Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity.<br>LEM: Credit (P.J) I    ENT BY 430<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax payment, if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>ADP 8-24    LEM 128 | | | | | | | | | | |
| 105 | 430 | ADP: Credit (P.J) I<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662.<br>ADP- I<br>Entity Created by TC 430.<br>Generated Transaction  Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 01162000 | 16,100.00- | 200004 | 018 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier)<br>1040ES: U.S. Declaration of Estimated Income Tax for Individuals<br>1120POL: U.S. Income Tax Return of Political Organizations<br>720: Quarterly Federal Excise Tax Return<br>1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc.<br>LEM 42 | 099 | IMF: Not indicated in Resource Manual.<br>IRA: 000-099 All adjustments except those specified below. Non-refile DLN.<br>BMF: 090-099 Same as above, except for Form 730 only.<br>ADP 4-16, 17 | 42  0 | |

12

**Ronald Brice**   Year Decoded **1999**   SSAN **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**

13

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference (IMF MCC Transcript Specific) | Series/Signal # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 430 Cont. 1 | LEM: I<br>ENT BY 430  Entity Created by TC 430<br>Generated Transaction<br>Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity.<br>LEM: Credit (PJ) I  ENT BY 430<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>ADP 8-24<br>LEM 128 | | | | | | | | | | | |
| 106 | 610 | ADP: Credit I/B (PJ)<br>Remittance with Return<br>Valid Doc. Code IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58, 70  BMF: 03, 05, 06, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 70, 71, 81, 83, 90, 91, 95<br>Credits the tax module with a payment received with the return. Doc Code 70 is valid form OCR/RPS/CHESS and eliminates Doc Code 19. | 04152000 | 13,691.00- | 200019 | 121 | 70 | No information indicated in Resource manuals.<br>LEM 43 | 894 | IMF: Not indicated in Resource Manuals.<br>IRA: 800-899 Offers in Compromise.<br>BMF: 890-899 Offers in Compromise Form 11-C only<br>ADP 16, 17, 18 | 78 | 0 | |
| | 610 Cont. 1 | LEM: Credit (PJ) I,B<br>PAYTW RET Remittance with Return<br>Valid Doc. Code IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58,  BMF: 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 71, 81, 83, 90, 91, 95<br>This transaction is computer-generated when a 150(return) transaction contains a remittance amount.<br>ADP 8-35<br>LEM 138 | | | | | | | | | | | |

**Ronald Brice**

Year Decoded **1999**   SSAN **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Serial/Serial # Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **MASTER FILE STATUS CODE(S)** | | | | | | | | | | |
| 107 | MF STAT 12 | ADP- I/B/A R,OP,OR,PD<br>Return is filed or assessed or, if MFT 13, TC 240 posted, overpaid or subsequently collected.<br>LEM: I/B/A R,OP,OR,PD<br>Return is filed or assessed or, if MFT 13, TC 240 posted-overpayment, or subsequently collected.<br>ADP 8-58<br>LEM 98 | 07172000 | 0.00 | 200027 | | | | | | | |



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

# F.O.I.A Response Letter

Person to Contact:
Barry Windheim
Telephone Number:
(202) 622-6250
Refer Reply to:
97-976
Date:      MAY  1 1997

Dear Mr.

This is in response to your Freedom of Information Act (FOIA) request dated April 9, 1997, concerning Transaction Code 150.

In response to number 5 of your request, we are not required under the FOIA to conduct extensive research. Concerning the scope of Transaction Code 150 (number 6 of your request), our Disclosure Officer in the Assistant Commissioner (International) has advised us that the transaction codes contained in our manuals are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayer's account on the master file. The Transaction Code 150 indicates a tax liability assessed when a tax return is filed and a return is posted to the Master File. The Virgin Islands (150) relates to the tax liability assessed on a U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa It indicates the amount of self-employment tax assessed on this type of return.

Notice  This Document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records / files have been deleted and / or substituted this demand still applies

Sincerely,

Barry Windheim
Program Analyst
Freedom of Information

# Exhibit      A

Page 15

(15) OIC (TC 480)
(16) NMFL (TC 480)
(17) KITA (TC 01X)
(18) COMBAT ZON
(19) UNREVTC 520 (TC 520)
(20) TDI RESRCH (See Project 720)
(21) INTEL (See Project 735)
(22) REACT NMF (TC 130)
(23) CSED
(24) MARRIED FILED SEPARATELY (TC 424)
(25) MULTIPLE FILER (TC 424)
(26) Cr El Decd (See Project 439)
(27) TRFPENACT
(28) VIRGIN IS (TC 150)
(29) STAT TRANSCRIPT
(30) QUEST W-4 (See Project 411)
(31) FOLLOW-UP W-4 (See Project 411)
(32) AMRH (See Project 712)
(33) AM–X (See Project 712)
(34) CV PN CRED
(35) SC ADDRESS
(36) Hostage
(37) NRPS
(38) DECDESCR
(39) STIM
(40) UNP 71 REL
(41) RSED
(42) A/R Clean-Up (see Project 713)
(43) LPCANCEL
(44) PMTOVERCAN
(45) OICDEFAULT
(46) DEFAULTFSC
(47) TDIFRZ–150
(49) TDI–EXAM
(50) HighRisk
(51) Deferral
(52) HighDollar

## 30(55)4.3 (1-1-96)
## Computer Paragraph Notices

(1) 04—ES Penalty Waiver
(2) 01—Deferral Reminder
(3) 08—Refund Issued—SSA Records need correction
(4) 09—Earned Income Credit Refund
(5) 10—Combination CP 12 and CP 45
(6) 11—Math Error—Bal Due
(7) 12—Math Error—Overpayment
(8) 13—Math Error—Settlement
(9) 14/14E—Bal Due No Error
(10) 15—Civil Penalty Assessment
(11) 15B—100% Civil Penalty Assessment
(12) 16—Math Error—Overpayment to other taxes (CP 12/49 combination)
(13) 17—Refund unfrozen Excess ES Credits

Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit   B
Page 16

**3(15)(129)9.(10)**
**Veteran's Disability Compensation—Public Law 95-479, Sec:
301**

(1) Veterans notified that they are retroactively entitled to a Veterans
Administration (VA) pension or compensation can exclude this amount
from gross income. In order to qualify for this exclusion the veteran must
waive an equal amount of retirement pay that he/she may receive from
the VA benefit. This waiver must be made within one year of the date the
veteran is notified by the VA of his/her eligibility. Since this notification of
VA benefits eligibility can be, and usually is retroactive, the taxpayer can
file claims for refund of taxes paid on these amounts.

