

# REPORT OF FALSE
# AND
# MISLEADING
# POSTINGS ON THE
# INDIVIDUAL MASTER FILE
# OF
# Ronald Brice

*12/13/02*

From:
Ronald Brice                SS #:  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
P.O. Box 1146
Kimberling City, MO 65686

To:
Commissioner of Internal Revenue Service
1111 Constitution Avenue, N.W.            *12/17/02 si'md by A. Hursley @ 1111 Am*
Washington, DC 20081-0001      Certified Mail #  *7002  2030  0002  0217  5034*

TIGTA
ATTN: Complaint Management Division
Ben Franklin Station
PO Box 589
Washington DC 20044          Certified Mail #  *7002  2030  0002  0217  5041*

Bureau Alcohol, Tobacco and Firearms
1200 Pennsylvania Avenue NW
Washington DC 20510          Certified Mail #  *7002  2030  0002  0217  5058*

Social Security Administration
Office of the Inspector General
PO Box 17768
Baltimore, MD  21235         Certified Mail #  *7002  2030  0002  0217  5065*

Area Director
Internal Revenue Service
Kansas City, MO 64999-0002        Certified Mail #  *7002  2030  0002  0217  5072*

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### Applicable to all Successors and Assigns

Dear Inspector General, Commissioner, and/or Director:

I, Ronald Brice, hereinafter Declarant, state that the facts contained herein are true, correct, and complete to the best of Declarant's knowledge and belief under penalty of perjury pursuant to the laws of united States of America.

## INDIVIDUAL MASTER FILE

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

Declarant has received through the Freedom of Information Act, hereinafter FOIA, Declarant's Individual Master File, hereinafter IMF, a copy is attached hereto and incorporated herein by reference as EXHIBIT A. Declarant then de-coded Declarant's IMF, a copy of the de-coded IMF is attached hereto and incorporated herein by reference as EXHIBIT B.

## TRANSACTION CODE 150

1. The TC 150 code appearing on Declarant's IMF, according to IRM 30(55)4.2, number (28), indicates Virgin Islands. A copy of IRM 30(55)4.2 page 0-8 is attached hereto and incorporated herein as EXHIBIT L.

2. A letter from DOT, IRS, a copy is attached hereto and incorporated herein as EXHIBIT M, states, to wit:

> ...The Transaction Code 150 indicates a tax **liability** assessed when a tax return is filed and a return is posted to the Master File. **The Virgin Islands (150) relates to the tax liability assessed on—a U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa.** It indicates the amount of self-employment tax assessed on this type of return. (Emphasis added.)

3. Title 8, Section 802 of the Social Security Act, a copy is attached hereto and incorporated herein as EXHIBIT N, shows that the employer is made "liable", and states, to wit:

> (a) The tax imposed by section 801 shall be collected by the employer of the taxpayer by deducting the amount of the tax from the wages as and when paid. **Every employer required so to deduct the tax is hereby made liable** for the payment of such tax, and is hereby indemnified against the claims and demands of any person for the amount of any such payment made by such employer. (Emphasis added.)

4. Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT O, defines an employer as, in part, to wit:

> One who employs the services of others; one for whom employees work and who pays their wages or salaries.

5. Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT P, defines service as, in part, to wit:

> The term is used also for employment in one of the offices, departments, or agencies of the government;...

6. Title 5 USC 2105, a copy is attached hereto and incorporated herein as EXHIBIT Q, states, to wit;

> (a) For the purposes of this title, "employee", except as otherwise provided by this section or when specifically modified, means an officer and an individual who is--
> (1) appointed in the civil service by one of the following acting in an official capacity--
> (A) the President;
> (B) a Member or Members of Congress, or the Congress;
> (C) a member of a uniformed service;
> (D) an individual who is an employee under this section;

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

         (E)  the head of a Government controlled corporation; or

         (F)  the adjutants general designated by the Secretary concerned under section 709(c) of title 32, United States Code;

   (2)  engaged in the performance of a Federal function under authority of law or an Executive act; and

   (3)  subject to the supervision of an individual named by paragraph (1) of this subsection while engaged in the performance of the duties of his position.

7.   The above title has explanatory notes, see EXHIBIT Q, and the first note states, to wit:

> Subsection (a) is supplied to avoid the necessity of defining "employee" each time it appears in this title. <u>The subsection is based on a definition worked out independently by the Civil Service Commission and the Department of Labor and in use by both for more than a decade.</u> (Emphasis added.)

8.   Title 26, Subtitle C, Chapter 24, Section 3401(d), a copy is attached hereto and incorporated herein as EXHIBIT R, states in part, to wit:

> Employer
> For purposes of this chapter, the term "employer" means the person for whom an individual performs or performed any <u>service</u>, of whatever nature...(Emphasis added.)

9.   Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT S, defines employ in the following terms, to wit:

> Employ. To engage in one's service; to hire; to use as an <u>agent</u> or substitute in transacting business;... (Emphasis added.)

10.  Title 26, section 601.103, a copy is attached hereto and incorporated herein as EXHIBIT T, states, to wit:

> Summary of general tax procedure.
> (a) Collection procedure.  The Federal tax system is basically one of self-assessment. In general each taxpayer (<u>or person required to collect and pay over the tax</u>) is required... (Emphasis added.)

11.  Title 26, Section 3403, Liability for tax, a copy is attached hereto and incorporated herein as EXHIBIT U, states, to wit:

> Liability for tax.
> The employer shall be liable for the payment of the tax required to be deducted and withheld under this chapter, and shall not be liable to any person for the amount of any such payment.

12.  Black's Law Dictionary, 6th Edition, see EXHIBIT O, defines employee, as, to wit:

> Employee. A person in the service of another under any contract of hire, express or <u>implied</u>... (Emphasis added.)

13.  Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT V, also defines implied contract, as, to wit:

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

> An implied contract is one not created or evidenced by the explicit agreement of the parties, but inferred by the law,...

14. IRM 3(15)(129)9.(11), a copy is attached hereto and incorporated herein as EXHIBIT W, states, to wit:

> Adjustment to **Virgin Island Forms 1040 and 1040A**
> (1) Route claims received from taxpayers residing in the Virgin Islands to PSC for processing. (Emphasis added.)

15. IRS Penalty Manual, (20) 214, Substitute for Return (SFR), under (5) (a), a copy is attached hereto and incorporated herein as EXHIBIT X, states, to wit:

> (a) a dummy tax return (TC 150) is created to open the account on the master file.

16. Treasury Directive 2815, a copy is attached hereto and incorporated herein as EXHIBIT Y, states, to wit:

> *To collectors of internal revenue and others concerned:*
> Nonresident alien individuals or their authorized agents should use Form 1040, revised, or Form 1040A, revised, in making returns of income derived from sources within the United States,...

17. Treasury Order 150-42, a copy is attached hereto and incorporated herein as EXHIBIT Z, states, to wit:

> 2. The Commissioner shall, to the extent of authority vested in him, provide for the administration of the United States internal revenue laws in the Panama Canal Zone, Puerto Rico, and the Virgin Islands.

## OTHER FALSE POSTINGS ON DECLARANT'S IMF DOCUMENT CODES

Declarant has attached hereto and incorporated herein by reference as EXHIBIT D, a copy of the breakdown of a Document Locator Number, hereinafter DLN, found in ADP and IRS Information Manual 6209, hereinafter ADP, page 4-1. Declarant's IMF shows a posting under Transaction Code 150, a Document Code of 22, see EXHIBIT A.

LEM, page 42, a copy is attached hereto and incorporated herein by reference as EXHIBIT E, evidences the forms that this Transaction Code is referencing. The only possibilities that are evidenced are the following: 1040, 5329, W-2 (Guam).

These forms are listed in the Internal Revenue Service Catalog of Federal Tax Forms, Form Letters and Notices, Publication 676 as follows:

> A) Form 1040—U.S. Individual Income Tax Return. Used by citizens or residents of the United States to report income tax. A copy of this page of the Publication 676 is attached hereto and incorporated herein by reference as EXHIBIT F.

> B) Form 5329—Return for Additional Taxes Attributable to Qualified Retirement Plans (Including IRAs), Annuities, and Modified Endowment Contracts. Used to report excise taxes or additional income tax owed in connection with individual retirement arrangements, annuities, modified endowment contract and

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

qualified retirement plans. Refers to IRC Sections 72, 4973, 4974, and 4980A. Declarant has none of these. Declarant does not qualify for any of these programs; therefore, Declarant is not required to file or fill out this form. A copy of this page of the Publication 676 is attached hereto and incorporated herein by reference as EXHIBIT I.

C) Form W-2 (Guam)—Guam Wage and Tax Statement. Used to report wages, tips and other compensation, employee social security and Medicare tax, Guam income tax withheld, and to support credit shown on individual income tax return. IRC sections 6051; Regs. Sec. 31.6051-1. Declarant does not live in Guam; therefore, this form does not apply. A copy of this page of the Publication 676 is attached hereto and incorporated herein by reference as EXHIBIT H.

**IT APPEARS THAT INTERNAL REVENUE SERVICE HAS POSTED INFORMATION ON DECLARANT'S IMF THAT HAS LISTED DECLARANT AS SOME SORT OF EXCISE TAXABLE BUSINESS LIVING IN THE VIRGIN ISLANDS. THIS IS ERRONEOUS AND MISLEADING IF INTERAL REVENUE SERVICE DOES NOT MAKE ADJUSTMENTS ON DECLARANT'S IMF TO CLEAR UP THESE DISCREPANCIES!!!**

## DECLARATION

1. Declarant states that Declarant is a Citizen of the unincorporated, non-federal zoned united States of America.

2. Declarant states that Declarant is not a party to the corporation known as United States, or to any of the agencies that are a party to the corporation known as United States.

3. Declarant states that Declarant is not a resident of the Virgin Islands, Guam, Puerto Rico, Northern Mariana Islands, American Samoa, Washington DC, or any other territorial possession of United States Corporate government.

4. Declarant states that Declarant is not a party to any contract(s), known or unknown, written or implied, causing Declarant to have any kind of liability incurred to or with any of the following:

   a) Corporate United States
   b) IRS
   c) BATF
   d) DOT
   e) SSA
   f) Virgin Islands
   g) Guam
   h) Puerto Rico
   i) Northern Mariana Islands
   j) Washington DC
   k) Any other territorial possessions of United States

5. Declarant states that Declarant has never knowingly granted or assigned any authority, either expressly, implied, written, or otherwise, to any of the enterprises referenced in number three, above.

6. Declarant states that Declarant is not an implied withholding agent, nor does Declarant hold any contract making Declarant a withholding agent, for any of the enterprises referenced in number three, above.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

7.  Declarant states that Declarant is not an employee, implied or otherwise, of corporate United States, nor any of the enterprises referenced in number three, above.

8.  Declarant states that Declarant is not an employer, implied or otherwise, of corporate United States, nor any of the enterprises referenced in number three, above.

9.  Declarant states that Declarant is not liable, implied or otherwise, for any taxes required by corporate United States government law for withholding agents to withhold from any employees of any of the enterprises referenced in number three, above.

10. Declarant states that Declarant has no tax liability, implied or otherwise, for any taxes that IRS imposes upon withholding agents of corporate United States or any agencies thereunder.

11. Declarant states that Declarant is not required, implied or otherwise, to collect and pay over the tax for corporate United States or any agencies thereunder.

12. Declarant states that Declarant is not a nonresident alien individual.

13. Declarant states that Declarant is not an authorized agent, implied or otherwise, of any; of the enterprises referenced in number three, above.

14. Declarant states that Declarant is not required to file a form, including but not limited to, 1040 or 1040 series form.

15. Declarant states that any implied contracts that Declarant may have unwittingly made with any of the agencies in number three above are null and void on the premise that Declarant did not have full disclosure of all the facts contained therein to deem such contract to be a lawful document.

16. Declarant states that Declarant is not dealing with manufacturing and retailers excise taxes.

## CONCLUSION OF FACTS

1.  Declarant has evidenced that Declarant has erroneously participated in the Social Security program by applying for a Social Security card, which made Declarant a party to an implied, contract with the United States corporate government and the agencies thereof. Declarant entered this implied Social Security program without knowledge that this was a contract, implied or otherwise.

2.  Declarant has evidenced that the TC 150 code that was erroneously entered on Declarant's IMF by the IRS has created a false impression that Declarant is violating some sort of implied contract subject to the law(s), code(s), statute(s), regulation(s), rule(s), and/or implementing regulation(s) that the IRS has created for the purpose of unlawfully extracting money from the Declarant under color of law, through the United State Corporate government. Declarant entered these implied, unlawful contract(s) without knowledge or consent. The 1040 series forms support the conclusion of these facts.

3.  Declarant has evidenced that a TC 150 code has been erroneously entered onto Declarant's IMF, which made Declarant a party to an implied contract with United States corporate government, making Declarant liable for payment of tax incurred in the Virgin Islands. Declarant was made a party to this

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

implied contract with the United States corporate government making Declarant liable for payment of tax incurred in the Virgin Islands without Declarant's knowledge or consent.

4. Declarant has evidenced that through SSA, Declarant has erroneously been made a withholding agent for the IRS, which makes Declarant a party to an implied contract with the United States corporate government. Declarant was made a party to this implied contract with the United States corporate government, making Declarant a withholding agent for the IRS. This transpired without Declarant's knowledge or consent.

5. Declarant has evidenced that Declarant has erroneously been made an employer of the United States corporate government, making Declarant liable for payment of tax by unwittingly entering into an implied contract. Declarant entered this implied contract with no knowledge or consent.

6. Declarant has exposed the false information found on Declarant's IMF through the erroneous information of the TC 150. This appears to be a pattern and practice, which may not be limited to IRS, DOT, BATF, and the SSA; all who are a party to the United States corporate government.

## DEMAND FOR LAWFUL DOCUMENTATION

1. Before Declarant can recognize the lawfulness of any demands IRS, BATF, DOT, SSA, or any other agency of the federal United States corporate government, Declarant must have the following:

   A. Lawful documentation evidencing a lawful statement of claim against Declarant from IRS, BATF, DOT, or any other federal corporate government agency. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

   B. Lawful documentation evidencing that Declarant is subject to the taxes imposed by the Virgin Islands or any other territory of United States. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

   C. Lawful documentation evidencing that Declarant is subject to any liabilities, implied or otherwise, incurred when Declarant was deceived into an implied contract with SSA, IRS, DOT, BATF, or any other corporate government entity, under color of law. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

   D. Lawful documentation evidencing that Declarant is an employee or an employer of United States, SSA, IRS, DOT, or BATF, implied or otherwise. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

   E. Lawful documentation evidencing that Declarant is contracted, implied or otherwise, to perform as a withholding agent or any other service, implied or otherwise, for United States, SSA, IRS, DOT, or BATF. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

   F. Lawful documentation evidencing that Declarant is required to collect and pay over the tax for United States, SSA, IRS, DOT, or BATF. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

   G. Lawful documentation evidencing that Declarant is subject to any implied contracts that have been implemented by United States, SSA, IRS, DOT, or BATF. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

H. Lawful documentation evidencing that Declarant is required to file or complete a 1040 or any 1040 series, Virgin Islands form and submit it to the IRS. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

I. Lawful documentation evidencing that Declarant is required to pay any Virgin Islands taxes. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

J. Lawful documentation evidencing that IRS, BATF, DOT, SSA, or United States has lawful claim of right to require Declarant to file any kind of form, pay any taxes, penalties, interest, or any other retribution to any of said agencies. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

Declarant demands to know who has entered false information onto Declarant's IMF regarding, but not limited to, the TC 150, the blocking series, and the document codes. Declarant will hold the person(s) and the agency(s) responsible for this unlawful practice accountable.

## DEMAND FOR ADMINISTRATIVE HEARING

Declarant demands a due process administrative hearing to investigate Declarant's allegations as guaranteed to Declarant by the Constitution and Bill of Rights. Declarant hereby gives notice that Declarant will be accompanied by a court reporter to officially document the hearing. Declarant reserves the right to videotape this hearing and bring any witnesses or interested parties. Declarant will present the facts and evidence presented herein along with other evidence.

Declarant will also require the production of the following items, instruments, and/or documents:

1. Lawful documentation evidencing identity(s) of all agents, officers, or representatives of IRS.

2. All agents, special agents, officers, assignee's, employee's, and/or any other representatives of IRS shall, before commencement of the hearing, be required, by written oath or affirmation, to declare under penalty of perjury, that all statements and/or claims made by them are true, correct, and complete.

3. Lawful documentation evidencing any instrument(s), contract(s), and/or other agreement that contain Declarant's signature making Declarant a party to any contrac(s) that would make Declarant agreeable to a liability imposed by the IRS. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

4. Lawful documentation evidencing Declarant is subject to any liabilities of Virgin Islands or any other insular territory of United States. Any cites of law(s), code(s), rule(s), statute(s), and or implementing regulation(s) shall be required.

5. Lawful documentation evidencing power of attorney to act as a representative for U.S. or United States or the Treasury Secretary, which authorizes correspondence with Declarant. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

6. Lawful documentation evidencing Declarant is a party to any taxes imposed. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

7. Lawful documentation evidencing Declarant is engaged in taxable business activities. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

8.  Lawful documentation evidencing Declarant has a deficiency.  Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

## DECLARANT FURTHER DEMANDS

Declarant further demands that Internal Revenue Service correct these false, unlawful entries as shown below to comply with HR 2676 "Reorganization of Structure and Management of the Internal Revenue Service", in particular, Section 1203 "termination of employment for misconduct".  A copy of HR 2676 is attached hereto and incorporated herein by reference as EXHIBIT C.

IRS must perform the following:

1.  Remove the TC 150 from Declarant's IMF;
2.  Remove any excise taxable postings on Declarant's IMF.

## REPORT OF UNLAWFUL ACTIVITIES

In the unfortunate event that Internal Revenue Service fails to perform the above eight requirements, Declarant shall be forced to litigate this matter.

Until IRS can show lawful evidence of a liability and a lawful requirement for Declarant to file any forms and/or pay any taxes, Declarant cannot comply with any demands or allegations made by the IRS upon Declarant.

Declarant states that Declarant has an ongoing investigation in this matter.  As evidence is discovered, there may be a necessity to amend this letter.  Declarant reserves the right to amend this letter and all other rights as guaranteed by the Constitution and the Bill of Rights.

Declarant is not a tax protester or tax resister.  Declarant will, upon receipt of the proper documentation as outlined above, fill out and file any forms in addition to paying any taxes that Declarant has a legal, lawful liability to pay.

If you, as a representative of the Internal Revenue Service, do not respond in part or in whole to this letter within 30 days, it will be presumed that the Internal Revenue Service agrees with this letter and with Declarant.  This letter will stand as witness of Declarant's good-faith efforts to understand, correct, or clarify any and all documents from the Internal Revenue Service with Declarant's name and/or social security number.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

Further Declarant says not.

_Ronald Brice_
Ronald Brice

**12/12/02**
Date

NOTARY STATEMENT

state of Missouri          }
                          }          ss
county of                 }
**BE IT REMEMBERED,** That on the _____ day of _____, 2002, before me, the undersigned, a Notary Public in and
for the state of Missouri, personally appeared Ronald Brice, who proved to me to be the same individual who executed the within
instrument, and, after first being put under oath, affirmed that he is personally fully aware of the contents and accuracy of the
statements made therein, and affirms that the document is, to the very best of his knowledge, true and correct.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed
My official seal the day and year last above written.