(2) When a claim is received in A/C, review the claim for completeness
following the guidelines in IRM 3(15)60, "Processing Procedures for
Claims and Amended Returns".

(a) Disallow the claim if the statute is barred.

(b) Disallow the claim if it is not for a retroactive exclusion of the
Veterans Administration benefits.

**Caution:** Many claims are received where the claimed amount is for
additional benefits. These claims are not allowable because the benefits have not been included in the taxable income.

(c) A copy of VA Form 20-09112 or an official VA letter granting the
retroactive benefit that clearly states "in lieu of VA Form 20-0993" must
be attached to the claim.

(3) If the required documentation is not attached, suspend the claim
and correspond with the taxpayer. If the taxpayer does not furnish the
necessary information by the end of the suspense period, reject the claim.

**3(15)(129)9.(11)**
**Adjustment to Virgin Island Forms 1040 and 1040A**

(1) Route claims received from taxpayers residing in the Virgin Islands
to PSC for processing.

(2) Action:

(a) Check TC 150 DLN for blocking series 96 (Virgin Island);

(b) Write "Virgin Island TP" on the transmittal; and

(c) Send 86C Letter to taxpayer notifying him/her of the transfer.

**3(15)(129)9.(12)**
**Underreporter/CP2000 Issues**

(1) The Underreporter Program (URP) is the compliance program
which compares amounts of wages, interest, dividends, etc., reported by
the payers with the amounts reported by the individual taxpayers. Discrepancies in income and increased withholding credits are identified. A
CP2000 notice is sent to a taxpayer to propose a change to tax and/or
credits. The current URP processing year is usually, 18 to 24 months prior
to the current tax year. (e.g., The tax year 1991 will be processed by URP
in the calendar year 1993.) As a result of taxpayers receiving CP2000's or
Statutory Notices from URP, A/C will answer correspondence and/or
Forms 1040X. In addition, A/C will also receive taxpayer correspondence
and returns that have been reviewed by URB.

(2) Route Forms 1040X (that relate or refer to URP) for the current
URP processing year, to URB. Follow regular adjustments procedures for:

(a) other than current URP processing year Forms 1040X and,

Notice  This document must be
filed as a permanent part of the
reference name and account # in
the IRS Master File Records.  If
any records / files have been
deleted and / or substituted this
demand still applies.

Exhibit   C

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Regs. § 1.933-1                                    Income from foreign and U.S. sources

Rico during the course of the taxable year is not entitled for such year to the exclusion provided in section 933.

(b) *Taxable year of change of residence from Puerto Rico.* A citizen of the United States who changes his residence from Puerto Rico after having been a bona fide resident thereof for a period of at least two years immediately preceding the date of such change in residence shall exclude from his gross income the income derived from sources within Puerto Rico which is attributable to that part of such period of Puerto Rico residence which preceded the date of such change in residence, except amounts received for services performed as an employee of the United States or any agency thereof.

(c) *Deductions.* In any case in which any amount otherwise constituting gross income is excluded from gross income under the provisions of section 933, there shall not be allowed as a deduction from gross income any items of expenses or losses or other deductions (except the deduction under section 151, relating to personal exemptions) properly allocable to, or chargeable against, the amounts so excluded from gross income.

T.D. 6349, 5/21/57.

§ 1.934-1 Limitation on reduction in income tax liability incurred to the Virgin Islands.

(a) *General rule.* Section 934(a) provides that tax liability incurred to the Virgin Islands shall not be reduced or remitted in any way, directly or indirectly, whether by grant, subsidy, or other similar payment, by any law enacted in the Virgin Islands, except to the extent provided in section 934(b) or (c). For purposes of the preceding sentence, the term "tax liability" means the liability incurred to the Virgin Islands pursuant to subtitle A of the Code, as made applicable to the Virgin Islands by the Act of July 12, 1921 (48 USC 1397) or pursuant to section 28(a) of the Revised Organic Act of the Virgin Islands (48 USC 1642).

(b) *Exception for certain domestic and Virgin Islands corporations.* (1) *General rule.* Section 934(b) provides an exception to the application of section 934(a). Under this exception, section 934(a) does not apply with respect to tax liability incurred to the Virgin Islands by a domestic or Virgin Islands corporation for any taxable year (or for such part of such year as may be applicable) to the extent that such tax liability is attributable to income derived from sources without the United States, if such corporation satisfies the conditions provided in section 934(b)(1) and (2), and if the information required by section 934(d) is supplied. These conditions are enumerated in the remainder of this paragraph, and the information requirement is set forth in paragraph (d) of this section.

(2) *Conditions to be satisfied for exception.* A domestic or Virgin Islands corporation satisfies the conditions of section 934(b)(1) and (2) if—

(i) Eighty percent or more of the gross income of such corporation for the 3-year period immediately preceding the close of the taxable year (or for such part of such period immediately preceding the close of such taxable year as may be applicable) was derived from sources within the Virgin Islands; and

(ii) Fifty percent or more of the gross income of such corporation for such period (or such part thereof) was derived from the active conduct of a trade or business within the Virgin Islands.

18,596

(3) *Computation rule.* Except as provided in subparagraph (5) of this paragraph, tax liability incurred to the Virgin Islands by a domestic or Virgin Islands corporation for the taxable year (or such part of such year as may be applicable) attributable to income derived from sources without the United States shall be computed as follows:

(i) Add to the income tax liability incurred to the Virgin Islands any credit against the tax allowed under section 901(a);

(ii) Multiply by taxable income from sources without the United States for the applicable period;

(iii) Divide by total taxable income for the period;

(iv) Subtract any credit against the tax allowed under section 901(a).