_Phyllis J. Oles_
Notary Public for _Stone County_
Commission Expires on _6-17-03_

PHYLLIS J. OLES        Notary Public
Stone County        State of Missouri
My Commission Expires June 17, 2003

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

001145

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-26446
TEAGUE F-1468

ACCOUNT NO 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          06-13-2002
NAME CONT- BRIC                 CYCLE-200224
FOR-7915326446 BY-7915326446 ON-06132002 TYP-S-30-199912
TIME-11:18 SRC-I   TEAGUE F-1468    PROCESSED ON-164
                                    REQUESTED TAX MODULE FOUND ON MF

1988 2'RONALD R & MARLENE P BRICE              BODC-SB BODCLC-V
        PO BOX 1146                            SPOUSE SSN-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
200120:KIMBERLING CY       MO 65686-1146-467
                                PRIOR NAME CONTROL-                FZ     -
LDC-4329                        MFR-03  VAL-1  IRA-              CAF-
YEAR REMOVED-   ENT EXT CYC-200224   FYM-12  SCS-2  CRINV-  )130-
                                RPTR-   PMF-   SHELT-  BNKRPT-  BLLC-
                                ACCRETION-                     MIN SE-
                                JUSTIFICATION-1  IRS EMPL-  FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-    CND-E FLC-00 200027
*********************
* TAX PERIOD 30    199912 *       REASON CD-  DLN#    MOD EXT CYC-
*********************
FS-2    CRINV-                LIEN-  81222-151-78204-0    CAF-  FZ     -
TDA COPYS-                        TDI COPYS-
      INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-91 BWNC-   BWI-
MF MOD BAL-                0.00
ACRUED INTEREST-          0.00  09252000     CSED-07172010
ACCRUED PENALTY-          0.00  20000925     RSED-04152003
FMS- IA CD-0                                 ARD1-0           ASED-04152003
                                 Cycle Date
      (150) 07172000  LINK00  78,091.00  200027  DLN#
                                ERR-  81222-151-78204-0  D CD-        SRC-
RET RCVD DT-04152000                TAX PER T/P-           78,091.00
SFR  Effective Date                           F/C-1  AGI-   318,105.00
Transsaction Code           FOREIGN-        FARM-    MF P-
                            XRF-            AEIC-         0.00
                            NAI-454390 EXMPT-02 NRGY-     0.00
                            LTEX-           TAXABLE INC-  263,156.00
                            PENALTY SUPP-   SET-          0.00
                                            TOTAL WAGES-      0.00
                            MDP-            TOTAL INC TX-  78,091.00
                                            EST TAX BASE-  78,091.00
                                            PR YR BASE-    58,145.00
                            SHORT YR CD-        ES FORGIVENESS %-  0
                            1ST SE-   0.00     2ND SE-       0.00
                            ACCT TYPE-
                            EFT-0

**Notice** This document must be filed as a permanent part of the referenced name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

********************CONTINUED ON NEXT PAGE********************



Exhibit 1 of 2

001146

(PAGE NO-0002) TAX PERIOD 30 199912*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-153-26446
TEAGUE F-146B

ACCOUNT NO 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
NAME CONT- BRIC

06-13-2002
CYCLE-200224

| | | | F8615- UNAPPLD CR ELECT- | | 0.00 |
| | | | ES TAX PAYMENT- | | 64,400.00 |
| Transsaction Code Effective Date | | Debit / Credit Cycle Date | HIGH INCOME-- | DIR DEP REJ RSN CD-00 | |
| | | | PUTI~ | O  SUTI~ | 0 |
| | | | PMEI~ | O  SMEI~ | 0 |
| | | | PMTI~ | O  SMTI~ | 0 |

Line #

| | | | | | |
|---|---|---|---|---|---|
| 101 | 430 04171999 | 12.00- | 199917 | 75220--109-21566-9 PRC- | DLN# |
| 102 | 716 04151999 | 16,088.00- | 199920 | 18221-121-88541-9 AVAILABILITY DT- | DLN# |
| 103 | 430 06191999 | 16,100.00- | 199926 | 92220-171-36823-9 PRC- | DLN# |
| 104 | 430 09151999 | 16,100.00- | 199939 | 75220--260-16641-9 PRC- | DLN# |
| 105 | 430 01162000 | 16,100.00- | 200004 | 73220-018-09942-0 PRC- | DLN# |
| 106 | 610 04152000 | 13,691.00- | 200019 | 92270-121-89478-0 PRC- | DLN# |

MF STAT--12 07172000          0.00      200027  101- Line #

Master File Status Codes

Notice This document must be filed as a permanent part of the referenced name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.


Exhibit 20f2

CERTIFIED MAIL NUMBER: _____

To:
Area Director
Internal Revenue Service
Kansas City, MO 64999-0002          **REPORT of 1999 DECODED INDIVIDUAL MASTER FILE**

From:
Ronald Brice
P.O. Box 1146
Kimberling City, MO 65686                   NOTICE TO PRINCIPAL IS NOTICE TO AGENT
                                            NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Account #: 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

Dear Director:

I, Ronald Brice, hereinafter Requester, have expanded the 1999 Individual Master File Transcript (IMF),
provided by Internal Revenue Service Office.  The reference material used for decoding is as follows:
"Internal Revenue Service Document 6209" and "Internal Revenue Service Law Enforcement Manual 111".

These two (2) above referenced sources indicated the meaning of the entries found on the 1999
INDIVIDUAL MASTER FILE MCC TRANSCRIPT SPECIFIC - not LITERAL you have recorded and
maintained concerning the above referenced Requester with the above reference account number.

This is not a request to amend or modify the record the Internal Revenue Service is maintaining under
Requester's name and assigned account number.

I AM DEMANDING THAT THE IMF TRANSCRIPT PROVIDED BY YOU WITH THE PUBLISHED
MEANINGS, INCLUDED, BE ADDED AS A PERMANENT PART OF THE ADMINISTRATIVE FILE (S) YOU
ARE MAINTAINING UNDER THE REQUESTER NAME AND ACCOUNT NUMBER. Requester has
enclosed 14 pages of decoding with Exhibits AA, BB and A-M from resource manuals totaling 29 pages.

Thank you,

Ronald Brice, Requester
                              **NOTARY STATEMENT**
State of _____          )
                                          )        SS
County of _____         )

On this _____, day of _____, 2002 A.D., _____
personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be
the one whose name is subscribed to the within instrument.

Notary Public _____
Date: _____

My Commission Expires _____

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems    1
and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have
been substituted or deleted this demand still applies/

Report of decoded IMF

EXHIBIT *B /oF 27*

# INDIVIDUAL MASTER FILE SPECIFIC-DECODING
## _ANALYSIS with Comments_

## Page 1 (Exhibit AA)

**IRS Emp ID: 79-153-26446  Date: 06-13-2002  Cycle: 200224  Account #: 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**
**Name:  Ronald Brice          IMF Period 1999**

A      **File Source**      A one digit code which follows the Taxpayer's identification number.
                **Blank - valid SSN or EIN.**
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT E**._

B      **File Source**      Spouse account number indicated.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT E**._

01      **No indicator** in upper right hand corner of being a Tax Protester.
02      IRS Employee Number **79-153-26446**
03      Tax year **1999** 12  **Type S-30**  Specific Master File. Master File Tax Account Codes
        "MFT". Codes are required in each transaction to identify the specific module to which a
        transaction is to be posted. MFT <u>30</u> relates to Forms 1040, 1040A, 1040 NR, 1040 SS,
        1040 PR, 1040 ES, 1040EZ, 1040 T.  Tax Class 2.  Various Document codes are used.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT F**._

04       **MFR - <u>05</u>** Form1040, Schedules A, B, D, E, C and F.  Form 1040 Business filer
        (Package 30).
_A copy is of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT G**._

05      VAL-**<u>1</u>**  Invalid SSN REFUND Code
        **1 - Invalid SSN** Freeze has been released by TC 290 or 300 or Scrambled SSN indicator
        of "2". This release is effective during the current calendar year only.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT H**._

06      FZ          **No** Module Freeze Code indicated.

07      Crinv       **No** Criminal Activity indicated.

08      Crinv       **No** Criminal Investigations indicated.

09      Lien        **No Lien Indicated with DLN # 81222-151-78204-0**

10      FZ          **No Freeze Code** Indicated.

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems
and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have
been substituted or deleted this demand still applies/

2

Report of decoded IMF

_B2 of 97_

| 11 | MF MOD BAL | Master File module balance | $ | 0.00 | |
| | ACRUED INTEREST | | $ | 0.00 | 09252000 |
| | ACCRUED PENALTY | | $ | 0.00 | 20000925 |
| | CSED | Collection Statute expiration date indicated | | | 07172010 |
| | RSED | Refund Statute expiration date | | | 04152003 |
| | ASED | Assessment Statute expiration date | | | 04152003 |
| | ARDI | Accounts Receivable dollar inventory | | | 0 |

12    SFR    **No** Substitute for Return indicated.

13 TC CODE **150** - The DLN under which a return is filed. Internal Revenue Manual (IRM) 30(55)4.2 at (29) - dated 1-1-90 - reveals the following: "VIRGIN IS (TC 150)". "TC" stands for "Transaction Code", and "VIRGIN IS" stands for "Virgin Islands." A Transaction Code (TC) 150 transcript (Individual Master File, abbreviated IMF) is the computer transcript to which data is input either when someone files a Form 1040, or a Substitute For Return (SFR) is filed by "IRS." Thus Form 1040 data is input on a Virgin Islands transcript, indicating a liability, payment, or other action relevant to a Virgin Islands liability.

**TC 150** Entity created by TC 150 and a **tax liability assessed** from the original return establishes a tax module.
*A copy of the reference page(s) are attached hereto and incorporated herein as **EXHIBIT A, B, C, and D.***

**TC 150** IMF Operations IR Manual states at 30(55)6.3 Return Processing (1) When the input transaction is a return (TC 150) it designates the assessable liability.
*A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT I.***

**The TC 150 has a** Document Locator Number **81222-151-78204-0,** which has a Document Code of **22,** which is associated with the following:
        i.    1040: Tax Class 2, U.S. Individual Income Tax Return (Other than  Full Paid) (Full Paid).
        ii.    W-2P: Tax Class 5, Statement for Recipients of Annuities Pensions or Retired Pay.
        iii.    5329: Tax Class 0, Return for Individual Retirement Arrangement Taxes.
*A copy of the reference page is attached hereto and incorporated herein as **EXHIBIT J.***

| 14 | DATE | Effective/Assessment Date | 07172000 |
| 15 | DATE | Cycle Date | 200027 |
| 16 | DLN | Document Locator Number DLN#: | 81222-151-78204-0 |
| 17 | AGI | Adjusted Gross | $ 318,105.00 |
| 18 | TOTAL INC TX | Total Income Tax | $  78,091.00 |

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies/

Report of decoded IMF



# *Page 2 (Exhibit BB), 3 (Exhibit CC) with Comments*

Document Code 70:  No reference to this code in the resource manuals used for decoding.

Blocking Series 099, 885, 894:  Not indicated for the IM, only indicated for the IRA and BMF.
Blocking Series 368: Not indicated for the IMF
Blocking Series 215:  Lists Form 1040X
The **1040X** is for the Individual Master File, it is a Tax Class 2, it has a MFT (Master File Tax) Code of 30 and Valid Doc Codes of 11 and 54.  The **1040X is an Amended U.S. Individual Income Tax Return** - Used to claim refund of income taxes, pay additional income taxes or designate dollar(s) to a Presidential election campaign fund.  IT-IRC secs. 6402, 6404, 6511, and 6096; separate instructions. Listed only for 843, 3354, 3465, 3870,1040X, 1120X, 8210, 8485. The **1040X** is for the Individual Master File, Tax Class 2, MFT (Master File Tax) Code of 30 and Valid Doc Codes of 11 and 54.
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT K.*

The <u>**1040X is an Amended U.S. Individual Income Tax Return**</u> - Used to claim refund of income taxes, pay additional income taxes or designate dollar(s) to a Presidential election campaign fund.  IT-IRC secs. 6402, 6404, 6511, and 6096; separate instructions. Listed only for 843, 3354, 3465, 3870,1040X, 1120X, 8210, 8485.

The Internal Revenue Manual identified as the Files Management and Services states that a 1040X is an Amended U.S. Individual Income Tax Return for <u>**U.S. Source Income of Foreign Persons.**</u>
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT L.*

Blocking Series 233:  200-289 The IR Manual 3(10)(27)7.2  Extracting, Sorting, and Numbering under 3(10)(27)7.2  Non-Master File Numbering Chart lists for Form No. <u>1040  Blocking Series</u> 200-299 as being Non-taxable.
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT M.*

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have been substituted or deleted this demand still applies

Report of decoded IMF

EXHIBIT *B y oP 37*

# *COMMENTS*

- The Blocking Series numbers listed below have 3 digits and a title. On the decoded IMF (EXHIBIT BB) there are many different Blocking Series with the descriptions on the spread sheet. Now, if the postings on the IMF are posted to the NMF do the meanings (descriptions) of each Blocking Series change?

  *For example*, if a Blocking Series 215 posted to an IMF and the descriptions states a Form 1040X and if the same Blocking Series posts to the NMF, would the Blocking Series change to a Non-taxable 1040?

  1. Blocking Series 000-099 - EPMF
  2. Blocking Series 100-199 - Withholding & F.I.C.A.
  3. Blocking Series 200-299 - Non-taxable 1040
  4. Blocking Series 300-398 - U.S./U.K. Tax Treaty claims-Corp.
  5. Blocking Series 400-499 - Excise Taxes
  6. Blocking Series 500-599 - Gift and Estate taxes
  7. Blocking Series 600-699 - Non-taxable "PAC" (Political Action Committee)
  8. Blocking Series 700-749 - Railroad Retirement Tax
  9. Blocking Series 750-799 - Taxable "PAC"
  10. Blocking Series 800-849 - FUTA Tax
  11. Blocking Series 850-899 - Non-Taxable "PAC" Tax
  12. Blocking Series 900-999 - U.S. Partnership Tax

This Requester denies having had at anytime conducted activities in any "excise" tax class related to alcohol, tobacco, or firearms.

Therefore, if the IMF Specific Transcript postings are posted to the Non Master File, various transcripts and computer screens there seems to be many incorrect or false or erroneous or misapplication of codes appearing on this IMF Specific Transcript.
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT AA and BB.*

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies/

Report of decoded IMF

5



**Explanation of <u>column names</u> used on your Individual Master File (IMF)
Decoded Spread Sheet**

1. **<u>Transaction codes</u>** consist of three digits and are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayers account on the Master File. Every transaction processed by ADP must have a Transaction Code to maintain Accounting Controls of debits and credits, to cause the computer at the MCC to post the transaction on the Master File, to permit compilation of reports, and identify the transaction when a transcript is extracted from the Master File. The IRAF, BMF, and IMF Transaction Codes will not be used for the IRAF. Also, the definitions of several Transaction Codes are necessarily changed since there will be no offsetting or computer generated credit interest. In addition all refunds will be scheduled manually with the refunds posted to the IRAF using transaction code 840.

2. **<u>Description/Reference</u>** is what the Transaction Code means and the primary reference source we used.

3. **<u>Debit and credit</u>** the dollars values applicable to your account.

4. **<u>Effective Date</u>** the date the action took effect.

5. **<u>Cycle Date</u>** the date the action was put into the system.

6. **<u>Julian Date</u>** the date the action was initiated. The numeric date of the year that the return or document was numbered for processing. (For example: January 15 = 015). The sixth, seventh and eighth digits of the DLN represent the Julian Date. Note: If the DLN is IDRS generated, this date will be incremented by 400 so January 15 would be shown as 415.

7. **<u>Document Code (DOC Code)</u>** The code which identifies the specific type of return or document that was filed or processed. The document code is the fourth and fifth digits of the DLN.

8. **<u>Description/Reference</u>** lists the forms by form number connected to that particular number. This list is taken from the "IRS law Enforcement Manual 3(27)(68)4.3.

9. **<u>Blocking Series</u>** is a 3-digit number. Returns or documents grouped together for filing purposes. The ninth, tenth and eleventh digits of the DLN indicate the blocking series where the return is filed.

10. **<u>Description/Reference</u>** number indicates what kind of an action or transaction is being done with the Document Code.

11. **<u>Series/Serial Number</u>** is the maximum number of records within a block of 100; numbered 00-99

12. **<u>Year</u>** indicates the year the document locator number was generated.

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies.

Report of decoded IMF



## Explanation of A Document Locator Number
### Resource - ADP and IRS Information Manual  (Document 6209)



**Explanation of Collection Status Codes - Master File (MF) and Integrated Data Retrieval System (IDRS) - Resource ADP 8-57**

The Master File codes are MCC computer generated as a result of the computer analysis after a transaction has posted to the Master File. The Status Code designates the current collection status at the module and will appear on the MCC transcripts and on IDRS. The ten-digit abbreviations appear on the MCC transcripts only. IDRS Status Codes, which are unique to IDRS or vary in meaning from similar MF status codes are identified by *. (Reference LEM Internal Revenue Manual 3(27){68)0)

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies/

Report of decoded IMF

EXHIBIT *B 70 P37*

**Ronald Brice**

IMF MCC Transcript Specific

Year Decoded **1999**    SSAN **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**

EXHIBIT B 8 OF 27

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 150 | ADP: Debit' I/B (NPJ) E/A P — <u>Return Filed & Tax Liability Assessed</u><br>A tax liability assessed from the original return establishes a tax module. 'BMF: Assessment may be credit for Form CT-1, 720 and 941. See TC 976 977 for amended return.<br>Valid Doc. Code IMF: 05, 06, 07, 08, 09, 10, 11, 12, 21, 22, 26, 27, 51, 72, 73. BMF: 03, 05, 06, 07, 08, 09, 10, 11, 13,16, 20, 23, 29, 35, 36, 38, 40-44, 46, 51, 59, 60, 65, 66 (PSC only) 67, 71, 81, 83, 90-93, 95 EPMF: 30, 31, 37, 38 IRAF: 11, 12, 21, 22, 51, 73 PMF: 69 | 07/17/2000 | $78,091.00 | 200027 | 151 | 22 | 1040, W-2P, 5329<br>1040: U.S. Individual Income Tax Return (Other than Full Paid)<br>W-2P: Statement for Recipients of Annuities, Pensions or Retired Pay<br>5329: Return for Individual Retirement Arrangement Taxes<br>LEM 42, 34, 39 | 782 | IMF: 780-789 Adjustment without original return to set math error deferred action on module (CP 55 generated).<br>IRA: Not indicated in Resource Manual.<br>BMF: 780-789 Adjustment without original return to set math error deferred action on module (CP 155 generated).<br>ADP 4-16, 17, 18 | 04    0 | Transaction Code Key<br>1) I-Individual Master File<br>2) B-Business Master File<br>3) A-Individual Retirement Account<br><br>The consecutive line numbers on the far left column are matched to the numbers marked on the decoded IMF. |
| 150 Cont 1 | 150 | LEM: Debit '(NPJ) I/B    RET FILED<br>E/A/P    Return Filed & Tax<br><u>A Liability assessed Abbreviation to be Recorded on TDAS (Form TY-D69) is: TAX ON RET</u><br>A tax liability assessed from the original return establishes a tax module. SC computer generated while processing the return. Any remittance received with the return (TC 610) is prejournalized. IMF/BMF/IRAF: All credits posted to a tax module are frozen from offsetting or refunding until a 150 is posted. Will cause a TC 650 (which is prejournalized) to be printed on the Settlement Register if the 150 contains a Federal Depository amount. | | | | | | | | | | |
| 150 Cont 2 | 150 | 'BMF: Assessment may be credit for Form CT-1, 720, and 941. (See TC 976, 977 for Amended Return)<br>Valid Doc. Code IMF: 07, 08, 09,10, 11, 12, 21, 22, 26, 27, 33, 72, 73, BMF: 05, 08, 10, 11, 12, 13,16, 25, 20, 35, 40-44, 46, 65-67,71, 81, 83, 90-93, 03, 05, 06, 38, 95 EPMF: 30, 31, 33, 37, 38, 39 IRAF: 11, 12, 21, 22, 51, 73 PMF: 69 | | | | | | | | | | Manuals used to decode:<br>1) ADP & IRS Information Document 6209  2) IRM 30 (IMF Operations)<br>3) Internal Revenue Service Law |

***IMPORTANT NOTICE***

**Ronald Brice**  |  Year Decoded **1999**  |  SSAN **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**  |  IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 Cont 3 |  | ADP: I/A  ENTITY CREATED by TC 150 Generated Transaction  This TC 150 when posted to the Entity Transaction Section indicates the Master File Entity was created from the posting of the return. LEM: I/  ENT BY 150 A/ ENTITY CREATED by TC 150  This TC 150 when posted to the Entity Transaction Section indicates the Master File Entity was created from the posting of the return. 'IMF Transcript Code 28 indicates this is a Virgin Is transcript TC 150 Exhibit B. Exhibits A,C,D relate to Virgin Is).   IRM 30 (55) 4.2 (IMF Operations) ADP 8-11 LEM 115 |  |  |  |  |  |  |  |  |  |
| 101 | 430 | ADP: Credit (PJ.) I  Estimated Tax Declaration Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662. ADP: I Entity Created by TC 430 Generated Transaction  Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 04171999 | 12.00- | 199917 | 109 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier) 1040ES: U.S. Declaration of Estimated Income Tax for Individuals 1120POL: U.S. Income ax Return of Political Organizations 720: Quarterly Federal Excise Tax Return 1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc. LEM 42 | 215 | IMF: 200-289 Forms 1040X processed by Document Perfection. IRA: Not indicated in Resource Manual. BMF: 200-289 Forms 1120X processed in Returns Analysis ADP 4-16, 17 | 66  9 | Notice is hereby given that, THIS DOCUMENT MUST BE FILED AS A PERMANENT PART OF THE MASTER FILE, ADMINISTRATIVE RECORD, AUTOMATED INFORMATION MANAGEMENT SYSTEM OF RECORD (S) AND ANY OTHER RECORD SYSTEM AND/OR FILES MAINTAINED BY THE INTERNAL REVENUE SERVICE ON THE REFERENCED REQUESTER AND ACCOUNT NUMBER IF SUCH RECORD(S) HAVE BEEN SUBSTITUTED OR DELETED THIS DEMAND STILL APPLIES |
| 430 Cont 1 |  | LEM: Credit (PJ.) I.B PAYTW.RET Remittance with Return Valid Doc. Code IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58, BMF: 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 71, 81, 83, 90, 91, 95 This transaction is computer-generated when a 150(return) transaction contains a remittance amount. ADP 8-35 LEM 138 |  |  |  |  |  |  |  |  |  |

EXHIBIT B 9 of 27

***IMPORTANT NOTICE***

**IMPORTANT NOTICE**
This document must be kept as permanent part of the above return ... Internal Revenue ...

**Ronald Brice**

Year Decoded: **1999**  SSAN: **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference (IMF MCC Transcript Specific) | Year/Series/Serial # | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 716 | ADP: Credit I/B (NPJ) <u>Generated Overpayment Credit Applied from Prior Tax Period</u> Generated Transaction An MCC computer generated credit which applies the amount of credit elected and available from the preceding year's Tax module. A TC 836 debit is generated for the amount of the credit. Applicable to Forms CT-1, 720, 940, 941, 943, 945, 990C, 990T, 990PF, 1040, 1041, 1042 and 1120. | 04151999 | 16,088.00- | 199920 | 121 | 21 | 1040, W-2, 5329 1040, U.S. Individual Income Tax Return (Other than Full Paid) (Full Paid) W-2: Wage and Tax Statement 5329: Return for Individual Retirement Arrangement Taxes LEM 43, 34, 41, 39 | 885 | IMF: Not indicated in Resource Manual. IRA: 800-899 Offers in Compromise BMF: 880-889 Offers in Compromise Form 11-C only. ADP 7-16, 17, 18 | 41 9 | |
| 716 Cont. 1 | | LEM: Credit I.B (NPJ) OR CR ELEC <u>Generated Overpayment Credit Applied from Prior Tax Period</u> Generated Transaction An MCC computer generated credit which applies the amount of credit elected and available from the preceding year's Tax module. A TC 836 debit is generated for the amount of the credit. Applicable to Forms 720, 941, 943, 990C, 1040, 1041, 990T, 990PF, CT-I, 940, 1042 and 1120. ADP 8-42 LEM 145 | | | | | | | | | | |
| 103 | 430 | ADP: Credit (PJ) I <u>Estimated Tax Declaration</u> Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662. ADP- I <u>Entity Created by TC 430</u> Generated Transaction Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 06191999 | 16,100.00- | 199926 | 171 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier) 1040ES: U.S. Declaration of Estimated Income Tax for Individuals 1120POL: U.S. Income ax Return of Political Organizations 720: Quarterly Federal Excise Tax Return 1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc. LEM 42 | 368 | IRA: Not indicated in Resource Manuals. IRA: Not indicated in Resource Manuals. BMF: Not indicated in Resource Manuals. ADP 4-16-17 | 23 9 | |

EXHIBIT B 10 OF 27

**Ronald Brice**

Year Decoded 1999    SSAN 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

***IMPORTANT NOTICE***
This document must be filed... permanent...
above reference...
Search...
... that this... on appeal... reverse if...
this demand still applies.