Tax liability incurred to the Virgin Islands attributable to income derived from sources without the United States, as computed in this subparagraph, however, shall not exceed the total amount of income tax liability actually incurred.

(4) *Examples.* The rule of the preceding subparagraph may be illustrated by the following examples:

*Example (1).* Corporation X, which satisfies the requirements of section 934(b), incurs an income tax liability to the Virgin Islands for taxable year 1963 of $290, as follows:

| | |
|---|---|
| Taxable income from sources within the U.S. | $200 |
| Taxable income from sources without the U.S. | 800 |
| Total taxable income | $1,000 |
| Credit allowed under section 901(a) | 10 |
| Tax liability incurred to the Virgin Islands | 290 |

The income tax liability incurred to the Virgin Islands attributable to income derived from sources without the United States is $230, computed as follows:

| | |
|---|---|
| (i) Tax liability incurred to the Virgin Islands | $290 |
| Plus credit allowed under section 901(a) | 10 |
| | $300 |
| (ii) Multiply by taxable income from sources without the U.S. | 800 |
| | 240,000 |
| (iii) Divide by total taxable income | 1,000 |
| | 240 |
| (iv) Subtract credit allowed under section 901(a) | 10 |
| | $230 |

*Example (2).* Corporation Y, which satisfies the requirements of section 934(b), incurs an income tax liability to the Virgin Islands for taxable year 1963 of $140, as follows:

| | |
|---|---|
| Taxable income from sources within the U.S. | ($300 net loss) |
| Taxable income from sources without the U.S. | 800 |
| Total taxable income | $500 |
| Credit allowed under section 901(a) | 10 |
| Tax liability incurred to the Virgin Islands | 140 |

Exhibit D

Page 18

1 - 10

Cycle — One week's processing at the Service Center and Martinsburg Computing Center. The cycle is expressed by a 4 digit code; the first two digits, the processing year and the second two digits, the processing week in that year.

Designated Payment Code (DPC) — A payment designated by the taxpayer for a type of tax.

Document Code (DOC Code) — The code which identifies the specific type of return or document that was filed or processed. The document code is the fourth and fifth digits of the DLN.

Dummy Module — A module created on IDRS in order to record case control information when the tax module is not present. It contains name control, TIN, MFT and tax period and will be replaced by the true tax module when the generated TC 902 finds a match on the Master File.

Enforcement Revenue Information System (ERIS) — ERIS is a new tracking system which will extract information for reports from existing systems. When fully implemented, it will track an account from the beginning of an examination through the collection activity.

Employee Plans Master File — The Employee Plans Master File (EPMF) is a master file maintained at MCC. This file consists of various types of tax sheltered Pension/Profit Sharing Plan. The plans are plans that are adopted by (a) employers, (b) sponsors (e.g. labor unions) and (3) self-employed individuals. This file is maintained in Employee Identification Number (EIN) sequence. Note: This file should not be confused with the Individual Retirement Account File (IRAF). The IRAF is related to the IMF and is maintained in Social Security Number (SSN) sequence. The EPMF consists of three distinct sub-modules. These sub-modules are:

(a) The Sponsor/Employer entity module.

(b) The Plan Data module.

(c) Returns module.

When making entity changes to plan data module, they must be input with doc code 64.

Entity Module — Is that portion of the master file record which identifies the taxpayer. It contains his/her name, address, Social Security or Employer Identification Number, employment code if applicable, name control, location codes, filing requirement codes, tax period, and date of establishment. In the case of an IMF it also includes filing status, spouse's name and social security number. This can also be a dummy module.

Entity Code — A two character code assigned each day to authorized terminal operators and is required for all command codes.

Extension Notice Code — A two digit code assigned to Forms 2688/4868 identifying if the applications for extension of time to file returns were fully approved, granted 10-day approvals or denied, and the reason for the action taken.

File Source — A one digit code which follows the Taxpayer Identification Number (TIN) the common values are:

| Blank—valid SSN or EIN | P—valid IRA SSN |
| *—invalid SSN on BMF | X—Invalid IRA SSN |
| V—valid SSN on BMF | P—valid EPMF EIN |
| W—Invalid SSN on BMF | X—Invalid EPMF EIN |

File Source
A & B on the IMF

**Notice**  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit E

Page /9

---

1 - 11

D—Temporary TIN    N—NMF

File Year — The 14th digit of the DLN will show the calendar year the document was numbered

Freeze Code — This could be on Master File or on AIMS

(a) AIMS—The code indicating that certain types of updates and closing actions will be prevented until the restriction (freeze code) is removed  Refer to Section 12

(b) Master File—A freeze places a taxpayer's account in a condition which requires additional action before the account can be settled.

Installment Agreement Record — A record in IDRS containing installment agreement information.

Invalid Number — Taxpayer's name and Social Security Number do not agree with the SSN furnished or do not match Social Security records. On MCC or IDRS transcript, an asterisk(*) follows the invalid number!

Invalid Segment — That part of the Individual Master File that contains Social Security Numbers or names that do not match with Social Security records.

Inventory Validation List (IVL) — A list of accounts currently on the AIMS data base. The purpose of validating inventory is to maintain the integrity and accuracy of AIMS by comparing the physical inventory with the AIMS inventory.

IRS Number — Classification number given to various classes of excise or special tax liability. (Lubricating oil, IRS 63; Retail Liquor Dealer, IRS 06)

Julian Date — The numeric day of the year that the return or document was numbered for processing. (For example: January 15 =MC 015). The sixth, seventh and eighth digits of the DLN represent the Julian Date. Note: If the DLN is IDRS generated, this date will be incremented by 400 so January 15 would be shown as 415.

Labels — AIMS provides three types of labels: audit (status), file, and address labels. Audit labels are used on AIMS forms for requisitions, updates, closings and corrections. The file labels are used to identify returns in various files and for group control cards. The address labels are used on correspondence with the taxpayer.