EXHIBIT *Brae 21*

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference (IMF MCC Transcript Specific) | Series/Serial # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 430 Cont. 1 | LEM: I<br>ENT BY 430 Entity Created by TC 430<br>Generated Transaction<br>Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity.<br>LEM: Credit (PJ) I   ENT BY 430<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>ADP 8-24   LEM 128 | | | | | | | | | | | |
| 104 | 430 | ADP: Credit (PJ) I<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662.<br>ADP: I<br>Entity Created by TC 430<br>Generated Transaction  Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 09151999 | 100.00- | 199939 | 260 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier)<br>1040ES: U.S. Declaration of Estimated Income Tax for Individuals<br>1120POL: U.S. Income Tax Return of Political Organizations<br>720: Quarterly Federal Excise Tax Return<br>1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc.<br>LEM 42 | 166 | IMF: 150-179<br>Tax, Penalty, interest, or freeze release without original return.<br>IRA: Not indicated in Resource Manual.<br>BMF: 150-179<br>Tax adjustment without the original return, including penalty, interest, and / or freeze release adjustments. Non-refile DLN. When using this blocking series, no unpostable checks are made for prior examination or math/clerical error because the original return has not been secured. Exercise caution when adjusting accounts using this blocking series.<br>ADP 4-16,17 | 41 | 9 | |

**Ronald Brice**

Year Decoded 1999   SSAN 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

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 430 Cont. 1 | | LEM: I ENT BY 430 Entity Created by TC 430 Generated Transaction Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. LEM: Credit (P.J) I ENT BY 430 Estimated Tax Declaration Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC's 661 or 662. ADP 8-24  LEM 128 | | | | | | | | | | | |
| 105 | | ADP: Credit (P.J) I Estimated Tax Declaration Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662. ADP: I Entity Created by TC 430 Generated Transaction Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 01162000 | 16,100.00- | 200004 | 018 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier) 1040ES: U.S. Declaration of Estimated Income Tax for Individuals 1120POL: U.S. Income ax Return of Political Organizations 720: Quarterly Federal Excise Tax Return 1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc. LEM 42 | 099 | IMF: Not indicated in Resource Manual. IRA: 000-099 All adjustments except those specified below. Non-refile DLN. BMF: 090-099 Same as above, except for Form 730 only. ADP 4-16, 17 | 42 | 0 | |

**Ronald Brice**

IMF MCC Transcript Specific

Year Decoded **1999**     SSAN **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**

EXHIBIT *B1 3 OF 37*

| Line | Transaction Codes | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 430 Cont. 1 | | LEM: I / ENT BY 430 Entity Created by TC 430 / Generated Transaction / Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. / LEM: Credit (PJ) I ENT BY 430 / Estimated Tax Declaration / Valid Doc. Code 20, 61 / Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC's 661 or 662. / ADP 8-24    LEM 128 | | | | | | | | | | | |
| 106 | 610 | ADP: Credit I/B (PJ) / Remittance with Return / Valid Doc. Code IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58, 70 BMF: 03, 05, 06, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 70, 71, 81, 83, 90, 91, 95 / Credits the tax module with a payment received with the return. Doc Code 70 is valid form OCR/RPS/CHESS and eliminates Doc Code 19. | 04152000 | 13,691.00- | 200019 | 121 | 70 | No information indicated in Resource manuals. LEM 43 | 894 | IMF: Not indicated in Resource Manuals. IRA: 800-899 / Offers in Compromise, BMF: 890-899 / Offers in Compromise Form 11-C only. ADP 16, 17, 18 | 78 | 0 | |
| 106 Cont. 1 | 610 | LEM: Credit (PJ) I.B / PAYTW RET Remittance with Return / Valid Doc. Code IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58, BMF: 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 71, 81, 83, 90, 91, 95 / This transaction is computer-generated when a 150(return) transaction contains a remittance amount. / ADP 8-35 / LEM 138 | | | | | | | | | | | |

13



Ronald Brice

Year Decoded **1999**   SSAN **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Band/Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **MASTER FILE STATUS CODE(S)** | | | | | | | | | | | |
| 107 | MF STAT 12 | ADP: I/B/A R OP OR PD<br>Return is filed or assessed or, if MFT 13, TC 240 posted, overpaid or subsequently collected.<br>LEM: I/B/A R OP OR PD<br>Return is filed or assessed or, if MFT 13, TC 240 posted-overpayment, or subsequently collected.<br>ADP 8-58<br>LEM 98 | 07172000 | 0.00 | 200027 | | | | | | | | |

**EXHIBIT** B140P27

***IMPORTANT NOTICE***



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

| F.O.I.A Response Letter |
| --- |

Person to Contact:
Barry Windheim
Telephone Number:
(202) 622-6250
Refer Reply to:
97-976
Date:     MAY  1 1997

Dear Mr.

This is in response to your Freedom of Information Act (FOIA) request dated April 9, 1997, concerning Transaction Code 150.

In response to number 5 of your request, we are not required under the FOIA to conduct extensive research. Concerning the scope of Transaction Code 150 (number 6 of your request), our Disclosure Officer in the Assistant Commissioner (International) has advised us that the transaction codes contained in our manuals are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayer's account on the master file.  The Transaction Code 150 indicates a tax liability assessed when a tax return is filed and a return is posted to the Master File.  The Virgin Islands (150) relates to the tax liability assessed on a U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa It indicates the amount of self-employment tax assessed on this type of return.

Notice  This Document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records / files have been deleted and / or substituted this demand still applies

Sincerely,

Barry Windheim
Program Analyst
Freedom of Information

(15) OIC (TC 480)
(16) NMFL (TC 480)
(17) KITA (TC 01X)
(18) COMBAT ZON
(19) UNREVTC 520 (TC 520)
(20) TDI RESRCH (See Project 720)
(21) INTEL (See Project 735)
(22) REACT NMF (TC 130)
(23) CSED
(24) MARRIED FILED SEPARATELY (TC 424)
(25) MULTIPLE FILER (TC 424)
(26) Cr El Decd (See Project 439)
(27) TRFPENACT
(28) VIRGIN IS (TC 150)
(29) STAT TRANSCRIPT
(30) QUEST W-4 (See Project 411)
(31) FOLLOW-UP W-4 (See Project 411)
(32) AMRH (See Project 712)
(33) AM—X (See Project 712)
(34) CV PN CRED
(35) SC ADDRESS
(36) Hostage
(37) NRPS
(38) DECDESCR
(39) STIM
(40) UNP 71 REL
(41) RSED
(42) A/R Clean-Up (see Project 713)
(43) LPCANCEL
(44) PMTOVERCAN
(45) OICDEFAULT
(46) DEFAULTFSC
(48) TDIFRZ—150
(49) TDI—EXAM
(50) HighRisk
(51) Deferral
(52) HighDollar

## 30(55)4.3 (1-1-96)
## Computer Paragraph Notices

(1) 04—ES Penalty Waiver
(2) 01—Deferral Reminder
(3) 08—Refund Issued—SSA Records need correction
(4) 09—Earned Income Credit Refund
(5) 10—Combination CP 12 and CP 45
(6) 11—Math Error—Bal Due
(7) 12—Math Error—Overpayment
(8) 13—Math Error—Settlement
(9) 14/14E—Bal Due No Error
(10) 15—Civil Penalty Assessment
(11) 15B—100% Civil Penalty Assessment
(12) 16—Math Error—Overpayment to other taxes (CP 12/49 combination)
(13) 17—Refund unfrozen Excess ES Credits

Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records / files have been deleted and / or substituted this demand still applies.

Exhibit   B  16 OF 27

Page 16



### 3(15)(129)9.(10)
### Veteran's Disability Compensation—Public Law 95-479, Sec: 301

(1) Veterans notified that they are retroactively entitled to a Veterans Administration (VA) pension or compensation can exclude this amount from gross income. In order to qualify for this exclusion the veteran must waive an equal amount of retirement pay that he/she may receive from the VA benefit. This waiver must be made within one year of the date the veteran is notified by the VA of his/her eligibility. Since this notification of VA benefits eligibility can be, and usually is retroactive, the taxpayer can file claims for refund of taxes paid on these amounts.

(2) When a claim is received in A/C, review the claim for completeness following the guidelines in IRM 3(15)60, "Processing Procedures for Claims and Amended Returns".

   (a) Disallow the claim if the statute is barred.

   (b) Disallow the claim if it is not for a retroactive exclusion of the Veterans Administration benefits.

**Caution:** Many claims are received where the claimed amount is for additional benefits. These claims are not allowable because the benefits have not been included in the taxable income.

   (c) A copy of VA Form 20-0913 or an official VA letter granting the retroactive benefit that clearly states "In lieu of VA Form 20-0993" must be attached to the claim.

(3) If the required documentation is not attached, suspend the claim and correspond with the taxpayer. If the taxpayer does not furnish the necessary information by the end of the suspense period, reject the claim.

### 3(15)(129)9.(11)
### Adjustment to Virgin Island Forms 1040 and 1040A

(1) Route claims received from taxpayers residing in the Virgin Islands to PSC for processing.

(2) Action:

   (a) Check TC 150 DLN for blocking series 98 (Virgin Island);

   (b) Write "Virgin Island TP" on the transmittal; and

   (c) Send 86C Letter to taxpayer notifying him/her of the transfer.

### 3(15)(129)9.(12)
### Underreporter/CP2000 Issues

(1) The Underreporter Program (URP) is the compliance program, which compares amounts of wages, interest, dividends, etc., reported by the payers with the amounts reported by the individual taxpayers. Discrepencies in income and increased withholding credits are identified. A CP2000 notice is sent to a taxpayer to propose a change to tax and/or credits. The current URP processing year is usually 18 to 24 months prior to the current tax year. (e.g., The tax year 1991 will be processed by URP in the calendar year 1993.) As a result of taxpayers receiving CP2000s or statutory Notices from URP, A/C will receive correspondence and/or Forms 1040X. In addition, A/C will also receive taxpayer correspondence and returns that have been reviewed by URP.

(2) Route Forms 1040X, (that relate or refer to URP) for the current URP processing year, to URB. Follow regular adjustments procedures for:

   (a) other than current URP processing year Forms 1040X and.



Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records / files have been deleted and / or substituted this demand still applies.

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

**Regs. § 1.933-1**  Income from foreign and U.S. sources

Rico during the course of the taxable year is not entitled for such year to the exclusion provided in section 933.

(b) Taxable year of change of residence from Puerto Rico. A citizen of the United States who changes his residence from Puerto Rico after having been a bona fide resident thereof for a period of at least two years immediately preceding the date of such change in residence shall exclude from his gross income the income derived from sources within Puerto Rico which is attributable to that part of such period of Puerto Rico residence which preceded the date of such change in residence, except amounts received for services performed as an employee of the United States or any agency thereof.

(c) Deductions. In any case in which any amount otherwise constituting gross income is excluded from gross income under the provisions of section 933, there shall not be allowed as a deduction from gross income any items of expenses or losses or other deductions (except the deduction under section 151, relating to personal exemptions) properly allocable to, or chargeable against, the amounts so excluded from gross income.

T.D. 6349, 1/21/57.

---

**§ 1.934-1 Limitation on reduction in income tax liability incurred to the Virgin Islands.**

(a) General rule. Section 934(a) provides that tax liability incurred to the Virgin Islands shall not be reduced or remitted in any way, directly or indirectly, whether by grant, subsidy, or other similar payment, by any law enacted in the Virgin Islands except to the extent provided in section 934(b) or (c). For purposes of the preceding sentence, the term "tax liability" means the liability incurred to the Virgin Islands pursuant to subtitle A of the Code, as made applicable to the Virgin Islands by the Act of July 12, 1921 (48 USC 1397) or pursuant to section 28(a) of the Revised Organic Act of the Virgin Islands (48 USC 1642).

(b) Exception for certain domestic and Virgin Islands corporations. (1) General rule. Section 934(b) provides an exception to the application of section 934(a). Under this exception, section 934(a) does not apply with respect to tax liability incurred to the Virgin Islands by a domestic or Virgin Islands corporation for any taxable year (or for such part of such year as may be applicable) to the extent that such tax liability is attributable to income derived from sources without the United States, if such corporation satisfies the conditions provided in section 934(b)(1) and (2), and if the information required by section 934(d) is supplied. These conditions are enumerated in the remainder of this paragraph, and the information requirement is set forth in paragraph (d) of this section.

(2) Conditions to be satisfied for exception. A domestic or Virgin Islands corporation satisfies the conditions of section 934(b)(1) and (2) if—

(i) Eighty percent or more of the gross income of such corporation for the 3-year period immediately preceding the close of the taxable year (or for such part of such period immediately preceding the close of such taxable year as may be applicable) was derived from sources within the Virgin Islands; and

(ii) Fifty percent or more of the gross income of such corporation for such period (or such part thereof) was derived from the active conduct of a trade or business within the Virgin Islands.

18,596

---

(3) Computation rule. Except as provided in subparagraph (5) of this paragraph, tax liability incurred to the Virgin Islands by a domestic or Virgin Islands corporation for the taxable year (or such part of such year as may be applicable) attributable to income derived from sources without the United States shall be computed as follows:

(i) Add to the income tax liability incurred to the Virgin Islands any credit against the tax allowed under section 901(a);

(ii) Multiply by taxable income from sources without the United States for the applicable period;

(iii) Divide by total taxable income for the period;

(iv) Subtract any credit against the tax allowed under section 901(a).

Tax liability incurred to the Virgin Islands attributable to income derived from sources without the United States, as computed in this subparagraph, however, shall not exceed the total amount of income tax liability actually incurred.

(4) Examples. The rule of the preceding subparagraph may be illustrated by the following examples:

Example (1). Corporation X, which satisfies the requirements of section 934(b), incurs an income tax liability to the Virgin Islands for taxable year 1963 of $290, as follows:

| | |
|---|---|
| Taxable income from sources within the U.S. | $200 |
| Taxable income from sources without the U.S. | 800 |
| Total taxable income | $1,000 |
| Credit allowed under section 901(a) | 10 |
| Tax liability incurred to the Virgin Islands | 290 |

The income tax liability incurred to the Virgin Islands attributable to income derived from sources without the United States is $230, computed as follows:

| | |
|---|---|
| (i) Tax liability incurred to the Virgin Islands | $290 |
| Plus credit allowed under section 901(a) | 10 |
| | $300 |
| (ii) Multiply by taxable income from sources without the U.S. | 800 |
| | 240,000 |
| (iii) Divide by total taxable income | 1,000 |
| | 240 |
| (iv) Subtract credit allowed under section 901(a) | 10 |
| | $230 |

Example (2). Corporation Y, which satisfies the requirements of section 934(b), incurs an income tax liability to the Virgin Islands for taxable year 1963 of $140, as follows:

| | |
|---|---|
| Taxable income from sources within the U.S. | ($300 net loss) |
| Taxable income from sources without the U.S. | 800 |
| Total taxable income | $500 |
| Credit allowed under section 901(a) | 10 |
| Tax liability incurred to the Virgin Islands | 140 |



EXHIBIT B 18 of 27    18

1-10

Cycle — One week's processing at the Service Center and Martinsburg Computing Center. The cycle is expressed by a 4 digit code; the first two digits, the processing year and the second two digits, the processing week in that year.

Designated Payment Code (DPC) — A payment designated by the taxpayer for a type of tax.

Document Code (DOC Code) — The code which indicates the specific type of return or document that was filed or processed. The document code is the fourth and fifth digits of the DLN.

Dummy Module — A module created on IDRS in order to record case control information when the tax module is not present. It contains name control, TIN, MFT and tax period and will be replaced by the true tax module when the generated TC 902 finds a match on the Master File.

Enforcement Revenue Information System (ERIS) — ERIS is a new tracking system which will extract information for reports from existing systems. When fully implemented, it will track an account from the beginning of an examination through the collection activity.

Employee Plans Master File — The Employee Plans Master File (EPMF) is a master file maintained at MCC. This file consists of various types of tax sheltered Pension/Profit Sharing Plan. The plans are plans that are adopted by (a) employers, (b) sponsors (e.g. labor unions) and (3) self-employed individuals. This file is maintained in Employer Identification Number (EIN) sequence. Note: This file should not be confused with the Individual Retirement Account File (IRAF). The IRAF is related to the IMF and is maintained in Social Security Number (SSN) sequence. The EPMF consists of three distinct sub-modules. These sub-modules are:

(a) The Sponsor/Employer entity module.

(b) The Plan Data module.

(c) The Returns module.

When making entity changes to plan data module, they must be input with doc. code 64.

Entity Module — Is that portion of the master file record which identifies the taxpayer. It contains his/her name, address, Social Security or Employer Identification number, employment code if applicable, name control, location codes, filing requirement codes, tax period, and date of establishment. In the case of IMF it also includes filing status, spouse's name and social security number. This can also be a dummy module.

Entry Code — A two character code assigned each day by authorized terminal operators and is required entry for all command codes.

Extension Notice Code — A two digit code assigned to Forms 2688/4868 identifying if the applications for extension of time to file returns were fully approved, granted 10-day approvals or denied, and the reason for the action taken.

File Source — A one digit code which follows the Taxpayer Identification Number (TIN) The common values are:

| | |
|---|---|
| Blank—valid SSN or EIN | P—valid IRA SSN |
| *—Invalid SSN on MF | X—Invalid IRA SSN |
| V—valid SSN on BMF | P—valid EPMF EIN |
| W—Invalid SSN on BMF | X—Invalid EPMF EIN |

↗ File Source

A & B on the IMF

Notice This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

OFFICIAL USE ONLY

EXHIBIT B 19 OF 20

---

1-11

D—Temporary TIN      N—NMF

File Year — The 14th digit of the DLN will show the calendar year the document was numbered

Freeze Code — This could be on Master File or on AIMS

(a) AIMS—The code indicating that certain types of updates and closing actions will be prevented until the restriction (freeze code) is removed. Refer to Section 12

(b) Master File—A freeze places a taxpayer's account in a condition which requires additional action before the account can be settled.

Installment Agreement Record — A record in IDRS containing installment agreement information.

Invalid Number — Taxpayer's name and Social Security Number do not agree with the SSN furnished or do not match Social Security records. On MCC or IDRS transcripts, an asterisk(*) follows the invalid number.

Invalid Segment — That part of the Individual Master File that contains Social Security Numbers or names that do not match with Social Security records.

Inventory Validation List (IVL) — A list of accounts currently on the AIMS data base. The purpose of validating inventory is to maintain the integrity and accuracy of AIMS by comparing the physical inventory with the AIMS inventory.

IRS Number — Classification number given to various classes of excise or special tax liability. (Lubricating oil, IRS 63, Retail Liquor Dealer, IRS 06)

Julian Date — The numeric day of the year that the return or document was numbered for processing. (For example, January 15, MCC 015). The sixth, seventh and eighth digits of the DLN represent the Julian Date. Note: If the DLN is IDRS generated, this date will be incremented by 400 so January 15 would be shown as 415.

Labels — AIMS provides three types of labels: audit (status), file, and address labels. Audit labels are used on AIMS forms for requisitions, updates, closings and corrections. The file labels are used to identify returns in various files and/or for group control cards. The address labels are used on correspondence with the taxpayer.

Long Closing — The AIMS closing of examined returns and surveyed claims. A long closing uses Form 5344 (Exam), Form 5599 (EO), and Form 5650 (EP).