Long Closing — The AIMS closing of examined returns and surveyed claims. A long closing uses Form 5344 (Exam), Form 5599 (EO), and Form 5650 (EP)

Master File Tax Code (MFT) — The MFT reduces the numerous types of tax to a two digit code

Microfilm Serial Number — This is a 10-digit number assigned to FTDs during the OCR scanning process. This has increased to a 12 digit number during SCRIPS processing

Name and Address File (NAF) — The IDRS file that contains the names and addresses (and other entity data) of taxpayers with modules in the AMF

Name Control — The first 4 letters of the taxpayer's last name (in the case of individuals) and the first 4 letters of the business name (in the case of partnership, corporations etc.) The name control is used to check master file and assure that the TIN corresponds with the proper taxpayer

Non-computed — Taxpayer files an incomplete tax return. He signs the return and attaches Forms W-2. The computer will calculate the tax and issue a notice. The notice will advise the taxpayer

# 6209 Document (ADP)

## Master File Tax Code (MFT)

| MFT | Form | Tax Class | Doc. Code |
|---|---|---|---|
| 06 | 1065 | 2 | 65 |
| 06 | 1065-K1 | 5 | 85 |
| 07 | 1066 | 3 | 60 |
| 08 | 8804,8805 | 18 | 29,46 |
| 08 | CT-1 | 7 | 11 |
| 09 | | | 40 |
| 09 | 840,940PR | 8 | 40 |
| 10 | 940-EZ | 8 | 38,39(mag tape) |
| 11 | 943,943PR | 8 | 43 |
| 11 | 1042 | 1 | 25,68 |
| 13 | 8278 | 3 | 54 |
| 14 | 1099 | 3 | |
| 15 | 8752 | 2 | 23 |
| 16 | 945 | 1 | 97,37,44 |
| 33 | 990C | 3 | 92 |
| 34 | 990T | 3 | 93 |
| 36 | 1041A | 4 | 81 |
| 37 | 5227 | 4 | 83 |
| 44 | 990PF | 4 | 91 |
| 45 | 3809 | All | 48,58 |
| 49 | 4720 | 4 | 71 |
| 50 | 709 | 5 | 09 |
| 51 | 709A | 5 | 08 |
| 52 | 706 | 5 | 06 |
| 57 | 5227 | 4 | 83 |
| 57 | 3809 | All | 48,58 |
| 58 | 2290 | 4 | 95 |
| 60 | 2290 | 4 | 95 |
| 60 | 2290A | 4 | 96 |
| 63 | 11C | 4 | 03 |
| 64 | 730 | 4 | 13 |
| 67 | 990,990EZ | 4 | 90 |
| 67 | 990,990EZ | 4 | 90 |
| 77 | 706GS(T) | 5 | 29 |
| 78 | 706GS(D) | 5 | 59 |
| 86 | W-3/W-3G | 1 | |
| 74 | Form | Tax Class | Doc. Code |
| 74 | 5300,5301,5303,5307,5310 | 00 | Various |
| 75 | 3672,3672A,4461,5306 | 00 | 61,62,72,73,06,60 |
| EPMF | Form | Tax Class | Doc. Code |
| EPMF | 5309,5330,5500,5500C, 5500EZ and 5500R | 0 | Various |
| IRAF | Form | Tax Class | Doc. Code |



| IMF | MFT | Form | Tax Class | Doc. Code |
|---|---|---|---|---|
| 30 | 29 | 5329 | 0 | Various |
| | 30 | 1040,1040A,1040NR,1040EZ,1040ES,1040PR,1040SS,2 1040PR,1040ES, 1040EZ,1040I | 2 | Various |
| | 55 | 8453 | 2 | 59 |
| | 56 | 8278 | 2 | 54 |
| | | 1099 | 2 | |

| NMF | Form | Tax Class | Doc. Code |
|---|---|---|---|
| 03 | 6009 | 6 | 66 |
| 07 | 1096 | 6 | 60 |
| 08 | 8813,8804,8805 | 6 | 29 |
| 12 | 1042 | 6 | 48 |
| 14 | 8613 | 6 | 22 |
| 17 | 941 | 6 | 41 |
| 17 | 2749 | 6 | 41 |
| 18 | 942 | 6 | 42 |
| 19 | 943 | 6 | 43 |
| 20 | 1040,5734 | 6 | 10,55,56 |
| 21 | 1041 | 6 | 44,46 |
| 22 | 1041PR | 6 | 33 |
| 23 | 1120-DISC | 6 | 69 |
| 24 | 957 | 6 | |
| 25 | 958 | 6 | |
| 26 | 959 | 6 | |
| 28 | CVPN | 6 | |
| 29 | 5329 | 6 | |
| 31 | 1120S | 6 | 16,17 |
| 32 | 1120 | 6 | 20 |
| 33 | 990C | 6 | 92 |
| 34 | 990T | 6 | 93 |
| 35 | 1065 | 6 | 65,66,67 |
| 36 | 1041 | 6 | 81 |
| 36 | 1041A | 6 | 81 |
| 37 | 5227 | 6 | 83 |
| 38 | 2438 | 6 | 86 |
| 44 | 990PF | 6 | 91 |
| 45 | 720 | 6 | 30 |
| 46 | 5734 | 6 | 55 |

Page 20

Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit F

# 6209 Document (ADP)

8 - 76

1   required to file Form 2290
5   reserved for programming use
8   account currently inactive, return not required to be mailed or filed

(17) Form 11C Special Tax and Application for Registry
0   not required to file
1   required to file Form 11C
5   reserved for programming use
8   account currently inactive, return not required to be mailed or filed

(18) Form 730 Tax on Wagering
0   not required to file
1   required to file Form 730
5   reserved for programming use
8   account currently inactive, return not required to be mailed or filed

(19 & 20) Form 990 and 990EZ Organization Exempt from Income Tax
00   not required to file.
01   required to file Form 990 Gross receipts over $25,000
02   not required to file Form 990 Gross receipts of $25,000 or less
03   Dummy Entity—group return filed
04   not required to file—filing Form 990BL
06   not required to file—Church
07   not required to file—exempt under 501 (c)(1)
13   Not required to file—religious organization
14   Instrumentalities of States or Political Subdivisions not required to file
55   account currently inactive, return not required to be mailed or filed