Master File Tax Code (MFT) — The MFT reduces the numerous types of tax to a two digit code.

Microfilm Serial Number — This is a 10-digit number assigned to FTDs during the OCR scanning process. This has increased to a 12 digit number during SCRIPS processing.

Name and Address File (NAF) — The IDRS file that contains the names and addresses (and other entity data) of taxpayers with modules in the AMF.

Name Control — The first 4 letters of the taxpayer's last name (in the case of individuals) and the first 4 letters of the business name (in the case of partnership, corporations etc.) The name control is used to check master file and assure that the TIN corresponds with the proper taxpayer

Non-computed — Taxpayer files an incomplete tax return. He signs the return and attaches Forms W-2. The computer will calculate the tax and issue a notice. The notice will advise the taxpayer

Page 19

OFFICIAL USE ONLY

# 6209 Document (ADP)

4-10    4-11

**Notice** This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

## Master File Tax Code (MFT)

| MFT | Form | Tax Class | Doc. Code |
|---|---|---|---|
| 08 | 1065 | 2 | 65 |
| 06 | 1065-K1 | 5 | 65 |
| 07 | 1068 | 3 | 60 |
| 08 | 8804,8805 | 1,8 | 29,46 |
| 09 | CT-1 | 7 | 11 |
| 10 | 940,940PR | 8 | 40 |
| 10 | 940-EZ | 8 | 38,39(mag tape) |
| 11 | 943,943PR | 1 | 43 |
| 12 | 1042 | 1 | 25,66 |
| 13 | 8278 | 3 | 54 |
| 14 | 1099 | 9 |  |
| 15 | 8752 | 2 | 23 |
| 18 | 945 | 1 | 97,37,44 |
| 33 | 990C | 3 | 92 |
| 34 | 990T | 3 | 93 |
| 36 | 1041A | 4 | 81 |
| 37 | 5227 | 4 | 83 |
| 44 | 990PF | 4 | 91 |
| 46 | 3809 | All | 48,58 |
| 50 | 4720 | 4 | 71 |
| 51 | 709 | 5 | 09 |
| 51 | 709A | 5 | 08 |
| 52 | 706 | 5 | 06 |
| 57 | 5227 | 4 | 83 |
| 58 | 3809 | All | 48,58 |
| 60 | 2290 | 4 | 95 |
| 60 | 2290A | 4 | 96 |
| 63 | 11C | 4 | 03 |
| 64 | 730 | 4 | 13 |
| 67 | 990,990EZ | 4 | 90 |
| 77 | 706GS(T) | 5 | 29 |
| 78 | 706GS(D) | 5 | 59 |
| 88 | W-3/W-3G | 1 | Various |

| EPMF | Form | Tax Class | Doc. Code |
|---|---|---|---|
| 74 | 5300,5301,5303,5307,5310 | 0 | 53, 01, 03 |
| 75 | 3672,3672A,4461,5306 | 08 | 61,62,72,73,06,60 |

| EPMF | Form | Tax Class | Doc. Code |
|---|---|---|---|
| 74 | 5309, 5330, 5500, 5500C, 5500EZ and 5500R | 0 | Various |

| IRAF | Form | Tax Class | Doc. Code |
|---|---|---|---|

| IMF | Form | Tax Class | Doc. Code |
|---|---|---|---|
| 29 / (30) | 5329 | 0 | Various |
| 55 | 8453 | 2 | 59 |
| 56 | 8278 | 2 | 54 |
|  | 1099 | 2 |  |

| NMF | Form | Tax Class | Doc. Code |
|---|---|---|---|
| 03 | 6009 | 6 | 68 |
| 07 | 1066 | 6 | 60 |
| 08 | 8813,8804,8805 | 6 | 29 |
| 12 | 1042 | 33 | 48 |
| 14 | 8613 | 6 | 22 |
| 17 | 941 | 6 | 41 |
| 17 | 2749 | 6 | 41 |
| 18 | 942 | 6 | 42 |
| 19 | 943 | 6 | 43 |
| 20 | 1040,5734 | 6 | 10, 55, 56 |
| 21 | 1041 | 6 | 44, 46 |
| 22 | 1041PR | 6 | 33 |
| 23 | 1120 DISC | 6 | 69 |
| 24 | 957 | 6 |  |
| 25 | 958 | 6 |  |
| 28 | 959 | 6 |  |
| 28 | CVPN | 6 |  |
| 29 | 5329 | 6 |  |
| 31 | 1120S | 6 | 16, 17 |
| 32 | 1120 | 6 | 20 |
| 33 | 990C | 6 | 92 |
| 34 | 990T | 6 | 93 |
| 35 | 1065 | 6 | 65, 66, 67 |
| 36 | 1041 | 6 |  |
| 37 | 1041A | 6 | 81 |
| 38 | 5227 | 6 | 83 |
| 44 | 2438 | 6 | 86 |
| 45 | 990PF | 6 |  |
| 46 | 720 | 6 |  |
|  | 5734 | 6 |  |

EXHIBIT B 20 OF 77

Page 20

OFFICIAL USE ONLY

OFFICIAL USE ONLY

# 6209 Document (ADP)

8-76

8-77

1 required to file Form 2290
5 reserved for programming use
8 account currently inactive, return not required to be mailed or filed

**(17) Form 11C Special Tax and Application for Registry**
0 not required to file
1 required to file Form 11C
5 reserved for programming use
8 account currently inactive, return not required to be mailed or filed

**(18) Form 730 Tax on Wagering**
0 not required to file
1 required to file Form 730
5 reserved for programming use
8 account currently inactive, return not required to be mailed or filed

**(19 & 20) Form 990 and 990EZ Organization Exempt from Income Tax**
00 not required to file.
01 required to file Form 990 Gross receipts over $25,000
02 not required to file the Form 990 Gross receipts of $25,000 or less
03 Dummy Entity—group return filed
04 not required to file—filing Form 990BL
06 not required to file—Church
07 not required to file—exempt under 501 (c)(1)
13 Not required to file—religious organization
14 Instrumentalities of States or Political Subdivisions not required to file
55 reserved for programming use
88 account currently inactive, return not required to be mailed or filed

**(21) Form 8752—Required Payment or Refund under IRC Section 7519**
0 Not required to file
1 Required to file
8 Account currently inactive, return not required to be mailed or filed

**(22) Form 945—Payer's Annual Tax Return**
0 Not required to file
1 Required to file

## Mail Filing Requirements

**(2) IMF Filing Requirement Codes**

**Form 1040—U.S. Individual Income Tax Return**
00 No return filed.
01 Return not required to be mailed or filed
02 Form 1040A or 1040EZ filer. (Package 50)
03 Form 1040 with Schedule A and B only. Principle non-business filer (Package 10).
04 Form 1040, Schedules A, B, D and E. Full non-business filer (Package 20).
05 Form 1040, Schedules A, B, D, E, C and F. Form 1040 business filer (Package 30).
06 Form 1040SS filer (Virgin Islands (DO 66), Guam, and American Samoa—DO 98).
07 Form 1040PR filer (Puerto Rico—DO 66).
08 Account is inactive. Return not required to be mailed or filed.

09 Form 1040NR filer
10 Form Schedule F Business with Farm Package  (Package 40)
11 IMF Child Care Credit present  ((Package 0U)
12 Schedule DAP present (Package R0)
13 Form 1040EZ
14 1040A (Schedule DAP present) IMAF
15 1040T Filer

**(3) EPMF Filing Requirement Codes**

| Form | FR | DC |
|---|---|---|
| 5500 | X | 37 |
| 5500-C | T | 38 |
| 5500 EZ | Z | 31 |
| 5500EZ | N | 31 |
| 5500-R | T | 30 |

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

OFFICIAL USE ONLY

EXHIBIT B21 OF 27

Page 21



4    REVERSE VALIDITY INDICATOR—blank or *. If asterisk is present, it indicates account is also present under the opposite validity.

5    LAST MASTER FILE EXTRACT CYCLE ENTITY

5A    Will be displayed if present. PL=Prior Name Lines; PT=Posted transactions; PN=Pending Transactions; CH=Control History Lines; AH=Action History Lines; NH=Notice History Lines.

6    NAME LINE YEAR

7    FILING STATUS CODE—Indicates the taxpayer's filing status. Values are 0–9. Refer to LEM 3(27)(68)0 for additional information.

8    FIRST NAME LINE

9    SECOND NAME LINE may be continued name line of foreign address line or care of name line.

10    ADDRESS CHANGE CYCLE

11    STREET ADDRESS (rarely, may not be present)

12    CITY/STATE—City→State

13    ZIP

14    CROSS REFERENCE SPOUSE'S SSN AND VALIDITY

        * = Invalid

        Blank = Valid

15    PRIMARY TELEPHONE NUMBER

16    SECONDARY TELEPHONE NUMBER

17    TDA YIELD SCORE—Displayed if significant values

18    TDI YIELD SCORE

19    YEAR OF NAME LINE

20    FILING STATUS CODE See LEM 3(27)(68)0

21    PRIOR YEAR NAME LINE

22    PRIMARY LOCATION CODE. Format is District and Area Offices.

23    TDA/TDI LOCATION CODE.

24    TDI CCODE

25    TDA/TDI CASE ASSIGNMENT EMPLOYEE.

26    MAIL FILE REQUIREMENT—Refer to LEM 3(27)(68)0 for appropriate codes.



27    INVALID SSN REFUND CODE—

**Val 1**

    BLANK—Invalid SSN freeze in effect

    1—Invalid SSN Freeze has been released by TC 290 or 300 or Scrambled SSN Indicator of "2". This release is effective during the current calendar year only.

    2—Invalid SSN Freeze has been released by TC 150 Document Code 72 or 73 posting to this Temporary SSN. This release is effective during the current calendar year only.

    4—Account on the invalid segment and the invalid SSN Freeze has been released by a transaction (other than TC 100, 90X, 92X or 99X) which has posted to the account and the transaction name control matches the name control for this account on a file of update records received from SSA, which have not yet updated the DM-1 file. The DM-1 file is updated on a quarterly basis.

    5—Combination of 1 and 4 above.

    6—Combination of 2 and 4 above

    8—Account on invalid segment and TC 510 posted to account

    9—Combination of 1 and 8 above

    A—Combination of 2 and 8

    C—Combination of 4 and 8

    D—Combination of 1, 4 and 8 above

    E—Combination of 2, 4 and 8

28    148 HOLD on the Master File. Values V, Q, P, W, E, J, K, F, M or L.

29    CAF INDICATOR—If the present value is "C", indicating an authorized representative for at least one tax period. For further information input Command Code CFINQ.

30    FISCAL YEAR MONTH—Taken from the most current First Name Line on the Master File entity.

31    SCRAMBLED SSN INDICATOR—

    BLANK—No scrambled SSN

    1—Scrambled SSN Indicator (two taxpayers using the SSN

> Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records / files have been deleted and / or substituted this demand still applies.

**OFFICIAL USE ONLY**



EXHIBIT B  Page 22  B-20-B-27

### 30(55)6.3 (1–1–96)
### Return Processing



(1) When the input transaction is a return (TC 150) it designates the assessable liability. Other transactions are generated when amounts are present in the return. The generated transactions are posted to the Transaction Section and the Module Balance is updated.

(a) TC 150—Assessment Amount—This field designates the tax liability.

(b) TC 610—Remittance with Return.

(c) TC 806—Withholding.

(d) TC 636—Separate Appropriation Credits.

(e) TC 766—Other Cash Credits.

(f) TC 200—Pre-determined TIN Penalty.

(g) TC 170—Pre-determined Estimate Tax Penalty.

(h) TC 160—Pre-determined Delinquency Penalty—When the return contains a penalty code of "1", penalty is computed at 5% regardless of dates, unless FTP has been computed for that same period. Refer to 30(55)6.7.

(i) TC 270, 340 and 770—Restricted Penalty & Interest for a return containing condition code Y, R and either A or F.

(j) TC 540—for a return containing condition code "A" or "F" (deceased taxpayer).

(k) Generate TC 570 if return has condition code 3 for additional liability. Also generate TC 570 if the return is blocked 920–929 or is an SFR. Also generate TC 570 with Julian Date 999 when posting a current year return with an overpayment of $300 or more if the account contains a module in status 03 or a module with an unreversed TC 42X.

(l) Earned Income Credit—For full years (decedent with short years allowed) beginning with tax period ending date of 12/31/75, a TC 768 (CR) will be generated with return due date and TC 150 DLN if the Earned Income Credit Computer field is present. TC 764 (CR) and TC 765 (DR) will be generated from manually input line item reference number 764, 765 respectively. It is, however, available for offset or refund whether or not the input return has tax or other credits present, but freeze conditions prevail.

(m) TC 160, 170, 270 and 340—Restricted Penalty and Interest for a return containing condition code "Z".

### 30(55)6.4 (1–1–96)
### Subsequent Processing

(1) TC 148—causes an alert for Immediate Issuance of TDA when certain non-compliance conditions are present in any of the Tax Modules in an account. For details regarding TDA's see Project 721.

(2) TC 130—indicates a Non-Master File Liability Outstanding and posts to the Entity Section as it affects all modules.

(a) This transaction does not supersede any of the automatic offsetting routines but becomes effective at the time that refundable credits are available. The account is frozen for refunding and a CP 44 (Credit Available to Non-Master File Account) is output to the appropriate Service Center advising of the amount of credit available. CP44 will not generate, and a refund will be issued if the credit per module (before refund interest is computed) is under $25. Service Center will input TC 824 (Credit Transfer) for amount used when the credit available was sufficient to offset the Non-Master File liability. The credit module is

Notice This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.



# Law Enforcement Manual III

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| W-2P | Statement for Recipients of Annuities, Pensions or Retired Pay | 22 | 5 |
| W-2G | Statement of Gambling Winnings | 32,88 | 5 |
| W-3 | Transmittal of Income and Tax Statements | ANY | 1 |
| W3-SS | Transmittal of Wage and Tax Statements | 32,33,34,35 | 1 |
| W-4 | Employee's Withholding Certificate | 42 | 5 |
| W-4E | Exemption from Withholding Certificate | 42 | 5 |

## 3(27)(68)4.4   (1-1-90)
## Document Codes Reference

(1)  Doc. Codes with forms are as follows.

| Doc Code | Forms |
|----------|-------|
| 01 | 5301 |
| 03 | 11C,5303 |
| 04 | 2758,7004,SS4,8736 |
| 05 | 706NA,1120RIC |
| 06 | 706,5306,1120DF |
| 07 | 5307,1040EZ,1120FSC |
| 08 | 709A,5713,1040EZ, 1120ND |
| 09 | 1040A,709,5309,1120A,990EZ |
| 10 | 1040A,1120,1120X,4625,5310 |
| 11 | 1040,1120,CT-1,5329,W-2 (Guam),1120L,1120M,1040X |
| 12 | 1040,5329,W-2 (Virgin islands),1120REIT |
| 13 | 730,1120PC |
| 14 | 3177,3177A,TYD-14 |
| 15 | Passport |
| 16 | 1120S, Green Card |
| 17 | 1962, 2287, 2758, 4429, 3731, 3967, 3244, 3446, 3552, 4188, TY-26, TY-18, 4839, 4840, 809, 4868, 4843, 4084, 4085, 4086, 4482, 4602, 4604, 4732, 4733, 4779, 4868, 4960, 4961, RSC137, TYD69,4188SP,4429P, 6641, 1041ES,8210 |
| 18 | 809,3244,4840,4907,3244A,TYD69,8210 |
| 19 | RPSII processed forms |
| 20 | 1040ES,1120POL,720,1120S-K1 (for TY81 and earlier) |
| 21 | 1040,W-2,5329 |
| 22 | 1040,W-2P,5329 |
| 23 | 8697 |
| 24 | 2424 |
| 25 | 1042 |
|    | 1042 Tax Period 8512 and later |
| 26 | 1040SS |
| 27 | 1040PR |
| 28 | 5498 |
| 29 | 8804,8813 |
| 30 | 6209,6222,720,5500-R,W-3 |
| 31 | 5263,3912,W-3,5500-EZ |
| 32 | W-2G, W-3SS |
| 33 | 1042 (Tax Period 8512 and prior), W-3SS, 5500-G |
| 34 | W-3SS |
| 35 | 941(mag. tape),5330,W-3SS |
| 36 | 6248,5500 Sch. B,941E(mag. tape) |

Notice:  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

EXHIBIT    B240F27

## 6209 Document ADP

| Form No. | Title | File Source | Tax Class | MFT Code | Doc Code |
|---|---|---|---|---|---|
| 959 | Return by an Officer, Director, or Shareholder with Respect to the Organization or Reorganization of a Foreign Corp. and Acquisition of Its Stock | N | 6 | 26 | |
| 984/985 | Corporate Dissolution Indicator | B | 9 | | 78 |
| 982 | Reduction of Tax Attributes Due to Discharge of Indebtedness | | | | |
| 990 | Return of Organization Exempt from Income Tax | B/N | 4,'6 | 67 | 90 |
| 990-BL | Information and Initial Excise Tax Return for Black Lung Benefit Trust and Certain Related Persons | N | 6 | 56 | 88 |
| 990-C | Exempt Cooperative Association Income Tax Return | B/N | 3,'6 | 33 | 92 |
| 990EZ | Short Form Return of Organization Exempt From Income Tax | B | 4 | 67 | 09 |
| 990-PF | Return of Private Foundation | B/N | 4,'6 | 44 | 91 |
| 990-T | Exempt Organization Business Income Tax Return | B/N | 3,'6 | 34 | 93 |
| 990-W | Estimated Tax on Unrelated Business Taxable Income for Tax-Exempt Organization | | | | |
| 1000 | Ownership Certificate | | | | |
| 1001 | Ownership, Exemption, or Reduced Rate Certificate | | | | |
| 1028 | Application for Recognition of Exemption Under Section 501(a) or for Determination Under Section 120 | | | | |
| 1040 | U.S. Individual Income Tax Return | I/N | 2,'6 | 30,'20 | 11,12, 21,22 |
| 1040A | U.S. Individual Income Tax Return | I | 2 | 30 | 09,10 |
| 1040C | U.S. Departing Alien Income Tax Return | I | 2 | 30 | 61 |
| 1040ES | U.S. Declaration of Estimated Income Tax for Individuals | I | 2 | 30 | 20 |
| 1040EZ | U.S. Individual Income Tax Return | I | 2 | 30 | 07 |
| 1040EZ TEL | U.S. Individual Income Tax Return - Telefile | I | 2 | 30 | 08 |
| 1040NR | U.S. Non-resident Alien Income Tax Return (PSC only) | I/N | 2,'6 | 30,'20,'21 | 72,73 |
| 1040NR-EZ | US Non-resident Alien Income Tax Return (PSC only) | I | 2 | 30 | 72 |
| 1040PC | U.S. Individual Income Tax Return (Personal Computer) | I | 2 | 30 | 05,06 |
| 1040PR | U.S. Self-Employment Tax Return-Puerto Rico (PSC only) | I/N | 2,'6 | 30,'22 | 27 |
| 1040SS | U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa (PSC only) | I | 2 | 30 | 26 |
| 1040T | US Individual Income Tax Paper | I | 2 | 30 | 05,06 |

OFFICIAL USE ONLY

| Form No. | Title | File Source | Tax Class | MFT Code | Doc Code |
|---|---|---|---|---|---|
| 1040X | Amended U.S. Individual Income Tax Return | I | 2 | 30 | 11,54 |
| 1041 | U.S. Fiduciary Income Tax Return (for Estates and Trusts) | B/N | 2,'6 | 05,'21 | 44 |
| 1041 | Magnetic Media U.S. Fiduciary Income Tax Return (for Estates and Trusts) | B | 2 | 05 | 36 |
| 1041-A | U.S. Information Return - Trust Accumulation of Charitable Amounts | B/N | 4,'6 | 36 | 81 |
| 1041ES | Payment Voucher, Estimated Tax | B | 2 | 05 | 17 |
| 1041ES | Payment Voucher, Estimated Tax, Lockbox Processing | B | 2 | 05 | 19 |
| 1041-K1 | Beneficiary's Share of Income, Credits, Deductions, Etc. | | 5 | | 66 |
| 1041PF | (See Form 5227) | | | | |
| 1042 | Annual Withholding Tax Return for US Source Income of Foreign Persons | B/N | 1,'6 | 12 | 25 |
| 1042S | Foreign Persons US Source Income subject to Withholding | N | 6 | 12 | 66 |
| 1045 | Application for Tentative Refund | | | | |
| 1065 | U.S. Partnership Return of Income | B/N | 2,'6 | 06,'35 | 65 |
| 1065-K1 | Partners Share of Income, Credits, Deductions, Etc | | 5 | | 65 |
| 1066 | Real Estate Mortgage Investment Conduit Income Tax Return | B/N | 3,'6 | 07 | 60 |
| 1078 | Certificate of Alien Claiming Residence in the United States | | | | |
| 1096 | Annual Summary and Transmittal of US Information Returns | | 5 | 88 | 69 |
| 1098 | Mortgage Interest Statement | | 5 | | 81 |
| 1099-A | Information Return for Acquisition or Abandonment of Secured Property | | 5 | | 80 |
| 1099-B | Statement for Recipients of Proceeds From Real Estate Brokers and Barters Exchange Transactions | | 5 | | 79 |
| 1099-C | Cancellation of Debt | | 5 | | 85 |
| 1099-DIV | Statement for Recipients of Dividends and Distributions | | 5 | | 91 |
| 1099-G | Statement for Recipients of Certain Government Payments | | 5 | | 86 |
| 1099-INT | Statement for Recipients of Interest Income | | 5 | | 92 |
| 1099-LTC | Statement for Recipients - Long term care and accelerated health benefits | | 5 | | 93 |
| 1099-MISC. | Statement for Recipients of Miscellaneous Income | | 5 | | 95 |

OFFICIAL USE ONLY

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

EXHIBIT B 25 0P27

# Law Enforcement Manual
# 1 0 4 0 X

Files Management and Services                                                              I R Manual

## Exhibit 35(61)0-11

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above reference document name and account #, if any, in the Service Master File Records. If any of these just filers items has been deleted and / or substituted this demand still applies.