(21) Form 8752—Required Payment or Refund under IRC Section 7519
0   reserved for programming use
1   Required to file
8   Account currently inactive, return not required to be mailed or filed

(22) Form 945—Payer's Annual Tax Return
0   Not required to file
1   Required to file

(2)   IMF Filing Requirement Codes

00   No return filed.
01   Return not required to be mailed or filed
02   Form 1040—U.S. Individual Income Tax Return
03   Form 1040A or 1040EZ filer. (Package 50)
04   Form 1040 with Schedule A and B only. Principle non-business filer (Package 10).
05   Form 1040, Schedules A, B, D and E. Full non-business filer (Package 20).
06   Form 1040, Schedules A, B, C and F. Form 1040 business filer (Package 30).
07   Form 1040SS filer (Virgin Islands (DO 66), Guam, and American Samoa—DO 98).
08   Form 1040PR filer (Puerto Rico—DO 66).
08   Account is inactive. Return not required to be mailed or filed

# Mail Filing Requirements

8 - 77

09   Form 1040NR filer.
10   Form Schedule F Business with Farm (Package 40)
11   IMF Child Care Credit present (Package 80)
12   Schedule F(NR) present (Package 60)
13   Form 1040EZ
14   1040A (Schedule F(NR) present)) IIAF
15   1040T Filer

(3)   EPMF Filing Requirement Codes

| Form | FR | DC |
| --- | --- | --- |
| 5500 | X | 36 |
| 5500-C | X | 37 |
| 5500 EZ | Z | 38 |
| 5500EZ | N | 31 |
| 5500-R | T | 30 |

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit  G

4    REVERSE VALIDITY INDICATOR—blank or *. If asterisk is present, it indicates account is also present under the opposite validity.
5    LAST MASTER FILE EXTRACT CYCLE ENTITY
5A   Will be displayed if present. PL=Prior Name Lines; PT=Posted transactions; PN=Pending transactions; CH=Control History Lines; AH=Action History Lines; NH=Notice History Lines.
6    NAME LINE YEAR
7    FILING STATUS CODE—Indicates the taxpayer's filing status. Values are 0–9. Refer to LEM 3(27)(68)0 for additional information.
8    FIRST NAME LINE
9    SECOND NAME LINE may be continued name line of foreign address line or care of name line.
10   ADDRESS CHANGE CYCLE
11   STREET ADDRESS (rarely, may not be present)
12   CITY/STATE—City—State
13   ZIP
14   CROSS REFERENCE SPOUSE'S SSN AND VALIDITY
     * = Invalid
     Blank = Valid
15   PRIMARY TELEPHONE NUMBER
16   SECONDARY TELEPHONE NUMBER
17   TDA YIELD SCORE—Displayed if significant values
18   TDI YIELD SCORE
19   YEAR OF NAME LINE
20   FILING STATUS CODE See LEM 3(27)(68)0
21   PRIOR YEAR NAME LINE
22   PRIMARY LOCATION CODE. Format is District and Area Offices.
23   TDA/TDI LOCATION CODE.
24   TDI CODE
25   TDA/TDI CASE ASSIGNMENT EMPLOYEE.
26   MAIL FILE REQUIREMENT—Refer to LEM 3(27)(68)0 for appropriate codes.



27   INVALID SSN REFUND CODE—
     BLANK—Invalid SSN freeze in effect
     1—Invalid SSN Freeze has been released by TC 290 or 300 or Scrambled SSN indicator of "2". This release is effective during the current calendar year only.
     2—Invalid SSN Freeze has been released by TC 150 Document Code 72 or 73 posting to this Temporary SSN. This release is effective during the current calendar year only.
     4—Account on the invalid segment and the invalid SSN Freeze has been released by a transaction (other than TC 100, 90X, 92X or 99X) which has posted to the account and the transaction name control matches the name control for this account on a file of update records received from SSA, which have not yet updated the DM-1 file. The DM-1 file is updated on a quarterly basis.
     5—Combination of 1 and 4 above.
     6—Combination of 2 and 4 above
     8—Account on invalid segment and TC 510 posted to account
     9—Combination of 1 and 8 above
     A—Combination of 2 and 8
     C—Combination of 4 and 8
     D—Combination of 1, 4 and 8 above
     E—Combination of 2, 4 and 8
28   148 HOLD on the Master File. Values V, Q, P, W, E, J, K, F, M or L.
29   CAF INDICATOR—If the present value is "C", indicating an authorized representative for at least one tax period. For further information input Command Code CFINQ.
30   FISCAL YEAR MONTH—Taken from the most current First Name Line on the Master File entity.
31   SCRAMBLED SSN INDICATOR—
     BLANK—No scrambled SSN
     1—Scrambled SSN Indicator (two taxpayers using the SSN)

**Val 1**

Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records / files have been deleted and / or substituted this demand still applies.

OFFICIAL USE ONLY

Exhibit  H

Page 22

## 30(55)6.3 (1–1–96)
### Return Processing

(1) When the input transaction is a return (TC 150) it designates the assessable liability. Other transactions are generated when amounts are present in the return. The generated transactions are posted to the Transaction Section and the Module Balance is updated.

    (a) TC 150—Assessment Amount—This field designates the tax liability.

    (b) TC 610—Remittance with Return.

    (c) TC 806—Withholding.

    (d) TC 636—Separate Appropriation Credits.

    (e) TC 766—Other Cash Credits.

    (f) TC 200—Pre-determined TIN Penalty.

    (g) TC 170—Pre-determined Estimate Tax Penalty.

    (h) TC 160—Pre-determined Delinquency Penalty—When the return contains a penalty code of "1", penalty is computed at 5% regardless of dates, unless FTP has been computed for that same period. Refer to 30(55)6.7.

    (i) TC 270, 340 and 770—Restricted Penalty & Interest for a return containing condition code Y, R and either A or F.

    (j) TC 540—for a return containing condition code "A" or "F" (deceased taxpayer).