**Forms Reference Index**

Documents which are specifically referenced in the Files procedures are cross-referenced here as an administrative aid.

| Form | Title (Purpose) | IRM 35(61) Sec. |
|------|-----------------|-----------------|
| 5XX/FTD | Cards & Transmittals | 2.10 |
| 706 | Estate and Generation-Skipping Transfer Tax Return | 7.3 |
| 706 NA | Estate Tax Return—Alien | 7.3 |
| 706 (for POA) | Estate Tax (Power Of Attorney) | 3.(26) |
| 709 | Gift (and Generation-Skipping Transfer Tax Return | 3.6 & 7.3 |
| 720 | Quarterly Federal Excise Tax Return | 6.6 |
| 813 (Part 2) | Document Register | Various |
| 843 | Claim for Refund and Request for Abatement | 3.(26) |
| 911 | Application for Taxpayer Assistance Order to Relieve Hardship | 1.6 |
| 928 | Return by a Transferor of Property to a Foreign Corporation, Trust, Estate or Partnership | 3.(27) |
| 940–942 | Employer's Annual Federal Unemployment (FUTA) Tax Return/ Employer's Quarterly Tax Return for Household Employees | 2.1 |
| 941 facsimile | Employer's Quarterly Federal Tax Return | 2.5 & 3.(35) |
| 964 (Form Obsoleted) | Election of Shareholder (Liquidation) | 7.(11) |
| 966 | Corp. Dissolution (Liquidation) | 7.(11) |
| 990–BL | Information and Excise Tax Return for Black Lung Benefit Trusts and Certain Related Persons | 3.6 |
| 990/990–PF | Return of Org. Exempt from Income Tax (Except Private Foundation)/ Return of Private Foundation | 2.7 |
| 990–T | Exempt Organization Business Income Tax Return | Exhibit 3 |
| 1040 | U.S. Individual Income Tax Return | 7.8 |
| 1040EZ | Income Tax Return for Single Filers With No Dependents | 3.6 |
| 1040C | U.S. Departing Alien Income Tax Return | Exhibit 3 |
| 1040X | Amended U.S. Individual Income Tax Return for U.S. Source Income of Foreign Persons | 3.(25) & Exhibit 3 |
| 1042 | Withholding Tax Return | 2.3 & 3.(10) |
| 1042S | Income Subject to Withholding | 3.(10) |
| 1096 | U.S. Annual Summary & Transmittal of U.S. Information Return | 3.(13) |
| 1120–FSC | U.S. Income Tax Return of a Foreign Sales Corporation | 3.2 |
| 1120–IC–DISC | Interest Charge Domestic International Sales Corporation Return | 3.2 |
| 1120 | Corp. Tax Returns | 3.(11) & Exhibit 1 |
| 1120X | Claim | 3.(25) & Exhibit 9 |
| 1332 | Block & Selection Record | Various |
| 2031 (Form Obsoleted) | Waiver Certificate to Collect Social Security Coverage | Exhibit 3 |
| 2119 | Sale or Exchange of Principal Residence | 6.(24) |
| 2275 | Records Request, Charge and Recharge (Charge-out Request) | Various |
| 2345 | Batch Transmittal | 2.3 |
| 2553 | Election—Small Business Corp. | 3.(12) |
| 2848 | Power of Attorney and Declaration of Representative | 3.(32) |
| 3011A | Transmittal (Refund Litigation Case) | 4.3 |
| 3115 | Accounting Method Change | Exhibit 3 |
| 3177 | Notice of Action (Entity) | (10).2 |
| 3189 | Deficiency Dividend Deduction | 3.(14) |
| 3210 | Document Transmittal | Exhibit 25 |
| 3520 | Creations of or Transfers to Certain Foreign Trusts | 3.(30) |
| 3520A | Annual Return of Foreign Trusts with U.S. Beneficiaries | 3.(30) |
| 3780 | Index Cards (Form Obsoleted 12/74) | 3.(20) |
| 3893 | Re-Entry Control Sheet | 2.5 |
| 3906 (Form Obsoleted) | Block Record | Various |
| 4180 | Flag Sheet | 2.5, 6.3 & 8.1 |
| 4210 (Form Obsoleted) | Block Divider Card | 2.2 |
| 4251 | Return Charge-Out | Various |
| 4338 | Information or Certified Transcript Request | 2.1 & 2.6 |

**Notice:** This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

EXHIBIT *B 26 0 P 27*

**3(10)(72)7.2**
**Non-Master File Numbering Chart**

| FORM NO. | DC/SC CODE | TAX CLASS & DOC CODE | BLOCKING SERIES | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| CT-1 | D | 601 | 000–199 | KCSC |
| CT-2 | D | 602 | 000 | |
| Excise | D | 694 | 000 | Protest Cases |
| 706A | D | 684 | 590–599 | |
| Schedule R-1 (Form 706) | D | 685 | 590–599 | |
| 709 Deceased | D | 609 | 000 | |
| 720 | D | 630 | 000 | |
| 026 | D | 602 | 000–099 | Transfer stock to foreign concern |
| 040 | D | 640 | 000 | |
| 941 | D | 641 | 000–009 | Taxable |
| | | | 200–299 | Non-taxable also 941 stamped "monthly collection filer" |
| 941NMI | P | 641 | 910–919 | obsolete 12-31-86 |
| 942 | D | 642 | 000–009 | |
| 943 | D | 643 | 000 | |
| 990BL | C | 688 | 500–599 | CSC only |
| 1040 | D | 610 | 000–099 | Taxable |
| | D | | 200–299 | Non-taxable |
| 1040NR | D | 672 | 000–499 | Non-effectively connected without income, PSC only individual's entity |
| | D | | 500–599 | Lloyd's of London—PSC only |
| 1040NR | D | 673 | 000–499 | Effectively connected without income, PSC only individual's entity |
| | | | 500–599 | Lloyd's of London—PSC only |
| 1041 | D | 644 | 200–239 | Non-PAC |
| 1041 | D | 644 | 240–249 | Non-taxable PAC only |
| 1041 | D | 644 | 250–259 | Taxable PAC only |
| 1041A | | 681 | 000 | |
| 1042 | P | 633 | 000–999 | All 1985 and subsequent 1042 process as BMF, 1984 and prior process as NMF. |
| 1042 | P | 635 | 500–599 | Renumbered |
| 1042S | P | 666 | 000–299 | |
| | | | 400–699 | |
| 1065 | D | 665 | 900–999 | |
| 1120L&M | D | 615 | 000–199 | Taxable |
| | | | 200–299 | Non-taxable |
| | | | 500–599 | Renumbered misblocked return by PSC only. Documents date prior to 12/31/67 are numbered to NMF. |
| 1120 ICDISC | | 669 | 200–299 | Others |
| 1120 | D | 620 | 100–199 | Taxable |
| | | | 200–299 | Non-Taxable |
| 1120 | D | 620 | 600–699 | Non-Taxable "PAC" Only 7511 and prior |
| 1120ND | D | 620 | 000 | Trustee or disqualified person box checked, Part VI, Page 2 should be only entries where a section |
| 1120S | D | 620 | 700–709 | Taxable "PAC" Only 7511 and prior |
| 1120S | D | 616 | 800–899 | "PAC" Case |



EXHIBIT B 210F27

Page 27

# IMF OPERATIONS



***IMPORTANT NOTICE***
This document must be filed as a permanent part of the above return.

EXHIBIT *L 10 P3*

(15) OIC (TC 480)
(16) NMFL (TC 480)
(17) KITA (TC 01X)
(18) COMBAT ZON
(19) UNREVTC 520 (TC 520)
(20) TDI RESRCH (See Project 720)
(21) INTEL (See Project 735)
(22) REACT NMF (TC 130)
(23) CSED
(24) MARRIED FILED SEPARATELY (TC 424)
(25) MULTIPLE FILER (TC 424)
(26) Cr El Decd (See Project 439)
(27) TRFPENACT
(28) VIRGIN IS (TC 150)
(29) STAT TRANSCRIPT
(30) QUEST W-4 (See Project 411)
(31) FOLLOW-UP W-4 (See Project 411)
(32) AMRH (See Project 712)
(33) AM—X (See Project 712)
(34) CV PN CRED
(35) SC ADDRESS
(36) Hostage
(37) NRPS
(38) DECDESCR
(39) STIM
(40) UNP 71 REL
(41) RSED
(42) A/R Clean-Up (see Project 713)
(43) LPCANCEL
(44) PMTOVERCAN
(45) OICDEFAULT
(46) DEFAULTFSC
(48) TDIFRZ—150
(49) TDI—EXAM
(50) HighRisk
(51) Deferral
(52) HighDollar

***IMPORTANT NOTICE***
This document must be kept as permanent part of the
above referenced case file. Any subsequent Revenue
Service ...
it(s) filed ...
...

## 30(55)4.3 (1-1-96)
### Computer Paragraph Notices

(1) 04—ES Penalty Waiver
(2) 01—Deferral Reminder
(3) 08—Refund Issued—SSA Records need correction
(4) 09—Earned Income Credit Refund
(5) 10—Combination CP 12 and CP 45
(6) 11—Math Error—Bal Due
(7) 12—Math Error—Overpayment
(8) 13—Math Error—Settlement
(9) 14/14E—Bal Due No Error
(10) 15—Civil Penalty Assessment
(11) 15B—100% Civil Penalty Assessment
(12) 16—Math Error—Overpayment to other taxes (CP 12/49 combination)
(13) 17—Refund unfrozen Excess ES Credits


EXHIBIT 20F3

**30(55)1** (1-1-96)
**Introduction**

**30(55)1.1** (1-1-96)
**Purpose**

   This Section provides a general description of Individual Master File (IMF) operations at the Martinsburg Computing Center (MCC).

**30(55)1.2** (1-1-96)
**Scope**

   (1)  These procedures are limited to those general processes required at MCC to process data to the IMF, effect settlement with the taxpayer, and to output data for further processing into final outputs at Internal Revenue Service Centers.
   (2)  Returns processed to the IMF are limited to Estimated Tax Form 1040ES and Income Tax Forms 1040.

**30(55)1.3** (1-1-96)
**Related Text**

   (1)  LEM 3(27)(68)0, ADP Systems Codes contains definitions, listings and descriptions of all codes used on Individual Master File source documents and outputs, including transaction and status codes.
   (2)  The definitions for all abbreviations used herein are also included in LEM 3(27)(68)0.

**30(55)1.4** (1-1-96)
**Related Projects**

   (1)  029 DATC/ASTA
   (2)  404 Reconciliation of Withholding and Information Documents with IMF (IMF Delinquency Check)
   (3)  405 Magnetic Tape Reporting
   (4)  408 Processing Individual Income Tax Forms
   (5)  418 Audit Selection System
   (6)  438 Deceased Persons Accounting
   (7)  439 IMF Account Numbers
   (8)  444 Cleanup Operations
   (9)  701 Accounting & Operating Reports
   (10)  713 Accounts Receivable Reporting
   (11)  704 Error Resolution
   (12)  705 Taxpayer Service
   (13)  706 Files Management and Service
   (14)  707 Media Transport & Control
   (15)  708 Accounting Control
   (16)  709 SC Data Controls
   (17)  710 Revenue Receipts
   (18)  711 Credit and Account Transfer
   (19)  712 Master Files Accounts Maintenance
   (20)  714 Refund Transactions
   (21)  715 Audit Adjustments
   (22)  716 DP Tax Adjustments
   (23)  717 Transcripts
   (24)  718 Adjustment Controls

**IMPORTANT NOTICE**
This document is not a permanent part of the above referenced material or Internal Revenue Service Master File, and portions of any of these orders / file(s) have / has been deleted and / or substitute / this demand still applies.

EXHIBIT 



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

Person to Contact:
Barry Windheim
Telephone Number:
(202) 622-6250
Refer Reply to:
97-976
Date:    MAY  1 1997

Dear Mr. ___

　　This is in response to your Freedom of Information Act
(FOIA) request dated April 9, 1997, concerning Transaction
Code 150.

　　In response to number 5 of your request, we are not
required under the FOIA to conduct extensive research.
Concerning the scope of Transaction Code 150 (number 6 of
your request), our Disclosure Officer in the Assistant
Commissioner (International) has advised us that the
transaction codes contained in our manuals are used to
identify a transaction being processed and to maintain a
history of actions posted to a taxpayer's account on the
master file.  The Transaction Code 150 indicates a tax
liability assessed when a tax return is filed and a return
is posted to the Master File.  The Virgin Islands (150)
relates to the tax liability assessed on a U.S. Self-
Employment Tax Return-Virgin Islands, Guam, American Samoa.
It indicates the amount of self-employment tax assessed on
this type of return.

Sincerely,

Barry Windheim
Program Analyst
Freedom of Information

"IMPORTANT NOTICE"
This document...part of the
...and Internal Revenue
...of image
...subsidies
...articles

EXHIRIT M  1 of 1

# Black's Law Dictionary

or orders to do it.  To give employment to; to have employment.

**Employee.**  A person in the service of another under any contract of hire, express or implied, oral or written, where the employer has the power or right to control and direct the employee in the material details of how the work is to be performed.  One who works for an employer; a person working for salary or wages.

Generally, when person for whom services are performed has right to control and direct individual who performs services not only as to result to be accomplished by work but also as to details and means by which result is accomplished, individual subject to direction is an "employee".

"Servant" is synonymous with "employee". However, "employee" must be distinguished from "independent contractor," "officer," "vice-principal," "agent," etc.

The term is often specially defined by statutes (e.g. workers' compensation acts; Fair Labor Standards Act), and whether one is an employee or not within a particular statute will depend upon facts and circumstances.

In corporation law, "employee" includes an officer but not a director.  A director may accept duties that make him also an employee.  Rev. Model Bus.Corp. Act, § 1.40.

For Executive employees, see that title.  See also Borrowed employee; Fellow servant; Independent contractor; Line employee; Servant.

*Staff employee.*  An employee responsible for providing advice, guidance, and service to line personnel.

**Employee pro hac vice.**  See Borrowed employee.

**Employee Retirement Income Security Act.** See E.R.I.S.A.

**Employee Stock Ownership Plan (ESOP).**  A type of qualified profit sharing plan that invests in securities of the employer.  Such plans acquire shares of the employer-corporation for the benefit of employees usually through contributions of the employer to the plan.  In a noncontributory ESOP, the employer usually contributes its shares to a trust and receives a deduction for the fair market value of such stock.  Generally, the employee recognizes no income until the stock is sold after its distribution to him or her upon retirement or other separation from service.  Special tax benefits are provided to companies with such benefits.  See also Profit-sharing plan.

**Employer.**  One who employs the services of others; one for whom employees work and who pays their wages or salaries.  The correlative of "employee."  See also Master.  Compare Independent contractor.

**Employer's liability acts.**  Statutes (e.g., Federal Employer's Liability Act; Workers' Compensation Acts) defining or limiting the occasions and the extent to which public and private employers shall be liable in damages (compensation) for injuries to their employees occurring in the course of their employment, and particularly abolishing the common-law rule that the employer is not liable if the injury is caused by the fault or negligence of a fellow servant and also the defenses of contributory negligence and assumption of risk.  See also Federal Employer's Liability Act; Insurance; Workers' Compensation Acts.

**Employment.**  Act of employing or state of being employed; that which engages or occupies; that which consumes time or attention; also an occupation, profession, trade, post or business.  Includes the doing of the work and a reasonable margin of time and space required in passing to and from the place where the work is to be done.  Activity in which person engages or is employed; normally, on a day-to-day basis.  See also Casual employment; Course of employment; Seasonal employment.

*Discrimination.*  See Discrimination; Disparate treatment.

**Employment agency.**  Business operated by a person, firm or corporation engaged in procuring, for a fee, employment for others and employees for employers.  The fee may be paid by either the employer or the employee, depending upon the terms of the agreement.  See also Finder.

**Employment at will.**  This doctrine provides that, absent express agreement to contrary, either employer or employee may terminate their relationship at any time, for any reason.  Such employment relationship is one which has no specific duration, and such a relationship may be terminated at will by either the employer or the employee, for or without cause.  See also Whistle blower acts; Wrongful discharge.

**Employment contract.**  An agreement or contract between employer and employee in which the terms and conditions of one's employment are provided.

**Emporium** /əmpóriyəm/.  A place for wholesale trade in commodities carried by sea.  The name is sometimes applied to a seaport town, but it properly signifies only a particular place in such a town.

**Empower.**  A grant of authority rather than a command of its exercise.  See Power.

**Emptor** /ém(p)tər/.  Lat.  A buyer or purchaser.  Used in the maxim *caveat emptor,* "let the buyer beware;" *i.e.,* the buyer of an article must be on his guard and take the risks of his purchase.  See Caveat emptor.



**IMPORTANT NOTICE**

# Black's Law Dictionary

**Servant.** An employee. One employed to perform service in master's affairs, whose physical conduct in performance of the service is controlled or is subject to right to control by the master. Restatement, Second, Agency, § 2. A person in the employ of another and subject to his control as to what work shall be done and the means by which it shall be accomplished. One who is employed to render personal service to another otherwise than in the pursuit of an independent calling, and who, in such service, remains entirely under control and direction of employer. A person of whatever rank or position in employ and subject to direction or control of another in any department of labor or business. A servant, for purposes of doctrine of vicarious liability, is one who is employed to perform services for another, and who is subject to such other's "control" or "right to control" as regards his physical conduct in the performance of such services.

The term is often given special meanings by statutes and like other words is greatly influenced by context in wills and other documents.

*See also* Agent; Employee; Fellow servant; Master and servant; Subservant. *Compare* Independent contractor.

**Service.** This term has a variety of meanings, dependent upon the context or the sense in which used.

*Contracts.* Duty or labor to be rendered by one person to another, the former being bound to submit his will to the direction and control of the latter. The act of serving the labor performed or the duties required. Occupation, condition, or status of a servant, etc. Performance of labor for benefit of another, or at another's command; attendance of an inferior, hired helper, etc. "Service" and "employment" generally imply that the employer, or person to whom the service is due, both selects and compensates the employee, or person rendering the service.

The term is used also for employment in one of the offices, departments, or agencies of the government; as in the phrases "civil service," "public service," "military service," etc.

*Trial Practice.* The exhibition or delivery of a writ, summons and complaint, criminal summons, notice, order, etc., by an authorized person, to a person who is thereby officially notified of some action or proceeding in which he is concerned, and is thereby advised or warned of some action or step which he is commanded to take or to forbear. Fed.R.Civil Proc. 4 and 5; Fed.R.Crim.P. 4 and 49. Pleadings, motions, orders, etc., after the initial summons are normally served on the party's attorney unless otherwise ordered by court. *See Service of process, below.*

## General Classification

*Civil service.* See that title.

*Service of process.* The service of writs, complaints, summonses, etc., signifies the delivering to or leaving them with the party to whom or with whom they ought to be delivered or left; and, when they are so delivered, they are then said to have been served. In the pleading stage of litigation, is the delivery of the complaint to the defendant either to him personally or, in most jurisdictions, by leaving it with a responsible person at his place of residence. Usually a copy only is served and the original is shown. The service must furnish reasonable notice to defendant of proceedings to afford him opportunity to appear and be heard. Fed.R.Civil P. 4; Fed.R.Crim.P. 4. The various types of service of process are as follows:

*Constructive service of process.* Any form of service other than actual personal service. Notification of an action or of some proceeding therein, given to a person affected by sending it to him in the mails or causing it to be published in a newspaper. Fed.R.Civil P. 4(e). *See also Service by publication; Substituted service, below.*

*Long arm statutes.* Laws enacted in most states which permit courts to acquire personal jurisdiction of non-residents by virtue of activity within the state. *See* Foreign service; Long arm statutes; Minimum contacts.

*Personal service.* Actual delivery of process to person to whom it is directed or to someone authorized to receive it in his behalf. Personal service is made by delivering a copy of the summons and complaint to the person named or by leaving copies thereof at his dwelling or usual place of abode with some responsible person or by delivering a copy to an agent authorized to receive such. Special rules are also provided for service on infants, incompetents, corporations, the United States or officers or agencies thereof, etc. Fed.R.Civil P. 4(d); Fed.R.Crim.P. 4(d). *See also* Found; Usual place of abode.

*Proof of service.* See Proof.

*Service by publication.* Service of a summons or other process upon an absent or nonresident defendant, by publishing the same as an advertisement in a designated newspaper, with such other efforts to give him actual notice as the particular statute may prescribe. *See also Substituted service, below.*

*Substituted service.* Any form of service of process other than personal service, such as service by mail or by publication in a newspaper; service of a writ or notice on some person other than the one directly concerned, for example, his attorney of record, who has authority to represent him or to accept service for him. Fed.R.Civil P. 4(d). *See also* Long arm statutes.