    (k) Generate TC 570 if return has condition code 3 for additional liability. Also generate TC 570 if the return is blocked 920–929 or is an SFR. Also generate TC 570 with Julian Date 999 when posting a current year return with an overpayment of $300 or more if the account contains a module in status 870 or a module with an unreversed TC 42X.

    (l) Earned Income Credit—For full years (decedent with short years allowed) beginning with tax period ending date of 12/31/75, a TC 768 (CR) will be generated with return due date and TC 150 DLN if the Earned Income Credit Computer field is present. TC 764 (CR) and TC 765 (DR) will be generated from manually input line item reference number 764, 765 respectively. It is, however, available for offset or refund whether or not the input return has tax or other credits present, but freeze conditions prevail.

    (m) TC 160, 170, 270 and 340—Restricted Penalty and Interest for a return containing condition code "Z".

## 30(55)6.4 (1–1–96)
### Subsequent Processing

(1) TC 148—causes an alert for Immediate Issuance of TDA when certain non-compliance conditions are present in any of the Tax Modules in an account. For details regarding TDA's see Project 721.

(2) TC 130—indicates a Non-Master File Liability Outstanding and posts to the Entity Section as it affects all modules.

    (a) This transaction does not supersede any of the automatic offsetting routines but becomes effective at the time that refundable credits are available. The account is frozen for refunding and a CP 44 (Credit Available to Non-Master File Account) is output to the appropriate Service Center advising of the amount of credit available. CP44 will not generate, and a refund will be issued if the credit per module (before refund interest is computed) is under $25. Service Center will input TC 824 (Credit Transfer) for amount used when the credit available was sufficient to offset the Non-Master File liability. The credit module is



Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit H

# Law Enforcement Manual III

Exhibit        for Document Code        Law Enforcement Manual III

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| W–2P | Statement for Recipients of Annuities, Pensions or Retired Pay | 22 | 5 |
| W–2G | Statement of Gambling Winnings | 32,88 | 5 |
| W–3 | Transmittal of Income and Tax Statements | ANY | 1 |
| W3–SS | Transmittal of Wage and Tax Statements | 32,33,34,35 | 1 |
| W–4 | Employee's Withholding Certificate | 42 | 5 |
| W–4E | Exemption from Withholding Certificate | 42 | 5 |

## 3(27)(68)4.4  (1-1-80)
## Document Codes Reference

(1)  Doc. Codes with forms are as follows.

| Doc Code | Forms |
|----------|-------|
| 01 | 5301 |
| 03 | 11C,5303 |
| 04 | 2758,7004,SS4,8736 |
| 05 | 706NA,1120RIC |
| 06 | 706,5306,1120DF |
| 07 | 5307,1040EZ,1120FSC |
| 08 | 709A,5713,1040EZ, 1120ND |
| 09 | 1040A,709,5309,1120A,990EZ |
| 10 | 1040A,1120,1120X,4626,5310 |
| 11 | 1040,1120,CT–1,5329,W–2 (Guam),1120L,1120M,1040X |
| 12 | 1040,5329,W–2 (Virgin islands),1120REIT |
| 13 | 730,1120PC |
| 14 | 3177,3177A,TYD–14 |
| 15 | Passport |
| 16 | 1120S, Green Card |
| 17 | 1962, 2287, 2758, 4429, 3731, 3967,3244, 3446, 3552, 4188, TY–25, TY–18, 4839, 4840, 809, 4868, 4843, 4084, 4085, 4086, 4482, 4602, 4604, 4732, 4733, 4779, 4868, 4960, 4961, RSC137, TYD69,4188SP,4429P,6641, 1041ES,8210 |
| 18 | 809,3244,4840,4907,3244A,TYD69,8210 |
| 19 | RPSII processed forms |
| 20 | 1040ES,1120POL,720,1120S–K1 (for TY81 and earlier) |
| 21 | 1040,W–2,5329 |
| 22 | 1040,W–2P,5329 |
| 23 | 8697 |
| 24 | 2424 |
| 25 | 1042 |
|    | 1042 Tax Period 8512 and later |
| 26 | 1040SS |
| 27 | 1040PR |
| 28 | 5498 |
| 29 | 8804,8813 |
| 30 | 6209,6222,720,5500–R,W–3 |
| 31 | 5263,3912,W–3,5500–EZ |
| 32 | W–2G, W–3SS |
| 33 | 1042 (Tax Period 8512 and prior), W–3SS, 5500–G |
| 34 | W–3SS |
| 35 | 941(mag. tape),5330,W–3SS |
| 36 | 6248,5500 Sch. B,941E(mag. tape) |

✱—

> Notice:  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit   J

# 6209 Document ADP

2-4

| Form No. | Title | File Source | Tax Class | MFT Code | Doc. Code |
|---|---|---|---|---|---|
| 959 | Return by an Officer, Director, or Shareholder with Respect to the Organization or Reorganization of a Foreign Corp. and Acquisition of its Stock | N | 6 | 26 | |
| 982 | Reduction of Tax Attributes Due to Discharge of Indebtedness | B | 9 | | 78 |
| 964/966 | Corporate Dissolution Indicator | | | | |
| 990 | Return of Organization Exempt from Income Tax | B/N | 4*6 | 67 | 90 |
| 990-BL | Information and Initial Excise Tax Return for Black Lung Benefit Trust and Certain Related Persons | N | 6 | 56 | 88 |
| 990-C | Exempt Cooperative Association Income Tax Return | B/N | 3*6 | 33 | 92 |
| 990-EZ | Short Form Return of Organization Exempt From Income Tax | B | 4 | 67 | 09 |
| 990-PF | Return of Private Foundation | B | 4 | 44 | 91 |
| 990-T | Exempt Organization Business Income Tax Return | B/N | 3*6 | 34 | 93 |
| 990-W | Estimated Tax on Unrelated Business Taxable Income for Tax-Exempt Organization | | | | |
| 1028 | Application for Recognition of Exemption Under Section 501(c) or for Determination Under Section 120 | | | | |
| 1000 | Ownership Certificate | | | | |
| 1001 | Ownership, Exemption, or Reduced Rate Certificate | | | | |
| 1040 | U.S. Individual Income Tax Return | IN | 2,6 | 30,*20 21,22 | 11,12, 21,22 |
| 1040A | U.S. Individual Income Tax Return | | 2 | 30 | 09,10 |
| 1040C | U.S. Departing Alien Income Tax Return | | 2 | 30 | 61 |
| 1040ES | U.S. Declaration of Estimated Income Tax for Individuals | | 2 | 30 | 20 |
| 1040EZ | U.S. Individual Income Tax Return | | 2 | 30 | 07 |
| 1040EZ-TEL | U.S. Individual Income Tax Return - Telefile | | 2 | 30 | 08 |
| 1040NR | U.S. Non-resident Alien Income Tax Return (PSC only) | IN | 2,6 | 30, 20, 21 | 72,73 |
| 1040NR-EZ | U.S. Non-resident Alien Income Tax Return (PSC only) | | 2 | 30 | 72 |
| 1040PC | U.S. Individual Income Tax Return (Personal Computer) | | 2 | 30 | 05,06 |
| 1040PR | U.S. Individual Income Tax Return-Puerto Rico (PSC only) | IN | 2,6 | 30,22 | 27 |
| 1040SS | U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa (PSC only) | 1 | 2 | 30 | 26 |
| 1040T | US Individual Income Tax Paper | 1 | 2 | | 05,06 |