EXHIBIT P 1of1

24

## 5 § 2104    EMPLOYEES    Ch. 21

Generally    1
Members of Congress    2

**Notes of Decisions**

**1. Generally**

The precaution in a federal statute that a person in the public employ as an officer of the United States constitutes such person an officer. Hoyt v. United States, 1851, 10 How. (U.S.) 109, 13 L.Ed. 348.

**2. Members of Congress**

For the purpose of this section and section 2105 of this title relating to government organization and employee, members of Congress is not an "officer", although their status are "officers", members of Congress is an "employee" of the United States Government. C.A.N.Y.1970, 420 F.2d 1310.

## § 2105. Employee

(a) For the purpose of this title, "employee", except as otherwise provided by this section, or when specifically modified, means an officer and an individual who is—

(1) appointed in the civil service by one of the following acting in an official capacity—

(A) the President;

(B) a Member or Members of Congress, or the Congress;

(C) a member of a uniformed service;

(D) an individual who is an employee under this section;

(E) the head of a Government controlled corporation; or

(F) the adjutants general designated by the Secretary concerned under section 709(c) of title 32, United States Code;

(2) engaged in the performance of a Federal function under authority of law or an Executive act; and

(3) subject to the supervision of an individual named by paragraph (1) of this subsection while engaged in the performance of the duties of his position.

(b) An individual employed at the United States Naval Academy in the midshipmen's laundry, the midshipmen's tailor shop, the midshipmen's cobbler and barber shops, and the midshipmen's store, except an individual employed by the Academy dairy, is deemed an employee.

(c) An employee paid from nonappropriated funds of the Army and Air Force Exchange Service, Navy Ship's Stores Ashore, Navy exchanges, Marine Corps exchanges, Coast Guard exchanges, and other instrumentalities of the United States under the jurisdiction of the armed forces conducted for the comfort, pleasure, contentment, and mental and physical improvement of personnel of the armed forces is deemed not an employee for the purpose of—

## Ch. 21    DEFINITIONS    5 § 2105

(1) laws (other than subchapter IV of chapter 83 and sections 5550 and 7154 of this title) administered by the Civil Service Commission; or

(2) subchapter I of chapter 81 and section 7902 of this title.

This subsection does not affect the status of these nonappropriated fund activities as Federal instrumentalities.

(d) A Reserve of the armed forces who is not on active duty or who is on active duty for training is deemed not an employee or an individual holding an office of trust or profit or discharging an official function under or in connection with the United States because of his appointment, oath, or status, or any duties or functions performed or pay or allowance received in that capacity.

(e) Except as otherwise provided by law, an employee of the United States Postal Service or of the Postal Rate Commission is deemed not an employee for purposes of this title.

Pub.L. 89–554, Sept. 6, 1966, 80 Stat. 409; Pub.L. 90–486, § 4, Aug. 13, 1968, 82 Stat. 757; Pub.L. 91–375, § 6(c)(4), Aug. 12, 1970, 84 Stat. 776; Pub.L. 92–392, § 2, Aug. 19, 1972, 86 Stat. 573.

**Historical and Revision Notes**

Derivation: United States Code / Revised Statutes and Statutes at Large

(b)  (uncodified)  
     (uncodified)  
     (uncodified)  
     (uncodified)

(c)    5 U.S.C. 1008  
(d)    5 U.S.C. 30r(d)

***IMPORTANT NOTICE***
This document must be... above referenced...
Service May...
... this demand still applies.

Page 1 of

# Sec. 3401. Definitions

*TITLE 26, Subtitle C, CHAPTER 24, Sec. 3401*

\*\*\*IMPORTANT NOTICE\*\*\*
This document in full or in one or more part of the
above referenced Statute...
Statute...
word(s) / file(s) have / has been deleted and / or substitute
this demand still applies

## STATUTE

(a)  **Wages**

For purposes of this chapter, the term "wages" means all remuneration (other than fees paid to public official) for services performed by an employee for his employer, including the cash value of all remuneration (including benefits) paid in any medium other than cash; except that such term shall not include remuneration paid -

(1)  for active service performed in a month for which such employee is entitled to the benefits of section 112 (relating to certain combat pay of members of the Armed Forces of the United States); or

(2)  for agricultural labor (as defined in section 3121(g)) unless the remuneration paid for such labor is wages (as defined in section 3121(a)); or

(3)  for domestic service in a private home, local college club, or local chapter of a college fraternity or sorority; or

(4)  for service not in the course of the employer's trade or business performed in any calendar quarter by an employee, unless the cash remuneration paid for such service is $50 or more and such service is performed by an individual who is regularly employed by such employer to perform such service. For purposes of this paragraph, an individual shall be deemed to be regularly employed by an employer during a calendar quarter only if -

(A)  on each of some 24 days during such quarter such individual performs for such employer for some portion of the day service not in the course of the employer's trade or business; or

(B)  such individual was regularly employed (as determined under subparagraph (A) by such employer in the performance of such service during the preceding calendar quarter; or

(5)  for services by a citizen or resident of the United States for a foreign government or an international organization; or

(6)  for such services, performed by a nonresident alien individual, as may be designated by regulations prescribed by the Secretary; or ((7) Repealed. Pub. L. 89-809, title I, Sec. (k), Nov. 13, 1966, 80 Stat. 1554)

(8)

(A)  for services for an employer (other than the United States or any agency thereof

(i)  performed by a citizen of the United States if, at the time of the payment such remuneration, it is reasonable to believe that such remuneration will excluded from gross income under section 911; or

(ii)  performed in a foreign country or in a possession of the United States by such a citizen if, at the time of the payment of such remuneration, the employer is required by the law of any foreign country or possession of United States to withhold income tax upon such remuneration; or

EXHIBIT R 1 of 4

(B)    for services for an employer (other than the United States or any agency thereof) performed by a citizen of the United States within a possession of the United States (other than Puerto Rico), if it is reasonable to believe that at least 80 percent of the remuneration to be paid to the employee by such employer during the calendar year will be for such services; or

(C)    for services for an employer (other than the United States or any agency thereof) performed by a citizen of the United States within Puerto Rico, if it is reasonable to believe that during the entire calendar year the employee will be a bona fide resident of Puerto Rico; or

(D)    for services for the United States (or any agency thereof) performed by a citizen of the United States within a possession of the United States to the extent the United States (or such agency) withholds taxes on such remuneration pursuant to an agreement with such possession; or

(9)    for services performed by a duly ordained, commissioned, or licensed minister of a church in the exercise of his ministry or by a member of a religious order in the exercise of duties required by such order; or

(10)

(A)    for services performed by an individual under the age of 18 in the delivery or distribution of newspapers or shopping news, not including delivery or distribution to any point for subsequent delivery or distribution; or

(B)    for services performed by an individual in, and at the time of, the sale of newspapers or magazines to ultimate consumers, under an arrangement under which the newspapers or magazines are to be sold by him at a fixed price, his compensation being based on the retention of the excess of such price over the amount at which the newspapers or magazines are charged to him, whether or not he is guaranteed a minimum amount of compensation for such services, or is entitled to be credited with the unsold newspapers or magazines turned back; or

(11)    for services not in the course of the employer's trade or business, to the extent paid in an medium other than cash; or

(12)    to, or on behalf of, an employee or his beneficiary -

(A)    from or to a trust described in section 401(a) which is exempt from tax under section 501(a) at the time of such payment unless such payment is made to an employee of the trust as remuneration for services rendered as such employee and not as a beneficiary of the trust; or

(B)    under or to an annuity plan which, at the time of such payment, is a plan described in section 403(a); or

(C)    for a payment described in section 402(h)(1) and (2) if, at the time of such payment, it is reasonable to believe that the employee will be entitled to an exclusion under such section for payment; or

(13)    pursuant to any provision of law other than section 5(c) or 6(1) of the Peace Corps Act for service performed as a volunteer or volunteer leader within the meaning of such Act or

(14)    in the form of group-term life insurance on the life of an employee; or

(15)    to or on behalf of an employee if (and to the extent that) at the time of the payment of such remuneration it is reasonable to believe that a corresponding deduction is allowed under section 217 (determined without regard to section 274(n)); or

(16)

(A)    as tips in any medium other than cash;

(B)    as cash tips to an employee in any calendar month in the course of his employ

EXHIBIT R 2 of 4

this document
CANCELED...
Service...
record(s) / file(s) have been deleted and / or destroyed from
this demand still applies

      by an employer unless the amount of such cash tips is $20 or more;

(17) for service described in section 3121(b)(20);

(18) for any payment made, or benefit furnished, to or for the benefit of an employee if at the time of such payment or such furnishing it is reasonable to believe that the employee will be able to exclude such payment or benefit from income under section 127 or 129;

(19) any benefit provided to or on behalf of an employee if at the time such benefit is provided it is reasonable to believe that the employee will be able to exclude such benefit from income under section 74(c), 117, or 132; or

(20) for any medical care reimbursement made to or for the benefit of an employee under a self-insured medical reimbursement plan (within the meaning of section 105(h)(6)).

(b) Payroll period

For purposes of this chapter, the term "payroll period" means a period for which a payment of wages is ordinarily made to the employee by his employer, and the term "miscellaneous payroll period" means a payroll period other than a daily, weekly, biweekly, semimonthly, monthly, quarterly, semiannual or annual payroll period.

(c) Employee

For purposes of this chapter, the term "employee" includes an officer, employee, or elected official of the United States, a State, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term "employee" also includes an officer of a corporation.

(d) Employer

For purposes of this chapter, the term "employer" means the person for whom an individual performs or performed any service, of whatever nature, as the employee of such person, except that -

(1) if the person for whom the individual performs or performed the services does not have control of the payment of the wages for such services, the term "employer" (except for purposes of subsection (a)) means the person having control of the payment of such wages, and

(2) in the case of a person paying wages on behalf of a nonresident alien individual, foreign partnership, or foreign corporation, not engaged in trade or business within the United States, the term "employer" (except for purposes of subsection (a)) means such person.

(e) Number of withholding exemptions claimed

For purposes of this chapter, the term "number of withholding exemptions claimed" means the number of withholding exemptions claimed in a withholding exemption certificate in effect under section 3402(f), or in effect under the corresponding section of prior law, except that if no such certificate is in effect, the number of withholding exemptions claimed shall be considered to be zero.

(f) Tips

For purposes of subsection (a), the term "wages" includes tips received by an employee in the course of his employment. Such wages shall be deemed to be paid at the time a written statement including such tips is furnished to the employer pursuant to section 6053(a) or (if no statement including such tips is so furnished) at the time received. ((g) Repealed. Pub. L. 101-140, title II, Sec. 203(a)(2), Nov. 8, 1989, 103 Stat. 830)

(h) Crew leader rules to apply

Rules similar to the rules of section 3121(o) shall apply for purposes of this chapter.

# SECTION REFERRED TO IN OTHER SECTIONS

EXHIBIT R 3of4

Sec 3401. Definitions

Page 4 of

This section is referred to in sections 41, 275, 3402, 3507, 3509, 4999, 6014, 6051, 6053, 6103, 6331 of this title.

SOURCE
CROSS REFERENCES
AMENDMENTS
EFFECTIVE DATE OF 1990 AMENDMENT
EFFECTIVE DATE OF 1989 AMENDMENTS
EFFECTIVE DATE OF 1988 AMENDMENT
EFFECTIVE DATE OF 1986 AMENDMENT
EFFECTIVE DATE OF 1984 AMENDMENT
EFFECTIVE DATE OF 1983 AMENDMENT
EFFECTIVE DATE OF 1981 AMENDMENT
EFFECTIVE DATE OF 1980 AMENDMENT
EFFECTIVE DATE OF 1978 AMENDMENTS
EFFECTIVE DATE OF 1976 AMENDMENT
EFFECTIVE DATE OF 1974 AMENDMENT
EFFECTIVE DATE OF 1972 AMENDMENT
EFFECTIVE DATE OF 1966 AMENDMENT
EFFECTIVE DATE OF 1965 AMENDMENT
EFFECTIVE DATE OF 1964 AMENDMENT
EFFECTIVE DATE OF 1962 AMENDMENT
EFFECTIVE DATE OF 1961 AMENDMENTS
SHORT TITLE OF 1966 AMENDMENT
REPEALS; AMENDMENTS AND APPLICATION OF AMENDMENTS UNAFFECTED
CONTROVERSIES INVOLVING WHETHER INDIVIDUALS ARE EMPLOYEES FOR
PURPOSES OF EMPLOYMENT TAXES
REFERENCES IN TEXT

EXHIBIT R 4 of 4

***IMPORTANT NOTICE***
This document
above refer

***IMPORTANT NOTICE***

# Black's Law Dictionary

In an emergency situation when medical service is required for an adult who by virtue of his physical condition is incapable of giving consent, or with respect to a child, whose parent or other guardian is absent, and thus incapable of giving consent, the law implies the consent required to administer emergency medical services. This is a good defense to an action of tort for an alleged battery.

**Emigrant** /éməgrənt/. One who leaves his country for any reason, with intention to not return, with design to reside elsewhere. *Compare* Immigrant.

**Emigration.** The act of removing from one country to another, with intention to not return. It is to be distinguished from "expatriation" which means the abandonment of one's country and renunciation of one's citizenship in it, while emigration denotes merely the removal of person and property to another country. The former is usually the consequence of the latter. Emigration is also sometimes used in reference to the removal from one section to another of the same country. *See also* Deportation; Immigration.

**Emigré.** Person forced to emigrate for political reasons. *See also* Deportation.

**Eminent domain** /émənənt dəméyn/. The power to take private property for public use by the state, municipalities, and private persons or corporations authorized to exercise functions of public character. Fifth Amendment, U.S. Constitution.

In the United States, the power of eminent domain is founded in both the federal (Fifth Amend.) and state constitutions. The Constitution limits the power to taking for a public purpose and prohibits the exercise of the power of eminent domain without just compensation to the owners of the property which is taken. The process of exercising the power of eminent domain is commonly referred to as "condemnation", or, "expropriation".

The right of eminent domain is the right of the state, through its regular organization, to reassert, either temporarily or permanently, its dominion over any portion of the soil of the state on account of public exigency and for the public good. Thus, in time of war or insurrection, the proper authorities may possess and hold any part of the territory of the state for the common safety; and in time of peace the legislature may authorize the appropriation of the same to public purposes, such as the opening of roads, construction of defenses, or providing channels for trade or travel. Eminent domain is the highest and most exact idea of property remaining in the government, or in the aggregate body of the people in their sovereign capacity. It gives a right to resume the possession of the property in the manner directed by the constitution and the laws of the state, whenever the public interest requires it.

*See also* Adequate compensation; Condemnation; Constructive taking; Damages; Expropriation; Fair market value; Just compensation; Larger parcel; Public use; Taking.

*Expropriation.* The term "expropriation" (used *e.g.* in Louisiana) is practically synonymous with the term "eminent domain".

*Partial taking.* The taking of part of an owner's property under the laws of eminent domain. Compensation must be based on damages or benefits to the remaining property, as well as the part taken. *See* Condemnation.

**Emissary** /émasèriy/. A person sent upon a mission as the agent of another; also a secret agent sent to ascertain the sentiments and designs of others, and to propagate opinions favorable to his employer. *See* Ambassador; Diplomatic agent.

**Emission.** The discharge, ejection or throwing out of; *e.g.* a pollutant from a factory or any secretion or other matter from the body.

**Emission standards.** Limits on discharges of impurities into the air.

**Emit.** To put forth or send out; to issue. "No state shall *emit* bills of credit." Art. 1, § 10, U.S. Const.

To give forth with authority; to give out or discharge; to put into circulation. *See* Bill (*Bill of credit*).

**Emolument** /əmólyəmənt/. The profit arising from office, employment, or labor; that which is received as a compensation for services, or which is annexed to the possession of office as salary, fees, and perquisites. Any perquisite, advantage, profit, or gain arising from the possession of an office.

**Empanel.** *See* Impanel.

**Empirical.** That which is based on experience, experiment, or observation.

**Emplead.** To indict; to prefer a charge against; to accuse.

**Employ.** To engage in one's service; to hire; to use as an agent or substitute in transacting business; to commission and intrust with the performance of certain acts or functions or with the management of one's affairs; and, when used in respect to a servant or hired laborer, the term is equivalent to hiring, which implies a request and a contract for a compensation. To make use of, to keep at work, to entrust with some duty. *See also* Employment.

**Employed.** Performing work under an employer-employee relationship. Term signifies both the act of doing a thing and the being under contract

IMPORTANT NOTICE
This document...
above referen...

EXHIBIT 5   1 of 1

**Internal Revenue Service, Treasury**                                   **§ 601.103**

(2) *Taxes not within the jurisdiction of the U.S. Tax Court.* Taxes not imposed by Chapter 1, 2, 3, or 4 of the 1939 Code or Subtitle A or Chapter 11 or 12 of the 1954 Code are within this class, such as:

(i) Employment taxes.

(ii) Miscellaneous excise taxes collected by return.

(3) The difference between these two main classes is that only taxes described in subparagraph (1) of this paragraph, i.e., those within the jurisdiction of the Tax Court, may be contested before an independent tribunal prior to payment. Taxes of both classes may be contested by first making payment, filing claim for refund, and then bringing suit to recover if the claim is disallowed or no decision is rendered thereon within six months.

[32 FR 15990, Nov. 22, 1967, as amended at 35 FR 7111, May 6, 1970; 46 FR 26053, May 11, 1981; T.D. 8685, 61 FR 58008, Nov. 12, 1996]

**§ 601.103  Summary of general tax procedure.**

(a) *Collection procedure.* The Federal tax system is basically one of self-assessment. In general each taxpayer (or person required to collect and pay over the tax) is required to file a prescribed form of return which shows the facts upon which tax liability may be determined and assessed. Generally, the taxpayer must compute the tax due on the return and make payment thereof on or before the due date for filing the return. If the taxpayer fails to pay the tax when due, the district director of internal revenue, or the director of the regional service center after assessment issues a notice and demands payment within 10 days from the date of the notice. In the case of wage earners, annuitants, pensioners, and non-resident aliens, the income tax is collected in large part through withholding at the source. Another means of collecting the income tax is through payments of estimated tax which are required by law to be paid by certain individual and corporate taxpayers. Neither withholding nor payments of estimated tax relieves a taxpayer from the duty of filing a return otherwise required. Certain excise taxes are collected by the sale of internal revenue stamps.

(b) *Examination and determination of tax liability.* After the returns are filed and processed in internal revenue service centers, some returns are selected for examination. If adjustments are proposed with which the taxpayer does not agree, ordinarily the taxpayer is afforded certain appeal rights. If the taxpayer agrees to the proposed adjustments and the tax involved is an income, profits, estate, gift, generation-skipping transfer, or Chapter 41, 42, 43, or 44, tax, and if the taxpayer waives restrictions on the assessment and collection of the tax (see § 601.105(b)(4)), the deficiency will be immediately assessed.

(c) *Disputed liability*—(1) *General.* The taxpayer is given an opportunity to request that the case be considered by an Appeals Office provided that office has jurisdiction (see § 601.106(a)(3)). If the taxpayer requests such consideration, the case will be referred to the Appeals Office, which will afford the taxpayer the opportunity for a conference. The determination of tax liability by the Appeals Office is final insofar as the taxpayer's appeal rights within the Service are concerned. Upon protest of cases under the jurisdiction of the Director, Foreign Operations District, exclusive settlement authority is vested in the Appeals Office having jurisdiction of the place where the taxpayer requests the conference. If the taxpayer does not specify a location for the conference, or if the location specified is outside the territorial limits of the United States, the Washington, D.C. Appeals Office of the Mid-Atlantic Region assumes jurisdiction.

(2) *Petition to the U.S. Tax Court.* In the case of income, profits, estate, and gift taxes, imposed by Subtitles A and B, and excise taxes under Chapters 41 through 44 of the 1954 Code, before a deficiency may be assessed a statutory notice of deficiency (commonly called a "90-day letter") must be sent to the taxpayer by certified mail or registered mail unless the taxpayer waives this restriction on assessment. See, however, §§ 601.105(h) and 601.109 for exceptions. The taxpayer may then file a petition for a redetermination of the proposed deficiency with the U.S. Tax Court within 90 days from the date of the mailing of the statutory notice. If

7



***IMPORTANT NOTICE***
this document ...

EXHIBIT *T*  1of2

§ 601.104

the notice is addressed to a person outside the States of the Union and the District of Columbia, the period within which a petition may be filed in the Tax Court is 150 days in lieu of 90 days. In other words, the taxpayer has the right in respect of these taxes to contest any proposed deficiency before an independent tribunal prior to assessment or payment of the deficiency. Unless the taxpayer waives the restrictions on assessment and collection after the date of the mailing of the statutory notice, no assessment or collection of a deficiency (not including the correction of a mathematical error) may be made in respect of these taxes until the expiration of the applicable period or, if a petition is filed with the Tax Court, until the decision of the Court has become final. If, however, the taxpayer makes a payment with respect to a deficiency, the amount of such payment may be assessed. See, however, § 601.105(h). If the taxpayer fails to file a petition with the Tax Court within the applicable period, the deficiency will be assessed upon the expiration of such period and notice and demand for payment of the amount thereof will be mailed to the taxpayer. If the taxpayer files a petition with the Tax Court, the entire amount redetermined as the deficiency by a final decision of the Tax Court will be assessed and is payable upon notice and demand. There are no restrictions on the timely assessment and collection of the amount of any deficiency determined by the Tax Court, and a notice of appeal of the Court's decision will not stay the assessment and collection of the deficiency so determined, unless on or before the time the notice of appeal is filed the taxpayer files with the Tax Court a bond in a sum fixed by the Court not exceeding twice the portion of the deficiency in respect of which the notice of appeal is filed. No part of an amount determined as a deficiency but disallowed as such by a decision of the Tax Court which has become final may be assessed or collected by levy or by proceeding in court with or without assessment.