2-5

| Form No. | Title | File Source | Tax Class | MFT Code | Doc. Code |
|---|---|---|---|---|---|
| 1040X | Amended U.S. Individual Income Tax Return | | 2 | 30 | 11,54 |
| 1041 | Magnetic Media U.S. Fiduciary Income Tax Return (for Estates and Trusts) | B/N | 2*6 | 05,21 | 44 |
| 1041A | U.S. Information Return - Trust Accumulation of Charitable Amounts | B/N | 4,6 | 36 | 81 |
| 1041ES | Payment Voucher, Estimated Tax | B | 2 | | 17 |
| 1041ES | Payment Voucher, Estimated Tax, Lockbox Processing | B | 2 | 05 | 19 |
| 1041-K1 | Beneficiary's Share of Income, Credits, Deductions, Etc. | | 5 | | 66 |
| 1041PF | (See Form 5227) | | | | |
| 1042 | Annual Withholding Tax Return for US Source Income of Foreign Persons | B/N | 1,6 | 12 | 25 |
| 1042S | Foreign Persons US Source Income subject to Wth. holding | N | 6 | | 66 |
| 1045 | Application for Tentative Refund | | | | |
| 1065 | U.S. Partnership Return of Income | B/N | 2,6 | 06, *35 | 65 |
| 1065-K1 | Partners Share of Income, Credits, Deductions, Etc | | 5 | | 65 |
| 1066 | Real Estate Mortgage Investment Conduit Income Tax Return | B/N | 3,6 | 07 | 60 |
| 1078 | Certificate of Alien Claiming Residence in the United States | | 5 | | |
| 1096 | Annual Summary and Transmittal of US Information Returns | | 5 | | 69 |
| 1098 | Mortgage Interest Statement | | 5 | | 81 |
| 1099-A | Information Return for Acquisition or Abandonment of Secured Property | | 5 | | 80 |
| 1099-B | Statement for Recipients of Proceeds From Real Estate Brokers and Barters Exchange Transactions | | 5 | | 79 |
| 1099-C | Cancellation of Debt | | 5 | | 85 |
| 1099-DIV | Statement for Recipients of Dividends and Distributions | | 5 | | 91 |
| 1099-G | Statement for Recipients of Certain Government Payments | | 5 | | 86 |
| 1099-INT | Statement for Recipients of Interest Income | | 5 | | 92 |
| 1099-LTC | Statement for Recipients - Long term care and accelerated health benefits | | 5 | | 93 |
| 1099-MISC | Statement for Recipients of Miscellaneous Income | | 5 | | 95 |

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Page 25

OFFICIAL USE ONLY

Exhibit K

OFFICIAL USE ONLY

# Law Enforcement Manual
## 1 0 4 0 X

Files Management and Services                                                    I R Manual

### Exhibit 35(61)0–11

Forms Reference Index

Documents which are specifically referenced in the Files procedures are cross-referenced here as an administrative aid.