(3) *Claims for refund.* After payment of the tax a taxpayer may, within the applicable period of limitations, contest the assessment by filing with the district director a claim for refund of all or any part of the amount paid, except with respect to certain taxes determined by the Tax Court, the decision of which has become final. If the claim is allowed, the overpayment of tax and allowable interest thereon will be credited against other liabilities of the taxpayer, or will be refunded to the taxpayer. Generally, if the claim for refund is rejected in whole or in part, the taxpayer is notified of the rejection by certified mail or registered mail. The taxpayer may then bring suit in the United States District Court or in the United States Claims Court for recovery of the tax. Suit may not be commenced before the expiration of six months from the date of filing of the claim for refund, unless a decision is rendered thereon within that time, nor after the expiration of two years from the date of mailing by certified mail or registered mail to the taxpayer of a notice of the disallowance of the part of the claim to which the suit relates. Under the 1954 Code, the 2-year period of limitation for bringing suit may be extended for such period as may be agreed upon in a properly executed Form 907. Also, under the 1954 Code, if the taxpayer files a written waiver of the requirement that the taxpayer be sent a notice of disallowance, the 2-year period for bringing suit begins to run on the date such waiver is filed. See section 6532(a) of the Code.

[32 FR 15990, Nov. 22, 1967, as amended at 38 FR 4955, Feb. 23, 1973; 43 FR 44497, Sept. 28, 1978; 45 FR 7251, Feb. 1, 1980; 46 FR 26053, May 11, 1981; 49 FR 36498, Sept. 18, 1984]

§ 601.104  Collection functions.

(a) *Collection methods*—(1) *Returns.* Generally, an internal revenue tax assessment is based upon a return required by law or regulations to be filed by the taxpayer upon which the taxpayer computes the tax in the manner indicated by the return. Certain taxpayers who choose to use the Optional Tax Tables may elect to have the Internal Revenue Service compute the tax and mail them a notice stating the amount of tax due. If a taxpayer fails to make a return it may be made for the taxpayer by a district director or other duly authorized officer or employee. See section 6020 of the Code and

8


***IMPORTANT NOTICE***
This document must be filed as a companion part of the above cell ...

EXHIBIT T 2 of 2



**US CODE COLLECTION**



search

TITLE 26 > Subtitle C > CHAPTER 24 > Sec. 3403.

Prev | Next

Search this title:

## Sec. 3403. - Liability for tax

The employer shall be liable for the payment of the tax required to be deducted and withheld under this chapter, and shall not be liable to any person for the amount of any such payment

Search Title 26

Notes
Updates
Parallel authorities
(CFR)
Topical references

Prev | Next

about us    send email



**IMPORTANT NOTICE**
This document...

EXHIBIT U 1 of 1

# Black's Law Dictionary

precedent to bind the other party, or is composed of several independent parts, the performance of any one of which will bind the other party *pro tanto.* The only test is whether the whole quantity of the things concerned, or the sum of the acts to be done, is of the essence of the contract. It depends, therefore, in the last resort, simply upon the intention of the parties.

When a consideration is entire and indivisible, and it is against law, the contract is void *in toto.* When the consideration is divisible, and part of it is illegal, the contract is void only *pro tanto.*

*Entire and severable.* An *entire* contract is one the consideration of which is entire on both sides. The entire fulfillment of the promise by either is a condition precedent to the fulfillment of any part of the promise by the other. Whenever, therefore, there is a contract to pay the gross sum for a certain and definite consideration, the contract is entire. A *severable* contract is one the consideration of which is, by its terms, susceptible of apportionment on either side, so as to correspond to the unascertained consideration on the other side, as a contract to pay a person the worth of his services so long as he will do certain work; or to give a certain price for every bushel of so much corn as corresponds to a sample.

Where a contract consists of many parts, which may be considered as parts of one whole, the contract is entire. When the parts may be considered as so many distinct contracts, entered into at one time, and expressed in the same instrument, but not thereby made one contract, the contract is a separable contract. But, if the consideration of the contract is single and entire, the contract must be held to be entire, although the subject of the contract may consist of several distinct and wholly independent items.

*Entire contract clause.* A provision in the insurance contract stating that the entire agreement between the insured and insurer is contained in the contract, including the application (if attached), declarations, insuring agreement, exclusions, conditions, and endorsements.

*Exclusive contract. See Requirements contract; Tying contract, below.*

*Executed and executory.* Contracts are also divided into executed and executory; *executed,* where nothing remains to be done by either party, and where the transaction is completed at the moment that the arrangement is made, as where an article is sold and delivered, and payment therefor is made on the spot; *executory,* where some future act is to be done, as where an agreement is made to build a house in six months, or to do an act on or before some future day, or to lend money upon a certain interest, payable at a future time.

*Express and implied.* An express contract is an actual agreement of the parties, the terms of

which are openly uttered or declared at the time of making it, being stated in distinct and explicit language, either orally or in writing.

An implied contract is one not created or evidenced by the explicit agreement of the parties, but inferred by the law, as a matter of reason and justice from their acts or conduct, the circumstances surrounding the transaction making it a reasonable, or even a necessary, assumption that a contract existed between them by tacit understanding.

An implied contract is one inferred from conduct of parties and arises where plaintiff, without being requested to do so, renders services under circumstances indicating that he expects to be paid therefor, and defendant, knowing such circumstances, avails himself of benefit of those services. It is an agreement which legitimately can be inferred from intention of parties as evidenced by circumstances and ordinary course of dealing and common understanding of men.

*See also* Constructive contract; and *Quasi contract, below.*

*Gratuitous and onerous.* Gratuitous contracts are those of which the object is the benefit of the person with whom it is made, without any profit or advantage received or promised as a consideration for it. It is not, however, the less gratuitous if it proceeds either from gratitude for a benefit before received or from the hope of receiving one thereafter, although such benefit be of a pecuniary nature. Onerous contracts are those in which something is given or promised as a consideration for the engagement or gift, or some service, interest, or condition is imposed on what is given or promised, although unequal to it in value. A gratuitous contract is sometimes called a contract of beneficence.

*Investment contract.* A contract in which one party invests money or property expecting a return on his investment. *See also* Investment contract; Security.

*Joint and several.* A joint contract is one made by two or more promisors, who are jointly bound to fulfill its obligations, or made to two or more promisees, who are jointly entitled to require performance of the same. A contract may be "several" as to any one of several promisors or promisees, if person has a legal right (either from the terms of the agreement or the nature of the undertaking) to enforce his individual interest separately from the other parties. Generally all contracts are joint where the interest of the parties for whose benefit they are created is joint, and separate where that interest is separate.

*Mutual interest, mixed, etc.* Contracts of "mutual interest" are such as are entered into for the reciprocal interest and utility of each of the parties; as sales, exchange, partnership, and the like.

EXHIBIT V    1 of 1

3(15)(129)9.(10)
**Veteran's Disability Compensation—Public Law 93-79, Sec. 301**

(1) Veterans notified that they are retroactively entitled to a Veterans Administration (VA) pension or compensation can exclude this amount from gross income. In order to qualify for this exclusion the veteran must waive an equal amount of retirement pay that he/she may receive from the VA benefit. This waiver must be made within one year of the date the veteran is notified by the VA of his/her eligibility. Since this notification of VA benefits eligibility can be, and usually is retroactive, the taxpayer can file claims for refund of taxes paid on these amounts.

(2) When a claim is received in A/C, review the claim for completeness following the guidelines in IRM 3(15)60, "Processing Procedures for Claims and Amended Returns".

(a) Disallow the claim if the statute is barred.

(b) Disallow the claim if it is not for a retroactive exclusion of the Veterans Administration benefits.

Caution: Many claims are received where the claimed amount is for additional benefits. These claims are not allowable because the benefits have not been included in the taxable income.

(c) A copy of VA Form 20-0093 or an official VA letter granting the retroactive benefit that clearly states "in lieu of VA Form 20-0093" must be attached to the claim.

(3) If the required documentation is not attached, suspense the claim and correspond with the taxpayer. If the taxpayer does not furnish the necessary information by the end of the suspense period, reject the claim.

3(15)(129)9.(11)
**Adjustment to Virgin Island Forms 1040 and 1040A**

(1) Route claims received from taxpayers residing in the Virgin Islands to PSC for processing.

(2) Action:

(a) Check TC 150 DLN for blocking series 93 (Virgin Island).

(b) Write "Virgin Island TP" on the transmittal; and

(c) Send 86C Letter to taxpayer notifying him/her of the transfer.

3(15)(129)9.(12)
**Underreporter/CP2000 Issues**

(1) The Underreporter Program (URP) is the compliance program which compares amounts of wages, interest, dividends, etc. reported by the payers with the amounts reported by the individual taxpayers. Discrepancies in income and decreased withholding credits are identified. A CP2000 notice is sent to a taxpayer to propose a change to tax and/or credits. The current URP processing year is usually 18 to 24 months prior to the current tax year, (e.g., The tax year 1991 will be processed by URP in the calendar year 1993.) As a result of taxpayers receiving CP2000's or Statutory Notices from URP, A/C will receive correspondence and/or Forms 1040X. In addition, A/C will also receive taxpayer correspondence and returns that have been reviewed by URP.

(2) Route Forms 1040X, (that relate or refer to URP) for the current URP processing year, to URP. Follow regular adjustments procedures for:

(a) other than current URP processing year Forms 1040X, and



EXHIBIT W 1 of 7

***IMPORTANT NOTICE***
This document ... filed as permanent part of the ... number and Internal Revenue ... , if any of these ... being ... or substitution ... this demand still applies.

***IMPORTANT NOTICE***
... must be filed as a permanent part of the ... account number and Internal Revenue ... Master File Record. If, if any of these ... being deleted and/or substituted this demand still applies.

# IRS
# PENALTY
# MANUAL

## (20)100

**IMPORTANT NOTICE**

This document must be made a permanent part of the
above referenced ... the ... and Internal Revenue
Service ... ... ... ... ... If one of these
... ... ... ... been deleted and the substituted
the demand still applies.

EXHIBIT X  1of3

FOR OFFICIAL USE ONLY

disturbances. Consider this only if the area was declared a disaster area.

(c)Lack of funds is an acceptable explanation for failure to pay any tax only when the taxpayer can demonstrate the lack of funds occurred despite the exercise of ordinary business care and prudence.

(7)When the FTF/FTP penalties are abated for reasonable cause, TC 271 with RC 62, Master File will not restrict future computer computations of FTP penalty (provided it was not previously restricted). The computer continues to compute the FTP penalty but will waive the amount associated with RC 62.

(a)A TC 270 or 271 input without RC 62 restricts subsequent computation of the penalty.

(b)Input TC 272 with a zero amount to remove the manual restriction on failure to pay penalty, when you determine that a module was restricted in error. See IRM (20)240 for the procedures applicable when it is determined that the FTP penalty is to be computed from the original due date of the return.

(c)See 213:(7)(c) of LEM XX 200.

## (20)214 Substitute for Return (SFR)

(1)A return, prepared for the taxpayer, pursuant to IRC section 6020(b) is a substitute for a return. The return is prepared by the Service when it is determined that a taxpayer is liable for filing the tax return but failed to do so after receiving notification from the Service.

(2)Within the Service:

(a)income, estate, gift and certain excise (IRC Chapters 41, 42, 43, and 44) tax deficiencies, are generally referred to as the SFR program. These returns are subject to statutory notice of deficiency procedures. See IRM (20)140 for a discussion of statutory notice of deficiency.

(b)employment and excise tax deficiencies (not IRC Chapters 41,42,43, and 44) are generally referred to as the 6020(b) program. These returns do not require a statutory notice of deficiency.

(3)If a taxpayer does not file a delinquent return when requested, SFR procedures will be followed.

(a)In considering the application of either the FTF or FTP penalty on these returns, the Service will:

1 recommend assertion or non-assertion of the FTF/FTP penalty;

2 explain the basis for the recommendation and comment on the taxpayer's statement in the report, report transmittal and/or workpapers, as appropriate;

3 compute any FTF/FTP penalty based on the total tax due for the period involved,

**IMPORTANT NOTICE**

This document must not be disclosed … part of the above return … 
Service is … 
… PRIVACY … CONFIDENTIALITY … not be disclosed … 
the … and source.

EXHIBIT X  2 of 3

less any tax withheld at source on wages and any estimated tax payments (the total tax due, plus any penalty, will be considered as a deficiency); and

    4 afford the taxpayer normal appeal rights.

(4)If a taxpayer fails to file a delinquent return when requested but executes an agreement to waive the restrictions on assessment of a deficiency (by signing a form such as Form 870, 4549E or 4549) the Service will determine if the FTF/FTP penalty should be asserted.

(5)For SFR returns (generally income tax returns), statutory notice of deficiency procedures apply:

    (a)a dummy tax return (TC 150) is created to open the account on the master file. If the taxpayer does not respond to the statutory notice of deficiency, the appropriate tax is assessed.

        1 The FTF penalty is computed from the return due date, or the extended due date, to the TC 290 or TC 300 assessment date (23(c)date), or 5 months, whichever is earlier.

        2 Generally, the FTP penalty is computed from the original due date of the return to the date the tax is paid. See IRM (20)240 and (20)250 for discussions of various FTP penalty rates and identifying the FTP penalty start date in specific situations. See paragraphs (7) and (8) below.

(6)For 6020(b) program returns (generally employment or excise tax returns) statutory notice of deficiency procedures do not apply:

    (a)Service Centers prepare the returns based on information obtained through various matching programs. The Service assesses the tax (TC 150) determined to be due and sends the taxpayer a completed employment or excise tax return.

        1 The FTF penalty is computed from the due date of the return, to the 23(c) date of the assessment or for 5 months, whichever is earlier.

        2 Generally, the FTP penalty is computed from the original due date of the return to the date the tax is paid. See IRM (20)240 and (20)250 for discussions of various FTP penalty rates and the FTP start date in specific situations.

(7)In both the SFR and 6020(b) program situations, the FTP penalty under IRC section 6651(a)(2) is computed from the original due date of the return until the date the tax is paid or the maximum penalty of 25 percent is reached.

(8)Taxpayer Bill of Rights 2 (TBOR2), Pub. L. 104-167, 110 Stat. 1152, added IRC section 6651(g) to the code.

    (a)This provision applies the failure to pay penalty to substitute returns in the same manner as the penalty applies to delinquent returns.

    (b)This provisions applies to a substitute return with a due date (without regard to

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above reference

EXHIBIT X  3 of 3

111

ounces each, properly labeled and stamped, and canceled the stamps, he will be regarded as having incurred the penalties imposed against illegal manufacturers.

However, a retail dealer in leaf tobacco, who has not disposed of all his stock of leaf tobacco before April 1, 1919, will be permitted to hold such tobacco without qualifying as a dealer, provided he does not sell or offer such tobacco for sale. He will also be allowed to dispose of such tobacco, after that date, in one lot only, to a duly registered dealer in leaf tobacco or to a manufacturer of tobacco or cigars without himself being charged with liability as a dealer, upon making application to the Collector of Internal Revenue for the district, who will detail a deputy collector to supervise the transaction and make report thereof to him.

DANIEL C. ROPER,
*Commissioner of Internal Revenue.*

Approved March 24, 1919:
CARTER GLASS,
*Secretary of the Treasury.*

(T. D. 2815.)

*Income tax.*

*Returns of income by or for nonresident alien individuals.*

TREASURY DEPARTMENT,
OFFICE OF COMMISSIONER OF INTERNAL REVENUE,
*Washington, D. C.*

*To collectors of internal revenue and others concerned:*

Nonresident alien individuals or their authorized agents should use Form 1040, revised, or Form 1040A, revised, in making returns of income derived from sources within the United States, regardless of amount, unless the tax on such income has been fully paid at the source. If a nonresident alien individual is not liable for any tax which has been withheld at the source, no refund of such tax will be permitted unless such a return is filed and a statement is attached thereto indicating the amounts of tax withheld and the names and post-office addresses of all withholding agents. Unless a nonresident alien individual shall render a return of income, the tax will be collected on the basis of his gross income (not his net income) from sources within the United States.

In filling out Form 1040, revised, or Form 1040A, revised, the income reported in each case should be the income from sources within the United States, as defined in article 91 of regulations 45, and the deductions taken should be those allowed under article 271 of the



EXHIBIT Y 1 of 1

4 - 1

# Section 4.    Document Locator Number

*1*        *DLN Composition*

(1)    The document locator number (DLN) is a controlled number assigned to every return or document input through the ADP system. The fourteenth (last) digit is the year of processing and is assigned by the Service Center computer at the time of the original input.

(2)    The DLN is used to control, identify, and locate documents processed in the ADP system.

(3)    The DLN should not be confused with the tax account number the tax account consists of nine digits, for example:

> Social Security Number XXX-XX-XXXX (IMF, IRAF)
> Employer Identification Number XX-XXXXXXX (BMF, EPMF)

*Note:*   A temporary SSN is sometimes assigned by the Service Center. The first three digits (900-999) indicate the number is temporary. The 4th and 5th digits are the code of the Service Center assigning the number. The last four digits are numbers assigned consecutively beginning with 0001. The printed format is TXXXXXXXX* (The "T" indicates a temporary SSN, and the asterisk (*) indicates the number is invalid.)

(4)    Returns and documents are blocked and filed by DLN.

(5)    The format for a DLN is as follows:



(a)    The first two digits of DLN the File Location Code (Service Center or District Office). The Service Center codes are used in the DLN except in IDRS and other district-initiated transaction DLN's, where the District Office codes are used. During heavy filing periods, D.O. Codes will be also used as the Filing Location Code to handle overflow conditions but will not correspond to the actual filing location.

(b)    The third digit is the tax class. This identifies the type of tax each transaction involves.

***IMPORTANT NOTICE***
This Document must be filed as a permanent part of the account... and Internal Revenue ...



. 83

DEPARTMENT OF THE TREASURY

TREASURY DEPARTMENT ORDER NO. 150 - 42

### Panama Canal Zone, Puerto Rico, and the Virgin Islands

By virtue of the authority vested in me as Secretary of the Treasury it is hereby ordered:

1. The Panama Canal Zone is removed from the Internal Revenue District, Jacksonville, and from the Atlanta Region; and Puerto Rico and the Virgin Islands of the United States are removed from the Internal Revenue District, Lower Manhattan, and from the New York City Region.

2. The Commissioner shall, to the extent of authority otherwise vested in him, provide for the administration of the United States internal revenue laws in the Panama Canal Zone, Puerto Rico, and the Virgin Islands.

3. This Order shall not be deemed to affect the procedures for administrative appeal existing immediately prior to August 1, 1956.

4. This Order shall be effective as of August 1, 1956.

Acting Secretary of the Treasury

Dated: JUL 27 1956

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL DOCUMENT

Department of the Treasury
Clerk's Office
Administrative Operations Div.
Authorized Certifying Official

EXHIBIT Z 1 of 1

# INTERNAL REVENUE SERVICE

# LAW ENFORCEMENT
# MANUAL III



I R Manual
3(27)(68)4.3

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| W-2P | Statement for Recipients of Annuities, Pensions or Retired Pay | 22 | 5 |
| W-2G | Statement of Gambling Winnings | 32,88 | 5 |
| W-3 | Transmittal of Income and Tax Statements | ANY | 1 |
| W3-SS | Transmittal of Wage and Tax Statements | 32,33,34,35 | 1 |
| W-4 | Employee's Withholding Certificate | 42 | 5 |
| W-4E | Exemption from Withholding Certificate | 42 | 5 |

**3(27)(68)4.4**  (7-1-80)
## Document Codes Reference

(1) Doc. Codes with forms are as follows.

| Doc Code | Forms |
|----------|-------|
| 01 | 5301 |
| 03 | 11C,5303 |
| 04 | 2758,7004,SS4,8736 |
| 05 | 706NA,1120RIC |
| 06 | 706,5306,1120DF |
| 07 | 5307,1040EZ,1120FSC |
| 08 | 709A,5713,1040EZ, 1120ND |
| 09 | 1040A,709,5309,1120A,990EZ |
| 10 | 1040A,1120,1120X,4626,5310 |
| 11 | 1040,1120,CT-1,5329,W-2 (Guam),1120L,1120M,1040X |
| 12 | 1040,5329,W-2 (Virgin Islands),1120REIT |
| 13 | 730,1120PC |
| 14 | 3177,3177A,TYD-14 |
| 15 | Passport |
| 16 | 1120S, Green Card |
| 17 | 1962, 2287, 2758, 4429, 3731, 3967, 3244, 3446, 3552, 4188, TY-26, TY-18, 4839, 4840, 809, 4868, 4843, 4084, 4085, 4086, 4482, 4602, 4604, 4732, 4733, 4779, 4868, 4960, 4961, RSC137, TYD69,4188SP,4429P, 5641, 1041ES,8210 |
| 18 | 809,3244,4840,4907,3244A,TYD69,8210 |
| 19 | RPSII processed forms |
| 20 | 1040ES,1120POL,720,1120S-K1 (for TY81 and earlier) |
| 21 | 1040,W-2,5329 |
| 22 | 1040,W-2P,5329 |
| 23 | 8697 |
| 24 | 2424 |
| 25 | 1042 |
|    | 1042 Tax Period 8512 and later |
| 26 | 1040SS |
| 27 | 1040PR |
| 28 | 5498 |
| 29 | 8804,8813 |
| 30 | 6209,6222,720,5500-R,W-3 |
| 31 | 5263,3912,W-3,5500-EZ |
| 32 | W-2G, W-3SS |
| 33 | 1042 (Tax Period 8512 and prior), W-3SS, 5500-G |
| 34 | W-3SS |
| 35 | 941(mag. tape),5330,W-3SS |
| 36 | 6248,5500 Sch. B,941E(mag. tape) |

EXHIBIT E  2 of 2

SEC. 1204. BASIS FOR EVALUATION OF INTERNAL REVENUE SERVICE EMPLOYEES.