| Form | Title (Purpose) | IRM 35(61) Sec. |
|---|---|---|
| 5XX/FTD | Cards & Transmittals | 2.10 |
| 706 | Estate and Generation-Skipping Transfer Tax Return | 7.3 |
| 706 NA | Estate Tax Return—Alien | 7.3 |
| 706 (for POA) | Estate Tax (Power Of Attorney) | 3.(26) |
| 709 | Gift (and Generation-Skipping Transfer Tax Return | 3.6 & 7.3 |
| 720 | Quarterly Federal Excise Tax Return | 6.8 |
| 813 (Part 2) | Document Register | Various |
| 843 | Claim for Refund and Request for Abatement | 3.(25) |
| 911 | Application for Taxpayer Assistance Order to Relieve Hardship | 1.8 |
| 926 | Return by a Transferor of Property to a Foreign Corporation, Trust, Estate or Partnership | 3.(27) |
| 940–942 | Employer's Annual Federal Unemployment (FUTA) Tax Return/ Employer's Quarterly Tax Return for Household Employees | 2.1 |
| 941 facsimile | Employer's Quarterly Federal Tax Return | 2.5 & 3.(35) |
| 964 (Form Obsoleted) | Election of Shareholder (Liquidation) | 7.(11) |
| 966 | Corp. Dissolution (Liquidation) | 7.(11) |
| 990–BL | Information and Excise Tax Return for Black Lung Benefit Trusts and Certain Related Persons | 3.6 |
| 990/990–PF | Return of Org. Exempt from Income Tax (Except Private Foundation)/ Return of Private Foundation | 2.7 |
| 990–T | Exempt Organization Business Income Tax Return | Exhibit 3 |
| 1040 | U.S. Individual Income Tax Return | 7.6 |
| 1040EZ | Income Tax Return for Single Filers With No Dependents | 3.6 |
| 1040C | U.S. Departing Alien Income Tax Return | Exhibit 3 |
| 1040X | Amended U.S. Individual Income Tax Return for U.S. Source Income of Foreign Persons | 3.(25) & Exhibit 3 |
| 1042 | Withholding Tax Return | 2.3 & 3.(10) |
| 1042S | Income Subject to Withholding | 3.(10) |
| 1096 | U.S. Annual Summary & Transmittal of U.S. Information Return | 3.(13) |
| 1120–FSC | U.S. Income Tax Return of a Foreign Sales Corporation | 3.2 |
| 1120–IC–DISC | Interest Charge Domestic International Sales Corporation Return | 3.2 |
| 1120 | Corp. Tax Returns | 3.(11) & Exhibit 1 |
| 1120X | Claim | 3.(25) & Exhibit 3 |
| 1332 | Block & Selection Record | Various |
| 2031 (Form Obsoleted) | Waiver Certificate to Collect Social Security Coverage | Exhibit 3 |
| 2119 | Sale or Exchange of Principal Residence | 6.(24) |
| 2275 | Records Request, Charge and Recharge (Charge-out Request) | Various |
| 2345 | Batch Transmittal | 2.3 |
| 2553 | Election—Small Business Corp. | 3.(12) |
| 2848 | Power of Attorney and Declaration of Representative | 3.(32) |
| 3011A | Transmittal (Refund Litigation Case) | 4.3 |
| 3115 | Accounting Method Change | Exhibit 3 |
| 3177 | Notice of Action (Entity) | (10).2 |
| 3169 | Deficiency Dividend Deduction | 3.(14) |
| 3210 | Document Transmittal | Exhibit 26 |
| 3520 | Creations of or Transfers to Certain Foreign Trusts | 3.(30) |
| 3520A | Annual Return of Foreign Trusts with U.S. Beneficiaries | 3.(30) |
| 3780 | Index Cards (Form Obsoleted 12/74) | 3.(20) |
| 3893 | Re-Entry Control Sheet | 2.5 |
| 3906 (Form Obsoleted) | Block Record | Various |
| 4180 | Flag Sheet | 2.5, 6.3 & 8.1 |
| 4210 (Form Obsoleted) | Block Divider Card | 2.2 |
| 4251 | Return Charge-Out | Various |
| 4338 | Information or Certified Transcript Request | 2.1 & 2.6 |

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit 2

I R Manual
**3(10)(72)7.2**

3(10)(72)7.2
**Non-Master File Numbering Chart**

| FORM NO. | DC/SC CODE | TAX CLASS & DOC CODE | BLOCKING SERIES | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| CT-1 | D | 601 | 000-199 | KCSC |
| CT-2 | D | 602 | 000 | |
| Excise | D | 694 | 000 | Protest Cases |
| 706A | D | 684 | 500-599 | |
| Schedule R-1 (Form 706) | D | 685 | 500-599 | |
| 709 Deceased | D | 609 | 000 | |
| 720 | D | 630 | 000 | |
| 926 | D | 632 | 000-099 | Transfer stock to foreign concern. |
| 940 | D | 640 | 000 | |
| 941 | D | 641 | 000-009 | Taxable |
| | | | 200-299 | Non-taxable also 941 stamped "monthly deposition filed" obsolete 12-31-86 |
| 941NMI | P | 641 | 910-919 | |
| 942 | D | 642 | 000-009 | |
| 943 | D | 643 | 000 | |
| 990BL | C | 688 | 500-599 | CSC only |
| 1040 | D | 610 | 000-099 | Taxable |
| | D | | 200-299 | Non-taxable |
| 1040NR | D | 672 | 000-499 | Non-effectively connected without income, PSC only individual's entity |
| 1040NR | D | 673 | 500-599 | Lloyd's of London—PSC only |
| | D | | 000-499 | Effectively connected without income, PSC only individual's entity |
| 1041 | | 644 | 500-599 | Lloyd's of London—PSC only |
| 1041 | D | 644 | 200-239 | Non-PAC |
| 1041 | D | 644 | 240-249 | Non-taxable PAC only |
| 1041A | | 681 | 250-259 | Taxable PAC only |
| 1042 | P | 633 | 000 | |
| | | | 000-999 | All 1985 and subsequent 1042 process as BMF, 1984 and pri process as NMF. |
| 1042 | P | 635 | 500-599 | Renumbered |
| 1042S | P | 666 | 000-299 | |
| | | | 400-699 | |
| 1065 | D | 665 | 900-999 | Taxable |
| 1120L&M | D | 615 | 000-195 | Non-taxable |
| | | | 200-299 | Renumbered misblocked retu by PSC only. Documents date prior to 12/31/67 are number to NMF. |
| | | | 500-599 | Others |
| 1120 ICDISC | | 669 | 200-299 | Taxable |
| 1120 | D | 620 | 100-199 | Non-Taxable |
| | | | 200-299 | Non-Taxable "PAC" Only 751 and prior |
| 1120 | D | 625 | 600-699 | |
| 1120ND | D | 620 | 000 | Trustee or disqualified person box checked. Part VI, Page 2 should be only entries after section |
| 1120S | D | 629 | 700-709 | Taxable "PAC" Only 7511 a prior |
| 1120S | D | 616 | 800-899 | "PAC" Case |

MT 3(10)00-113

**Exhibit** _____ m

Page 27

**CERTIFIED MAIL**

7001 2510 0005 2293 0414

**U.S. Postal Service**
# CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Area Director*
Street, Apt. No.; or PO Box No. *IRS*
City, State, ZIP+4 *Kansas City, MO 64999-0002*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Area Director*
*Internal Revenue Service*
*Kansas City, MO*
*64999-0002*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    *7001 2510 0005 2293 0414*

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark
Here

Sent To *Area Director*

Street, Apt. No.; or PO Box No. *185*

City, State, ZIP+4 *Kansas City, mo 64999-082*



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*R. Brice*
*P O Box 1146*
*Kimberling City, mo*
*65686*