(a) In General.--The Internal Revenue Service shall not use records of tax enforcement results--
(1) to evaluate employees; or
(2) to impose or suggest production quotas or goals with respect to such employees.
(b) Taxpayer Service.--The Internal Revenue Service shall use the fair and equitable treatment of taxpayers by employees as one of the standards for evaluating employee performance.
(c) Certification.--Each appropriate supervisor shall certify quarterly by letter to the Commissioner of Internal Revenue whether or not tax enforcement results are being used in a manner prohibited by subsection (a).
(d) Technical and Conforming Amendment.--Section 6231 of the Technical and Miscellaneous Revenue Act of 1988 (Public Law 100-647; 102 Stat. 3734) is repealed.
(e) Effective Date.--This section shall apply to evaluations conducted on or after the date of the enactment of this Act.

SEC. 1205. EMPLOYEE TRAINING PROGRAM.

(a) In General.--Not later than 180 days after the date of the enactment of this Act, the Commissioner of Internal Revenue shall implement an employee training program and shall submit an employee training plan to the Committee on Finance of the Senate and the Committee on Ways and Means of the House of Representatives.
(b) Contents.--The plan submitted under subsection (a) shall--
(1) detail a comprehensive employee training program to ensure adequate customer service training;
(2) detail a schedule for training and the fiscal years during which the training will occur;
(3) detail the funding of the program and relevant information to demonstrate the priority and commitment of resources to the plan;
(4) review the organizational design of customer service;
(5) provide for the implementation of a performance development system; and
(6) provide for at least 16 hours of conflict management training during fiscal year 1999 for employees conducting collection activities.

TITLE II--ELECTRONIC FILING

SEC. 2001. ELECTRONIC FILING OF TAX AND INFORMATION RETURNS.

(a) In General.--It is the policy of Congress that--
(1) paperless filing should be the preferred and most convenient means of filing Federal tax and information returns;
(2) it should be the goal of the Internal Revenue Service to have at least 80 percent of all such returns filed electronically by the year 2007; and
(3) the Internal Revenue Service should cooperate with and encourage the private sector by encouraging competition to increase electronic filing of such returns.
(b) Strategic Plan.--

IMPORTANT NOTICE!
This document may not be reproduced...

EXHIBIT C 3 of 3

other employee of the Internal Revenue Service, the violation of--
    (A) any right under the Constitution of the United States;
or
    (B) any civil right established under--
        (i) title VI or VII of the Civil Rights Act of 1964;
        (ii) title IX of the Education Amendments of 1972;
        (iii) the Age Discrimination in Employment Act of 1967;
        (iv) the Age Discrimination Act of 1975;
        (v) section 501 or 504 of the Rehabilitation Act of
1973; or
        (vi) title I of the Americans with Disabilities Act of
1990;

    (4) falsifying or destroying documents to conceal mistakes made
by any employee with respect to a matter involving a taxpayer or
taxpayer representative;

    (5) assault or battery on a taxpayer, taxpayer representative,
or other employee of the Internal Revenue Service, but only if
there is a criminal conviction, or a final judgment by a court in a
civil case, with respect to the assault or battery;

    (6) violations of the Internal Revenue Code of 1986, Department
of Treasury regulations, or policies of the Internal Revenue
Service (including the Internal Revenue Manual) for the purpose of
retaliating against, or harassing, a taxpayer, taxpayer
representative, or other employee of the Internal Revenue Service;

    (7) willful misuse of the provisions of section 6103 of the
Internal Revenue Code of 1986 for the purpose of concealing
information from a congressional inquiry;

    (8) willful failure to file any return of tax required under
the Internal Revenue Code of 1986 on or before the date prescribed
therefor (including any extensions), unless such failure is due to
reasonable cause and not to willful neglect;

    (9) willful understatement of Federal tax liability, unless
such understatement is due to reasonable cause and not to willful
neglect; and

    (10) threatening to audit a taxpayer for the purpose of
extracting personal gain or benefit.
(c) Determination of Commissioner.--

    (1) In general.--The Commissioner of Internal Revenue may take
a personnel action other than termination for an act or omission
under subsection (a).

    (2) Discretion.--The exercise of authority under paragraph (1)
shall be at the sole discretion of the Commissioner of Internal
Revenue and may not be delegated to any other officer. The
Commissioner of Internal Revenue, in his sole discretion, may
establish a procedure which will be used to determine whether an
individual should be referred to the Commissioner of Internal
Revenue for a determination by the Commissioner under paragraph
(1).

    (3) No appeal.--Any determination of the Commissioner of
Internal Revenue under this subsection may not be appealed in any
administrative or judicial proceeding.
(d) Definition.--For purposes of the provisions described in
clauses (i), (ii), and (iv) of subsection (b)(3)(B), references to a
program or activity receiving Federal financial assistance or an
education program or activity receiving Federal financial assistance
shall include any program or activity conducted by the Internal Revenue
Service for a taxpayer.

This document may ... ...



EXHIBIT C 2 of 3

benefit; and

  (F) shall not be taken into account in determining the amount of any severance pay to which the employee may be entitled under section 5595 of title 5, United States Code, based on any other separation.

 (c) Additional Internal Revenue Service Contributions to the Retirement Fund.--

  (1) In general.--In addition to any other payments which it is required to make under subchapter III of chapter 83 of title 5, United States Code, the Internal Revenue Service shall remit to the Office of Personnel Management for deposit in the Treasury of the United States to the credit of the Civil Service Retirement and Disability Fund an amount equal to 15 percent of the final basic pay of each employee who is covered under subchapter III of chapter 83 or chapter 84 of title 5, United States Code, to whom a voluntary separation incentive has been paid under this section.

  (2) Definition.--In paragraph (1), the term ``final basic pay'', with respect to an employee, means the total amount of basic pay which would be payable for a year of service by such employee, computed using the employee's final rate of basic pay, and, if last serving on other than a full-time basis, with appropriate adjustment therefor.

 (d) Effect of Subsequent Employment With the Government.--An individual who has received a voluntary separation incentive payment under this section and accepts any employment for compensation with the Government of the United States, or who works for any agency of the United States Government through a personal services contract, within 5 years after the date of the separation on which the payment is based shall be required to pay, prior to the individual's first day of employment, the entire amount of the incentive payment to the Internal Revenue Service.

 (e) Effect on Internal Revenue Service Employment Levels.--

  (1) Intended effect.--Voluntary separations under this section are not intended to necessarily reduce the total number of full-time equivalent positions in the Internal Revenue Service.

  (2) Use of voluntary separations.--The Internal Revenue Service may redeploy or use the full-time equivalent positions vacated by voluntary separations under this section to make other positions available to more critical locations or more critical occupations.

SEC. 1203. TERMINATION OF EMPLOYMENT FOR MISCONDUCT.

 (a) In General.--Subject to subsection (c), the Commissioner of Internal Revenue shall terminate the employment of any employee of the Internal Revenue Service if there is a final administrative or judicial determination that such employee committed any act or omission described under subsection (b) in the performance of the employee's official duties. Such termination shall be a removal for cause on charges of misconduct.

 (b) Acts or Omissions.--The acts or omissions referred to under subsection (a) are--

  (1) willful failure to obtain the required approval signatures on documents authorizing the seizure of a taxpayer's home, personal belongings, or business assets;

  (2) providing a false statement under oath with respect to a material matter involving a taxpayer or taxpayer representative;

  (3) with respect to a taxpayer, taxpayer representative, or




EXHIBIT C 1 of 3

# Part I
# Numerical List of
# Federal Tax Return Forms
# and Related Forms

**IMPORTANT NOTICE**
This document is also not as representative of those shown in the forms catalog and Internal Revenue... ... ... copies may process ... ... if not ... ... of the delete and this does ... ... of set copies

## T (Timber)
**Forest Industries Schedules**
Supplement to income tax return for taxpayers claiming a deduction for depletion of timber and for depreciation of plant and other timber improvements
IT–IRC sec. 631; Regs. sec. 1.611–3
IT–IRC sec. 6012; Pub. 17

## Package X
**Informational Copies of Federal Tax Forms**
A two-volume set that contains most of the principal income tax and information return forms. It is the primary reference for tax practitioners.

## CT–1
**Employer's Annual Railroad Retirement and Unemployment Repayment Tax Return**
Used to report employees' and employers' taxes under the RRTA and RURT.
Emp–IRC secs. 3201, 3202, 3221, 3321, 3322, and 6011; Regs. secs. 31.6011(a)–2, 31.6011(a)–3A, 31.6302(c)–2, and 31.6302–3T; Separate instructions

## CT–2
**Employee Representative's Quarterly Railroad Tax Return**
Used to report employee representative's tax under the RRTA and RURT.
Emp–IRC secs. 3211, 3321, and 6011; Regs. secs. 31.6011(a)–2 and 31.6011(a)–3A

## W–2
**Wage and Tax Statement (For Use in Cities and States Authorizing Combined Form)**
Used to report wages, tips and other compensation, allocated tips, employee social security and Medicare tax, Federal, state or city income tax withheld; and to support credit shown on individual income tax return.
Emp–IRC sec. 6051; Regs. secs. 1.6041–2 and 31.6051–1; Circular E; Separate instructions

## W–2AS
**American Samoa Wage and Tax Statement**
Used to report wages, tips, and other compensation, employee social security and Medicare tax, Samoan income tax withheld, and to support credit shown on American Samoa individual income tax return.
Emp–IRC sec. 6051; Regs. sec. 31.6051–1, Circular SS

## W–2c
**Statement of Corrected Income and Tax Amounts**
Used to correct previously filed Forms W–2, W–2AS, W–2CNMI, W–2GU, and W–2VI. Also used to correct Form W–2P for years ending before 1991.
Emp–IRC sec. 6051; Regs. secs. 1.6041–2 and 31.6051–1

## W–2c PR
**Corrected Withholding Statement**
Used to correct previously filed Forms 499R–2/W–2PR
Emp–IRC sec. 6051; Regs. sec. 1.6041–2 and 31.6051–1

## 499R–2/W–2PR
**Puerto Rico Withholding Statement**
Used to report social security wages, tips, and social security and Medicare tax withheld for employees in Puerto Rico.
Emp–IRC sec. 6051; Regs. sec. 31.6051–1; Circular PR

## W–2G
**Certain Gambling Winnings**
Used to report gambling winnings and any taxes withheld.
IT–IRC secs. 3402(q) and 6041; Temp. Regs. sec. 7.6041–1 and Regs. sec. 31.3402(q)–1(f); See the separate instructions for Forms 1099, 1098, 5498, and W–2G.

## W–2GU
**Guam Wage and Tax Statement**
Used to report wages, tips and other compensation, employee social security and Medicare tax, Guam income tax withheld, and to support credit shown on individual income tax return.
Emp–IRC sec. 6051; Regs. sec. 31.6051–1; Circular SS

## W–2VI
**U.S. Virgin Islands Wage and Tax Statement**
Used to report wages, tips and other compensation, employee social security and Medicare tax, VI income tax withheld, and to support credit shown on individual income tax return.
Emp–IRC sec. 6051; Regs. secs. 1.6041–2 and 31.6051–1; Circular SS

## W–3
**Transmittal of Income and Tax Statements**
Used by employers and other payers to transmit Forms W–2 to the Social Security Administration. W–2 magnetic media filers use transmittal Form 6559.
Emp–IRC sec. 6011; Reg. sec. 31.6051–2

## W–3c
**Transmittal of Corrected Income and Tax Statements**
Used by employers and other payers to transmit corrected income and tax statements (Forms W–2c).
Emp–IRC sec. 6011; Reg. 31.6051–2

EXHIBIT I I    I  I I

## 5305 -SEP

### Simplified Employee Pension—Individual Retirement Accounts Contribution Agreement

Used as an agreement between an employer and his or her employees to establish a Simplified Employee Pension.
IT-IRC 408(k)

## 5305-A-SEP

### Salary Reduction and Other Elective Simplified Employee Pension - Individual Retirement Accounts Contribution Agreement

Used as an agreement between an employer and his or her employees to establish a Simplified Employee Pension with an elective deferral.
IT-IRC sec. 408(k)(6)

## 5306

### Application for Approval of Prototype or Employer Sponsored Individual Retirement Account

Used by banks, savings and loan associations, federally insured credit unions, and such other persons approved by the Internal Revenue Service to act as trustee or custodian, insurance companies, regulated investment companies and trade or professional societies or associations, to get the approval as to form of a trust or annuity contract which is to be used for individual retirement accounts or annuities. Also to be used by employees, labor unions and other employee associations that want approval of a trust which is to be used for individual retirement accounts.
IT-IRC sec. 408(a), (b) or (c)

## 5306-SEP

### Application for Approval of Prototype Simplified Employee Pension—SEP

Used by program sponsors who want to get IRS approval of their prototype simplified employee pension (SEP) agreements.
IT-IRC sec. 408

## 5307

### Application for Determination for Adopters of Master or Prototype, Regional Prototype or Volume Submitter Plans

Used to request a determination letter as to the qualification of a defined benefit or defined contribution plan (the form of which has been previously approved) other than a collectively bargained plan.
IT-IRC sec. 401(a); Separate instructions

## 5308

### Request for Change in Plan/Trust Year

Used by employer or plan administrators to request approval of change in a plan year or a trust year.
IT-IRC sec. 412(c)(5), sec. 442

## 5309

### Application for Determination of Employee Stock Ownership Plan

Used by corporate employers who wish to get a determination ler regarding the qualification of an Employee Stock Ownership Plan under IRC 409 or 4975(c)(7).
IT-IRC 409-4975(e)(7)

## 5310

### Application for Determination Upon Termination

Used by an employer who wishes a determination letter as to the effect of termination of a plan on its prior qualification under IRC section 401(a).
IT-IRC secs. 401(a); Separate instructions

## 5310-A

### Notice of Merger, Consolidation or Transfer of Plan Liabilities

Used by every employer or plan administrator for any plan merger or consolidation required to be reported.
IT-IRC sec. 6058(b), 414(l), 401(a)(2); Separate instructions

## 5329

### Return for Additional Taxes Attributable to Qualified Retirement Plans (Including IRAs), Annuities, and Modified Endowment Contracts

Used to report excise taxes or additional income tax owed in connection with individual retirement arrangements, annuities, modified endowment contract and qualified retirement plans.
IT-IRC secs. 72, 4973, 4974, and 4980A; Separate instructions

## 5330

### Return of Excise Taxes Related to Employee Benefit Plans

Used to report and pay the excise tax imposed by IRC section 4971 on a minimum funding deficiency, by Code section 4973(a)(2) on excess contributions to a section 403(b)(7)(A) custodial account, by section 4975 on prohibited transactions, by section 4976 on disqualified benefits from welfare plans, by 4977 on certain fringe benefits, and by sections 4978, 4978A, 4979A on certain ESOP transactions, and by section 4979 on excess contributions to plans with cash or deferred arrangements.
Ex-IRC sec. 6011; Separate instructions

## 5452

### Corporate Report of Nondividend Distributions

Used by corporations to report their nontaxable distributions.
IT-CFR 1.301-1, 1.316-1, and 1.6042-2

## 5471

### Information Return of U.S. Persons With Respect to Certain Foreign Corporations

Used by U.S. persons to report their activities with related foreign corporations.
IT-IRC secs. 951-972, 6035, 6038 and 6046; Separate instructions

## Sch. M (Form 5471)

### Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

Used by a U.S. person who controls a foreign corporation to report the activities between the U.S. person and the foreign corporation.
IT-IRC sec. 6038

Numerical List 17

EXHIBIT T  1 of 1

1040

U.S. Individual Income Tax Return

Used by citizens or residents of the United States to report income tax. (Also see Form 1040A and 1040EZ.)
IT-IRC secs. 6012 and 6017; Regs. secs. 1.6012-1 and 1.6017-1; Pub. 17; Separate instructions

## Sch. A (Form 1040)

Itemized Deductions

Used to report itemized deductions (medical and dental expense, taxes, contributions, interest, casualty and theft losses, moving expenses, miscellaneous deductions subject to the 2% AGI limit, and other miscellaneous deductions).
IT-IRC secs. 67, 163, 164, 165, 166, 170, 211, 212, 213, and 217; Pub. 17; See the separate instructions for Form 1040.

## Sch. B (Form 1040)

Interest and Dividend Income

Used to list gross dividends received and interest income, and to answer questions about foreign accounts and foreign trusts.
IT-IRC secs. 6012, 61 and 116; Pub. 17; See the separate instructions for Form 1040.

## Sch. C (Form 1040)

Profit or Loss From Business

Used to figure profit or (loss) from business or profession.
IT-IRC sec. 6017; Regs. sec. 1.6017-1; Pubs. 17 and 334; See the separate Instructions for Form 1040.

## Sch. D (Form 1040)

Capital Gains and Losses

Used to report details of gain (or loss) from sales or exchanges of capital assets; to figure capital loss carryovers from 1990 to 1991; and to reconcile Forms 1099-B for bartering transactions with amounts reported on the tax return.
IT-IRC secs. 1202-1223, 6045; Pubs. 17 and 334; See the separate Instructions for Form 1040.

## Sch. D-1 (Form 1040)

Continuation Sheet for Schedule D (Form 1040)

Used to attach to Sch. D (Form 1040) to list additional transactions on lines 1a and 8a.

## Sch. E (Form 1040)

Supplemental Income and Loss

Used to report income from rents, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.
IT-IRC secs. 6012 and 6017; Regs. secs. 1.6012-1 and 1.6017-1; Pub. 17; See the separate Instructions for Form 1040.

## Sch. EIC (Forms 1040 and 1040A)

Earned Income Credit

Used to figure the earned income credit and provide required identifying information for qualifying children.
IT-IRC sec. 32; Pub 17 and 596

## Sch. F (Form 1040)

Profit or Loss From Farming

Used to figure profit or (loss) from farming.
IT-IRC sec. 6012; Regs. sec. 1.61-4; Pub. 225; See the separate Instructions for Form 1040.

## Sch. R (Form 1040)

Credit for the Elderly or the Disabled

Used to figure credit for the elderly for individuals age 65 or over and for individuals under age 65 who retired on permanent and total disability and received taxable disability income
IT-IRC sec. 22; Pub. 17 and 524; Separate instructions

## Sch. SE (Form 1040)

Self-Employment Tax

Used to figure self-employment tax.
IT-IRC secs. 1401 and 1402. See the separate Instructions for Form 1040.

## 1040A

U.S. Individual Income Tax Return

Used by citizens and residents of the United States to report income tax. (Also see Form 1040 and 1040EZ.)
IT-IRC sec. 6012; Regs. sec. 1.6012-1; Pub. 17; Separate instructions

## Sch. 1 (Form 1040A)

Interest and Dividend Income for Form 1040A Filers

Part I is used by Form 1040A filers to report interest income (if more than $400) and for claiming the exclusion of interest from series EE savings bonds issued after 1989. Part II is used by Form 1040A filers to report dividends received (if more than $400).
IT-IRC sec. 61; Pub. 17

## Sch. 2 (Form 1040A)

Child and Dependent Care Expenses for Form 1040A Filers

Used by Form 1040A filers to figure the credit for child and dependent care expenses and/or the exclusion of employer-provided dependent care benefits.
IT-IRC secs. 21 and 129; Regs. sec. 1.44A-1; Pub 17 and 503

## Sch. 3 (Form 1040A)

Credit for the Elderly or the Disabled for Form 1040A Filers

Used by Form 1040A filers to figure the credit for the elderly (65 yrs of age or older) or the disabled (under 65 who retired on permanent disability and received taxable disability benefits.
IT-IRC sec. 22; Pub. 17 and 524; Separate instructions

## 1040C

U.S. Departing Alien Income Tax Return

Used by aliens who intend to depart from the U.S., to report income received, or expected to be received for the entire taxable year, determined as nearly as possible by the date of intended departure. (Also see Form 2063.)
IT-IRC sec. 6851; Regs. sec. 1.6851-2; Pub. 519; Separate instructions

## 1040-ES

Estimated Tax for Individuals

Used to pay income tax (including self-employment tax and alternative minimum tax) due (the tax that is more than the tax withheld from wages, salaries, and other payments for personal services). It is not required unless the total tax is more than withholding (if any) by $500 or more.
IT-IRC sec. 6654

Numerical List 7

EXHIBIT E    1 of 1