# REPORT OF FRAUDULENT
# AND
# MISLEADING
# POSTINGS ON THE
# INDIVIDUAL MASTER FILE
# OF
# Ronald Brice

From:
Ronald Brice
PO Box 1146
Kimberling City, MO  65686

Account #:  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          10/18/05

To:
Commissioner of Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC 20081-0001          Certified Mail #  7005 0390 0004 0712 0282

TIGTA
ATTN: Complaint Management Division
Ben Franklin Station
PO Box 589
Washington DC 20044          Certified Mail # 7005 0390 0004 0712 0299

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Public and Governmental Affairs
650 Massachusetts Avenue, NW
Room 8290
Washington, DC 20226          Certified Mail # 7005 0390 0004 0712 0305

William H. Foster
Chief, Regulations and Procedures Division
Tax and Trade Bureau (TTB)
650 Massachusetts Avenue N.W.
Washington DC 20226          Certified Mail # 7005 0390 0004 0712 0312

Social Security Administration
Office of the Inspector General
PO Box 17768
Baltimore, MD  21235          Certified Mail # 7005 0390 0004 0712 0329

Secretary of the Treasury
c/o:  Office of the Secretary of the Treasury
of the Commonwealth of (Porto) Puerto Rico
Bureau of Aide
Contribution & Legislation
Department of Estate
P.O. Box 9024140
San Juan, PR  00902-4140          Certified Mail # 7005 0390 0004 0712 0336

Page 1 of 12

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s)  If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

Area Director
Internal Revenue Service
Kansas City, MO 64999-0002                Certified Mail # 7005 0390 0004 0712 0343

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### *Applicable to all Successors and Assigns*

Dear Inspector General, Commissioner, and/or Director:

I, Ronald Brice, hereinafter Declarant, state that the facts contained herein are true, correct, and complete to the best of Declarant's knowledge and belief under penalty of perjury pursuant to the laws of united States of America.

## INTERNAL REVENUE SERVICE AGENCY STATUS

Declarant has reviewed information that evidences that the Internal Revenue Service is not an agency of the Federal Government.   In the court case DIVERSIFIED METAL PRODUCTS, INC. v. T-BOW COMPANY TRUST, INTERNAL REVENUE SERVICE, AND STEVE MORGAN Civil No. 93-405-E-EJL, evidencing in number 4:

> The United States of America, through undersigned counsel hereby responds to the numbered paragraphs of plaintiff's complaint as follows:
>
> 4.   Denies that the Internal Revenue Service is an agency of the United States Government...

Declarant has evidence from Pat Danner, Member of Congress in the form of a letter dated September 12, 1996, a copy is attached hereto and incorporated herein by reference as EXHIBIT N-6, evidencing to wit:

> You are quite correct when you state that an organization with the actual name "Internal Revenue Service" was not established by law.

## INDIVIDUAL MASTER FILE

Declarant has received through the Freedom of Information Act, hereinafter FOIA, Declarant's Individual Master File, hereinafter IMF, a copy is attached hereto and incorporated herein by reference as EXHIBIT A.   Declarant then de-coded Declarant's IMF, a copy of the de-coded IMF is attached hereto and incorporated herein by reference as EXHIBIT B.

## TRANSACTION CODE 150

1.   The TC 150 code appearing on Declarant's IMF, according to IRM 30(55)4.2, number (28), indicates Virgin Islands.   A copy of IRM 30(55)4.2 page 0-8 is attached hereto and incorporated herein as EXHIBIT L.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

2. A letter from DOT, IRS, a copy is attached hereto and incorporated herein as EXHIBIT M, states, to wit:

> ...The Transaction Code 150 indicates a tax **liability** assessed when a tax return is filed and a return is posted to the Master File. **The Virgin Islands (150) relates to the tax liability assessed on—a U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa.** It indicates the amount of self-employment tax assessed on this type of return. (Emphasis added.)

3. Title 8, Section 802 of the Social Security Act, a copy is attached hereto and incorporated herein as EXHIBIT N, shows that the employer is made "liable", and states, to wit:

   (a) The tax imposed by section 801 shall be collected by the employer of the taxpayer by deducting the amount of the tax from the wages as and when paid. **Every employer required so to deduct the tax is hereby made liable** for the payment of such tax, and is hereby indemnified against the claims and demands of any person for the amount of any such payment made by such employer. (Emphasis added.)

4. Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT O, defines an employer as, in part, to wit:

> One who employs the services of others; one for whom employees work and who pays their wages or salaries.

5. Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT P, defines service as, in part, to wit:

> The term is used also for employment in one of the offices, departments, or agencies of the government;...

6. Title 5 USC 2105, a copy is attached hereto and incorporated herein as EXHIBIT Q, states, to wit;

   (a) For the purposes of this title, "employee", except as otherwise provided by this section or when specifically modified, means an officer and an individual who is--
   (1) appointed in the civil service by one of the following acting in an official capacity--
   > (A) the President;
   > (B) a Member or Members of Congress, or the Congress;
   > (C) a member of a uniformed service;
   > (D) an individual who is an employee under this section;
   > (E) the head of a Government controlled corporation; or
   > (F) the adjutants general designated by the Secretary concerned under section 709(c) of title 32, United States Code;
   (2) engaged in the performance of a Federal function under authority of law or an Executive act; and
   (3) subject to the supervision of an individual named by paragraph (1) of this subsection while engaged in the performance of the duties of his position.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

7.  The above title has explanatory notes, see EXHIBIT Q, and the first note states, to wit:

> Subsection (a) is supplied to avoid the necessity of defining "employee" each time it appears in this title.  <u>The subsection is based on a definition worked out independently by the Civil Service Commission and the Department of Labor and in use by both for more than a decade.</u>  (Emphasis added.)

8.  Title 26, Subtitle C, Chapter 24, Section 3401(d), a copy is attached hereto and incorporated herein as EXHIBIT R, states in part, to wit:

> Employer
> For purposes of this chapter, the term "employer" means the person for whom an individual performs or performed any <u>service</u>, of whatever nature...(Emphasis added.)

9.  Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT S, defines employ in the following terms, to wit:

> Employ.  To engage in one's service; to hire; to use as an <u>agent</u> or substitute in transacting business;... (Emphasis added.)

10.  Title 26, section 601.103, a copy is attached hereto and incorporated herein as EXHIBIT T, states, to wit:

> Summary of general tax procedure.
> (a) Collection procedure.  The Federal tax system is basically one of self-assessment.  In general each taxpayer (<u>or person required to collect and pay over the tax)</u> is required... (Emphasis added.)

11.  Title 26, Section 3403, Liability for tax, a copy is attached hereto and incorporated herein as EXHIBIT U, states, to wit:

> Liability for tax.
> The employer shall be liable for the payment of the tax required to be deducted and withheld under this chapter, and shall not be liable to any person for the amount of any such payment.

12.  Black's Law Dictionary, 6th Edition, see EXHIBIT O, defines employee, as, to wit:

> Employee.  A person in the service of another under any contract of hire, express or <u>implied</u>... (Emphasis added.)

13.  Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT V, also defines implied contract, as, to wit:

> An implied contract is one not created or evidenced by the explicit agreement of the parties, but inferred by the law,...

14.  IRM 3(15)(129)9.(11), a copy is attached hereto and incorporated herein as EXHIBIT W, states, to wit:

> Adjustment to <u>Virgin Island Forms 1040 and 1040A</u>
> (1) Route claims received from taxpayers residing in the Virgin Islands to PSC for processing. (Emphasis added.)

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

15. IRS Penalty Manual, (20) 214, Substitute for Return (SFR), under (5) (a), a copy is attached hereto and incorporated herein as EXHIBIT X, states, to wit:

    (a)  a dummy tax return (TC 150) is created to open the account on the master file.

16. Treasury Directive 2815, a copy is attached hereto and incorporated herein as EXHIBIT Y, states, to wit:

> *To collectors of internal revenue and others concerned:*
> Nonresident alien individuals or their authorized agents should use Form 1040, revised, or Form 1040A, revised, in making returns of income derived from sources within the United States,...

17. Treasury Order 150-42, a copy is attached hereto and incorporated herein as EXHIBIT Z, states, to wit:

    2.  The Commissioner shall, to the extent of authority otherwise vested in him, provide for the administration of the United States internal revenue laws in the Panama Canal Zone, Puerto Rico, and the Virgin Islands.

## OTHER FALSE POSTINGS ON DECLARANT'S IMF DOCUMENT CODES

Declarant has attached hereto and incorporated herein by reference as EXHIBIT D, a copy of the breakdown of a Document Locator Number, hereinafter DLN, found in ADP and IRS Information Manual 6209, hereinafter ADP, page 4-1.  Declarant's IMF shows a posting under Transaction Code 150, a Document Code of 22, see EXHIBIT A.

LEM, page 42, a copy is attached hereto and incorporated herein by reference as EXHIBIT E, evidences the forms that this Transaction Code is referencing.  The only possibilities that are evidenced are the following: 1040, 5329, W-2P.

These forms are listed in the Internal Revenue Service Catalog of Federal Tax Forms, Form Letters and Notices, Publication 676 as follows:

    A)  Form 1040—U.S. Individual Income Tax Return.  Used by citizens or residents of the United States to report income tax.  A copy of this page of the Publication 676 is attached hereto and incorporated herein by reference as EXHIBIT F.

    B)  Form 5329—Return for Additional Taxes Attributable to Qualified Retirement Plans (Including IRAs), Annuities, and Modified Endowment Contracts.  Used to report excise taxes or additional income tax owed in connection with individual retirement arrangements, annuities, modified endowment contract and qualified retirement plans.  Refers to IRC Sections 72, 4973, 4974, and 4980A.  Declarant has none of these.  Declarant does not qualify for any of these programs; therefore, Declarant is not required to file or fill out this form.  A copy of this page of the Publication 676 is attached hereto and incorporated herein by reference as EXHIBIT I.

    C)  Form W-2P—Statement for Recipients of Annuities, Pensions or Retired Pay.  Declarant does not qualify for any of these programs; therefore, this form does not apply, see EXHIBIT E.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

**IT APPEARS THAT INTERNAL REVENUE SERVICE HAS POSTED INFORMATION ON DECLARANT'S IMF THAT HAS LISTED DECLARANT AS SOME SORT OF EXCISE TAXABLE BUSINESS LIVING IN THE VIRGIN ISLANDS. THIS IS ERRONEOUS AND MISLEADING IF INTERNAL REVENUE SERVICE DOES NOT MAKE ADJUSTMENTS ON DECLARANT'S IMF TO CLEAR UP THESE DISCREPANCIES!!!**

In the event that Declarant did fill out and file one of the required forms above, which shows is required by the postings on Declarants IMF, Declarant would, under penalties of perjury, be making false statements. Declarant would also be waiving Declarants 5th Amendment Constitutional rights to not disclose information that could be used against Declarant in a court of law.

## BLOCKING SERIES

Declarant has posted on Declarant's IMF in the DLN's, see EXHIBIT D, a blocking series of 368. In the 1982 ADP 6209 Manual it is evidenced that the IMF blocking series for 390-399 is "Lifetime Exclusion (LTEX) returns. In the 1989 ADP 6209 Manual, the blocking series for 300-399 Individual Master File is posted "Reserved", evidenced on page 4-10, a copy of this page is attached hereto and incorporated herein by reference as EXHIBIT U-1. Page 4-12 of the same Manual, shows that the blocking series 300-399 Business Master File is U.S.-U.K. Tax Treaty Claims, a copy of this page is attached hereto and incorporated herein by reference as EXHIBIT V-1. It can be assumed that blocking series of 390-399 for Lifetime Exemption does not apply, since Declarant has an Individual Master File with false and fraudulent postings. Declarant can only presume that Internal Revenue Service is applying the Business Master File blocking series of 300-389 for U.S.-U.K. on Declarant's Individual Master File.

In Internal Revenue Manual, (42) 270, it evidences the Executive Agreements for U.S.-U.K. Tax Treaty, a copy of this page is attached hereto and incorporated herein by reference as EXHIBIT Y-1, and states to wit:

> Executive Agreements
>
> (1) The U. S. has entered into an executive agreement with the United Kingdom representing the Cayman Islands, "concerning assistance From the Cayman Islands in Matters Involving Narcotics Activity [Agreement]." The Agreement provides the executive means by which the U.S. may obtain from the Cayman Islands documentary evidence and foundation testimony necessary to permit such evidence and foundation testimony necessary to permit such evidence to be admitted in a United States criminal trial involving narcotics activity. The Agreement does not cover requests by the Cayman Islands to the United States. Although the scope of the Agreement is limited to narcotics activity, the Agreement is broad enough to cover ancillary civil or administrative proceedings "connected with, arising from, relating to, or resulting from" narcotics activity. Thus, in cases where narcotics activity appears to be present, evidence can be obtained by the U.S. from the Cayman Islands under the Agreement and used in connection with civil and/or criminal tax cases.

The above EXHIBIT Y-1 entry evidences that this information can be used in "civil and administrative proceedings". Declarant had understood that narcotics activity was only involving criminal cases. You are posting these false codes onto Declarant's IMF in order to prosecute Declarant under the U.S. -- U.K. Tax Treaty.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

# THIS IS THE INFORMATION POSTED ON DECLARANT'S INDIVIDUAL MASTER FILE!!!!!  THIS IS AN ERRONEOUS, FALSE, AND MISLEADING POSTING ON DECLARANT'S INDIVIDUAL MASTER FILE!!!

Declarant is not involved in narcotics.  Declarant has never been involved in narcotics.  Declarant never plans to be involved in narcotics.

## FRAUD

Black's Law Dictionary, 6th Edition, a copy is attached hereto and incorporated herein as EXHIBIT R-1, defines fraud:

> An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right.  A false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury.  Anything calculated to deceive, whether by a single act or combination or by suppression of truth, or suggestion of what is false, whether it be by direct falsehood or innuendo, by speech or silence, word of mouth, or look or gesture.

## DECLARATION

1.  Declarant states that Declarant is a Citizen of the unincorporated, non-federal zoned united States of America.

2.  Declarant states that Declarant is not a party to the corporation known as United States, or to any of the agencies that are a party to the corporation known as United States.

3.  Declarant states that Declarant is not a resident of the Virgin Islands, Guam, Puerto Rico, Northern Mariana Islands, American Samoa, Washington DC, or any other territorial possession of United States Corporate government.

4.  Declarant states that Declarant is not a party to any contract(s), known or unknown, written or implied, causing Declarant to have any kind of liability incurred to or with any of the following:

   a)  Corporate United States
   b)  IRS
   c)  BATF
   d)  DOT
   e)  SSA
   f)  Virgin Islands
   g)  Guam
   h)  Puerto Rico
   i)  Northern Mariana Islands
   j)  Washington DC
   k)  Any other territorial possessions of United States

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s).  If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

5. Declarant states that Declarant has never knowingly granted or assigned any authority, either expressly, implied, written, or otherwise, to any of the enterprises referenced in number four, above.

6. Declarant states that Declarant is not an implied withholding agent, nor does Declarant hold any contract making Declarant a withholding agent, for any of the enterprises referenced in number four, above.

7. Declarant states that Declarant is not an employee, implied or otherwise, of corporate United States, nor any of the enterprises referenced in number four, above.

8. Declarant states that Declarant is not an employer, implied or otherwise, of corporate United States, nor any of the enterprises referenced in number four, above.

9. Declarant states that Declarant is not liable, implied or otherwise, for any taxes required by corporate United States government law for withholding agents to withhold from any employees of any of the enterprises referenced in number four, above.

10. Declarant states that Declarant has no tax liability, implied or otherwise, for any taxes that IRS imposes upon withholding agents of corporate United States or any agencies thereunder.

11. Declarant states that Declarant is not required, implied or otherwise, to collect and pay over the tax for corporate United States or any agencies thereunder.

12. Declarant states that Declarant is not a nonresident alien individual.

13. Declarant states that Declarant is not an authorized agent, implied or otherwise, of any of the enterprises referenced in number four above.

14. Declarant states that Declarant is not required to file a form, including but not limited to, 1040 or 1040 series form.

15. Declarant states that any implied contracts that Declarant may have unwittingly made with any of the agencies in number four above are null and void on the premise that Declarant did not have full disclosure of all the facts contained therein to deem such contract to be a lawful document.

16. Declarant states that Declarant is not dealing with manufacturing and retailers excise taxes.

## CONCLUSION OF FACTS

1. Declarant has evidenced that Declarant has erroneously participated in the Social Security program by applying for a Social Security card, which made Declarant a party to an _implied_ contract with the United States corporate government and the agencies thereof. Declarant entered this _implied_ Social Security program without knowledge that this was a contract, implied or otherwise.

2. Declarant has evidenced that the TC 150 code that was erroneously entered on Declarant's IMF by the IRS has created a false impression that Declarant is violating some sort of _implied_ contract subject to the law(s), code(s), statute(s), regulation(s), rule(s), and/or implementing regulation(s) that the IRS has created for the purpose of unlawfully extracting money from the Declarant under color of law, through the United States Corporate government. Declarant entered these _implied_, unlawful contract(s) without knowledge or consent. The 1040 series forms support the conclusion of these facts.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

3.  Declarant has evidenced that a TC 150 code has been erroneously entered onto Declarant's IMF, which made Declarant a party to an <u>implied</u> contract with United States corporate government, making Declarant liable for payment of tax incurred in the Virgin Islands. Declarant was made a party to this <u>implied</u> contract with the United States corporate government making Declarant liable for payment of tax incurred in the Virgin Islands without Declarant's knowledge or consent.

4.  Declarant has evidenced that through SSA, Declarant has erroneously been made a withholding agent for the IRS, which makes Declarant a party to an implied contract with the United States corporate government. Declarant was made a party to this implied contract with the United States corporate government, making Declarant a withholding agent for the IRS. This transpired without Declarant's knowledge or consent.

5.  Declarant has evidenced that Declarant has erroneously been made an employer of the United States corporate government, making Declarant liable for payment of tax by unwittingly entering into an implied contract. Declarant entered this implied contract with no knowledge or consent.

6.  Declarant has exposed the false information found on Declarant's IMF through the erroneous information of the TC 150. This appears to be a pattern and practice, which may not be limited to IRS, DOT, BATF, and the SSA; all who are a party to the United States corporate government.

# DEMAND FOR LAWFUL DOCUMENTATION

1.  Before Declarant can recognize the lawfulness of any demands IRS, BATF, DOT, SSA, or any other agency of the federal United States corporate government, Declarant must have the following:

    A.  Lawful documentation evidencing a lawful statement of claim against Declarant from IRS, BATF, DOT, or any other federal corporate government agency. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

    B.  Lawful documentation evidencing that Declarant is subject to the taxes imposed by the Virgin Islands or any other territory of United States. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

    C.  Lawful documentation evidencing that Declarant is subject to any liabilities, implied or otherwise, incurred when Declarant was deceived into an implied contract with SSA, IRS, DOT, BATF, or any other corporate government entity, under color of law. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

    D.  Lawful documentation evidencing that Declarant is an employee or an employer of United States, SSA, IRS, DOT, or BATF, implied or otherwise. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

    E.  Lawful documentation evidencing that Declarant is contracted, implied or otherwise, to perform as a withholding agent or any other service, implied or otherwise, for United States, SSA, IRS, DOT, or BATF. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

    F.  Lawful documentation evidencing that Declarant is required to collect and pay over the tax for United States, SSA, IRS, DOT, or BATF. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

G. Lawful documentation evidencing that Declarant is subject to any implied contracts that have been implemented by United States, SSA, IRS, DOT, or BATF. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

H. Lawful documentation evidencing that Declarant is required to file or complete a 1040 or any 1040 series, Virgin Islands form and submit it to the IRS. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

I. Lawful documentation evidencing that Declarant is required to pay any Virgin Islands taxes. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

J. Lawful documentation evidencing that IRS, BATF, DOT, SSA, or United States has lawful claim of right to require Declarant to file any kind of form, pay any taxes, penalties, interest, or any other retribution to any of said agencies. Any cites of law(s), code(s), regulation(s), statute(s), and/or implementing regulation(s) shall be required.

Declarant demands to know who has entered false information onto Declarant's IMF regarding, but not limited to, the TC 150, the blocking series, and the document codes. Declarant will hold the person(s) and the agency(s) responsible for this unlawful practice accountable.

# DEMAND FOR ADMINISTRATIVE HEARING

Declarant demands a due process administrative hearing to investigate Declarant's allegations as guaranteed to Declarant by the Constitution and Bill of Rights. Declarant hereby gives notice that Declarant will be accompanied by a court reporter to officially document the hearing. Declarant reserves the right to videotape this hearing and bring any witnesses or interested parties. Declarant will present the facts and evidence presented herein along with other evidence.

Declarant will also require the production of the following items, instruments, and/or documents:

1. Lawful documentation evidencing identity(s) of all agents, officers, or representatives of IRS.

2. All agents, special agents, officers, assignee's, employee's, and/or any other representatives of IRS shall, before commencement of the hearing, be required, by written oath or affirmation, to declare under penalty of perjury, that all statements and/or claims made by them are true, correct, and complete.

3. Lawful documentation evidencing any instrument(s), contract(s), and/or other agreement that contain Declarant's signature making Declarant a party to any contract(s) that would make Declarant agreeable to a liability imposed by the IRS. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

4. Lawful documentation evidencing Declarant is subject to any liabilities of Virgin Islands or any other insular territory of United States. Any cites of law(s), code(s), rule(s), statute(s), and or implementing regulation(s) shall be required.

5. Lawful documentation evidencing power of attorney to act as a representative for U.S. or United States or the Treasury Secretary, which authorizes correspondence with Declarant. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

***IMPORTANT NOTICE***
this document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

6. Lawful documentation evidencing Declarant is a party to any taxes imposed. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

7. Lawful documentation evidencing Declarant is engaged in taxable business activities. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

8. Lawful documentation evidencing Declarant has a deficiency. Any cites of law(s), code(s), rule(s), statute(s), and/or implementing regulation(s) shall be required.

## DECLARANT FURTHER DEMANDS

Declarant further demands that Internal Revenue Service correct these false, unlawful entries as shown below to comply with HR 2676 "Reorganization of Structure and Management of the Internal Revenue Service", in particular, Section 1203 "termination of employment for misconduct". A copy of HR 2676 is attached hereto and incorporated herein by reference as EXHIBIT C.

IRS must perform the following:
1. Remove any excise taxable postings on Declarant's IMF.
2. Removal of MFR (Mail Filing Requirement) of 05.
3. Addition of MFR 01, Not required to mail or file 1040 as posted in Law Enforcement Manual III (IR Manual 3(27)(68)2.5, a copy is attached hereto and incorporated herein by reference as EXHIBIT O-6.
4. Removal of the Transaction Code 150, shown on Declarant's IMF.
5. Addition of the following codes:
    a. Transaction Code 591; "No longer liable for tax. Satisfies this module and all subsequent modules for same MFT if not already delinquent. Requires a two digit closing code for IDRS input…" as shown in Internal Revenue Manual ADP, 6209, page 8-33, a copy is attached hereto and incorporated herein by reference as EXHIBIT P-6.
    b. Addition of Valid Document Code within the Document Locator Number "(The Document Code is in the 4th and 5th digits of the DLN)", of 49, requiring forms 3177, 3177A, or 3249, as evidenced in Law Enforcement Manual III pages 32-42, a copy is attached hereto and incorporated herein by reference as EXHIBIT Q-6. (Note: Page 37, which evidences that form 3177/A/B/C is a "Notice of Action for Entry on Master File".)
    c. Addition of IMF (not BMF) Blocking Series 390-399; (the 9th, 10th and 11th digit of the DLN), evidencing "Lifetime Exclusion (LTEX) returns", as evidenced in Internal Revenue Manual ADP, 6209, page 4-10, a copy is attached hereto and incorporated herein by reference as EXHIBIT M-6.
    *Note: The posting of these codes must be entered as one TC/DLN line item as specified above (e.g., TC 591, Doc. Code 49, and Blocking Series 390-399).*
6. Addition of Status Code 06, evidencing "Acceptable reason for non-filing of return", as evidenced in Law Enforcement Manual III page 98, a copy is attached hereto and incorporated herein by reference as EXHIBIT R-6.

All collection and criminal investigation activities have been based upon and supported by incorrect, untruthful, misleading, and deceptive entries on Declarant's IMF. Declarant has had no control over these incorrect, untruthful, misleading, and deceptive entries. Therefore, Declarant also demands that Internal Revenue Service:

1. Cease and desist any and all collection activities against Declarant.
2. Cease and desist any and all Criminal Investigations against Declarant.
3. Cease and desist any and all court actions against Declarant.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

# REPORT OF UNLAWFUL ACTIVITIES

In the unfortunate event that Internal Revenue Service fails to perform the above requirements, Declarant shall be forced to litigate this matter.

Until IRS can show lawful evidence of a liability and a lawful requirement for Declarant to file any forms and/or pay any taxes, Declarant cannot comply with any demands or allegations made by the IRS upon Declarant.

Declarant states that Declarant has an ongoing investigation in this matter. As evidence is discovered, there may be a necessity to amend this letter. Declarant reserves the right to amend this letter and all other rights as guaranteed by the Constitution and the Bill of Rights.

Declarant is not a tax protester or tax resister. Declarant will, upon receipt of the proper documentation as outlined above, fill out and file any forms in addition to paying any taxes that Declarant has a legal, lawful liability to pay.

If you, as a representative of the Internal Revenue Service, do not respond in part or in whole to this letter within 30 days, it will be presumed that the Internal Revenue Service agrees with this letter and with Declarant. This letter will stand as witness of Declarant's good-faith efforts to understand, correct, or clarify any and all documents from the Internal Revenue Service with Declarant's name and/or social security number.

You should be aware that the courts have repeatedly ruled that silence is evidence of fraud.

> "Silence can be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading...We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

**Ronald Brice**

**Date** 10/18/05

### NOTARY STATEMENT

state of Missouri          }
                           }          ss
county of STONE            }
BE IT REMEMBERED, That on the ___18TH___ day of ___OCT___, 2005, before me, the undersigned, a Notary Public in and for the state of Missouri, personally appeared Ronald Brice, who proved to me to be the same individual who executed the within instrument, and, after first being put under oath, affirmed that he/she is personally fully aware of the contents and accuracy of the statements made therein, and affirms that the document is, to the very best of his/her knowledge, true and correct.

JEAN L. PAULSEN  IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed
Notary Public - Notary Seal          My official seal the day and year last above written.
STATE OF MISSOURI
Stone County          Jean L Paulsen
My Commission Expires July 18, 2008          Notary Public for U.S BANK
                                              Commission Expires on  7-18-08

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

**PAT DANNER**
6TH DISTRICT, MISSOURI

**COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE**
SUBCOMMITTEES
SURFACE TRANSPORTATION
AVIATION

**COMMITTEE ON INTERNATIONAL
RELATIONS**
SUBCOMMITTEE
INTERNATIONAL ECONOMIC POLICY AND TRADE

# Congress of the United States
## House of Representatives
### Washington, DC 20515-2506

September 12, 1996

**WASHINGTON OFFICE:**
1323 LONGWORTH BUILDING
WASHINGTON, DC 20515
(202) 225-7041
FAX: (202) 225-8121

**DISTRICT OFFICES:**
U.S. POST OFFICE, ROOM 330
201 SOUTH 8TH STREET
ST. JOSEPH, MO 64501-2240
(816) 233-9818
FAX: (816) 233-9848

5754 NORTH BROADWAY
BUILDING 3, SUITE 2
KANSAS CITY, MO 64118-3998
(816) 455-2256
FAX: (816) 455-2153

Bill Petterson
Route 2, Box 37
Trenton, MO  64683-9610

Dear Bill:

Thank you for contacting regarding the establishment of the Internal Revenue Service (IRS). I appreciate having the benefit of your thoughts on this issue.

You are quite correct when you state that an organization with the actual name "Internal Revenue Service" was not established by law. Instead, in 1862, Congress approved 26 U.S.C. 7802. This statute established the office of "Commissioner of Internal Revenue." As the act states, "The Commissioner of Internal Revenue shall have such duties and powers as may be prescribed by the Secretary of the Treasury." In modern times these duties and powers flow to the Commissioner who implements appropriate policy through the IRS.

In addition to Section 7802, Section 7803 authorizes the Secretary of Treasury to employ such number of persons deemed proper for the administration and enforcement of the internal revenue laws. It is these employees who comprise the IRS.

I have enclosed the appropriate section of the U.S. Code for your information. I hope you find it helpful.

Thank you again for contacting me. Please feel free to do so again with further questions on this or any other matter important to you.

Best regards,

Pat Danner
Member of Congress

PD/hhm

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.

EXHIBIT N-6 70F 1

PRINTED ON RECYCLED PAPER

001145

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*     (2) EMP NO 79-153-26446
                                      TEAGUE F-146B

ACCOUNT NO 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          06-13-2002          (1)
NAME CONT- BRIC    (3)          CYCLE-200224    (3)

**************************************************************
FOR-7915326446 (BY-7915326446) ON-06132002 (TYP-G-30-199912)
TIME-11 18 SRC-I    TEAGUE F-146B      PROCESSED ON-164
                                       REQUESTED TAX MODULE FOUND ON MF

1988 2'RONALD R & MARLENE P BRICE
        PO BOX 1146                        BODC-SB BODCLC-V
200120 KIMBERLING CV    MO 65686-1146-467  SPOUSE SSN-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  (5)
                                           PRIOR NAMECONTROL-    (6) FZ)  -
LOC-4329                                   (4) MFR-05  VAL-1  IRA- 130-    CAF-
YEAR REMOVED-    ENT EXT CYC-200224        FYM-12  SCS-2  CRINV- 130-
                                           RPTR-    PMF-    SHELT-    BNKRPT-    BLLC-
                                           ACCRETION-                          MIN SE-
                                           JUSTIFICATION-1  IRS EMPL-    FED EMPL-

PTNL RONALD R BRICE

LSTRET-1999 ME-    CND-E FLC-00 200027
*******************************
* TAX PERIOD 30    199912 *         REASON CD- DLN#          MOD EXT CYC-  (10)
*******************************  (9)
FS-2    CRINV-    (8)            LIEN- 81222-151-78204-0    CAF- FZ)  -
TDA COPYS-                       TDI COPYS-
     INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-91 BWNC-    BWI-
MF MOD BAL-         0.00
ACRUED INTEREST-   (11)    0.00  09252000        CSED-07172010
ACCRUED PENALTY-           0.00  20000925        RSED-04192003
FMS- IA CD-0                                     ARD1-0    ASED-04152003
(12)  (13)  (14)                Cycle Date              (15)
(12) (150) 07172000  Line 100  78,091.00  (200027) DLN#
                                                (16) 81222-151-78204-0  D CD-    SRC-
RET RCVD DT-04152000                            ERR-    TAX PER T/P-         78,091.00
        RCC-                                                                 (17)
SER  Effective Date-                            F/C-1 AGI-    318,105.00
     Transsaction Code                          FOREIGN-    FARM-  MF P-
                                                XRF-    AEIC-            0.00
                                                NAI-454390 EXMPT-02 NRGY-  0.00
                                                LTEX-    TAXABLE INC-  263,156.00
     Notice This document must be filed as a    PENALTY SUPP-    SET-       0.00
     permanent part of the referenced name and  MDP-    TOTAL WAGES-  (18)  0.00
     account # in the IRS Master File Records. If       TOTAL INC TX-     78,091.00
     any records / files have been deleted and / or     EST TAX BASE-     78,091.00
     substituted this demand still applies.             PR YR BASE-      58,145.00
                                                SHORT YR CD-    ES FORGIVENESS %-  0
                                                1ST SE-    0.00    2ND SE-    0.00
                                                ACCT TYPE-
                                                EFT-0
********************************CONTINUED ON NEXT PAGE***********************************



Exhibit _____ AA _____

**Rebuttal Exhibit** A 1 of 2

001146

(PAGE NO-0002) TAX PERIOD 30 199912*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

(EMP NO 79-153-26446)
TEAGUE F-1468

(ACCOUNT NO 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)
NAME CONT- BRIC

06-13-2002
CYCLE-200224

************************************************************************

| | | | F8615- | UNAPPLD CR ELECT- | 0.00 |
| | | | | ES TAX PAYMENT- | 64,400.00 |
| | Transsaction Code | | HIGH INCOME- | DIR DEP REJ RSN CD-00 | |
| | Effective Date | Debit / Credit | PUTI- | 0    SUTI- | 0 |
| | | Cycle Date | PMEI- | 0    SMEI- | 0 |
| Line # | | | PMTI- | 0    SMTI- | 0 |

| Line # | Code | Eff Date | Debit/Credit | Cycle Date | DLN | |
|---|---|---|---|---|---|---|
| 101 | 430 | 04171999 | 12.00- | 199917 | 75220-109-21566-9 | DLN # |
| | | | | PRC- | | |
| 102 | 716 | 04151999 | 16,088.00- | 199920 | 18221-121-88541-9 | DLN # |
| | | | | AVAILABILITY DT- | | |
| 103 | 430 | 06191999 | 16,100.00- | 199926 | 92220-171-36923-9 | DLN # |
| | | | | PRC- | | |
| 104 | 430 | 09151999 | 16,100.00- | 199939 | 75220-260-16641-9 | DLN # |
| | | | | PRC- | | |
| 105 | 430 | 01162000 | 16,100.00- | 200004 | 73220-018-09942-0 | DLN # |
| | | | | PRC- | | |
| 106 | 610 | 04152000 | 13,691.00- | 200019 | 92270-121-89478-0 | DLN # |
| | | | | PRC- | | |
| MF STAT-12 | | 07172000 | 0.00 | 200027 | 107-Line # | |

Master File Status Codes

Exhibit  BB

**Rebuttal Exhibit A 2 of 2**

CERTIFIED MAIL NUMBER: _____

To:
Area Director
Internal Revenue Service
Kansas City, MO 64999-0002            **REPORT of 1999 DECODED INDIVIDUAL MASTER FILE**

From:
Ronald Brice
P.O. Box 1146
Kimberling City, MO 65686               NOTICE TO PRINCIPAL IS NOTICE TO AGENT
                                        NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Account #: 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


Dear Director:

I, Ronald Brice, hereinafter Requester, have expanded the 1999 Individual Master File Transcript (IMF), provided by Internal Revenue Service Office. The reference material used for decoding is as follows: "Internal Revenue Service Document 6209" and "Internal Revenue Service Law Enforcement Manual 111".

These two (2) above referenced sources indicated the meaning of the entries found on the 1999 INDIVIDUAL MASTER FILE MCC TRANSCRIPT SPECIFIC - not LITERAL you have recorded and maintained concerning the above referenced Requester with the above reference account number.

This is not a request to amend or modify the record the Internal Revenue Service is maintaining under Requester's name and assigned account number.

I AM DEMANDING THAT THE IMF TRANSCRIPT PROVIDED BY YOU WITH THE PUBLISHED MEANINGS, INCLUDED, BE ADDED AS A PERMANENT PART OF THE ADMINISTRATIVE FILE (S) YOU ARE MAINTAINING UNDER THE REQUESTER NAME AND ACCOUNT NUMBER. Requester has enclosed 14 pages of decoding with Exhibits AA, BB and A-M from resource manuals totaling 29 pages.

Thank you,


Ronald Brice, Requester
                                **NOTARY STATEMENT**
State of _____            )
                                             )        SS
County of _____           )

On this _____, day of _____, 2002 A.D., _____
personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument.

Notary Public _____
Date: _____

My Commission Expires _____


Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies/                                                          1

Report of decoded IMF

**Rebuttal Exhibit__B**

# INDIVIDUAL MASTER FILE SPECIFIC-DECODING
## _ANALYSIS with Comments_

## Page 1 (Exhibit AA)

**IRS Emp ID: 79-153-26446  Date: 06-13-2002  Cycle: 200224  Account #: 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**
**Name: Ronald Brice       IMF Period 1999**

A    **File Source**    A one digit code which follows the Taxpayer's identification number.
                  **Blank - valid SSN or EIN.**
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT E**._

B    **File Source**    Spouse account number indicated.
  _A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT E**._

01    **No indicator** in upper right hand corner of being a Tax Protester.
02    IRS Employee Number **79-153-26446**
03    Tax year **1999** 12  **Type S-30**  Specific Master File. Master File Tax Account Codes
       "MFT". Codes are required in each transaction to identify the specific module to which a
       transaction is to be posted.  MFT **30** relates to Forms 1040, 1040A, 1040 NR, 1040 SS,
       1040 PR, 1040 ES, 1040EZ, 1040 T.  Tax Class 2.  Various Document codes are used.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT F**._

04    **MFR** - **05** Form1040, Schedules A, B, D, E, C and F.  Form 1040 Business filer
       (Package 30).
_A copy is of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT G**._

05    VAL-**1**  Invalid SSN REFUND Code
       **1 - Invalid SSN** Freeze has been released by TC 290 or 300 or Scrambled SSN indicator
       of "2". This release is effective during the current calendar year only.
_A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT H**._

06    FZ       **No** Module Freeze Code indicated.

07    Crinv    **No** Criminal Activity indicated.

08    Crinv    **No** Criminal Investigations indicated.

09    Lien     **No** Lien Indicated with **DLN # 81222-151-78204-0**

10    FZ       **No Freeze Code** Indicated.

11    MF MOD BAL   Master File module balance       $    0.00

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records
systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such
records have been substituted or deleted this demand still applies/

2

Report of decoded IMF

**Rebuttal Exhibit  B**

| | | | | |
|---|---|---|---|---|
| ACRUED INTEREST | | $ | 0.00 | 09252000 |
| ACCRUED PENALTY | | $ | 0.00 | 20000925 |
| CSED | Collection Statute expiration date indicated | | | 07172010 |
| RSED | Refund Statute expiration date | | | 04152003 |
| ASED | Assessment Statute expiration date | | | 04152003 |
| ARDI | Accounts Receivable dollar inventory | | | 0 |

12    SFR    **No** Substitute for Return indicated.

13 TC CODE **150** - The DLN under which a return is filed.  Internal Revenue Manual (IRM) 30(55)4.2 at (29) - dated 1-1-90 - reveals the following: "VIRGIN IS (TC 150)". "TC" stands for "Transaction Code", and "VIRGIN IS" stands for "Virgin Islands."  A Transaction Code (TC) 150 transcript (Individual Master File, abbreviated IMF) is the computer transcript to which data is input either when someone files a Form 1040, or a Substitute For Return (SFR) is filed by "IRS." Thus Form 1040 data is input on a Virgin Islands transcript, indicating a liability, payment, or other action relevant to a Virgin Islands liability.

**TC 150** Entity created by TC 150 and a **tax liability assessed** from the original return establishes a tax module.
*A copy of the reference page(s) are attached hereto and incorporated herein as **EXHIBIT A, B, C, and D.***

**TC 150** IMF Operations IR Manual states at 30(55)6.3 Return Processing (1) When the input transaction is a return (TC 150)  it designates the assessable liability.
*A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT I.***

**The TC 150 has a** Document Locator Number **81222-151-78204-0,** which has a Document Code of **22,** which is associated with the following:

      i.    1040: Tax Class 2, U.S. Individual Income Tax Return (Other than Full Paid) (Full Paid).
      ii.    W-2P:  Tax Class 5, Statement for Recipients of Annuities Pensions or Retired Pay.
      iii.    5329:  Tax Class 0, Return for Individual Retirement Arrangement Taxes.
*A copy of the reference page is attached hereto and incorporated herein as **EXHIBIT J.***

| | | | |
|---|---|---|---|
| 14 | DATE | Effective/Assessment Date | 07172000 |
| 15 | DATE | Cycle Date | 200027 |
| 16 | DLN | Document Locator Number DLN#: | 81222-151-78204-0 |
| 17 | AGI | Adjusted Gross | $ 318,105.00 |
| 18 | TOTAL INC TX | Total Income Tax | $  78,091.00 |

# *Page 2 (Exhibit BB), 3 (Exhibit CC) with Comments*

Notice is hereby given that this document must be filed as a **permanent part of the administrative records/files and any of their records** systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have been substituted or deleted this demand still applies/

Report of decoded IMF



**Rebuttal Exhibit B**

Document Code 70:  No reference to this code in the resource manuals used for decoding.

Blocking Series 099, 885, 894:  Not indicated for the IM, only indicated for the IRA and BMF.
Blocking Series 368: Not indicated for the IMF
Blocking Series 215:  Lists Form 1040X
The **1040X** is for the Individual Master File, it is a Tax Class 2, it has a MFT (Master File Tax) Code of 30 and Valid Doc Codes of 11 and 54.  The **1040X is an Amended U.S. Individual Income Tax Return** - Used to claim refund of income taxes, pay additional income taxes or designate dollar(s) to a Presidential election campaign fund.  IT-IRC secs. 6402, 6404, 6511, and 6096; separate instructions. Listed only for 843, 3354, 3465, 3870,1040X, 1120X, 8210, 8485.
The **1040X** is for the Individual Master File, Tax Class 2, MFT (Master File Tax) Code of 30 and Valid Doc Codes of 11 and 54.
*A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT K.***

The **1040X is an Amended U.S. Individual Income Tax Return** - Used to claim refund of income taxes, pay additional income taxes or designate dollar(s) to a Presidential election campaign fund.  IT-IRC secs. 6402, 6404, 6511, and 6096; separate instructions. Listed only for 843, 3354, 3465, 3870,1040X, 1120X, 8210, 8485.

The Internal Revenue Manual identified as the Files Management and Services states that a 1040X is an Amended U.S. Individual Income Tax Return for **U.S. Source Income of Foreign Persons.**
*A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT L.***

Blocking Series 233:  200-289 The IR Manual 3(10)(27)7.2  Extracting, Sorting, and Numbering under 3(10)(27)7.2  Non-Master File Numbering Chart lists for Form No. 1040  Blocking Series 200-299 as being Non-taxable.
*A copy of the reference page(s) is attached hereto and incorporated herein as **EXHIBIT M.***

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have been substituted or deleted this demand still applies/

4

Report of decoded IMF

**Rebuttal Exhibit** 

# *COMMENTS*

- The Blocking Series numbers listed below have 3 digits and a title. On the decoded IMF (EXHIBIT BB) there are many different Blocking Series with the descriptions on the spread sheet. Now, if the postings on the IMF are posted to the NMF do the meanings (descriptions) of each Blocking Series change?

  *For example*, if a Blocking Series 215 posted to an IMF and the descriptions states a Form 1040X and if the same Blocking Series posts to the NMF, would the Blocking Series change to a Non-taxable 1040?

  1. Blocking Series 000-099 - EPMF
  2. Blocking Series 100-199 - Withholding & F.I.C.A.
  3. Blocking Series 200-299 - Non-taxable 1040
  4. Blocking Series 300-398 - U.S./U.K. Tax Treaty claims-Corp.
  5. Blocking Series 400-499 - Excise Taxes
  6. Blocking Series 500-599 - Gift and Estate taxes
  7. Blocking Series 600-699 - Non-taxable "PAC" (Political Action Committee)
  8. Blocking Series 700-749 - Railroad Retirement Tax
  9. Blocking Series 750-799 - Taxable "PAC"
  10. Blocking Series 800-849 - FUTA Tax
  11. Blocking Series 850-899 - Non-Taxable "PAC" Tax
  12. Blocking Series 900-999 - U.S. Partnership Tax

This Requester denies having had at anytime conducted activities in any "excise" tax class related to alcohol, tobacco, or firearms.

Therefore, if the IMF Specific Transcript postings are posted to the Non Master File, various transcripts and computer screens there seems to be many incorrect or false or erroneous or misapplication of codes appearing on this IMF Specific Transcript.
*A copy of the reference page(s) is attached hereto and incorporated herein as EXHIBIT AA and BB.*

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies/

Report of decoded IMF

5

**Rebuttal Exhibit B**

## Explanation of <u>column names</u> used on your **Individual Master File (IMF)** Decoded Spread Sheet

**1. <u>Transaction codes</u>** consist of three digits and are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayers account on the Master File. Every transaction processed by ADP must have a Transaction Code to maintain Accounting Controls of debits and credits, to cause the computer at the MCC to post the transaction on the Master File, to permit compilation of reports, and identify the transaction when a transcript is extracted from the Master File. The IRAF, BMF, and IMF Transaction Codes will not be used for the IRAF. Also, the definitions of several Transaction Codes are necessarily changed since there will be no offsetting or computer generated credit interest. In addition all refunds will be scheduled manually with the refunds posted to the IRAF using transaction code 840.

2. **<u>Description/Reference</u>** is what the Transaction Code means and the primary reference source we used.

3. **<u>Debit and credit</u>** the dollars values applicable to your account.

4. **<u>Effective Date</u>** the date the action took effect.

5. **<u>Cycle Date</u>** the date the action was put into the system.

6. **<u>Julian Date</u>** the date the action was initiated. The numeric date of the year that the return or document was numbered for processing. (For example: January 15 = 015). The sixth, seventh and eighth digits of the DLN represent the Julian Date. Note: If the DLN is IDRS generated, this date will be incremented by 400 so January 15 would be shown as 415.

7. **<u>Document Code (DOC Code)</u>** The code which identifies the specific type of return or document that was filed or processed. The document code is the fourth and fifth digits of the DLN.

8. **<u>Description/Reference</u>** lists the forms by form number connected to that particular number. This list is taken from the "IRS law Enforcement Manual 3(27)(68)4.3.

9. **<u>Blocking Series</u>** is a 3-digit number. Returns or documents grouped together for filing purposes. The ninth, tenth and eleventh digits of the DLN indicate the blocking series where the return is filed.

10. **<u>Description/Reference</u>** number indicates what kind of an action or transaction is being done with the Document Code.

11. **<u>Series/Serial Number</u>** is the maximum number of records within a block of 100; numbered 00-99

12. **<u>Year</u>** indicates the year the document locator number was generated.

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number. If such records have been substituted or deleted this demand still applies.

Report of decoded IMF

**Rebuttal Exhibit B**

## Explanation of A Document Locator Number
### Resource - ADP and IRS Information Manual  (Document 6209)



## Explanation of Collection Status Codes - Master File (MF) and Integrated Data Retrieval System (IDRS) - Resource ADP 8-57

The Master File codes are MCC computer generated as a result of the computer analysis after a transaction has posted to the Master File. The Status Code designates the current collection status at the module and will appear on the MCC transcripts and on IDRS. The ten-digit abbreviations appear on the MCC transcripts only. IDRS Status Codes, which are unique to IDRS or vary in meaning from similar MF status codes are identified by *. (Reference LEM Internal Revenue Manual 3(27){68}0)

Notice is hereby given that this document must be filed as a permanent part of the administrative records/files and any of their records systems and/or files maintained by the Internal Revenue Service on the referenced Requester and social security account number.  If such records have been substituted or deleted this demand still applies/

Report of decoded IMF

**Rebuttal Exhibit B**

**Ronald Brice** | Year Decoded **1999** | SSAN **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** | IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year | Notice |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 100 | 150 | ADP: Debit *I/B    Return Filed & (NPJ) E/A    Tax Liability P    Assessed  A tax liability assessed from the original return establishes a tax module. *BMF: Assessment may be credit for Form CT-1, 720 and 941. See TC 976 977 for amended return.  Valid Doc. Code IMF: 05, 06. 07, 08, 09, 10, 11, 12, 21, 22, 26, 27, 51, 72, 73. BMF: 03, 05, 06, 07, 08, 09, 10, 11, 13, 16, 20, 23, 29, 35, 36, 38, 40-44, 46, 51, 59, 60, 65, 66 (PSC only) 67, 71, 81, 83, 90-93, 95 EPMF: 30, 31, 37, 38. IRAF: 11, 12, 21, 22, 51, 73 PMF: 69 | 07172000 | $78,091.00 | 200027 | 151 | 22 | 1040, W-2P, 5329 1040: U.S. Individual Income Tax Return (Other than Full Paid) (Full Paid) W-2P: Statement for Recipients of Annuities, Pensions or Retired Pay 5329: Return for Individual Retirement Arrangement Taxes LEM 42, 34, 39 | 782 | IMF: 780-789 Adjustment without original return to set math error deferred action on module (CP 55 generated). IRA. Not indicated in Resource Manual. BMF: 780-789 Adjustment without original return to set math error deferred action on module (CP 155 generated) ADP 4-16, 17, 18 | 04 | 0 | Transaction Code Key 1) I--Individual Master File 2) B--Business Master File 3) A--Individual Retirement Account  The consecutive line numbers on the far left column are matched to the numbers marked on the decoded IMF. |
| | 150 Cont 1 | LEM: Debit *(NPJ) I/B    RET FILED  E/A/P Return Filed & Tax  A Liability assessed Abbreviation to be Recorded on TDA'S (Form TY-D09) is. TAX ON RET  A tax liability assessed from the original return establishes a tax module. SC computer generated while processing the return. Any remittance received with the return (TC 610) is prejournalized. IMF/BMF/IRAF: All credits posted to a tax module are frozen from offsetting or refunding until a 150 is posted. Will cause a TC 650 (which is prejournalized) to be printed on the Settlement Register if the 150 contains a Federal Depositary amount. | | | | | | | | | | | Manuals used to decode  1) ADP & IRS Information Document 6209. 2) IRM 30 (IMF Operations) 3) Internal Revenue Service Law |
| | 150 Cont 2 | *BMF: Assessment may be credit for Form CT-1, 720, and 941. (See TC 976, 977 for Amended Return)  Valid Doc. Code IMF: 07, 08, 09, 10, 11, 12, 21, 22, 26, 27, 33, 72, 73. BMF: 05, 06, 10, 11, 12, 13, 16, 20, 35, 40-44, 46, 65-67, 71, 81, 83, 90-93, 03, 05, 06, 38, 95 EPMF: 30, 31, 33, 37, 38, 39 IRAF: 11, 12, 21, 22, 51, 73 PMF: 69 | | | | | | | | | | | |

**Rebuttal Exhibit B**

**Ronald Brice**

Year Decoded **1999**    SSAN **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**    IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Sense/Serial # | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 Cont 3 | | ADP: N/A   ENTITY CREATED by TC 150 Generated Transaction  This TC 150 when posted to the Entity Transaction Section indicates the Master File Entity was created from the posting of the return. LEM: I/ ENT BY 150, A/ ENTITY CREATED by TC 150  This TC 150 when posted to the Entity Transaction Section indicates the Master File Entity was created from the posting of the return. *IMF Transcript TC 150 Exhibit B  Exhibits A,C,D relate to Virgin Is).   IRM 30 (55) 4.2  (IMF Operations) ADP 8-11 LEM 115 | | | | | | | | | | |
| 101 | 430 | ADP: Credit (PJ)  I   Estimated Tax Declaration Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662 ADP:  I Entity Created by TC 430 Generated Transaction  Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 04171999 | 12.00- | 199917 | 109 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier) 1040ES: U.S. Declaration of Estimated Income Tax for Individuals 1120POL: U.S. Income Tax Return of Political Organizations 720: Quarterly Federal Excise Tax Return 1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc. LEM 42 | 215 | IMF: 200-289 Forms 1040x processed by Document Perfection. IRA.  Not indicated in Resource Manual. BMF: 200-289 Forms 1120X processed in Returns Analysis ADP 4-16, 17 | 66   9 | Notice is hereby given that THIS DOCUMENT MUST BE FILED AS A PERMANENT PART OF THE MASTER FILE, ADMINISTRATIVE RECORD, AUTOMATED INFORMATION MANAGEMENT SYSTEM OF RECORD (S) AND ANY OTHER RECORD SYSTEM AND/OR FILES MAINTAINED BY THE INTERNAL REVENUE SERVICE ON THE REFERENCED REQUESTER AND ACCOUNT NUMBER IF SUCH RECORD(S) HAVE BEEN SUBSTITUTED OR DELETED THIS DEMAND STILL APPLIES |
| 430 Cont. 1 | | LEM: Credit (PJ)  I,B PAYTW RET Remittance with Return Valid Doc. Code  IMF - 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58,  BMF - 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 71, 81, 83, 90, 91, 95 This transaction is computer-generated when a 150(return) transaction contains a remittance amount. ADP 8-35 LEM 138 | | | | | | | | | |

**Rebuttal Exhibit B**

**Ronald Brice**  Year Decoded **1999**  SSAN **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**

IMF MCC Transcript Specific  Notice

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # / Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 430 Cont. 1 | | LEM: 1<br>ENT BY 430 Entity Created by TC 430<br>Generated Transaction<br>Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity.<br>LEM: Credit (P.J.) 1    ENT BY 430<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module. if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>ADP 8-24        LEM 128 | | | | | | | | | |
| 105 | 430 | ADP: Credit (P.J.) 1<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module. if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>ADP: 1<br>Entity Created by TC 430<br>Generated Transaction  Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 01162000 | 16,100.00- | 200004 | 018 | 20 | 1040ES, 1120POL, 720, 1120S-K1<br>(for TY81 and earlier)<br>1040ES: U.S. Declaration of Estimated Income Tax for individuals<br>1120POL: U.S. Income ax Return of Political Organizations<br>720: Quarterly Federal Excise Tax Return<br>1120S-K1 (for TY81 and earlier)<br>Shareholders Share of Undistributed Taxable Income. Etc.<br>LEM 42 | IMF: Not indicated in Resource Manual.<br>IRA: 000-099<br>All adjustments except those specified below. Non-refile DLN<br>BMF: 090-099<br>Same as above, except for Form 730 only.<br>ADP 4-16, 17   099 | 42 | 0 |

**Rebuttal Exhibit B**

**Ronald Brice**

Year Decoded **1999**   SSAN **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**   IMF MCC Transcript Specific   Notice

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 716 | ADP: Credit I/B (NPJ) Generated Overpayment Credit Applied from Prior Tax Period Generated Transaction An MCC computer generated credit which applies the amount of credit elected and available from the preceding year's Tax module. A TC 836 debit is generated for the amount of the credit. Applicable to Forms CT-1, 720, 940, 941, 943, 945, 990C, 990T, 990PF, 1040, 1041, 1042 and 1120. | 04151999 | 16,088.00- | 199920 | 121 | 21 | 1040, W-2, 5329 1040: U.S. Individual Income Tax Return (Other than Full Paid) W-2 Wage and Tax Statement 5329 Return for Individual Retirement Arrangement Taxes LEM 43, 34, 41, 39 | 885 | IMF: Not indicated in Resource Manual. IRA: 800-899 Offers in Compromise. BMF: 880-889 Offers in Compromise Form 11-C only. ADP 7-16, 17, 18 | 41 | 9 |
| 716 Cont. 1 | | LEM: Credit I B (NPJ) OR CR ELEC Generated Overpayment Credit Applied from Prior Tax Period Generated Transaction An MCC computer generated credit which applies the amount of credit elected and available from the preceding year's Tax module. A TC 836 debit is generated for the amount of the credit. Applicable to Forms 720, 941, 943, 990C, 1040, 1041, 990T, 990PF, CT-1, 940, 1042 and 1120. ADP 8-42 LEM 145 | | | | | | | | | | |
| 103 | 430 | ADP: Credit (P.J.) I Estimated Tax Declaration Valid Doc. Code 20, 61 Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662. ADP: I Entity Created by TC 430 Generated Transaction indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 06191999 | 16,100.00- | 199926 | 171 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier) 1040ES: U.S. Declaration of Estimated Income Tax for Individuals 1120POL: U.S. Income ax Return of Political Organizations 720: Quarterly Federal Excise Tax Return 1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc. LEM 42 | 368 | IRA: Not indicated in Resource Manuals. IRA: Not indicated in Resource Manuals. BMF: Not indicated in Resource Manuals. ADP 4-16-17 | 23 | 9 |

Rebuttal Exhibit **B**

**Ronald Brice**

Year Decoded **1999**    SSAN **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cont. 1 | 430 | LEM: I<br>ENT BY 430  Entity Created by TC 430<br>Generated Transaction<br>Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity.<br>LEM: Credit (P,J) I    ENT BY 430<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>LEM 128 | | | | | | | | | | |
| 104 | 430 | ADP: Credit (P,J) I<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC 661 or 662.<br>ADP: I<br>Entity Created by TC 430<br>Generated Transaction Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity. | 09151999 | 16,100.00- | 199939 | 260 | 20 | 1040ES, 1120POL, 720, 1120S-K1 (for TY81 and earlier)<br>1040ES: U.S. Declaration of Estimated Income Tax for Individuals<br>1120POL: U.S. Income ax Return of Political Organizations<br>720: Quarterly Federal Excise Tax Return<br>1120S-K1 (for TY81 and earlier) Shareholders Share of Undistributed Taxable Income, Etc.<br>LEM 42 | 166 | IMF: 150-179<br>Tax, Penalty interest, or freeze release without original return.<br>IRA: Not indicated in Resource Manual.<br>BMF: 150-179<br>Tax adjustment without the original return, including penalty, interest, and/or freeze release adjustments. Non-refile adjustments. When using this blocking series, no unpostable checks are made for prior examination because the original return has not been secured. Exercise caution when adjusting accounts using this blocking series.<br>ADP 4.16.17 | 41 | 9 |

Notice

**Rebuttal Exhibit B**

**Ronald Brice**

Year Decoded **1999**  SSAN **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**  IMF MCC Transcript Specific

13

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series / Description Reference | Series/Serial # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cont 1 | 430 | LEM: I<br>ENT BY 430  Entity Created by TC 430<br>Generated Transaction<br>Indicates that the Master File Entity was created from the posting of the ES payment. Posts to the Entity.<br>LEM: Credit (P.J) I   ENT BY 430<br>Estimated Tax Declaration<br>Valid Doc. Code 20, 61<br>Posts to the MF and establishes a tax module, if necessary, to record ES tax payment. Reversed by TC's 661 or 662.<br>ADP 8-24    LEM 128 | | | | | | | | | | |
| 106 | 610 | ADP: Credit I/B (P.J)<br>Remittance with Return<br>Valid Doc. Code  IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58, 70  BMF: 03, 05, 06, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 70, 71, 81, 83, 90, 91, 95<br>Credits the tax module with a payment received with the return. Doc Code 70 is valid form OCR/RPS/CHESS and eliminates Doc Code 19. | 04152000 | 13,691.00- | 200019 | 121 | 70 | No information indicated in Resource manuals. LEM 43 | | | | |
| 610 Cont 1 | | LEM: Credit (P.J)  I/B<br>PAYTW RET Remittance with Return<br>Valid Doc. Code  IMF: 11, 12, 17, 18, 19, 21, 22, 24, 26, 33, 34, 58,  BMF: 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24, 25, 34, 38, 40, 41, 42, 43, 44, 46, 58, 65, 71, 81, 83, 90, 91, 95<br>This transaction is computer-generated when a 150(return) transaction contains a remittance amount.<br>ADP 8-35<br>LEM 138 | | | | | | | IMF: Not indicated in Resource Manuals.<br>IRA: 800-899<br>Offers in Compromise.<br>BMF: 890-899<br>Offers in Compromise<br>Form 11-C only<br>ADP 16, 17, 18 | 894 | 78 | 0 |

**Rebuttal Exhibit B**



Ronald Brice

Year Decoded **1999**    SSAN **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**

IMF MCC Transcript Specific

| Line | Transaction Code | Description Reference | Effective Date | Debit & Credit (-) | Cycle Date | Julian Date | Document Code | Forms Description Reference | Blocking Series | Description Reference | Series/Serial # | Year | Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | MF STAT 12 | ADP: I/B/A R OP OR PD Return is filed or assessed or, if MFT 13, TC 240 posted, overpaid or subsequently collected. LEM: I/B/A R OP OR PD Return is filed or assessed or, if MFT 13, TC 240 posted-overpayment, or subsequently collected. ADP 8-58 LEM 98 | 07172000 | 0.00 | 200027 | | | | | | | | |

**MASTER FILE STATUS CODE(S)**

**Rebuttal Exhibit B**



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

---

| F.O.I.A Response Letter | Person to Contact:<br>Barry Windheim<br>Telephone Number:<br>(202) 622-6250<br>Refer Reply to:<br>97-976<br>Date:    MAY  1 1997 |
|---|---|

Dear Mr.

This is in response to your Freedom of Information Act (FOIA) request dated April 9, 1997, concerning Transaction Code 150.

In response to number 5 of your request, we are not required under the FOIA to conduct extensive research. Concerning the scope of Transaction Code 150 (number 6 of your request), our Disclosure Officer in the Assistant Commissioner (International) has advised us that the transaction codes contained in our manuals are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayer's account on the master file. The Transaction Code 150 indicates a tax liability assessed when a tax return is filed and a return is posted to the Master File. The Virgin Islands (150) relates to the tax liability assessed on a U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa It indicates the amount of self-employment tax assessed on this type of return.

<table>
<tr><td>**Notice** This Document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies</td><td>Sincerely,<br><br>Barry Windheim<br>Program Analyst<br>Freedom of Information</td></tr>
</table>

| Exhibit    A |
|---|

Page 15
**Rebuttal Exhibit** **B**

(15) OIC (TC 480)
(16) NMFL (TC 480)
(17) KITA (TC 01X)
(18) COMBAT ZON
(19) UNREVTC 520 (TC 520)
(20) TDI RESRCH (See Project 720)
(21) INTEL (See Project 735)
(22) REACT NMF (TC 130)
(23) CSED
(24) MARRIED FILED SEPARATELY (TC 424)
(25) MULTIPLE FILER (TC 424)
(26) Cr El Decd (See Project 439)
(27) TRFPENACT
(28) VIRGIN IS (TC 150)
(29) STAT TRANSCRIPT
(30) QUEST W-4 (See Project 411)
(31) FOLLOW-UP W-4 (See Project 411)
(32) AMRH (See Project 712)
(33) AM→X (See Project 712)
(34) CV PN CRED
(35) SC ADDRESS
(36) Hostage
(37) NRPS
(38) DECDESCR
(39) STIM
(40) UNP 71 REL
(41) RSED
(42) A/R Clean-Up (see Project 713)
(43) LPCANCEL
(44) PMTOVERCAN
(45) OICDEFAULT
(46) DEFAULTFSC
(47) TDIFRZ–150
(49) TDI–EXAM
(50) HighRisk
(51) Deferral
(52) HighDollar

30(55)4.3 (1-1-96)
**Computer Paragraph Notices**

(1) 04—ES Penalty Waiver
(2) 01—Deferral Reminder
(3) 08—Refund Issued—SSA Records need correction
(4) 09—Earned Income Credit Refund
(5) 10—Combination CP 12 and CP 45
(6) 11—Math Error—Bal Due
(7) 12—Math Error—Overpayment
(8) 13—Math Error—Settlement
(9) 14/14E—Bal Due No Error
(10) 15—Civil Penalty Assessment
(11) 15B—100% Civil Penalty Assessment
(12) 16—Math Error—Overpayment to other taxes (CP 12/49 combination)
(13) 17—Refund unfrozen Excess ES Credits

Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records / files have been deleted and / or substituted this demand still applies.

Exhibit    B

Page 16
Rebuttal Exhibit B

3(15)(129)9.(10)
**Veteran's Disability Compensation—Public Law 95-479, Sec. 301**

(1) Veterans notified that they are retroactively entitled to a Veterans Administration (VA) pension or compensation can exclude this amount from gross income. In order to qualify for this exclusion the veteran must waive an equal amount of retirement pay that he/she may receive from the VA benefit. This waiver must be made within one year of the date the veteran is notified by the VA of his/her eligibility. Since this notification of VA benefits eligibility can be, and usually is retroactive, the taxpayer can file claims for refund of taxes paid on these amounts.

(2) When a claim is received in A/C, review the claim for completeness following the guidelines in IRM 3(15)60, "Processing Procedures for Claims and Amended Returns".

    (a) Disallow the claim if the statute is barred.

    (b) Disallow the claim if it is not for a retroactive exclusion of the Veterans Administration benefits.

**Caution:** Many claims are received where the claimed amount is for additional benefits. These claims are not allowable because the benefits have not been included in the taxable income.

    (c) A copy of VA Form 20-0993 or an official VA letter granting the retroactive benefit that clearly states "in lieu of VA Form 20-0993" must be attached to the claim.

(3) If the required documentation is not attached, suspend the claim and correspond with the taxpayer. If the taxpayer does not furnish the necessary information by the end of the suspense period, reject the claim.

3(15)(129)9.(11)
**Adjustment to Virgin Island Forms 1040 and 1040A**

(1) Route claims received from taxpayers residing in the Virgin Islands to PSC for processing.

(2) Action:

    (a) Check TC 150 DLN for blocking series 95 (Virgin Island);

    (b) Write "Virgin Island TP" on the transmittal; and

    (c) Send 86C Letter to taxpayer notifying him/her of the transfer.

3(15)(129)9.(12)
**Underreporter/CP2000 Issues**

(1) The Underreporter Program (URP) is the compliance program, which compares amounts of wages, interest, dividends, etc., reported by the payers with the amounts reported by the individual taxpayers. Discrepencies in income and increased withholding credits are identified. A CP2000 notice is sent to a taxpayer to propose a change to tax and/or credits. The current URP processing year is usually 18 to 24 months prior to the current tax year. (e.g., The tax year 1991 will be processed by URP in the calendar year 1993.) As a result of taxpayers receiving CP2000's or Statutory Notices from URP, A/C will receive correspondence and/or Forms 1040X. In addition, A/C will also receive taxpayer correspondence and returns that have been reviewed by URP.

(2) Route Forms 1040X (that relate or refer to URP) for the current URP processing year, to URP. Follow regular adjustments procedures for:

    (a) other than current URP processing year Forms 1040X and,

Notice  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

**Exhibit   C**

Page 17
**Rebuttal Exhibit  B**

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Regs. § 1.933-1                                   Income from foreign and U.S. sources

Rico during the course of the taxable year is not entitled for such year to the exclusion provided in section 933.

(b) Taxable year of change of residence from Puerto Rico. A citizen of the United States who changes his residence from Puerto Rico after having been a bona fide resident thereof for a period of at least two years immediately preceding the date of such change in residence shall exclude from his gross income the income derived from sources within Puerto Rico which is attributable to that part of such period of Puerto Rico residence which preceded the date of such change in residence, except amounts received for services performed as an employee of the United States or any agency thereof.

(c) Deductions. In any case in which any amount otherwise constituting gross income is excluded from gross income under the provisions of section 933, there shall not be allowed as a deduction from gross income any items of expenses or losses or other deductions (except the deduction under section 151, relating to personal exemptions) properly allocable to, or chargeable against, the amounts so excluded from gross income.

T.D. 6349, 5/21/57.

§ 1.934-1 Limitation on reduction in income tax liability incurred to the Virgin Islands.

(a) General rule. Section 934(a) provides that tax liability incurred to the Virgin Islands shall not be reduced or remitted in any way, directly or indirectly, whether by grant, subsidy, or other similar payment, by any law enacted in the Virgin Islands, except to the extent provided in section 934(b) or (c). For purposes of the preceding sentence, the term "tax liability" means the liability incurred to the Virgin Islands pursuant to subtitle A of the Code, as made applicable to the Virgin Islands by the Act of July 12, 1921 (48 USC 1397) or pursuant to section 28(a) of the Revised Organic Act of the Virgin Islands (48 USC 1642).

(b) Exception for certain domestic and Virgin Islands corporations. (1) General rule. Section 934(b) provides an exception to the application of section 934(a). Under this exception, section 934(a) does not apply with respect to tax liability incurred to the Virgin Islands by a domestic or Virgin Islands corporation for any taxable year (or for such part of such year as may be applicable) to the extent that such tax liability is attributable to income derived from sources without the United States, if such corporation satisfies the conditions provided in section 934(b)(1) and (2), and if the information required by section 934(d) is supplied. These conditions are enumerated in the remainder of this paragraph, and the information requirement is set forth in paragraph (d) of this section.

(2) Conditions to be satisfied for exception. A domestic or Virgin Islands corporation satisfies the conditions of section 934(b)(1) and (2) if—

(i) Eighty percent or more of the gross income of such corporation for the 3-year period immediately preceding the close of the taxable year (or for such part of such period immediately preceding the close of such taxable year as may be applicable) was derived from sources within the Virgin Islands; and

(ii) Fifty percent or more of the gross income of such corporation for such period (or such part thereof) was derived from the active conduct of a trade or business within the Virgin Islands.

18,596

(3) Computation rule. Except as provided in subparagraph (5) of this paragraph, tax liability incurred to the Virgin Islands by a domestic or Virgin Islands corporation for the taxable year (or such part of such year as may be applicable) attributable to income derived from sources without the United States shall be computed as follows:

(i) Add to the income tax liability incurred to the Virgin Islands any credit against the tax allowed under section 901(a);

(ii) Multiply by taxable income from sources without the United States for the applicable period;

(iii) Divide by total taxable income for the period;

(iv) Subtract any credit against the tax allowed under section 901(a).

Tax liability incurred to the Virgin Islands attributable to income derived from sources without the United States, as computed in this subparagraph, however, shall not exceed the total amount of income tax liability actually incurred.

(4) Examples. The rule of the preceding subparagraph may be illustrated by the following examples:

Example (1). Corporation X, which satisfies the requirements of section 934(b), incurs an income tax liability to the Virgin Islands for taxable year 1963 of $290, as follows:

| | |
|---|---|
| Taxable income from sources within the U.S. | $200 |
| Taxable income from sources without the U.S. | 800 |
| Total taxable income | $1,000 |
| Credit allowed under section 901(a) | 10 |
| Tax liability incurred to the Virgin Islands | 290 |

The income tax liability incurred to the Virgin Islands attributable to income derived from sources without the United States is $230, computed as follows:

| | |
|---|---|
| (i) Tax liability incurred to the Virgin Islands | $290 |
| Plus credit allowed under section 901(a) | 10 |
| | $300 |
| (ii) Multiply by taxable income from sources without the U.S. | 800 |
| | 240,000 |
| (iii) Divide by total taxable income | 1,000 |
| | 240 |
| (iv) Subtract credit allowed under section 901(a) | 10 |
| | $230 |

Example (2). Corporation Y, which satisfies the requirements of section 934(b), incurs an income tax liability to the Virgin Islands for taxable year 1963 of $140, as follows:

| | |
|---|---|
| Taxable income from sources within the U.S. | ($300 net loss) |
| Taxable income from sources without the U.S. | 800 |
| Total taxable income | $500 |
| Credit allowed under section 901(a) | 10 |
| Tax liability incurred to the Virgin Islands | 140 |



Exhibit   D

Page 18

Rebuttal Exhibit  B

## 1–10

Cycle — One week's processing at the Service Center and Maintaining Computing Center. The cycle is expressed by a 4 digit code; the first two digits, the processing year and the second two digits, the processing week in that year.

Designated Payment Code (DPC) — A payment designated by the taxpayer for a type of tax.

Document Code (EOC Code) — The code identifies the specific type of return or document that was filed or processed. The document code is the fourth and fifth digit of the DLN.

Dummy Module — A module created on IDRS in order to record case control information when the taxpayer's module is not present. It contains name control, TIN, MFT and tax period and will be replaced by the true tax module when generated TC 902 finds a match on the Master File.

Employee Plans Master File — The Employee Plans Master File (EPMF) is a master file maintained at MCC. This file consists of various types of tax sheltered Pension/Profit Sharing Plan. The plans are plans that are adopted by (a) employers, (b) sponsors (e.g. labor unions) and (c) self-employed individuals. This file is indexed in Employer Identification Number (EIN) sequence. Note: This file should not be confused with the Individual Retirement Account File (IRAF). The IRAF is related to the IMF and is maintained in Social Security Number (SSN) sequence. The EPMF consists of three distinct sub-modules. These sub-modules are:

(a) The Sponsor/Employer entity module.

(b) The Plan Data module.

(c) Returns module.

When making quality changes to plan data modules, they must be input with doc. code 64.

Entity Module — is that portion of the master file record which identifies the taxpayer. It contains his/her name, address, Social Security or Employer Identification number, employment code if applicable, filing status code, filing requirement codes, tax period, and date of establishment. In the case of IMF it also includes filing status, spouse's name and social security number. Note: This can also be a dummy module.

Entry Code — A two character code assigned each day to authorized terminal operators and is required entry for all terminal coded codes.

Extension Notice Code — A two digit code assigned to Forms 2688/4868 identifying if the application is for extension of time to file returns were fully approved, granted (10-day approvals or denied, the reason for the action taken.

Source — A one digit code which follows the Taxpayer Identification Number (TIN). The common values are:

| | |
|---|---|
| Blank—valid SSN or EIN | P—valid IRA SSN |
| *—invalid SSN on BMF | X—invalid IRA SSN |
| V—valid SSN on BMF | P—valid EPMF EIN |
| W—invalid SSN on BMF | X—invalid EPMF EIN |

## 1–11

D—Temporary TIN          N—NMF

File Year — The 14th digit of the DLN will show the calendar year the document was numbered

Freeze Code — This could be on Master File or on AIMS

(a) AIMS— The code indicating that certain types of updates and closing actions will be prevented until the restriction (freeze code) is removed Refer to Section 12

(b) Master File— A freeze places a taxpayer's account in a condition which require additional action before the account can be settled

Installment Agreement Record — A record in IDRS containing installment agreement information.

Invalid Number — Taxpayer's name and Social Security Number do not agree with the SSN he-name/val/ or do not match Social Security records. On MCC or IDRS transcript, an asterisk(*) follows the invalid number

Invalid Segment — That part of the Individual Master File that contains Social Security Numbers or names that do not match with Social Security records.

Inventory Validation List (IVL) — A list of accounts currently on the AIMS data base. The purpose of validating inventory is to maintain the integrity and accuracy of AIMS by comparing the physical inventory with the AIMS inventory.

IRS Number — Classification number given to various classes of excise or special tax liability. (numbering of; IRS 83; Retail Liquor Dealer, IRS 96)

Julian Date — The numeric day of the year that the return or document was numbered for processing. (For example: January 15 (MF 015); The sixth, seventh and eighth days of the DLN represent the Julian Date. Note: If the DLN is IDRS generated, this date will be incremented by 400 so January 15 would be shown as 415

Labels — AIMS provides three types of labels: audit (statute), 8ie, and address labels Audit labels are used on AIMS forms for requisition, updates, closings and corrections. The 8ie labels are used to identify returns in various files and for group control cards. The address labels are used on correspondence with the taxpayer.

Long Closing — The AIMS process of examined returns and surveyed claims. A long closing uses Form 5344 (Exam), Form 5599 (EO), and Form 5650 (EP)

Master File Tax Code (MFT) — The MFT reduces the numerous types of tax to a two digit code

Microfilm Serial Number — This is a 10-digit number assigned to FTDs during the OCR scanning process. This has increased to a 12 digit number during SCRIPS processing

Name and Address File (NAF) — The IDRS file that contains the names and addresses (and other entity data) all taxpayers with modules at the NAF.

Name Control — The first 4 letters of the taxpayer's last name (in the case of individuals) and the first 4 letters of the business name (in the case of partnership, corporations etc.) The name control is used to check master file and assure that the TIN corresponds with the proper taxpayer

Non-computed — If a taxpayer files an incomplete tax return. He signs the return and attaches Forms W-2. The computer will calculate the tax and issue a notice. The notice will advise the taxpayer

Rebuttal Exhibit

℞ File Source
A & B on the IMF

Exhibit E

Page 19

Notice   This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Rebuttal Exhibit B

# 6209 Document (ADP)

### Master File Tax Code (MFT)

4-10

| Form | Tax Class | Doc. Code | | MFT | Form | Tax Class | Doc. Code |
|---|---|---|---|---|---|---|---|
| 1065 | 2 | 65 | | 29 | 5235 | 0 | Various |
| 1065-X1 | 5 | 65 | | MFT 30 | Form | Tax Class | Doc. Code |
| 1066 | 3 | 60 | | | 1040, 1040A, 1040NR, 1040SS, | 2 | Various |
| 8804,8805 | 1/0 | 29,46 | | | 1040PR, 1040ES, | | |
| CT-1 | 7 | 11 | | | 1040EZ,1040T | | |
| 940,940PR | 8 | 40 | | 55 | 8453 | 2 | 59 |
| 940-EZ | 8 | 43 | | 56 | 8278 | 2 | 54 |
| 943,943PR | 1 | 38,39(mag tape) | | | 1099 | 2 | |
| 1042 | 1 | 25,58 | | NMF | Form | Tax Class | Doc. Code |
| 8278 | 3 | 54 | | 03 | 6009 | 6 | 68 |
| 1099 | 9 | | | 07 | 1096 | 6 | 60 |
| 8752 | 2 | 23 | | 08 | 8813,8804,8805 | 6 | 29 |
| 945 | 1 | 97,37,44 | | 12 | 1042 | 6 | 48 |
| 990C | 3 | 92 | | 14 | 8613 | 33 | 22 |
| 990T | 3 | 93 | | 17 | 941 | 6 | 41 |
| 1041A | 4 | 81 | | 17 | 2749 | 6 | 41 |
| 5227 | 4 | 83 | | 18 | 942 | 6 | 42 |
| 990PF | 4 | 91 | | 19 | 943 | 6 | 43 |
| 3609 | All | 48,59 | | 20 | 1040, 5734 | 6 | 10,55,56 |
| 4720 | 4 | 71 | | 21 | 1041 | 6 | 44,46 |
| 709 | 5 | 09 | | 22 | 1041PR | 6 | 33 |
| 709A | 5 | 09 | | 23 | 1120 DISC | 6 | 69 |
| 706 | 5 | 05 | | 24 | 997 | 6 | |
| 5227 | 4 | 05 | | 25 | 858 | 6 | |
| 3609 | All | 48,59 | | 26 | 959 | 6 | |
| 2290 | 4 | 95 | | 28 | CVPN | 6 | |
| 2290A | 4 | 95 | | 29 | 5329 | 6 | |
| 11C | 4 | 03 | | 31 | 1120S | 6 | 16,17 |
| 730 | 4 | 13 | | 32 | 1120 | 6 | 20 |
| 990,990EZ | 5 | 90 | | 33 | 990C | 6 | 92 |
| 706GS(T) | 5 | 29 | | 34 | 990T | 6 | 93 |
| 706GS(D) | 5 | 59 | | 35 | 1065 | 6 | 65, 66, 67 |
| W-3/W-3G | | Various | | 36 | 1041 | 6 | 81 |
| Form | Tax Class | Doc. Code | | 36 | 1041A | 6 | 83 |
| 5300,5301,5303,5307,5310 | 0 | 53, 01, 03 | | 37 | 2439 | 6 | 86 |
| 3672,3672A,4461,5306 | 06 | 61,62,72,73,06,60 | | 38 | 5227 | 6 | 93 |
| Form | Tax Class | Doc. Code | | 44 | 990PF | 6 | 91 |
| 5300, 5370, 5500, 5500C, | 0 | Various | | 45 | 720 | 6 | 30 |
| 5500EZ and 5500R | | | | 46 | 5734 | 6 | 55 |

OFFICIAL USE ONLY

OFFICIAL USE ONLY

**Notice** This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

4-11

Page 20

Exhibit F

# 6209 Document (ADP)

8 - 76

1 - required to file Form 2290
5 - reserved for programming use
8 - account currently inactive, return not required to be mailed or filed

(17) Form 11C-Special Tax and Application for Registry
0 - not required to file
1 - required to file Form 11C
5 - reserved for programming use
8 - account currently inactive, return not required to be mailed or filed

(18) Form 730 Tax on Wagering
0 - not required to file
1 - required to file Form 730
5 - reserved for programming use
8 - account currently inactive, return not required to be mailed or filed

(19 & 20) Form 990 and 990EZ Organization Exempt from Income Tax
00 - not required to file.
01 - required to file Form 990 Gross receipts over $25,000
02 - not required to file Form 990 Gross receipts of $25,000 or less?
03 - Dummy Entity—group return filed
04 - not required to file—filing Form 990BL
06 - not required to file—Church
07 - required to file—exempt under 501 (C)(1)
13 - Not required to file—religious organization
14 - Instrumentalities of States or Political Subdivisions not required to file
55 - reserved for programming use
88 - account currently inactive, return not required to be mailed or filed

(21) Form 8752—Required Payment or Refund under IRC Section 7519
0 - Not required to file
1 - Required to file
8 - Account currently inactive, return not required to be mailed or filed

(22) Form 945—Payer's Annual Tax Return
0 - Not required to file
1 - Required to file

(2) MFT Filing Requirement Codes

## Mail Filing Requirements

Form 1040—U.S. Individual Income Tax Return
00 - No return filed.
01 - Return not required to be mailed or filed
02 - Form 1040A or 1040EZ filer. (Package 50)
03 - Form 1040 with Schedule A and B only. Principle non-business filer (Package 10).
04 - Form 1040, Schedules A, B, D and E. Full non-business filer (Package 20).
05 - Form 1040, Schedules A, B, D, E, C and F. Form 1040 business filer (Package 30).
06 - Form 1040SS filer (Virgin Islands (DO 66), Guam, and American Samoa—DO 98).
07 - Form 1040PR filer (Puerto Rico—DO 66).
08 - Account is inactive. Return not required to be mailed or filed.

OFFICIAL USE ONLY

8 - 77

09 - Form 1040NR filer.
10 - Form Schedule F Business with Farm Package (Package 40)
11 - MeF Child Care Credit present (Package 00)
12 - Schedule EIMP present (Package 80)
13 - Form 1040EZ
14 - 1040A (Schedule EITC present) (NAF
15 - 1040ST Filer

(3) EFMF Filing Requirement Codes

| Form | FR | 0C |
|---|---|---|
| 5500 | X | 37 |
| 5500 C | T | 38 |
| 5500 EZ | Z | 31 |
| 5500EZ | N | 31 |
| 5500-R | T | 30 |

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit   G

Page 21

Rebuttal Exhibit B

4   REVERSE VALIDITY INDICATOR—blank or *. If asterisk is present, it indicates account is
    also present under the opposite validity.
5   LAST MASTER FILE EXTRACT CYCLE ENTITY
5A  Will be displayed if present. PL=Prior Name Lines; PT=Posted transactions; PN=Pending
    transactions; CH=Control History Lines; AH=Action History Lines; NH=Notice History Lines.
6   NAME LINE YEAR
7   FILING STATUS CODE—Indicates the taxpayer's filing status. Values are 0–9. Refer to LEM
    3(27)(68)0 for additional information.
8   FIRST NAME LINE
9   SECOND NAME LINE may be continued name line of foreign address line or care of name
    line.
10  ADDRESS CHANGE CYCLE
11  STREET ADDRESS (rarely, may not be present)
12  CITY/STATE—City—State
13  ZIP
14  CROSS REFERENCE SPOUSE'S SSN AND VALIDITY
    * = Invalid
    Blank = Valid
15  PRIMARY TELEPHONE NUMBER
16  SECONDARY TELEPHONE NUMBER
17  TDA YIELD SCORE—Displayed if significant values
18  TDI YIELD SCORE
19  YEAR OF NAME LINE
20  FILING STATUS CODE See LEM 3(27)(68)0
21  PRIOR YEAR NAME LINE
22  PRIMARY LOCATION CODE. Format is District and Area Offices.
23  TDA/TDI LOCATION CODE.
24  TDI CODE
25  TDA/TDI CASE ASSIGNMENT EMPLOYEE.
26  MAIL FILE REQUIREMENT—Refer to LEM 3(27)(68)0 for appropriate codes.
27  INVALID SSN REFUND CODE—
    BLANK—Invalid SSN freeze in effect
    1—Invalid SSN Freeze has been released by TC 290 or 300 or Scrambled SSN Indicator of
      "2". This release is effective during the current calendar year only.
    2—Invalid SSN Freeze has been released by TC 150 Document Code 72 or 73 posting to
      the Temporary SSN. This release is effective during the current calendar year only.
    4—Account on the invalid segment and the invalid SSN Freeze has been released by a
      transaction (other than TC 100, 90X, 92X or 99X) which has posted to the account and
      the transaction name control matches the name control for this account on a file of
      update records received from SSA, which have not yet updated the DM-1 file. The
      DM-1 file is updated on a quarterly basis.
    5—Combination of 1 and 4 above.
    6—Combination of 2 and 4 above
    8—Account on invalid segment and TC 510 posted to account
    9—Combination of 1 and 8 above
    A—Combination of 2 and 8
    C—Combination of 4 and 8
    D—Combination of 1, 4 and 8 above
    E—Combination of 2, 4 and 8
28  148 HOLD on the Master File. Values V, Q, P, W, E, J, K, F, M or L.
29  CAF INDICATOR—If the present value is "C", indicating an authorized representative for at
    least one tax period. For further information input Command Code CFINQ.
30  FISCAL YEAR MONTH—Taken from the most current First Name Line on the Master File
    entity.
31  SCRAMBLED SSN INDICATOR—
    BLANK—No scrambled SSN
    1—Scrambled SSN indicator (two taxpayers using the SSN)

Notice  This document must be filed
as a permanent part of the reference
name and account # in the IRS Master
File Records.  If any records / files
have been deleted and / or substituted
this demand still applies.



**Val 1**

OFFICIAL USE ONLY

Exhibit   H

Page 22

**Rebuttal Exhibit B**

IMF Operations

I R Manual
30(55)6.4

### 30(55)6.3 (1-1-96)
### Return Processing

(1) When the input transaction is a return (TC 150) it designates the assessable liability. Other transactions are generated when amounts are present in the return. The generated transactions are posted to the Transaction Section and the Module Balance is updated.

(a) TC 150—Assessment Amount—This field designates the tax liability.

(b) TC 610—Remittance with Return.

(c) TC 806—Withholding.

(d) TC 636—Separate Appropriation Credits.

(e) TC 766—Other Cash Credits.

(f) TC 200—Pre-determined TIN Penalty.

(g) TC 170—Pre-determined Estimate Tax Penalty.

(h) TC 160—Pre-determined Delinquency Penalty—When the return contains a penalty code of "1", penalty is computed at 5% regardless of dates, unless FTP has been computed for that same period. Refer to 30(55)6.7.

(i) TC 270, 340 and 770—Restricted Penalty & Interest for a return containing condition code Y, R and either A or F.

(j) TC 540—for a return containing condition code "A" or "F" (deceased taxpayer).

(k) Generate TC 570 if return has condition code 3 for additional liability. Also generate TC 570 if the return is blocked 920–929 or is an SFR. Also generate TC 570 with Julian Date 999 when posting a current year return with an overpayment of $300 or more if the account contains a module in status 03 or a module with an unreversed TC 42X.

(l) Earned Income Credit—For full years (decedent with short years allowed) beginning with tax period ending date of 12/31/75, a TC 768 (CR) will be generated with return due date and TC 150 DLN if the Earned Income Credit Computer field is present. TC 764 (CR) and TC 765 (DR) will be generated from manually input line item reference number 764, 765 respectively. It is, however, available for offset or refund whether or not the input return has tax or other credits present, but freeze conditions prevail.

(m) TC 160, 170, 270 and 340—Restricted Penalty and Interest for a return containing condition code "Z".

### 30(55)6.4 (1-1-96)
### Subsequent Processing

(1) TC 148—causes an alert for Immediate Issuance of TDA when certain non-compliance conditions are present in any of the Tax Modules in an account. For details regarding TDA's see Project 721.

(2) TC 130—indicates a Non-Master File Liability Outstanding and posts to the Entity Section as it affects all modules.

(a) This transaction does not supersede any of the automatic offsetting routines but becomes effective at the time that refundable credits are available. The account is frozen for refunding and a CP 44 (Credit Available to Non-Master File Account) is output to the appropriate Service Center advising of the amount of credit available. CP44 will not generate, and a refund will be issued if the credit per module (before refund interest is computed) is under $25. Service Center will input TC 824 (Credit Transfer) for amount used when the credit available was sufficient to offset the Non-Master File liability. The credit module is

Notice This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit

Page 23

Rebuttal Exhibit **B**

# Law Enforcement Manual III

Exhibit    for Document Code    Law Enforcement Manual III

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| W-2P | Statement for Recipients of Annuities, Pensions or Retired Pay | 22 | 5 |
| W-2G | Statement of Gambling Winnings | 32,88 | 5 |
| W-3 | Transmittal of Income and Tax Statements | ANY | 1 |
| W3-SS | Transmittal of Wage and Tax Statements | 32,33,34,35 | 1 |
| W-4 | Employee's Withholding Certificate | 42 | 5 |
| W-4E | Exemption from Withholding Certificate | 42 | 5 |

**3(27)(68)4.4**  (1-1-80)
## Document Codes Reference

(1)  Doc. Codes with forms are as follows.

| Doc Code | Forms |
|---|---|
| 01 | 5301 |
| 03 | 11C,5303 |
| 04 | 2758,7004,SS4,8736 |
| 05 | 706NA,1120RIC |
| 06 | 706,5306,1120DF |
| 07 | 5307,1040EZ,1120FSC |
| 08 | 709A,5713,1040EZ, 1120ND |
| 09 | 1040A,709,5309,1120A,990EZ |
| 10 | 1040A,1120,1120X,4626,5310 |
| 11 | 1040,1120,CT-1,5329,W-2 (Guam),1120L,1120M,1040X |
| 12 | 1040,5329,W-2 (Virgin islands),1120REIT |
| 13 | 730,1120PC |
| 14 | 3177,3177A,TYD-14 |
| 15 | Passport |
| 16 | 1120S, Green Card |
| 17 | 1962, 2287, 2758, 4423, 3731, 3967, 3244, 3446, 3552, 4188, TY-26, TY-18, 4839, 4840, 809, 4868, 4843, 4084, 4085, 4086, 4482, 4502, 4504, 4732, 4733, 4779, 4868, 4960, 4961, RSC137, TYD69,4188SP,4429P,6641, 1041ES,8210 |
| 18 | 809,3244,4840,4907,3244A,TYD69,8210 |
| 19 | RPSII processed forms |
| 20 | 1040ES,1120POL,720,1120S-K1 (for TY81 and earlier) |
| 21 | 1040,W-2,5329 |
| -X- 22 | 1040,W-2P,5329 |
| 23 | 8697 |
| 24 | 2424 |
| 25 | 1042 |
| | 1042 Tax Period 8512 and later |
| 26 | 1040SS |
| 27 | 1040PR |
| 28 | 5498 |
| 29 | 8804,8813 |
| 30 | 6209,6222,720,5500-R,W-3 |
| 31 | 5263,3912,W-3,5500-EZ |
| 32 | W-2G, W-3SS |
| 33 | 1042 (Tax Period 8512 and prior), W-3SS, 5500-G |
| 34 | W-3SS |
| 35 | 941(mag. tape),5330,W-3SS |
| 36 | 6248,5500 Sch. B,941E(mag. tape) |

**Notice:**  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit J

# 6209 Document ADP

## 2-4

| Form No. | Title | File Source | Tax Class | MFT Code | Doc. Code |
|---|---|---|---|---|---|
| 959 | Return by an Officer, Director, or Shareholder with Respect to the Organization or Reorganization of a Foreign Corp. and Acquisition of its Stock | N | 6 | 26 | |
| 964/966 | Corporate Dissolution Indicator | B | 9 | | 78 |
| 982 | Reduction of Tax Attributes Due to Discharge of Indebtedness | | | | |
| 990 | Return of Organization Exempt from Income Tax | B/N | 4;6 | 67 | 90 |
| 990-BL | Information and Initial Excise Tax Return for Black Lung Benefit Trust and Certain Related Persons | N | 6 | 56 | 88 |
| 990-C | Exempt Cooperative Association Income Tax Return | B/N | 3;6 | 33 | 92 |
| 990EZ | Short Form Return of Organization Exempt From Income Tax | B | 4 | 67 | 09 |
| 990-PF | Return of Private Foundation | B/N | 4;6 | 44 | 91 |
| 990-T | Exempt Organization Business Income Tax Return | B/N | 3;6 | 34 | 93 |
| 990-W | Estimated Tax on Unrelated Business Taxable Income for Tax-Exempt Organization | | | | |
| 1000 | Ownership Certificate | | | | |
| 1001 | Ownership, Exemption, or Reduced Rate Certificate | | | | |
| 1028 | Application for Recognition of Exemption Under Section 501(e) or for Determination Under Section 120 | | | | |
| 1040 | U.S. Individual Income Tax Return | I/N | 2;6 | 30;'20 | 11,12,21,22 |
| 1040A | U.S. Individual Income Tax Return | I | 2 | 30 | 09,10 |
| 1040C | U.S. Departing Alien Income Tax Return | I | 2 | 30 | 61 |
| 1040ES | U.S. Declaration of Estimated Income Tax for Individuals | I | 2 | 30 | 20 |
| 1040EZ | U.S. Individual Income Tax Return | I | 2 | 30 | 07 |
| 1040EZ-TEL | U.S. Individual Income Tax Return - Telefile | I | 2 | 30 | 08 |
| 1040NR | U.S. Non-resident Alien Income Tax Return (PSC only) | I/N | 2;6 | 30;'20,'21 | 72,73 |
| 1040NR-EZ | U.S. Non-resident Alien Income Tax Return (PSC only) | I | 2 | 30 | 72 |
| 1040PC | U.S. Individual Income Tax Return (Personal Computer) | I | 2 | 30 | 05,06 |
| 1040PR | U.S. Self-Employment Tax Return-Puerto Rico (PSC only) | I/N | 2;6 | 30;'22 | 27 |
| 1040SS | U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa (PSC only) | I | 2 | 30 | 26 |
| 1040T | US Individual Income Tax Payer | I | 2 | 30 | 05,06 |

OFFICIAL USE ONLY

## 2-5

| Form No. | Title | File Source | Tax Class | MFT Code | Doc. Code |
|---|---|---|---|---|---|
| 1040X | Amended U.S. Individual Income Tax Return | | 2 | 30 | 11,54 |
| 1041 | U.S. Fiduciary Income Tax Return (for Estates and Trusts) | B/N | 2;6 | 05;'21 | 44 |
| 1041 | Magnetic Media U.S. Fiduciary Income Tax Return (for Estates and Trusts) | B | 2 | 05 | 36 |
| 1041-A | U.S. Information Return—Trust Accumulation of Charitable Amounts | B/N | 4;6 | 36 | 81 |
| 1041ES | Payment Voucher, Estimated Tax | B | 2 | 05 | 17 |
| 1041ES | Payment Voucher, Estimated Tax, Lockbox Processing | B | 2 | 05 | 19 |
| 1041-K1 | Beneficiary's Share of Income, Credits, Deductions, Etc. | | 5 | | 66 |
| 1041PF | (See Form 5227) | | | | |
| 1042 | Annual Withholding Tax Return for US Source Income of Foreign Persons | B/N | 1;6 | 12 | 25 |
| 1042S | Foreign Persons US Source Income subject to Wds. holding | N | 6 | 12 | 66 |
| 1045 | Application for Tentative Refund | | | | |
| 1065 | U.S. Partnership Return of Income | D/N | 2;6 | 06;'35 | 65 |
| 1065-K1 | Partners Share of Income, Credits, Deductions, Etc | | 5 | | 65 |
| 1066 | Real Estate Mortgage Investment Conduit Income Tax Return | B/N | 3;6 | 07 | 60 |
| 1078 | Certificate of Alien Claiming Residence in the United States | | | | |
| 1096 | Annual Summary and Transmittal of US Information Returns | | 5 | 88 | 69 |
| 1098 | Mortgage Interest Statement | | 5 | | 81 |
| 1099-A | Information Return for Acquisition or Abandonment of Secured Property | | 5 | | 80 |
| 1099-B | Statement for Recipients of Proceeds From Real Estate Brokers and Barters Exchange Transactions | | 5 | | 79 |
| 1099-C | Cancellation of Debt | | 5 | | 85 |
| 1099-DIV | Statement for Recipients of Dividends and Distributions | | 5 | | 91 |
| 1099-G | Statement for Recipients of Certain Government Payments | | 5 | | 86 |
| 1099-INT | Statement for Recipients of Interest Income | | 5 | | 92 |
| 1099-LTC | Statement for Recipients - Long term care and accelerated health benefits | | 5 | | 93 |
| 1099-MISC | Statement for Recipients of Miscellaneous Income | | 5 | | 95 |

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

Exhibit K

OFFICIAL USE ONLY

Page 25

Rebuttal Exhibit B

Law Enforcement Manual

# Law Enforcement Manual
## 1 0 4 0 X

Files Management and Services

I R Manual

### Exhibit 35(61)0–11

**Forms Reference Index**

Documents which are specifically referenced in the Files procedures are cross-referenced here as an administrative aid.

| Form | Title (Purpose) | IRM 35(61) Sec. |
|------|-----------------|-----------------|
| 5XX/FTD | Cards: & Transmittals | 2.10 |
| 706 | Estate and Generation-Skipping Transfer Tax Return | 7.3 |
| 706 NA | Estate Tax Return—Alien | 7.3 |
| 706 (for POA) | Estate Tax (Power Of Attorney) | 3.(26) |
| 709 | Gift (and Generation-Skipping Transfer Tax Return | 3.6 & 7.3 |
| 720 | Quarterly Federal Excise Tax Return | 6.6 |
| 813 (Part 2) | Document Register | Various |
| 843 | Claim for Refund and Request for Abatement | 3.(26) |
| 911 | Application for Taxpayer Assistance Order to Relieve Hardship | 1.6 |
| 926 | Return by a Transferor of Property to a Foreign Corporation, Trust, Estate or Partnership | 3.(27) |
| 940–942 | Employer's Annual Federal Unemployment (FUTA) Tax Return/ Employer's Quarterly Tax Return for Household Employees | 2.1 |
| 941 facsimile | Employer's Quarterly Federal Tax Return | 2.5 & 3.(35) |
| 964 (Form Obsoleted) | Election of Shareholder (Liquidation) | 7.(11) |
| 966 | Corp. Dissolution (Liquidation) | 7.(11) |
| 990–BL | Information and Excise Tax Return for Black Lung Benefit Trusts and Certain Related Persons | 3.6 |
| 990/990–PF | Return of Org. Exempt from Income Tax (Except Private Foundation)/ Return of Private Foundation | 2.7 |
| 990–T | Exempt Organization Business Income Tax Return | Exhibit 3 |
| 1040 | U.S. Individual Income Tax Return | 7.6 |
| 1040EZ | Income Tax Return for Single Filers With No Dependents | 3.6 |
| 1040C | U.S. Departing Alien Income Tax Return | Exhibit 3 |
| 1040X | Amended U.S. Individual Income Tax Return for U.S. Source Income of Foreign Persons | 3.(25) & Exhibit 3 |
| 1042 | Withholding Tax Return | 2.3 & 3.(10) |
| 1042S | Income Subject to Withholding | 3.(10) |
| 1096 | U.S. Annual Summary & Transmittal of U.S. Information Return | 3.(13) |
| 1120–FSC | U.S. Income Tax Return of a Foreign Sales Corporation | 3.2 |
| 1120–IC–DISC | Interest Charge Domestic International Sales Corporation Return | 3.2 |
| 1120 | Corp. Tax Returns | 3.(11) & Exhibit 1 |
| 1120X | Claim | 3.(25) & Exhibit 3 |
| 1332 | Block & Selection Record | Various |
| 2031 (Form Obsoleted) | Waiver Certificate to Collect Social Security Coverage | Exhibit 3 |
| 2119 | Sale or Exchange of Principal Residence | 6.(24) |
| 2275 | Records Request, Charge and Recharge (Charge-out Request) | Various |
| 2345 | Batch Transmittal | 2.3 |
| 2553 | Election—Small Business Corp. | 3.(12) |
| 2848 | Power of Attorney and Declaration of Representative | 3.(32) |
| 3011A | Transmittal (Refund Litigation Case) | 4.3 |
| 3115 | Accounting Method Change | Exhibit 3 |
| 3177 | Notice of Action (Entity) | (10).2 |
| 3169 | Deficiency Dividend Deduction | 3.(14) |
| 3210 | Document Transmittal | Exhibit 26 |
| 3520 | Creation of or Transfers to Certain Foreign Trusts | 3.(30) |
| 3520A | Annual Return of Foreign Trusts with U.S. Beneficiaries | 3.(30) |
| 3780 | Index Cards (Form Obsoleted 12/74) | 3.(20) |
| 3893 | Re-Entry Control Sheet | 2.5 |
| 3906 (Form Obsoleted) | Block Record | Various |
| 4180 | Flag Sheet | 2.5, 6.3 & 6.1 |
| 4210 (Form Obsoleted) | Block Divider Card | 2.2 |
| 4251 | Return Charge-Out | Various |
| 4338 | Information or Certified Transcript Request | 2.1 & 2.6 |

*Notice:  This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records.  If any records/files have been deleted and/or substituted this demand still applies.*

---

| Exhibit L |
|-----------|

**Rebuttal Exhibit B**    Page 26

3(10)(72)7.2
**Non-Master File Numbering Chart**

| FORM NO. | DC/SC CODE | TAX CLASS & DOC CODE | BLOCKING SERIES | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| CT-1 | O | 601 | 000-199 | KCSC |
| CT-2 | O | 602 | 000 | |
| Excise | O | 604 | 000 | Protest Cases |
| 706A | O | 684 | 500-599 | |
| Schedule R-1 (Form 706) | O | 685 | 500-599 | |
| 709 Deceased | O | 606 | 000 | |
| 720 | O | 630 | 000 | |
| 826 | O | 632 | 000-099 | Transfer stock to foreign concern |
| 940 | O | 640 | 000 | Taxable |
| 941 | O | 641 | 000-009 | |
| | | | 200-299 | Non-taxable also 941 stamped "monthly collection from" |
| 941NMI | P | 641 | 910-919 | obsolete 12-31-66 |
| 942 | O | 642 | 000-009 | |
| 943 | O | 643 | 000 | |
| 990BL | C | 608 | 500-599 | CSC only |
| 1040 | O | 610 | 000-099 | Taxable |
| | O | | 200-299 | Non-taxable |
| 1040NR | O | 672 | 000-499 | Non-effectively connected without income, PSC only individual's entity |
| | O | 673 | 500-599 | Lloyd's of London—PSC only |
| 1040NR | O | | 000-499 | Effectively connected without income, PSC only individual's entity |
| | | | 500-599 | Lloyd's of London—PSC only |
| 1041 | O | 644 | 200-239 | Non-PAC |
| 1041 | O | 644 | 240-249 | Non-taxable PAC only |
| 1041 | O | 644 | 250-259 | Taxable PAC only |
| 1041A | | 681 | 000 | |
| 1042 | P | 633 | 000-999 | All 1985 and subsequent 1042 process as BMF. 1984 and prior process as NMF. |
| 1042 | P | 635 | 500-599 | Renumbered |
| 1042S | P | 666 | 000-299 | |
| | | | 400-699 | |
| 1065 | O | 665 | 900-999 | Taxable |
| 1120L&M | O | 615 | 000-199 | Non-taxable |
| | | | 200-299 | Renumbered misblocked return by PSC only. Documents date prior to 12/31/67 are numbered to NMF. |
| | | | 500-599 | Others |
| 1120 ICDISC | | 669 | 200-299 | |
| 1120 | O | 620 | 100-199 | Taxable |
| | | | 200-299 | Non-Taxable |
| 1120 | O | 625 | 600-699 | Non-Taxable "PAC" Only 7511 and prior |
| 1120ND | O | 620 | 000 | Trustee or disqualified person box checked. Part VI. Page 2 should be only entries after a section |
| 1120S | O | 629 | 700-705 | Taxable "PAC" Only 7511 and prior |
| 1120S | O | 616 | 800-899 | "PAC" Case |

MT 3(10)00-113



Exhibit ____



Page 27

**Rebuttal Exhibit B**

I R Manual
30(55)4.2

IMF Operations

(15)    OIC (TC 480)
(16)    NMFL (TC 480)
(17)    KITA (TC 01X)
(18)    COMBAT ZON
(19)    UNREVTC 520 (TC 520)
(20)    TDI RESRCH (See Project 720)
(21)    INTEL (See Project 735)
(22)    REACT NMF (TC 130)
(23)    CSED
(24)    MARRIED FILED SEPARATELY (TC 424)
(25)    MULTIPLE FILER (TC 424)
(26)    Cr El Decd (See Project 439)
(27)    TRFPENACT
(28)    VIRGIN IS (TC 150)
(29)    STAT TRANSCRIPT
(30)    QUEST W-4 (See Project 411)
(31)    FOLLOW-UP W-4 (See Project 411)
(32)    AMRH (See Project 712)
(33)    AM-X (See Project 712)
(34)    CV PN CRED
(35)    SC ADDRESS
(36)    Hostage
(37)    NRPS
(38)    DECDESCR
(39)    STIM
(40)    UNP 71 REL
(41)    RSED
(42)    A/R Clean-Up (see Project 713)
(43)    LPCANCEL
(44)    PMTOVERCAN
(45)    OICDEFAULT
(46)    DEFAULTFSC
(48)    TDIFRZ-150
(49)    TDI-EXAM
(50)    HighRisk
(51)    Deferral
(52)    HighDollar

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted
this demand still applies.

**30(55)4.3** (1-1-96)
**Computer Paragraph Notices**

(1)    04 – ES Penalty Waiver
(2)    01 – Deferral Reminder
(3)    08 – Refund Issued – SSA Records need correction
(4)    09 – Earned Income Credit Refund
(5)    10 – Combination CP 12 and CP 45
(6)    11 – Math Error – Bal Due
(7)    12 – Math Error – Overpayment
(8)    13 – Math Error – Settlement
(9)    14/14E – Bal Due No Error
(10)   15 – Civil Penalty Assessment
(11)   15B – 100% Civil Penalty Assessment
(12)   16 – Math Error – Overpayment to other taxes (CP 12/49 combination)
(13)   17 – Refund unfrozen Excess ES Credits

# EXHIBIT L 1 of 2

**30(55)1** *(1-1-96)*
**Introduction**

**30(55)1.1** *(1-1-96)*
**Purpose**

This Section provides a general description of Individual Master File (IMF) operations at the Martinsburg Computing Center (MCC).

**30(55)1.2** *(1-1-96)*
**Scope**

(1) These procedures are limited to those general processes required at MCC to process data to the IMF, effect settlement with the taxpayer, and to output data for further processing into final outputs at Internal Revenue Service Centers.

(2) The definitions for all abbreviations used herein are also included in LEM 3(27)(68)0.

**30(55)1.3** *(1-1-96)*
**Related Projects**

(1)  029 DATC/ASTA
(2)  404 Reconciliation of Withholding and Information Documents with IMF (IMF Delinquency Check)
(3)  405 Magnetic Tape Reporting
(4)  408 Processing Individual Income Tax Forms
(5)  418 Audit Selection System
(6)  438 Deceased Persons Accounting
(7)  439 IMF Account Numbers
(8)  444 Cleanup Operations
(9)  701 Accounting & Operating Reports
(10)  713 Accounts Receivable Reporting
(11)  704 Error Resolution
(12)  705 Taxpayer Service
(13)  706 Files Management and Service
(14)  707 Media Transport & Control
(15)  708 Accounting Control
(16)  709 SC Data Controls
(17)  710 Revenue Receipts
(18)  711 Credit and Account Transfer
(19)  712 Master Files Accounts Maintenance
(20)  714 Refund Transactions
(21)  715 Audit Adjustments
(22)  716 DP Tax Adjustments
(23)  717 Transcripts
(24)  718 Adjustment Controls

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / item(s) have / has been deleted and / or substituted this demand still applies.

**EXHIBIT L  2 of 2**



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON D.C. 20224

---

## F.O.I.A. Response Letter

Person to Contact:
Barry Windheim
Telephone Number:
(202) 622-6250
Refer Reply to:
97-976
Date:   MAY  | 1997

Dear Mr.

This is in response to your Freedom of Information Act
(FOIA) request dated April 9, 1997, concerning Transaction
Code 150.

In response to number 5 of your request, we are not
required under the FOIA to conduct extensive research.
Concerning the scope of the Transaction Code 150 (number 6
of your request), our Disclosure Office in the Assistant
Commissioner (International) has advised us that the
transaction codes contained in our Manuals are used to
identify a transaction being processed and to maintain a
history of actions posted to a taxpayers account on the
master file. The Transaction Code 150 indicated a tax
liability assessed when a tax return is filed and a return
is posted to the Master File. The Virgin Islands (150)
relates to the tax liability assessed on a U.S. Self-
Employment Tax Return-Virgin Islands, Guam, American Samoa.
It indicates the amount of self employment tax assessed on
this type of return.

Sincerely,

Barry Windheim
Program Analyst
Freedom of Information

"""IMPORTANT NOTICE"""
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted
this demand still applies.

Exhibit M 1 of 1

# TITLE VIII – TAXES WITH RESPECT TO EMPLOYMENT

## INCOME TAX ON EMPLOYEES

SECTION 801. In addition to other taxes, there shall be levied, collected, and paid upon the income of every individual a tax equal to the following percentages of the wages (as defined in section 811) received by him after December 31, 1936, with respect to employment (as defined in section 811) after such date:

    (1)    With respect to employment during the calendar years 1937, 1938, and 1939, the rate shall be 1 per centum.

    (2)    With respect to employment during the calendar years 1940, 1941, and 1942, the rate shall be 1 « per centum.

    (3)    With respect to employment during the calendar years 1943, 1944, and 1945, the rate shall be 2 per centum.

    (4)    With respect to employment during the calendar years 1946, 1947, and 1948, the rate shall be 2 « per centum.

    (5)    With respect to employment after December 31, 1948, the rate shall be 3 per centum.

## DEDUCTION OF TAX FROM WAGES

SEC. 802. (a) The tax imposed by section 801 shall be collected by the employer of the taxpayer by deducting the amount of the tax from the wages as and when paid. Every employer required so to deduct the tax is hereby made liable for the payment of such tax, and is hereby indemnified against the claims and demands of any person for the amount of any such payment made by such employer.

(b) If more or less than the correct amount of tax imposed by section 801 is paid with respect to any wage payment, then, under regulations made under this title, proper adjustments, with respect both to the tax and the amount to be deducted, shall be made, without interest, in connection with subsequent wage payments to the same individual by the same employer.

## DEDUCTIBILITY FROM INCOME TAX

SEC. 803. For the purposes of the income tax imposed by Title I of the Revenue Act of 1934 or by any Act of Congress in substitution therefor, the tax imposed by section 801 shall not be allowed as a deduction to the taxpayer in computing his net income for the year in which such tax is deducted from his wages.

## EXCISE TAX ON EMPLOYERS

SEC. 804. In addition to other taxes, every employer shall pay an excise tax, with respect to having individuals in his employ, equal to the following percentages of the wages (as defined in section 811) paid by him after December 31, 1936, with respect to employment (as defined in section 811) after such date:

    (1)    With respect to employment during the calendar years 1937, 1938, and 1939, the rate shall be 1 per centum.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand and / or applies.

**EXHIBIT N 1 of 1**

# Black's Law Dictionary

Or orders to do it. To give employment to; to have employment.

**Employee.** A person in the service of another under any contract of hire, express or implied, oral or written, where the employer has the power or right to control and direct the employee in the material details of how the work is to be performed. One who works for an employer; a person working for salary or wages.

Generally, when person for whom services are performed has right to control and direct individual who performs services not only as to result to be accomplished by work but also as to details and means by which result is accomplished, individual subject to direction is an "employee".

"Servant" is synonymous with "employee". However, "employee" must be distinguished from "independent contractor," "officer," "vice-principal," "agent," etc.

The term is often specially defined by statutes (e.g. workers' compensation acts; Fair Labor Standards Act), and whether one is an employee or not within a particular statute will depend upon facts and circumstances.

In corporation law, "employee" includes an officer but not a director. A director may accept duties that make him also an employee. Rev. Model Bus. Corp. Act. § 1.40.

For Executive employees, see that title. *See also* Borrowed employee; Fellow servant; Independent contractor; Line employees; Servant.

*Staff employee.* An employee responsible for providing advice, guidance, and service to line personnel.

**Employee pro hac vice.** *See* Borrowed employee.

**Employee Retirement Income Security Act.** *See* E.R.I.S.A.

**Employee Stock Ownership Plan (ESOP).** A type of qualified profit sharing plan that invests in securities of the employer. Such plans acquire shares of the employer-corporation for the benefit of employees usually through contributions of the employer to the plan. In a noncontributory ESOP, the employer usually contributes its shares to a trust and receives a deduction for the fair market value of such stock. Generally, the employee recognizes no income until the stock is sold after its distribution to him or her upon retirement or other separation from service. Special tax benefits are provided to companies with such benefits. *See also* Profit-sharing plan.

**Employer.** One who employs the services of others; one for whom employees work and who pays their wages or salaries. The correlative of "employee." *See also* Master. *Compare* Independent contractor.

**Employer's liability acts.** Statutes (*e.g.* Federal Employer's Liability Act; Workers' Compensation Acts) defining or limiting the occasions and the extent to which public and private employers shall be liable in damages (compensation) for injuries to their employees occurring in the course of their employment, and particularly abolishing the common-law rule that the employer is not liable if the injury is caused by the fault or negligence of a fellow servant and also the defenses of contributory negligence and assumption of risk. *See also* Federal Employer's Liability Act; Insurance; Workers' Compensation Acts.

**Employment.** Act of employing or state of being employed; that which engages or occupies; that which consumes time or attention; also an occupation, profession, trade, post or business. Includes the doing of the work and a reasonable margin of time and space required in passing to and from the place where the work is to be done. Activity in which person engages or is employed; normally, on a day-to-day basis. *See also* Casual employment; Course of employment; Seasonal employment.

*Discrimination.* *See* Discrimination; Disparate treatment.

**Employment agency.** Business operated by a person, firm or corporation engaged in procuring, for a fee, employment for others and employees for employers. The fee may be paid by either the employer of the employee, depending on the terms of the agreement. *See also* Finder.

**Employment at will.** This doctrine provides that, absent express agreement to contrary, either employer or employee may terminate their relationship at any time, for any reason. Such employment relationship is one which has no specific duration, and such a relationship may be terminated at will by either the employer or the employee, for or without cause. *See also* Whistle blower acts; Wrongful discharge.

**Employment contract.** An agreement or contract between employer and employee in which the terms and conditions of one's employment are provided.

**Emporium** /əmpóriyəm/. A place for wholesale trade in commodities carried by sea. The name is sometimes applied to a seaport town, but it properly signifies only a particular place in such a town.

**Empower.** A grant of authority rather than a command of its exercise. *See* Power.

**Emptor** /ém(p)tər/. Lat. A buyer or purchaser. Used in the maxim "caveat emptor," Let the buyer beware, i.e., the buyer of an article must be on his guard and take the risks of his purchase. See Caveat emptor.

This document must be filed as a permanent part of the above-referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) filed here has been deleted and or substituted, this demand still applies.

# EXHIBIT O  1 of 1

Black's Law Dictionary

953

SERVICE

**Servant.** An employee. One employed to perform service in master's affairs, whose physical conduct in performance of the service is controlled or is subject to right to control by the master. Restatement, Second, Agency, § 2. A person in the employ of another and subject to his control as to what work shall be done and the means by which it shall be accomplished. One who is employed to render personal service to another otherwise than in the pursuit of an independent calling, and who, in such service, remains entirely under control and direction of employer. A person of whatever rank or position in employ and subject to direction or control of another in any department of labor or business. A servant, for purposes of doctrine of vicarious liability, is one who is employed to perform services for another, and who is subject to such other's "control" or "right to control" as regards his physical conduct in the performance of such services.

The term is often given special meanings by statutes and like other words is greatly influenced by context in wills and other documents.

*See also* Agent; Employee; Fellow servant; Master and servant; Subservant. *Compare* Independent contractor.

**Service.** This term has a variety of meanings, dependent upon the context or the sense in which used.

*Contracts.* Duty or labor to be rendered by one person to another, the former being bound to submit his will to the direction and control of the latter. The act of serving the labor performed or the duties required. Occupation, condition, or status of a servant, etc. Performance of labor for benefit of another, or at another's command; attendance of an inferior, hired helper, etc. "Service" and "employment" generally imply that the employer, or person to whom the service is due, both selects and compensates the employee, or person rendering the service.

The term is used also for employment in one of the offices, departments, or agencies of the government; as in the phrases "civil service," "public service," "military service," etc.

*Trial Practice.* The exhibition or delivery of a writ, summons and complaint, criminal summons, notice, order, etc., by an authorized person, to a person who is thereby officially notified of some action or proceeding in which he is concerned, and is thereby advised or warned of some action or step which he is commanded to take or to forbear. Fed.R.Civil Proc. 4 and 5; Fed.R.Crim.P. 4 and 49. Pleadings, motions, orders, etc., after the initial summons are normally served on the party's attorney unless otherwise ordered by court. *See Service of process, below.*

**General Classification**

*Civil service.* See that title.

*Service of process.* The service of writs, complaints, summonses, etc., signifies the delivering to or leaving them with the party to whom or with whom they ought to be delivered or left; and, when they are so delivered, they are then said to have been served. In the pleading stage of litigation, is the delivery of the complaint to the defendant either to him personally or, in most jurisdictions, by leaving it with a responsible person at his place of residence. Usually a copy only is served and the original is shown. The service must furnish reasonable notice to defendant of proceedings to afford him opportunity to appear and be heard. Fed.R.Civil P. 4; Fed.R.Crim.P. 4. The various types of service of process are as follows:

*Constructive service of process.* Any form of service other than actual personal service. Notification of an action or of some proceeding therein, given to a person affected by sending it to him in the mails or causing it to be published in a newspaper. Fed.R.Civil P. 4(e). *See also Service by publication; Substituted service, below.*

*Long arm statutes.* Laws enacted in most states which permit courts to acquire personal jurisdiction of non-residents by virtue of activity within the state. *See* Foreign service; Long arm statutes; Minimum contacts.

*Personal service.* Actual delivery of process to person to whom it is directed or to someone authorized to receive it in his behalf. Personal service is made by delivering a copy of the summons and complaint to the person named or by leaving copies thereof at his dwelling or usual place of abode with some responsible person or by delivering a copy to an agent authorized to receive such. Special rules are also provided for service on infants, incompetents, corporations, the United States or officers or agencies thereof, etc. Fed.R.Civil P. 4(d); Fed.R.Crim.P. 4(d). *See also* Found; Usual place of abode.

*Proof of service.* See Proof.

*Service by publication.* Service of a summons or other process upon an absent or nonresident defendant, by publishing the same as an advertisement in a designated newspaper, with such other efforts to give him actual notice as the particular statute may prescribe. *See also Substituted service, below.*

*Substituted service.* Any form of service of process other than personal service, such as service by mail or by publication in a newspaper; service of a writ or notice on some person other than the one directly concerned, for example, his attorney of record, who has authority to represent him or to accept service for him. Fed.R. Civil P. 4(d). *See also* Long arm statutes.

***IMPORTANT NOTICE***

This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted
this demand still applies

**EXHIBIT P 1 of 1**

## 5 § 2104

EMPLOYEES

Ch. 21

**Notes of Decisions**

Generally 1
Members of Congress 2

1. **Generally**

The recognition in a federal statute of a person in the public employ as an officer of the United States constitutes an officer, although their ofence, an officer. 1607, 28 Op.Atty.Gen. 301.

2. **Members of Congress**

For purposes of this section and section 2105 of this title relating to government institution in and "employee," member of Congress is not an "officer" or "employee" of the United States, although their status are "employees" of the United States. Liberation News Service v. Eastland, C.A.N.Y.1970, 426 F.2d 1379.

**"IMPORTANT NOTICE..."**

This document must be filed as permanent part of the Service Master File Record(s) / file(s) Have / has been deleted and / or substituted above referenced account number, and Internal Revenue record(s) / file(s). If any of these this demand still applies.



§ 2105.    Employee

(a) For the purpose of this title, "employee", except as otherwise provided by this section or when specifically modified, means an officer and an individual who is—

(1) appointed in the civil service by one of the following acting in an official capacity—

  (A) the President;

  (B) a Member or Members of Congress, or the Congress;

  (C) a member of a uniformed service;

  (D) an individual who is an employee under this section;

  (E) the head of a Government controlled corporation; or

  (F) the adjutants general designated by the Secretary concerned under section 709(c) of title 32, United States Code;

(2) engaged in the performance of a Federal function under authority of law or an Executive act; and

(3) subject to the supervision of an individual named by paragraph (1) of this subsection while engaged in the performance of the duties of his position.

(b) An individual employed at the United States Naval Academy in the midshipmen's laundry, the midshipmen's tailor shop, the midshipmen's cobbler and barber shops, and the midshipmen's store, except an individual employed by the Academy dairy, is deemed an employee.

(c) An employee paid from nonappropriated funds of the Army and Air Force Exchange Service, Army and Air Force Motion Picture Service, Navy Ship's Stores Ashore, Navy exchanges, Marine Corps exchanges, Coast Guard exchanges, and other instrumentalities of the United States under the jurisdiction of the armed forces conducted for the comfort, pleasure, contentment, and mental and physical improvement of personnel of the armed forces is deemed not an employee for the purpose of—

---

Ch. 21

DEFINITIONS

5 § 2105

tions 5560 and 7154 of this title) administered by the Civil Service Commission; or

(2) subchapter I of chapter 81 and section 7902 of this title.

This subsection does not affect the status of these nonappropriated fund activities as Federal instrumentalities.

(d) A Reserve of the armed forces who is on active duty for training is deemed but an individual holding an office of trust or profit or discharging an official function under or in connection with the United States because of his appointment, oath, or status, or any duties or functions performed or pay or allowance received in that capacity.

(e) Except as otherwise provided by law, an employee of the United States Postal Service or of the Postal Rate Commission is deemed not an employee for purposes of this title.

Pub.L. 89–554, Sept. 6, 1966, 80 Stat. 409; Pub.L. 90–486, § 4, Aug. 13, 1968, 82 Stat. 757; Pub.L. 91–375, § 6(c)(4), Aug. 12, 1970, 84 Stat. 775; Pub.L. 92–392, § 2, Aug. 19, 1972, 86 Stat. 573.

**Historical and Revision Notes**

*Revised Statutes and Statutes at Large*

| Derivation | United States Code | |
|---|---|---|
| (a) | [Uncodified] | Aug. 5, 1939, ch. 468, § 2, 53 Stat. 1210. |
| | [Uncodified] | Dec. 3, 1949, ch. 3, 63 Stat. 989. |
| | [Uncodified] | Dec. 28, 1945, ch. 590, 59 Stat. 660. |
| | [Uncodified] | Aug. 26, 1950, ch. 804, § 2, 64 Stat. 560. |
| | [Uncodified] | June 30, 1952, ch. 675, § 2, 66 Stat. 646. |
| (b) | [Uncodified] | June 30, 1952, ch. 675, § 2 (last proviso), 66 Stat. 652. |
| (c) | 5 U.S.C. 150k | June 10, 1952, ch. 444, § 1, 66 Stat. 138. |
| (d) | 5 U.S.C. 150k(1) | Aug. 10, 1956, ch. 1041, § 2(01), 70A Stat. 632. |

In subsection (a), the provisions of the prior law are stated to credit for executed, or, hereafter as to the extent preserved by technical section 8.

In subsection (b), the words "any other workman" each in subsection (a) is based on a definition of "employee" in this title. The subsection is limited independently by the Civil Service Commission to the Department of Navy but in use by both for more than a decade.

**Explanatory Notes**

Subsection (a) is supplied to avoid the necessity of defining "employee" each time it appears in title 32, National Guard.

*1968 Amendment. Subsec. (c)(1).* Pub.L. 90–486, substituted "was (other than sections 5560 and 7154 of this title)" for "new".

*1970 Amendment. Subsec. (e).* Pub.L. 91–375 added subsec. (e)(1)(F).

*1972 Amendment. Subsec. (a)(1)(F).* Pub.L. 92–392 added subsec. (a)(1)(F) effective on first day of first applicable pay period beginning on or after the 90th day after Aug. 19, 1972, see section 15(a) of Pub.L. 92–392, set out as a note under section 5332 of this title.

**Effective Date of 1970 Amendment.** Amendment by Pub.L. 91–375 effective ...

References in Text. Section 709(c) of Amendment by Pub.L. 91–375 effective this title referred to ...



## LII
legal information institute

**US CODE COLLECTION**

Search

Collection home

Donate

Prev | Next

TITLE 26 > Subtitle C > CHAPTER 24 > § 3401
# § 3401. Definitions

*Release date: 2003-05-15*

### (a) Wages

For purposes of this chapter, the term "wages" means all remuneration (other than fees paid to a public official) for services performed by an employee for his employer, including the cash value of all remuneration (including benefits) paid in any medium other than cash; except that such term shall not include remuneration paid—

**(1)** for active service performed in a month for which such employee is entitled to the benefits of section 112 (relating to certain combat zone compensation of members of the Armed Forces of the United States) to the extent remuneration for such service is excludable from gross income under such section; or

**(2)** for agricultural labor (as defined in section 3121 (g)) unless the remuneration paid for such labor is wages (as defined in section 3121 (a)); or

**(3)** for domestic service in a private home, local college club, or local chapter of a college fraternity or sorority; or

**(4)** for service not in the course of the employer's trade or business performed in any calendar quarter by an employee, unless the cash remuneration paid for such service is $50 or more and such service is performed by an individual who is regularly employed by such employer to perform such service. For purposes of this paragraph, an individual shall be deemed to be regularly employed by an employer during a calendar quarter only if—

**(A)** on each of some 24 days during such quarter such individual performs for such employer for some portion of the day service not in the course of the employer's trade or business; or

**(B)** such individual was regularly employed (as determined under subparagraph (A)) by such employer in the performance of such service during the preceding calendar quarter; or

**(5)** for services by a citizen or resident of the United States for a foreign government or an international organization; or

**(6)** for such services, performed by a nonresident alien individual, as may be designated by regulations prescribed by

Search this title:

Search Title 26

Notes
Updates
Parallel authorities
(CFR)
Your comments

EXHIBIT *R 1 of 5*

the Secretary; or

[**(7)**  Repealed. Pub. L. 89–809, title I, § 103(k), Nov. 13, 1966, 80 Stat. 1554]

**(8)**

   **(A)**  for services for an employer (other than the United States or any agency thereof)—

      **(i)**  performed by a citizen of the United States if, at the time of the payment of such remuneration, it is reasonable to believe that such remuneration will be excluded from gross income under section 911; or

      **(ii)**  performed in a foreign country or in a possession of the United States by such a citizen if, at the time of the payment of such remuneration, the employer is required by the law of any foreign country or possession of the United States to withhold income tax upon such remuneration; or

   **(B)**  for services for an employer (other than the United States or any agency thereof) performed by a citizen of the United States within a possession of the United States (other than Puerto Rico), if it is reasonable to believe that at least 80 percent of the remuneration to be paid to the employee by such employer during the calendar year will be for such services; or

   **(C)**  for services for an employer (other than the United States or any agency thereof) performed by a citizen of the United States within Puerto Rico, if it is reasonable to believe that during the entire calendar year the employee will be a bona fide resident of Puerto Rico; or

   **(D)**  for services for the United States (or any agency thereof) performed by a citizen of the United States within a possession of the United States to the extent the United States (or such agency) withholds taxes on such remuneration pursuant to an agreement with such possession; or

**(9)**  for services performed by a duly ordained, commissioned, or licensed minister of a church in the exercise of his ministry or by a member of a religious order in the exercise of duties required by such order; or

**(10)**

   **(A)**  for services performed by an individual under the age of 18 in the delivery or distribution of newspapers or shopping news, not including delivery or distribution to any point for subsequent delivery or distribution; or

   **(B)**  for services performed by an individual in, and at the time of, the sale of newspapers or magazines to ultimate consumers, under an arrangement under which the newspapers or magazines are to be sold by him at a fixed price, his compensation being based on the retention of the

**EXHIBIT** *R 2 of 5*

excess of such price over the amount at which the newspapers or magazines are charged to him, whether or not he is guaranteed a minimum amount of compensation for such services, or is entitled to be credited with the unsold newspapers or magazines turned back; or

**(11)** for services not in the course of the employer's trade or business, to the extent paid in any medium other than cash; or

**(12)** to, or on behalf of, an employee or his beneficiary—

  **(A)** from or to a trust described in section 401 (a) which is exempt from tax under section 501 (a) at the time of such payment unless such payment is made to an employee of the trust as remuneration for services rendered as such employee and not as a beneficiary of the trust; or

  **(B)** under or to an annuity plan which, at the time of such ·payment, is a plan described in section 403 (a); or

  **(C)** for a payment described in section 402 (h)(1) and (2) if, at the time of such payment, it is reasonable to believe that the employee will be entitled to an exclusion under such section for payment; or

  **(D)** under an arrangement to which section 408 (p) applies; or

  **(E)** under or to an eligible deferred compensation plan which, at the time of such payment, is a plan described in section 457 (b) which is maintained by an eligible employer described in section 457 (e)(1)(A),[1] or

**(13)** pursuant to any provision of law other than section 5(c) or 6(1) of the Peace Corps Act, for service performed as a volunteer or volunteer leader within the meaning of such Act; or

**(14)** in the form of group-term life insurance on the life of an employee; or

**(15)** to or on behalf of an employee if (and to the extent that) at the time of the payment of such remuneration it is reasonable to believe that a corresponding deduction is allowable under section 217 (determined without regard to section 274 (n)); or

**(16)**

  **(A)** as tips in any medium other than cash;

  **(B)** as cash tips to an employee in any calendar month in the course of his employment by an employer unless the amount of such cash tips is $20 or more; [2]

**(17)** for service described in section 3121 (b)(20); [2]

**(18)** for any payment made, or benefit furnished, to or for the benefit of an employee if at the time of such payment or such furnishing it is reasonable to believe that the employee will be able to exclude such payment or benefit from income under

EXHIBIT *R 3 of 5*

section 127 or 129; [3]

**(19)** for any benefit provided to or on behalf of an employee if at the time such benefit is provided it is reasonable to believe that the employee will be able to exclude such benefit from income under section 74 (c), 117, or 132; [2]

**(20)** for any medical care reimbursement made to or for the benefit of an employee under a self-insured medical reimbursement plan (within the meaning of section 105 (h)(6)); or

**(21)** for any payment made to or for the benefit of an employee if at the time of such payment it is reasonable to believe that the employee will be able to exclude such payment from income under section 106 (b).

**(b) Payroll period**

For purposes of this chapter, the term "payroll period" means a period for which a payment of wages is ordinarily made to the employee by his employer, and the term "miscellaneous payroll period" means a payroll period other than a daily, weekly, biweekly, semimonthly, monthly, quarterly, semiannual or annual payroll period.

**(c) Employee**

For purposes of this chapter, the term "employee" includes an officer, employee, or elected official of the United States, a State, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term "employee" also includes an officer of a corporation.

**(d) Employer**

For purposes of this chapter, the term "employer" means the person for whom an individual performs or performed any service, of whatever nature, as the employee of such person, except that—

**(1)** if the person for whom the individual performs or performed the services does not have control of the payment of the wages for such services, the term "employer" (except for purposes of subsection (a)) means the person having control of the payment of such wages, and

**(2)** in the case of a person paying wages on behalf of a nonresident alien individual, foreign partnership, or foreign corporation, not engaged in trade or business within the United States, the term "employer" (except for purposes of subsection (a)) means such person.

**(e) Number of withholding exemptions claimed**

For purposes of this chapter, the term "number of withholding exemptions claimed" means the number of withholding exemptions claimed in a withholding exemption certificate in effect

EXHIBIT R-1 of 5

Case 1:06-cv-01064-RBW        Document 7-17        Filed 04/16/2007        Page 54 of 92

under section 3402 (f), or in effect under the corresponding section of prior law, except that if no such certificate is in effect, the number of withholding exemptions claimed shall be considered to be zero.

### (f) Tips

For purposes of subsection (a), the term "wages" includes tips received by an employee in the course of his employment. Such wages shall be deemed to be paid at the time a written statement including such tips is furnished to the employer pursuant to section 6053 (a) or (if no statement including such tips is so furnished) at the time received.

### [(g) Repealed. Pub. L. 101–140, title II, § 203(a)(2), Nov. 8, 1989, 103 Stat. 830]

### (h) Crew leader rules to apply

Rules similar to the rules of section 3121 (o) shall apply for purposes of this chapter.

---

[1] So in original. The comma probably should be a semicolon.

[2] So in original. Probably should be followed by "or".

Prev | Next

EXHIBIT R 5of5

EMERGENCY DOCTRINE       Black's Law Dictionary       362

in an emergency situation when medical service is required for an adult who by virtue of his physical condition is incapable of giving consent, or with respect to a child, whose parent or other guardian is absent, and thus incapable of giving consent, the law implies the consent required to administer emergency medical services. This is a good defense to an action of tort for an alleged battery.

**Emigrant** /émagrant/. One who leaves his country for any reason, with intention to not return, with design to reside elsewhere. *Compare* immigrant.

**Emigration**. The act of removing from one country to another, with intention to not return. It is to be distinguished from "expatriation" which means the abandonment of one's country and renunciation of one's citizenship in it, while emigration denotes merely the removal of person and property to another country. The former is usually the consequence of the latter. Emigration is also sometimes used in reference to the removal from one section to another of the same country. *See also* Deportation; Immigration.

**Emigré**. Person forced to emigrate for political reasons. *See also* Deportation.

**Eminent domain** /émanant daméyn/. The power to take private property for public use by the state, municipalities, and private persons or corporations authorized to exercise functions of public character. Fifth Amendment. U.S. Constitution.

In the United States, the power of eminent domain is founded in both the federal (Fifth Amend.) and state constitutions. The Constitution limits the power to taking for a public purpose and prohibits the exercise of the power of eminent domain without just compensation to the owners of the property which is taken. The process of exercising the power of eminent domain is commonly referred to as "condemnation", or, "expropriation".

The right of eminent domain is the right of the state, through its regular organization, to reassert, either temporarily or permanently, its dominion over any portion of the soil of the state on account of public exigency and for the public good. Thus, in time of war or insurrection, the proper authorities may possess and hold any part of the territory of the state for the common safety; and in time of peace the legislature may authorize the appropriation of the same to public purposes, such as the opening of roads, construction of defenses, or providing channels for trade or travel. Eminent domain is the highest and most exact idea of property remaining in the government, or in the aggregate body of the people in their sovereign capacity. It gives a right to resume the possession of the property in the manner directed by the constitution and the laws of the state, whenever the public interest requires it.

*See also* Adequate compensation; Condemnation; Constructive taking; Damages; Expropriation; Fair market value; Just compensation; Larger parcel; Public use; Taking.

*Expropriation*. The term "expropriation" (*used e.g.* in Louisiana) is practically synonymous with the term "eminent domain".

*Partial taking*. The taking of part of an owner's property under the laws of eminent domain. Compensation must be based on damages or benefits to the remaining property, as well as the part taken. *See* Condemnation.

**Emissary** /émasériy/. A person sent upon a mission as the agent of another; also a secret agent sent to ascertain the sentiments and designs of others, and to propagate opinions favorable to his employer. *See* Ambassador; Diplomatic agent.

**Emission**. The discharge, ejection or throwing out of; *e.g.* a pollutant from a factory or any secretion or other matter from the body.

**Emission standards**. Limits on discharges of impurities into the air.

**Emit**. To put forth or send out; to issue. "No state shall emit bills of credit." Art. 1. § 10, U.S. Const.

To give forth with authority; to give out or discharge; to put into circulation. *See* Bill (*Bill of credit*).

**Emolument** /amólyamant/. The profit arising from office, employment, or labor; that which is received as a compensation for services; or which is annexed to the possession of office as salary, fees, and perquisites. Any perquisite, advantage, profit, or gain arising from the possession of an office.

**Empanel**. *See* Impanel.

**Empirical**. That which is based on experience, experiment, or observation.

**Emplead**. To indict; to prefer a charge against; to accuse.

**Employ**. To engage in one's service; to hire; to use as an agent or substitute in transacting business; to commission and intrust with the performance of certain acts or functions or with the management of one's affairs; and, when used in respect to a servant or hired laborer, the term is equivalent to hiring, which implies a request and a contract for a compensation. To make use of, to keep at work, to entrust with some duty. *See also* Employment.

**Employed**. Performing work under an employer-employee relationship. Term signifies both the act of doing a thing and the being under contract

**IMPORTANT NOTICE:** This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/ fact(s) have been denied and / or substituted this demand still applies.

# EXHIBIT S 1 of 1

**Internal Revenue Service, Treasury**

§ 601.103

(2) Taxes not within the jurisdiction of the U.S. Tax Court. Taxes not imposed by Chapter 1, 2, 3, or 4 of the 1939 Code or Subtitle A or Chapter 11 or 12 of the 1954 Code are within this class, such as:

(i) Employment taxes.

(ii) Miscellaneous excise taxes collected by return.

(3) The difference between these two main classes is that only taxes described in subparagraph (1) of this paragraph, i.e., those within the jurisdiction of the Tax Court, may be contested before an independent tribunal prior to payment. Taxes of both classes may be contested by first making payment, filing claim for refund, and then bringing suit to recover if the claim is disallowed or no decision is rendered thereon within six months.

[32 FR 15990, Nov. 22, 1967, as amended at 35 FR 7111, May 6, 1970; 46 FR 26053, May 11, 1981; T.D. 8685, 61 FR 58008, Nov. 12, 1996]

§ 601.103   Summary of general tax procedure.

(a) *Collection procedure.* The Federal tax system is basically one of self-assessment. In general each taxpayer (or person required to collect and pay over the tax) is required to file a prescribed form of return which shows the facts upon which tax liability may be determined and assessed. Generally, the taxpayer must compute the tax due on the return and make payment thereof on or before the due date for filing the return. If the taxpayer fails to pay the tax when due, the district director of internal revenue, or the director of the regional service center after assessment issues a notice and demands payment within 10 days from the date of the notice. In the case of wage earners, annuitants, pensioners, and non-resident aliens, the income tax is collected in large part through withholding at the source. Another means of collecting the income tax is through payments of estimated tax which are required by law to be paid by certain individual and corporate taxpayers. Neither withholding nor payments of estimated tax relieves a taxpayer from the duty of filing a return otherwise required. Certain excise taxes are collected by the sale of internal revenue stamps.

(b) *Examination and determination of tax liability.* After the returns are filed and processed in internal revenue service centers, some returns are selected for examination. If adjustments are proposed with which the taxpayer is afforded certain appeal rights. If the taxpayer agrees to the proposed adjustments and the tax involved is an income, profits, estate, gift, generation-skipping transfer, or Chapter 41, 42, 43, or 44, tax, and if the taxpayer waives restrictions on the assessment and collection of the tax (see §601.105(b)(4)), the deficiency will be immediately assessed.

(c) *Disputed liability* — (1) *General.* The taxpayer is given an opportunity to request that the case be considered by an Appeals Office provided that office has jurisdiction (see §601.106(a)(3)). If the taxpayer requests such consideration, the case will be referred to the Appeals Office, which will afford the taxpayer the opportunity for a conference. The determination of tax liability by the Appeals Office is final insofar as the taxpayer's appeal rights within the Service are concerned. Upon protest of cases under the jurisdiction of the Director, Foreign Operations District, exclusive settlement authority is vested in the Appeals Office having jurisdiction of the place where the taxpayer requests the conference. If the taxpayer does not specify a location for the conference, or if the location specified is outside the territorial limits of the United States, the Washington, D.C. Appeals Office of the Mid-Atlantic Region assumes jurisdiction.

(2) *Petition to the U.S. Tax Court.* In the case of income, profits, estate, and gift taxes, imposed by Subtitles A and B, and excise taxes under Chapters 41 through 44 of the 1954 Code, before a deficiency may be assessed a statutory notice of deficiency (commonly called a "90-day letter") must be sent to the taxpayer by certified mail or registered mail unless the taxpayer waives this restriction on assessment. See, however, §§601.105(h) and 601.109 for exceptions. The taxpayer may then file a petition for a redetermination of the proposed deficiency with the U.S. Tax Court within 90 days from the date of the mailing of the statutory notice. If the notice is

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been . . .

# EXHIBIT T 1 of 2

addressed to a person outside the States of the Union and the District of Columbia, the period within which a petition may be filed in the Tax Court is 150 days in lieu of 90 days. In other words, the taxpayer has the right in respect of these taxes to contest any proposed deficiency before an independent tribunal prior to assessment or payment of the deficiency. Unless the taxpayer waives the restrictions on assessment and collection after the date of the mailing of the statutory notice, no assessment or collection of a deficiency (not including the correction of a mathematical error) may be made in respect of these taxes until the expiration of the applicable period or, if a petition is filed with the Tax Court, until the decision of the Court has become final. If, however, the taxpayer makes a payment with respect to a deficiency, the amount of such payment may be assessed. See, however, § 601.105(h). If the taxpayer fails to file a petition with the Tax Court within the applicable period, the deficiency will be assessed upon the expiration of such period and notice and demand for payment of the amount thereof will be mailed to the taxpayer. If the taxpayer files a petition with the Tax Court, the entire amount redetermined as the deficiency by a final decision of the Tax Court will be assessed and is payable upon notice and demand. There are no restrictions on the timely assessment and collection of the amount of any deficiency determined by the Tax Court, and a notice of appeal of the Court's decision will not stay the assessment and collection of the deficiency so determined, unless on or before the time the notice of appeal is filed the taxpayer files with the Tax Court a bond in a sum fixed by the Court not exceeding twice the portion of the deficiency in respect of which the notice of appeal is filed. No part of an amount determined as a deficiency but disallowed as such by a decision of the Tax Court which has become final may be assessed or collected by levy or by proceeding in court with or without assessment.

(3) *Claims for refund.* After payment of the tax a taxpayer may, within the applicable period of limitations, contest the assessment by filing with the district director a claim for refund of all or any part of the amount paid, except with respect to certain taxes determined by the Tax Court, the decision of which has become final. If the claim is allowed, the overpayment of tax and allowable interest thereon will be credited against other liabilities of the taxpayer, or will be refunded to the taxpayer. Generally, if the claim for refund is rejected in whole or in part, the taxpayer is notified of the rejection by certified mail or registered mail. The taxpayer may then bring suit in the United States District Court or in the United States Claims Court for recovery of the tax. Suit may not be commenced before the expiration of six months from the date of filing of the claim for refund, unless a decision is rendered thereon within that time, nor after the expiration of two years from the date of mailing by certified mail or registered mail to the taxpayer of a notice of the disallowance of the part of the claim to which the suit relates. Under the 1954 Code, the 2-year period of limitation for bringing suit may be extended for such period as may be agreed upon in a properly executed Form 907. Also, under the 1954 Code, if the taxpayer files a written waiver of the requirement that the taxpayer be sent a notice of disallowance, the 2-year period for bringing suit begins to run on the date such waiver is filed. See section 6532(a) of the Code.

[32 FR 15990, Nov. 22, 1967, as amended at 38 FR 4955, Feb. 23, 1973; 43 FR 44497, Sept. 28, 1978; 45 FR 7251, Feb. 1, 1980; 46 FR 26053, May 11, 1981; 49 FR 36498, Sept. 18, 1984]

### § 601.104 Collection functions.

(a) *Collection methods – (1) Returns.* Generally, an internal revenue tax assessment is based upon a return required by law or regulations to be filed by the taxpayer upon which the taxpayer computes the tax in the manner indicated by the return. Certain taxpayers who choose to use the Optional Tax Tables may elect to have the Internal Revenue Service compute the tax and mail them a notice stating the amount of tax due. If a taxpayer fails to make a return it may be made for the taxpayer by a district director or other duly authorized officer or employee. See section 6020 of the Code and

# EXHIBIT T 2 of 2

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of the

Case 1:06-cv-01064-RBW    Document 7-17    Filed 04/16/2007    Page 58 of 92



**US CODE COLLECTION**



collection home                                                          search

**TITLE 26 > Subtitle C > CHAPTER 24 > Sec. 3403.**                Prev | Next

Search this title:

## Sec. 3403. - Liability for tax

The employer shall be liable for the payment of the tax required to be deducted and withheld under this chapter, and shall not be liable to any person for the amount of any such payment

Search Title 26

Notes
Updates
Parallel authorities
(CFR)
Topical references

Prev | Next

© copyright                  about us                      send email

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted
this demand still applies.

EXHIBIT U 1of 1

precedent to bind the other party, or is composed of several independent parts, the performance of any one of which will bind the other party *pro tanto.* The only test is whether the whole quantity of the things concerned, or the sum of the acts to be done, is of the essence of the contract. It depends, therefore, in the last resort, simply upon the intention of the parties.

When a consideration is entire and indivisible, and it is against law, the contract is void *in toto.* When the consideration is divisible, and part of it is illegal, the contract is void only *pro tanto.*

*Entire and severable.* An *entire* contract is one the consideration of which is entire on both sides. The entire fulfillment of the promise by either is a condition precedent to the fulfillment of any part of the promise by the other. Whenever, therefore, there is a contract to pay the gross sum for a certain and definite consideration, the contract is entire. A *severable* contract is one the consideration of which is, by its terms, susceptible of apportionment on either side, so as to correspond to the unascertained consideration on the other side, as a contract to pay a person the worth of his services so long as he will do certain work; or to give a certain price for every bushel of so much corn as corresponds to a sample.

Where a contract consists of many parts, which may be considered as parts of one whole, the contract is entire. When the parts may be considered as so many distinct contracts, entered into at one time, and expressed in the same instrument, but not thereby made one contract, the contract is a separable contract. But, if the consideration of the contract is single and entire, the contract must be held to be entire, although the subject of the contract may consist of several distinct and wholly independent items.

*Entire contract clause.* A provision in the insurance contract stating that the entire agreement between the insured and insurer is contained in the contract, including the application (if attached), declarations, insuring agreement, exclusions, conditions, and endorsements.

*Exclusive contract. See Requirements contract; Tying contract, below.*

*Executed and executory.* Contracts are also divided into executed and executory; *executed,* where nothing remains to be done by either party, and where the transaction is completed at the moment that the arrangement is made, as where an article is sold and delivered, and payment therefore is made on the spot; *executory,* where some future act is to be done, as where an agreement is made to build a house in six months, or to do an act on or before some future day, or to lend money upon a certain interest, payable at a future time.

*Express and implied.* An express contract is an actual agreement of the parties, the terms of

Black's Law Dictionary Abridged 6th Ed —6

which are openly uttered or declared at the time of making it, being stated in distinct and explicit language, either orally or in writing.

An implied contract is one not created or evidenced by the explicit agreement of the parties, but inferred by the law, as a matter of reason and justice from their acts or conduct, the circumstances surrounding the transaction making it a reasonable, or even a necessary, assumption that a contract existed between them by tacit understanding.

An implied contract is one inferred from conduct of parties and arises where plaintiff, without being requested to do so, renders services under circumstances indicating that he expects to be paid therefore, and defendant, knowing such circumstances, avails himself of benefit of those services. It is an agreement which legitimately can be inferred from intention of parties as evidenced by circumstances and ordinary course of dealing and common understanding of men.

*See also* Constructive contract; and *Quasi contract, below.*

*Gratuitous and onerous.* Gratuitous contracts are those of which the object is the benefit of the person with whom it is made, without any profit or advantage received or promised as a consideration for it. It is not, however, the less gratuitous if it proceeds either from gratitude for a benefit before received or from the hope of receiving one thereafter, although such benefit be of a pecuniary nature. Onerous contracts are those in which something is given or promised as a consideration for the engagement or gift, or some service, interest, or condition is imposed on what is given or promised, although unequal to it in value. A gratuitous contract is sometimes called a contract of beneficence.

*Investment contract.* A contract in which one party invests money or property expecting a return on his investment. *See also* Investment contract; Security.

*Joint and several.* A joint contract is one made by two or more promisors, who are jointly bound to fulfill its obligations, or made to two or more promises, who are jointly entitled to require performance of the same. A contract may be "several" as to any one of several promisors or promisees, if person has a legal right (either from the terms of the agreement or the nature of the undertaking) to enforce his individual interest separately from the other parties. Generally all contracts are joint where the interest of the parties for whose benefit they are created is joint, and separate where that interest is separate.

*Mutual interest, mixed, etc.* Contracts of "mutual interest" are such as are entered into for the reciprocal interest and utility of each of the parties: as sales, exchange, partnership, and the like.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

**EXHIBIT V 1 of 1**

3(15)(129)9.(10)
**Veteran's Disability Compensation—Public Law DS-479, Sect 301**
(1) Veterans notified that they are retroactively entitled to Veterans Administration (VA) pension or compensation can exclude this amount from gross income. In order to qualify for this exclusion the veteran must waive an equal amount of retirement pay that he/she may receive from the VA benefits eligibility can be, and usually is retroactive, the taxpayer can file claims for refund of taxes paid on these amounts.

(2) When a claim is received in A/C, review the claim for completeness following the guidelines in IRM 3(15)60, "Processing Procedures for Claims and Amended Returns".

(a) Disallow the claim if the statute is barred.

(b) Disallow the claim if it is not for a retroactive exclusion of the Veterans Administration benefits.

Caution: Many claims are received where the claim amount is for additional benefits. These claims are not allowable because the benefits have not been included in the taxable income.

(c) A copy of the VA Form 20-09113 or an Official VA letter granting the retroactive benefit that clearly states "in lieu of VA Form 20-3883" must be attached to the claim.

(3) If the required document is not attached, suspend the claim and correspond with the taxpayer. If the taxpayer does not furnish the necessary information by the end of the suspense period, reject the claim.

3(15)(129)9.(11) (1-1-93)
**Adjustment to Virgin Island Forms 1040 and 1040A**

(1) Route claims received from taxpayers residing in the Virgin Islands to PSC for processing.

(2) Action:

(a) Check TC 150 DLN for blocking series 98 (Virgin Island);

(b) Write "Virgin Island TP" on the transmittal; and

(c) Send 86C Letter to taxpayer notifying him/her of the transfer.

3(15)(129)9.(12) (1-1-93)
**Underreporter/CP2000 Issues**

(1) The Underreporter Program (URP) is the compliance program which compares amounts of wages, interest, dividends, etc., reported by the payers with the amounts reported by the individual taxpayers. Discrepancies in incoming and increased withholding credits are identified. A CP2000 notice is sent to a taxpayer to propose a change to tax and/or credits. The current URP processing year is usually 18 to 24 months prior to the current tax year. (e.g., The tax year 1991 will be processed by URP in the calendar year 1993.) As a result of taxpayers receiving CP2000 or Statutory Notices from URP, A/C will also receive correspondences and/or Forms 1040X. In addition, A/C will also receive taxpayer correspondence and returns that have been reviewed by URB.

(2) Route Forms 1040X, (that relate or refer to URP) for the current URP processing year, to URB. Follow regular adjustments procedures for:

(a) other than current URP processing year Forms 1040X and,

**EXHIBIT W 1 of 1**

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

disturbances. Consider this only if the area was declared a disaster area.

(c) Lack of funds is an acceptable explanation for failure to pay any tax only when the taxpayer can demonstrate the lack of funds occurred despite the exercise of ordinary business care and prudence.

(7) When the FTF/FTP penalties are abated for reasonable cause, TC 271 with RC 62, Master File will not restrict future computer computations of FTP penalty (provided it was not previously restricted). The computer continues to compute the FTP penalty but will waive the amount associated with RC 62.

(a) A TC 270 or 271 input without RC 62 restricts subsequent computation of the penalty.

(b) Input TC 272 with a zero amount to remove the manual restriction on failure to pay penalty, when you determine that a module was restricted in error. See IRM (20)240 for the procedures applicable when it is determined that the FTP penalty is to be computed from the original due date of the return.

(c) See 213(7)(c) of LEM XX 200.

(20)214 Substitute for Return (SFR)

(1) A return, prepared for a taxpayer, pursuant to IRC section 6020(b) is a Substitute for a return. The return is prepared by the Service when it is determined that a taxpayer is liable for filing the tax return but failed to do so after receiving notification from the Service.

(2) Within the Service:

(a) income, estate, gift and certain excise (IRC Chapters 41, 42, 43, and 44) tax deficiencies, are generally referred to as the SFR program. These returns are subject to statutory notice of deficiency procedures. See IRM (20)140 for a discussion of statutory notice of deficiency.

(b) employment and excise tax deficiencies (not IRC Chapters 41, 42, 43, and 44) are generally referred to as the 6020(b) program. These returns do not require a statutory notice of deficiency.

(3) If a taxpayer does not file a delinquent return when requested, SFR procedures will be followed.

(a) In considering the application of either the FTF or FTP penalty on these returns, the Service will:

1 recommend assertion or non-assertion of the FTF/FTP penalty;

2 explain the basis for the recommendation and comment on the taxpayer's statement in the report, report transmittal and/or workpapers, as appropriate;

3 compute any FTF/FTP penalty based on the total tax due for the period involved,

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number(s) and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.

**EXHIBIT X 1 of 2**

less any tax withheld at source on wages and any estimated tax payments (the total tax due, plus any penalty, will be considered as a deficiency); and

4 afford the taxpayer normal appeal rights.

(4) If a taxpayer fails to file a delinquent return when requested but executes an agreement to waive the restrictions on assessment of a deficiency (by signing a form such as Form 870, 4549E or 4549) the Service will determine if the FTF/FTP penalty should be asserted.

(5) <u>For SFR returns</u> (generally income tax returns), statutory notice of deficiency procedures apply:

(a) a dummy tax return (TC 150) is created to open the account on the master file. If the taxpayer does not respond to the statutory notice of deficiency, the appropriate tax is assessed.

1 The FTF penalty is computed from the return due date, or the extended due date, to the TC 290 or TC 300 assessment date (23(c)date), or 5 months, whichever is earlier.

2 Generally, the FTP penalty is computed from the original due date of the return to the date the tax is paid. See IRM (20)240 and (20)250 for discussions of various FTP penalty rates and identifying the FTP penalty start date in specific situations. See paragraphs (7) and (8) below.

(6) <u>For 6020(b) program returns</u> (generally employment or excise tax returns) statutory notice of deficiency procedures do not apply:

(a) Service Centers prepare the returns based on information obtained through various matching programs. The Service assesses the tax (TC 150) determined to be due and sends the taxpayer a completed employment or excise tax return.

1 The FTF penalty is computed from the due date of the return, to the 23(c) date of the assessment or for 5 months, whichever is earlier.

2 Generally, the FTP penalty is computed from the original due date of the return to the date the tax is paid. See IRM (20)240 and (20)250 for discussions of various FTP penalty rates and the FTP start date in specific situations.

(7) In both the SFR and 6020(b) program situations, the FTP penalty under IRC section 6651(a)(2) is computed from the original due date of the return until the date the tax is paid or the maximum penalty of 25 percent is reached.

(8) Taxpayer Bill of Rights 2 (TBOR2), Pub. L. 104-167, 110 Stat. 1152, added IRC section 6651(g) to the code.

(a) This provision applies the failure to pay penalty to substitute returns in the same manner as the penalty applies to delinquent returns.

(b) This provisions applies to a substitute return with a due date (without regard to

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies



EXHIBIT X 2 of 2

111

ounces each, properly labeled and stamped, and _____ the _____, he will be regarded as having incurred the penalties imposed against illegal manufacturers.

However, a retail dealer in leaf tobacco, who has disposed of all his stock of leaf tobacco before April 1, 1919, will be permitted to hold such tobacco without qualifying as a dealer, provided he does not sell or offer such tobacco for sale. He will also be allowed to dispose of such tobacco, after that date, in one ___ only, to a duly registered dealer in leaf tobacco or to a manufacturer of tobacco or cigars without himself being charged with liability as a dealer, upon making application to the Collector of Internal Revenue (or this district, who will _____ a deputy collector to supervise the transaction and make report thereof to him.

Daniel O. _____

*Commissioner of Internal Revenue*

Approved March 24, 1919
    Carter Glass,
       *Secretary of the Treasury*

————

(T.D. ____)

*Income* ____

Returns of income by us for nonresident alien individuals

Treasury Department,
Office of Commissioner of Internal Revenue,
*Washington, D. C.*

*To collectors of internal revenue and others concerned:*

  Nonresident alien individuals or their authorized agents should use Form 1040, revised, or Form 1040A, revised, in making returns of income derived from sources within the United States, regardless of amount, unless the tax of such income has been fully paid at the source. If a nonresident alien individual is not liable for any tax which has been withheld at the source, no refund of such tax will be permitted unless such a return is filed and a statement is attached thereto indicating the amounts of tax withheld and the names and post-office addresses of all withholding agents. Unless a nonresident alien individual shall render a return of income, the tax will be collected on the basis of his gross income (not his ___ income) from sources within the United States.

  In filling out Form 1040, revised, or Form 1040A, revised, the income reported in each case should be the income from sources within the United States, as defined in article ___ *of regulations* ___, and the deductions taken should be those allowed under article 271 of the

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.

**EXHIBIT Y 1 of 1**

DEPARTMENT OF THE TREASURY

TREASURY DEPARTMENT ORDER NO. 150 - 42

**Panama Canal Zone, Puerto Rico, and the Virgin Islands**

By virtue of the authority vested in me as Secretary of the Treasury it is hereby ordered:

1. The Panama Canal Zone is removed from the Internal Revenue District, Jacksonville, and from the Atlanta Region; and Puerto Rico and the Virgin Islands of the United States are removed from the Internal Revenue District, Lower Manhattan, and from the New York City Region.

2. The Commissioner shall, to the extent of authority otherwise vested in him, provide for the administration of the United States internal revenue laws in the Panama Canal Zone, Puerto Rico, and the Virgin Islands.

3. This Order shall not be deemed to affect the procedures for administrative appeal existing immediately prior to August 1, 1956.

4. This Order shall be effective as of August 1, 1956.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.

Dated: JUL 27 1956

_[signature]_

Acting Secretary of the Treasury

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL DOCUMENT

Department of the Treasury
Clerk's Office
Administrative Operations Div.
Authorized Certifying Official

**EXHIBIT Z 1 of 2**

DEPARTMENT OF THE TREASURY

TREASURY DEPARTMENT ORDER NO. 150-42

### Panama Canal Zone, Puerto Rico, and the Virgin Islands

By virtue of the authority vested in me as Secretary of the Treasury it is hereby ordered:

1. The Panama Canal Zone is removed from the Internal Revenue District, Jacksonville, and from the Atlanta Region; and Puerto Rico and the Virgin Islands of the United States are removed from the Internal Revenue District, Lower Manhattan, and from the New York City Region.

2. The Commissioner shall, to the extent of authority otherwise vested in him, provide for the administration of the United States internal revenue laws in the Panama Canal Zone, Puerto Rico, and the Virgin Islands.

3. This Order shall not be deemed to affect the procedures for administrative appeal existing immediately prior to August 1, 1956.

4. This Order shall be effective as of August 1, 1956.

Acting Secretary of the Treasury

Dated: JUL 27 1955

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s)/file(s) have/has been deleted and/or substituted
this demand still applies.

# EXHIBIT Z 2 of 2

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL DOCUMENT

Department of the Treasury
Clerk's Office
Administrative Operations Div.
Authorized Certifying Official

# Section 4.    Document Locator Number

## *1*    *DLN Composition*

(1)  The document locator number (DLN) is a controlled number assigned to every return or document input through the ADP system. The fourteenth (last) digit is the year of processing and is assigned by the Service Center computer at the time of the original input.

(2)  The DLN is used to control, identify, and locate documents processed in the ADP system.

(3)  The DLN should not be confused with the tax account number the tax account consists of nine digits, for example:

> Social Security Number XXX-XX-XXXX (IMF, IRAF)
> Employer Identification Number XX-XXXXXXX (BMF, EPMF)

**Note:**  A temporary SSN is sometimes assigned by the Service Center. The first three digits (900-999) indicate the number is temporary. The 4th and 5th digits are the code of the Service Center assigning the number. The last four digits are numbers assigned consecutively beginning with 0001. The printed format is TXXXXXXXXX* (The "T" Indicates a temporary SSN, and the asterisk (*) indicates the number is invalid.)

(4)  Returns and documents are blocked and filed by DLN.

(5)  The format for a DLN is as follows:



(a)  The first two digits of DLN the File Location Code (Service Center or District Office). The Service Center codes are used in the DLN except in IDRS and other district-initiated transaction DLN's, where the District Office codes are used. During heavy filing periods, D.O. Codes will be also used as the Filing Location Code to handle overflow conditions but will not correspond to the actual filing location.

(b)  The third digit is the tax class. This identifies the type of tax each transaction involves.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.


EXHIBIT D 1 of 1

# Law Enforcement Manual III

**R Manual**
**3(27)(68)4.3**

| Form | Title | Doc. Code | Tax |
|------|-------|-----------|-----|
| W-2P | Statement for Recipients of Annuities, Pensions or Retired Pay | 22 | 5 |
| W-2G | Statement of Gambling Winnings | 32,88 | 5 |
| W-3 | Transmittal of Income and Tax Statements | ANY | 1 |
| W3–SS | Transmittal of Wage and Tax Statements | 32,33,34,35 | 1 |
| W-4 | Employee's Withholding Certificate | 42 | 5 |
| W-4E | Exemption from Withholding Certificate | 42 | 5 |

**3(27)(68)4.4** *(1-1-90)*

## Document Code Reference

(1)   Doc. Codes with Forms are as follows.

| Doc Code | Forms |
|----------|-------|
| 01 | 5301 |
| 03 | 11C, 5303 |
| 04 | 2758, 7004, SS4, 8736 |
| 05 | 706NA, 1120RIC |
| 06 | 706, 5306, 1120DF |
| 07 | 5307, 1040EZ, 1120FSC |
| 08 | 709A, 5713, 1040EZ, 1120ND |
| 09 | 1040A, 709, 5309, 1120A, 990EZ |
| 10 | 1040A, 1120, 1120X, 4625, 5310 |
| 11 | 1040, 1120, CT-1, 5329, W-2 (Guam) 1120L, 1120M, 1040X |
| 12 | 1040, 5329, W-2 (Virgin Islands), 1120REIT |
| 13 | 730, 1120PC |
| 14 | 3177, 3177A, TYD-14 |
| 15 | Passport |
| 16 | 1120S, Green Card |
| 17 | 1962, 2287, 2758, 4428, 3731, 3967, 3244, 3446, 3552, 4188 TY-26, TY-18, 4839, 4840, 809, 4868, 4843, 4084, 4085, 4086 4482, 4602, 4604, 4732, 4733, 4779, 4868, 4960, 4961, RSC137, TYD69, 4188SP, 4428P, 5541, 1041ES, 8210 |
| 18 | 809, 3244, 4840, 4907, 3244A, TYD69, 8210 |
| 19 | RPSII processed forms |
| 20 | 1040ES, 1120POL, 720, 1120S-K1, (for TY 81 and earlier) |
| **21** | **1040, W-2, 5329** |
| 22 | 1040, W-2P, 5329 |
| 23 | 8697 |
| 24 | 2424 |
| 25 | 1042 |
|  | 1042 Tax Period 8512 and later |
| 26 | 1040SS |
| 27 | 1040PR |
| 28 | 5498 |
| 29 | 8804, 8813 |
| 30 | 6209,6222, 720, 5500-R, W-3 |
| 31 | 5263, 3912, W-3, 5500-EZ |
| 32 | W-2G, W-3SS |
| 33 | 1042 (Tax Period 8512 and prior), W-3 SS, 5500-G |
| 34 | W-3 SS |
| 35 | 941(mag. tape), 5330, W-3 SS |
| 36 | 6248, 5500 Sch. B, 941E (mag. tape) |

---

**LEMT III-386**                    **page LEM 3(27)(68)0-42  (1-1-90)**

Official Use Only

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted


EXHIBIT E 1 of 1

## 1040
### U.S. Individual Income Tax Return
Used by citizens or residents of the United States to report income tax (Also see Form 1040A and 1040EZ.)
IT-IRC secs. 6012 and 6017; Regs. secs. 1.6012-1 and 1.6017-1; Pub. 17; Separate instructions

## Sch. A (Form 1040)
### Itemized Deductions
Used to report itemized deductions (medical and dental expense, taxes, contributions, interest, casualty and theft losses, moving expenses, miscellaneous deductions subject to the 2% AGI limit, and other miscellaneous deductions).
IT-IRC secs. 67, 163, 164, 165, 166, 170, 211, 212, 213, and 217; Pub. 17; See the separate Instructions for Form 1040.

## Sch. B (Form 1040)
### Interest and Dividend Income
Used to list gross dividends received and interest income, and to answer questions about foreign accounts and foreign trusts.
IT-IRC secs. 6012, 61 and 116; Pub. 17; See the separate Instructions for Form 1040.

## Sch. C (Form 1040)
### Profit or Loss From Business
Used to figure profit or (loss) from business or profession.
IT-IRC sec. 6017; Regs. sec. 1.6017-1; Pubs. 17 and 334; See the separate Instructions for Form 1040.

## Sch. D (Form 1040)
### Capital Gains and Losses
Used to report details of gain (or loss) from sales or exchanges of capital assets; to figure capital loss carryovers from 1990 to 1991; and to reconcile Forms 1099-B for bartering transactions with amounts reported on the tax return.
IT-IRC secs. 1202-1223, 6045; Pubs. 17 and 334; See the separate Instructions for Form 1040.

## Sch. D-1 (Form 1040)
### Continuation Sheet for Schedule D (Form 1040)
Used to attach to Schedule D (Form 1040) to list additional transactions on lines 1a and 8a.

## Sch. E (Form 1040)
### Supplemental Income and Loss
Used to report income from rents, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.
IT-IRC secs. 6012 and 6017; Regs. secs. 1.6012-1 and 1.6017-1; Pub. 17; See the separate Instructions for Form 1040.

## Sch. EIC (Forms 1040 and 1040A)
### Earned Income Credit
Used to figure the earned income credit and provide required identifying information for qualifying children.
IT-IRC sec. 32; Pub. 17 and 596

## Sch. F (Form 1040)
### Profit or Loss From Farming
Used to figure profit of (loss) from farming.
IT-IRC sec. 6012; Regs. sec. 1.61-4; Pub. 225; See the separate Instructions for Form 1040.

## Sch. R (Form 1040)
### Credit for the Elderly or the Disabled
Used to figure credit for the elderly for individuals age 65 or over and for individuals under 65 who retired on permanent and total disability and received taxable disability income.
IT-IRC sec 22; Pubs. 17 and 524; Separate instructions

## Sch. SE (Form 1040)
### Self-Employment Tax
Used to figure self-employment tax.
IT-IRC secs 1401 and 1402; See the separate Instructions for Form 1040.

## 1040A
### U.S. Individual Income Tax Return
Used by citizens and residents of the United States to report income tax. (Also see Form 1040 and 1040EZ.)
IT-IRC sec. 6012; Regs. sec. 1.6012-1; Pub. 17; Separate instructions

## Sch. 1 (Form 1040A)
### Interest and Dividend Income for Form 1040A Filers
Part I is used by Form 1040A filers to report interest income (if more than $400) and for claiming the exclusion of interest: from series EE savings bonds issued after 1989. Part II is used by Form 1040A filers to report dividends received (if more than $400).
IT-IRC sec. 61; Pub. 17

## Sch. 2 (Form 1040A)
### Child and Dependent Care Expenses for Form 1040A Filers
Used by Form 1040A filers to figure the credit for child and dependent care expenses and/or the exclusion of employer-provided dependent care benefits.
IT-IRC sec. 21 and 129; Regs. sec. 1.44A-1; Pub. 17 and 503

## Sch. 3 (Form 1040A)
### Credit for the Elderly or the Disabled for Form 1040A Filers
Used by Form 1040A filers to figure the credit for the elderly (65 yrs of age or older) or the disabled (under 65 who retired on permanent disability and received taxable disability benefits.
IT-IRC sec. 22; Pub. 17 and 524; Separate instructions

## 1040C
### U.S. Departing Alien Income Tax Return
Used by aliens who intend to depart from the U.S., to report income received, or expected to be received for the entire taxable year, determined as nearly as possible by the date of intended departure. (Also see Form 2063.)
IT-IRC sec. 6851; Regs. sec. 1.6851-2; Pub. 519; Separate instructions

## 1040-ES
### Estimated Tax for Individuals
Used to pay income tax (including self-employment tax and alternative minimum tax) due (the tax that is more than the tax withheld from wages, salaries, and other payments for personal services). It is not required unless the total tax is more than withholding (if any) by $500 or more.
IT-IRC sec. 6654

# EXHIBIT F 1 of 1

## 5305-SEP

**Simplified Employee Pension - Individual Retirement Accounts Contribution Agreement**

Used as an agreement between an employer and his or her employees to establish a Simplified Employee Pension.
IT-IRC 408(k)

## 5305-A-SEP

**Salary Reduction and Other Elective Simplified Employee Pension – Individual Retirement Accounts Contribution Agreement**

Used as an agreement between an employer and his or her employees to establish a Simplified Employee Pension with an elective deferral.
IT-IRC sec. 408(k)(6)

## 5306

**Application for Approval of Prototype or Employer Sponsored Individual Retirement Account**

Used by banks, savings and loan associations, federally insured credit unions, and such other persons approved by the Internal Revenue Service to act as trustee or custodian, insurance companies, regulated investment companies and trade or professional societies or associations, to get the approval as to form of a trust or annuity contract which is to be used for individual retirement accounts or annuities; Also to be used by employees, labor unions and other employee associations that want approval of a trust which is to be used for individual retirement accounts.
IT-IRC sec. 408(a), (b) or (c)

## 5306-SEP

**Application for Approval of Prototype Simplified Employee Pension - SEP**

Used by program sponsors who want to get IRS approval of their prototype simplified employee pension (SEP) agreements.
IT-IRC sec. 408

## 5307

**Application for Determination for Adopters of Master or Prototype, Regional Prototype or Volume Submitter Plans**

Used to request a determination letter as to the qualification of a defined benefit or defined contribution plan (the form of which has been previously approved) other than a collectively bargained plan.
IT-IRC sec. 401(a); Separate instructions

## 5308

**Request for Change in Plan/Trust Year**

Used by employer or plan administrators to request approval of change in a plan year or a trust year.
IT-IRC sec. 412(c)(5), sec. 442

## 5309

**Application for Determination of Employee Stock Ownership Plan**

Used by corporate employers who wish to get a determination _____ regarding the qualification of an Employee Stock Ownership Plan under IRC 409 or 4975(e)(7).
IT-IRC 409-497(e)(7)

""IMPORTANT NOTICE""
This document must be filed as permanent part of the bove referenced account number and Internal Revenue Service Master File Record(s). If any of these ird(s) / file(s) have / has been deleted and / or substituted this demand still applies

## 5310

**Application for Determination Upon Termination**

Used by an employer who wages a determination letter as to the effect of termination of a plan on its prior qualification under IRC section 401(a).
IT-IRC secs. 401(a), Separate instructions

## 5310-A

**Notice of Merger, Consolidation or Transfer of Plan Liabilities**

Used by every employer or plan administrator for any plan merger or consolidation required to be reported.
IT-IRC sec. 6058(b), 414(i), 401(a)(2); Separate instructions

## 5329

**Return for Additional Taxes Attributable to Qualified Retirement Plans (Including IRAs), Annuities, and Modified Endowment Contracts**

Used to report excise taxes or additional income tax owed in connection with individual retirement arrangements, annuities, modified endowment contract and qualified retirement plans.
IT-IRC 72, 4973, 4974, and 4980A; Separate instructions

## 5330

**Return of Excise Taxes Related to Employee Benefit Plans**

Used to report and pay the excise tax imposed by IRC section 4971 on a minimum funding deficiency, by Code section 4973(a)(2) on excess contributions to a section 403(b)(7)(A) custodial account, by section 4975 on prohibited transactions, by section 4976 on disqualified benefits from welfare plans, by 4977 on certain fringe benefits, and by sections 4978, 4978A, 4979A on certain ESOP transactions, and by section 4979 on excess contributions to plans with cash or deferred arrangements.
Ex-IRC sec. 6011; Separate instructions

## 5452

**Corporate Report of Nondevidend Distributions**

Used by corporations to report their nontaxable distributions.
IT-CFR 1.301-1, 1.316-1, and 1.6042-2

## 5471

**Information Return of U.S. Persons With Respect to Certain Foreign Corporations**

Used by U.S. persons to report their activities with related foreign corporations.
IT-IRC secs. 951-972, 6035, 6038 and 6046; Separate instructions

## Sch. M (Form 5471)

**Transactions Between Controlled Foreign Corporation and Sharholders or Other Related Persons**

Used by a U.S. person who controls a foreign corporation to report the activities between the U.S. person and the foreign corporation.
IT-IRC sec. 6038

# EXHIBIT I 1 of 1

.08    Color Code for DLN

DLN list year can be determined by the color of the DLN as follows

| Color | DLN List Year | Example |
|-------|---------------|---------|
| Blue | 4 or 9 | 1984 or 1979 |
| Green | 5 or 0 | 1985 or 1980 |
| Purple | 6 or 1 | 1986 or 1981 |
| Red | 7 or 2 | 1987 or 1982 |
| Black | 3 or 8 | 1988 or 1983 |

.09    Returns Processing Adjustment Blocking Series

Service center processing of taxpayer accounts for adjustment purposes must use the following blocking series to indicate the nature of the adjustment. The return must be associated with the subsequently generated IDRS transaction record unless the blocking series is specified as non-refile DLN.

| IMF | Description |
|-----|-------------|
| 000-099 | Adjustment with Original Return, unless specified below |
| 100-149 | Reserved |
| 150-198 | Tax adjustments made without the original return, including penalty, interest and/or freeze releases. Non-refile DLN. When using the Blocking Series, no unpostable checks are made for prior Examination or mathematical/clerical errors because the original return has not been secured. Be careful when adjusting accounts using this Blocking Series. |
| 199 | Expired balance write offs (TC 534/535) Non-refile DLN. |
| 200-289 | Forms 1040X processed by Returns Analysis Branch. |
| 290-299 | FORM 1040X Disaster Claims |
| 300-399 | Reserved |
| 400-479 | Form 4136 claim with Form 843. Non-refile DLN. Preassessment refund only. |
| 480-489 | Form 6249 claim with form 843. Non-refile DLN. Preassessment refund only. |
| 490-499 | Form 4136 Gasohol claim with form 843. Non-refile DLN. Preassessment re-Fund only. |
| 500-519 | URP (Timely, full paid) Adjustments (CP-2000) |
| 520-529 | Adjustment to Civil Penalty Modules (MFT 55 and no CP 55) |
| 530-539 | Adjustments to Civil Penalty Modules (MFT 55 and no CP 55) |
| 540-549 | SFR Assessments (1st Notice) |
| 550-589 | URP (Other than timely, full paid) adjustments (CP-2000) |
| 590-599 | W-4 Civil Penalty Adjustments |
| 600-619 | URP (Timely, full paid) adjustments (Statutory Notices) |
| 640-649 | SFR Assessments (Statutory Notices) |
| 650-679 | URP (Other than timely) adjustments (Statutory Notice) |

# EXHIBIT U-1 1 of 1

4-12

| BMF | Description |
|---|---|
| 199 | Expired balance write-offs. (TC 534/535). Non-refile DLN. |
| 200–299 | Forms 1120X processed in Returns Analysis. |
| 300–398 | U.S.-U.K. Tax Treaty Claims. Non-refile DLN. *used in IMF* |
| 400–479 | Form 4136 claim with Form 843. Preassessment refund only–non-refile. |
| 480–489 | Form 6249 Claim with Form 843. Non-refile DLN. Preassessment refund only. |
| 490–499 | Gasohol claim with Form 843. Non-refile DLN. Preassessment refund only. |
| 500–509 | Non-zero Certification. FUTA. Non-refile DLN. |
| 510–519 | Zero Certification. FUTA. Non-refile DLN. |
| 520–529 | Civil Penalty—No CP 155 generated—refile DLN. MFT 13. |
| 530–539 | Civil Penalty—no CP 155 generated—refile DLN. MFT 13. |
| 550–559 | CAWR related adjustments (See IRM 30(153)0—CAWR Reconciliation). Non-refile DLN. |
| 600–609 | Overstated Deposit Claimed. Non-refile DLN after cycle 9335. |
| 620–629 | Category B. Examination Criteria. Refile DLN. |
| 630–639 | Category B. Examination Criteria. Non-refile DLN. |
| 700–739 | Substantiated Math Error with TC 420 in the module. Refile DLN. |
| 740–769 | Unsubstantiated Math Error Protest. Refile DLN. |
| 770–789 | Adjustment to set math error deferred action on module. Refile DLN. |
| 790–799 | Reserved. |
| 800–849 | Offers in Compromise except for Forms 11*, 11-C, 706, 709, 730, 2290 and 4638* |
| 850–859 | Offers in Compromise Forms 2290 and 4638* only. |
| 860–869 | Offers in Compromise Forms 706 and 709 only. |
| 870–879 | Offers in Compromise Forms 11* and 11B* only. |
| 880–889 | Offers in Compromise Form 11-C only. |
| 890–899 | Offers in Compromise Form 730 only. |
| 900–909 | Tentative Carryback Adjustments without original return. (CP 155 generated). |
| 910–919 | Carryback adjustments below tolerance without original return—No CP 155 generated. Non-refile DLN. |
| 920–929 | Tentative Carryback Adjustment with original return. (No CP 155 generated.) Also use whenever a TCB adjustment requires a manual reinstatement from the Retention Register |
| 930–949 | FICA/FUTA Adjustments based on Free Meals/Lodging (Rowan court case). Non-refile DLN. |
| 950–959 | Carryback reassessments for statute imminent years. CC Claim Reassessments processed with TC 298 for expired statute years. |
| 960–969 | Penalty Appeals Indicator Set. Non-refile DLN. |
| 970–979 | Penalty Appeals Indicator Released. Non-refile DLN. |
| 980–989 | Complete claim Disallowance without original return (generates CP 155). |

Notice: This document must be filed as a permanent part of the reference name and account # in the IRS Master File Records. If any records / files have been deleted and / or substituted this demand still applies.

**OFFICIAL USE ONLY**

 EXHIBIT V-1 1 of 1

Prosecution in the requested country.

## (42)280 (5-15-98)
## Executive Agreements

(1) The U.S. has entered into an executive agreement with the United Kingdom, representing the Cayman Islands, concerning "assistance From the Cayman Islands in Matters Involving Narcotics Activity [Agreement]." The Agreement provides the exclusive means by which the U.S. may obtain from the Cayman Islands documentary evidence and foundation testimony to permit such evidence to be admitted in a United States criminal trial Involving narcotics activity. The agreement does not cover requests by the Cayman Islands to the United States. Although the scope of the agreement is limited to the narcotics activity, the Agreement is broad enough to cover ancillary civil or administrative proceedings "connected with, arising from, relating to, or resulting from" narcotics activity. Thus, in the cases where narcotics activity appears to be present, evidence can be obtained by the U.S. from the Cayman Islands under the Agreement and used in connection with civil and/or criminal tax cases.

(2) The U.S. has been very successful in obtaining information from the Cayman Islands under the Agreement, in many cases information sought has been obtained within thirty days of the request.

(3) To obtain information pursuant to the Agreement, the United States Attorney General is required to submit a certificate requesting assistance to the Cayman Islands Attorney General. The certificates must do four things:

(a) state that the matter for which assistance is being requested falls within the scope of the Agreement:

investigated or prosecuted, and a ... scription of the documents soug ... Cayman Islands;

(b) a more detailed statement if the subjects are described the connec tween the subjects and narcotics activ

(c) a brief description of the offe investigated or prosecuted;

(d) the identity of the "assistor" o an of the documents and a detailed de:

(e) a brief statement explained t nection between the offences being im ed or posecuted and the document req

(f) a specific instructions with re: form of the documents and foundation any required; and

(g) time deadlines

(5) A sample of the form reques issued of a certificate by the U.S. Attor General set forth in Exhibit (42)20( This form may be completed by attorn and forward Branch 1 of the Assoc Chief Council (beneficial and internatio for processing.

(6) Attorneys should note that the sta of facts which provides an adequate ba the U.S. Attorney General to issue cor of request to the Cayman Islands connection with the narcotics activity particular taxpayer often may be use civil tax courts involving such taxpay receipts of unpreresented income f such activity. In Washing Commissioner's, 596 F.2d 358 (9th ci court rev'q 67 TC 572 (1977), the N Circuit Court that, in redterminging income tax deficient by the Service on basis of the taxpayer alleged unrepo income from heroin.

*** IMPORTANT NOTICE ***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) (file(s)) have / has been deleted and / or substituted this demand stik applies

EXHIBIT V.1   1 J 1

# Black's Law Dictionary

**Franchised dealer.** A retailer who sells the product or service of a manufacturer or supplier under a franchise agreement which generally protects the territory for the retailer and provides advertising and promotion support to him. *See Franchise.*

**Franchisee.** Person or company that is granted franchise by a franchisor.

**Franchise tax.** A tax upon the privilege of existing or the privilege of doing certain things. An annual tax on the privilege of doing business in a state; it is not a direct tax on income. A tax on the franchise of a corporation, that is, on the right and privilege of carrying on business in the character of a corporation, for the purposes for which it was created, and in the conditions which surround it.

Though the value of the franchise, for purposes of taxation, may be measured by the amount of business done, or the amount of earnings or dividends, or by the total value of the capital or stock of the corporation in excess of its tangible assets, a franchise tax is not a tax on either property, capital, stock, earnings, or dividends.

**Franchisor.** Person or company that grants a franchise to a franchisee.

**Frank,** *v.* To send matter through the public mails free of postage, by a personal or official privilege. *See Franking privilege.*

**Franking privilege.** The privilege of sending certain matter through the public mails without payment of postage, in pursuance of a personal or official privilege. The privilege granted to members of Congress to send out a certain amount of mail under signature without charge. See 39 U.S.C.A. § 3210 et seq.

**F.R.A.P.** *See Federal Rules of Appellate Procedure.*

**Fraternal.** Brotherly; relating or belonging to a fraternity or an association of persons formed for mutual aid and benefit, but not for profit.

**Fraternal benefit association** *or* **society.** One whose members have adopted the same, or a very similar, calling, avocation, or profession, or who are working in unison to accomplish some worthy object, and who for that reason have joined themselves together as an association or society to aid and assist one another, and to promote the common cause. A society or voluntary association organized and carried on for the mutual aid and benefit of its members, not for profit; which ordinarily has a lodge system, a ritualistic form of work, and a representative government, makes provision for the payment of death benefits, and (sometimes) for benefits in case of accident, sickness, or old age, the funds therefor being derived from dues paid or assessments levied on the members.

**Fraternal insurance.** The form of life (or accident) insurance furnished by a fraternal beneficial association, consisting in the payment to a member, or his heirs in case of death, of a stipulated sum of money, out of funds raised for that purpose by the payment of dues or assessments by all the members of the association.

**Fraternal lodge.** *See* Fraternal benefit association *or* society.

**Fratricide** /frǽtrəsàyd/. One who has killed a brother or sister; also the killing of a brother or sister.

**Fraud.** An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right. A false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury. Anything calculated to deceive, whether by a single act or combination, or by suppression of truth, or suggestion of what is false, whether it be by direct falsehood or innuendo, by speech or silence, word of mouth, or look or gesture. A generic term, embracing all multifarious means which human ingenuity can devise, and which are resorted to by one individual to get advantage over another by false suggestions or by suppression of truth, and includes all surprise, trick, cunning, dissembling, and any unfair way by which another is cheated. "Bad faith" and "fraud" are synonymous, and also synonyms of dishonesty, infidelity, faithlessness, perfidy, unfairness, etc.

Elements of a cause of action for "fraud" include false representation of a present or past fact made by defendant, action in reliance thereupon by plaintiff, and damage resulting to plaintiff from such misrepresentation.

As distinguished from negligence, it is always positive, intentional. It comprises all acts, omissions, and concealments involving a breach of a legal or equitable duty and resulting in damage to another. And includes anything calculated to deceive, whether it be a single act or combination of circumstances, whether the suppression of truth or the suggestion of what is false, whether it be by direct falsehood or by innuendo, by speech or by silence, by word of mouth, or by look or gesture. Fraud, as applied to contracts, is the cause of an error bearing on a material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other.

*See also* Actionable fraud; Bad faith; Badges of fraud; Cheat; Civil fraud; Collusion; Constructive

***IMPORTANT NOTICE***
... ment must be filed as permanent part of the
... federal account number and Internal Revenue
Service Master File Record(s). If any of these
records/ might have / has been deleted and / or substituted
this demand still applies

EXHIBIT R-1   1 of 1

benefit; and

(F) shall not be taken into account in determining the amount of any severance pay to which the employee may be entitled under section 5595 of title 5, United States Code, based on any other separation.

(c) Additional Internal Revenue Service Contributions to the Retirement Fund.--

(1) In general.--In addition to any other payments which it is required to make under subchapter III of chapter 83 of title 5, United States Code, the Internal Revenue Service shall remit to the Office of Personnel Management for deposit in the Treasury of the United States to the credit of the Civil Service Retirement and Disability Fund an amount equal to 15 percent of the final basic pay of each employee who is covered under subchapter III of chapter 83 or chapter 84 of title 5, United States Code, to whom a voluntary separation incentive has been paid under this section.

(2) Definition.--In paragraph (1), the term "final basic pay", with respect to an employee, means the total amount of basic computed using the employee's final rate of basic pay, and, if last serving on other than a full-time basis, with appropriate adjustment therefore.

(d) Effect of Subsequent Employment With the Government.--An individual who has received a voluntary separation incentive payment under this section and accepts any employment for compensation with the Government of the United States, or who works for any agency of the United States Government through a personal services contract, within 5 years after the date of the separation on which the payment is based shall be required to pay, prior to the individual's first day of employment, the entire amount of the incentive payment to the Internal Revenue Service.

(e) Effect on Internal Revenue Service Employment Levels.--

(1) Intended effect.--Voluntary separations under this section are not intended to necessarily reduce the total number of full-time equivalent positions in the Internal Revenue Service.

(2) Use of voluntary separations.--The Internal Revenue Service may redeploy or use the full-time equivalent positions vacated by voluntary separations under this section to make other positions available to more critical locations or more critical occupations.

SEC. 1203. TERMINATION OF EMPLOYMENT FOR MISCONDUCT.

(a) In General.--Subject to subsection (c), the Commissioner of Internal Revenue shall terminate the employment of any employee of the Internal Revenue Service if there is a final administrative or judicial determination that such employee committed any act or omission described under subsection (b) in the performance of the employee's official duties. Such termination shall be a removal for cause on charges of misconduct.

(b) Acts or Omissions.--The acts or omissions referred to under subsection (a) are--

(1) willful failure to obtain the required approval signatures on documents authorizing the seizure of a taxpayer's home, personal belongings, or business assets;

(2) providing a false statement under oath with respect to a material matter involving a taxpayer or taxpayer representative;

(3) with respect to a taxpayer, taxpayer representative, or

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these records / data have also been added to

EXHIBIT C 1 of 3

other employee of the Internal Revenue Service, the violation of--
    (A) any right under the Constitution of the United States;
or

    (B) any civil right established under--
        (i) title VI or VII of the Civil Rights Act of 1964;
        (ii) title IX of the Education Amendments of 1972;
        (iii) the Age Discrimination in Employment Act of 1967;
        (iv) the Age Discrimination Act of 1975;
        (v) section 501 or 504 of the Rehabilitation Act of
1973; or
        (vi) title I of the Americans with Disabilities At of
1990;
    (4) falsifying or destroying documents to conceal mistakes made
by any employee with respect to a matter involving a taxpayer or
taxpayer representative;
    (5) assault or battery on a taxpayer, taxpayer representative,
or other employee of the Internal Revenue Service, but only if there
is a criminal conviction, or a final judgment by a court in a civil
case, with respect to the assault or battery;
    (6) violations of the Internal Revenue Code of 1986, Department
of Treasury regulations, or policies of the Internal Revenue Service
(including the Internal Revenue Manual) for the purpose of
retaliating against, or harassing, a taxpayer, taxpayer
representative, or other employee of the Internal Revenue Service;
    (7) willful misuse of the provisions of section 6103 of the
Internal Revenue Code of 1986 for the purpose of concealing
information from a congressional inquiry;
    (8) willful failure to file any return of tax required under the
Internal Revenue Code of 1986 on or before the date prescribed
therefore (including any extensions), unless such failure is due to
reasonable cause and not to willful neglect;
    (9) willful understatement of Federal tax liability, unless such
understatement is due to reasonable cause and not to willful
neglect; and
    (10) threatening to audit a taxpayer for the purpose of
extracting personal gain or benefit.
(c) Determination of Commissioner.--
    (1) In general.--The Commissioner of Internal Revenue may take a
personnel action other than termination for an act or omission under
subsection (a).
    (2) Discretion.--The exercise of authority under paragraph (1)
shall be at the sole discretion of the Commissioner of Internal
Revenue and may not be delegated to any other officer.  The
Commissioner of Internal Revenue, in his sole discretion, may
establish a procedure which will be used to determine whether an
individual should be referred to the Commissioner of Internal
Revenue for a determination by the Commissioner under paragraph (1).
    (3) No appeal.--Any determination of the Commissioner of
Internal Revenue under this subsection may not be appealed in any
administrative or judicial proceeding.
    (d) Definition.--For purposes of the provisions described in clauses
(i), (ii), and (iv) of subsection (b) (3) (B), references to a program
or activity receiving Federal financial assistance or an education
program or activity receiving Federal financial assistance shall
include any program or activity conducted by the Internal Revenue
Service for a taxpayer.

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted



**EXHIBIT C 2 of 3**

SEC. 1204. BASIS FOR EVALUATION OF INTERNAL REVENUE SERVICE EMPLOYEES.

(a) In General.--The Internal Revenue Service shall not use records of tax enforcement results--
    (1) to evaluate employees; or
    (2) to impose or suggest production quotas or goals with respect to such employees;
(b) Taxpayer Service.--The Internal Revenue Service shall us the fair and equitable treatment of taxpayers by employees as one of the standards for evaluating employee performance.
(c) Certification.--Each appropriate supervisor shall certify quarterly by letter to the Commissioner of Internal Revenue whether or not tax enforcement results are being used in a manner prohibited by subsection (a).
(d) Technical and Conforming Amendment.--Section 6231 of the Technical and Miscellaneous Revenue Act of 1988 (Public Law 100-647; 102 Stat. 3734) is repealed.
(e) Effective Date.--This section shall apply to evaluations conducted on or after the date of the enactment of this Act.

SEC. 1205. EMPLOYEE TRAINING PROGRAM.

(a) In General.--Not later than 180 days after the date of the enactment of this Act, the Commissioner of Internal Revenue shall implement an employee training program and shall submit an employee training plan to the Committee on Finance of the Senate and the Committee on Ways and Means of the House of Representatives.
(b) Contents.--The plan submitted under subsection (a) shall--
    (1) detail a comprehensive employee training program to ensure adequate customer service training;
    (2) detail a schedule for training and the fiscal years during which the training will occur;
    (3) detail the funding of the program and relevant information to demonstrate the priority and commitment of resources to the plan;
    (4) review the organizational design of customer service;
    (5) provide for the implementation of a performance development system; and
    (6) provide for at least 16 hours of conflict management training during fiscal year 1999 for employees conducting collection activities.

TITLE II--ELECTRONIC FILING

SEC. 2001. ELECTRONIC FILING OF TAX AND INFORMATION RETURNS.

(a) In General.--It is the policy of Congress that--
    (1) paperless filing should be the preferred and most convenient means of filing Federal tax and information returns;
    (2) it should be the goal of the Internal Revenue Service to have at least 80 percent of all such returns filed electronically by the year 2007; and
    (3) the Internal Revenue Service should cooperate with and encourage the private sector by encouraging competition to increase electronic filing of such returns.
(b) Strategic Plan.--

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted

EXHIBIT C 3 of 3

Law Enforcement Manual III

(12) Form 1040—U.S. Individual Income Tax Return

| | |
|---|---|
| 00 | No return filed |
| 01 | Return not required to be mailed or filed. |
| 02 | Form 1040A or 1040EZ filer. (Package 50) |
| 03 | Form 1040 with Schedules A and B only, Principal Non-business filer (Package 10) |
| 04 | Form 1040, Schedules A, B, D, and E. Full Non-business filer (Package 20) |
| 05 | Form 1040, Schedules A, B, D, E, C and F business filer (Package 30) |
| 06 | Form 1040SS filer (Virgin Islands DO 66, Guam and American Samoa DO 98) |
| 07 | Form 1040PR filer (Puerto Rico DO 66) |
| 08 | Account is inactive. Return not required to be mailed or filed. |
| 09 | Form 1040NR filer |
| 10 | Form Schedule F Bus. With Farm Package. (Package 40) |
| 11 | IMF Child Care Credit present (Package 00) |
| 12 | Schedule R/RP present (Package 80) |

(13) Form 990 PF Private Foundation Exempt From Income Tax

| | |
|---|---|
| 0 | Not required to file. |
| 1 | Required to file Form 990PF. |
| 2 | Revoked, required to file Form 990PF and 1120 |
| 5 | Reserved for programming use. |
| 8 | Account currently inactive. Return not required to be mailed or filed. |

(14) Form 2290 Heavy Vehicle Use Tax Return

| | |
|---|---|
| 0 | Not required to file. |
| 1 | Required to file Form 2290. |
| 5 | Reserved for programming use. |
| 8 | Account currently inactive. Return not required to be mailed or filed. |

(15) Reserved

(16) Form 11C Special Tax and Application for Registry

| | |
|---|---|
| 0 | Not required to file. |
| 1 | Required to file Form 110. |
| 5 | Reserved for programming use. |
| 8 | Account currently inactive. Return not required to be mailed or filed. |

(17) Form 730 Tax on Wagering

| | |
|---|---|
| 0 | Not required to file. |
| 1 | Required to file a Form 730. |
| 5 | Reserved for programming use. |
| 8 | Account currently inactive. Return not required to be mailed or filed. |

(18) Form 990/990EZ Organization Exempt from Income Tax

| | |
|---|---|
| 00 | Not required to file. |
| 01 | Required to file Form 990. Gross receipts over $25,000. |
| 02 | Not required to file Form 990. Gross receipts less than $25,000. |
| 03 | Dummy Entity—Group return filed. |
| 04 | Not required to file—filing Form 990BL |
| 06 | Not required to file—Church. |
| 07 | Not required to file—exempt under 501(c)(1). |
| 05 | Reserved for programming use. |
| 13 | Not required to file—Religious organization. |
| 88 | Account currently inactive. Return not required to be mailed or filed. |

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

EXHIBIT O-6  1 of 1

8 - 33

| Trans Code | DR/CR | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 590 | B/I/E | Satisfying Trans. | 14, 49 or Generated Transaction | Not liable this tax period. Satisfies this module only. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |
| 591 | B/I/E | Satisfying Trans. | 14, 49 or Generated Transaction | No longer liable for tax. Satisfies this module and all subsequent modules for same MFT if not already delinquent. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |
| 592 | B/I/E | Reverse 59X Trans | 14, 49 | Reverse any previously posted TC 59x (regardless of the TC 59x cc) present in the module. Updates FRC from 0 to 1. |
| 593 | B/I/E | Satisfying Trans | 14, 49 or Generated Transaction | Unable to locate taxpayer. Satisfies this module and all subsequent modules for same MFT. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. TC 593 updates the Filing Requirement Code to zero. Note: when an address change posts to the entity, a TC 592 is generated 1 cycle later for each module with a RDD within the previous 5 years of the current 23C date. |
| 594 | B/I/E | Satisfying Trans | 14, 49 | Return previously filed. Satisfies this module only. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |
| 595 | B/I/E | Satisfying Trans | 14, 49 | Referred to Examination. Satisfies this module and all subsequent modules for same MFT. Requires a two digit closing code for IDRS input. Updates FRC to zero. See Section 11 for appropriate closing codes. |
| 596 | B/I/E | Satisfying Trans | 14, 49 | ...isfies this module and all subsequent modules for same MFT. Requires a two digit closing code for IDRS input. Updates FRC to zero. See Section 11 for appropriate closing codes. |
| 597 | B/I/E | Satisfying Trans | 14, 49 | Surveyed. By National Office direction only. Satisfies this module only. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.

EXHIBIT P-6 10F1



Law Enforcement Manual III

(c) EPMF Tax Class

| | MFT | Type of Tax |
|---|---|---|
| 0 | 74 | Short Form Application for Determination for Employee Benefit Plan (Form 5307) |
| 0 | 74 | Application Determination upon Termination (Form 5310) |
| 0 | 74 | Return of initial excise taxes related to Pension and Profit-sharing Plans (Form 5330) |
| 0 | 74 | Annual Return/Report of Employee Benefit Plan, with 100 or more participants (Form 5500) |
| 0 | 74 | Form 5500 series, Schedule B |
| 0 | 74 | Annual Return/Report for Employee Benefit Plan (with fewer than 100 participants, none of whom is an owner-employee) (Form 5500–C) |
| 0 | 74 | Annual Return/Report for Employee Pension Benefit Plan (with fewer than 100 participants and at least one owner-employee) (Form 5500–K) |
| 0 | 74 | Registration Statement of Employee Benefit Plan (Form 5500–R) |
| 0 | 74 | Annual Return of One-Participant (owners and their spouses) Pension Benefit Plan (Form 5500–EZ) |

(d) IRAF Tax Class

| | MFT | Type of Tax |
|---|---|---|
| 0 | 29 | Return for Individual Retirement Arrangement Taxes (Form 5329) |

(2) EPMF Tax Class 0 applies to the new EPMF. EPMF Tax Class 6 applies to the old EPMF.

## 3(27)(68)4.3  (1–1–90)
## Document Codes

(1) The Document Code is in the 4th and 5th digits of the DLN and identifies the type of document being processed. The following are the forms processed and their related Document Code and applicable Tax Class.

(a) Federal Revenue Forms, 11 Series.

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 11C | Special Tax Return and Application for Registry—Wagering | 03 | 4 |

(b) Federal Revenue Forms, 500 Series.

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 514B | Tax Transfer Schedule | 51 | 1,2,3,4,5,6,7,8 |

(c) Federal Revenue Forms, 700 Series.

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 706 | U.S. Estate Tax Return | 06 | 5 |
| 706A | U.S. Additional Estate Tax | 84 | 5 |
| 706B | Generation Skipping Transfer Tax | 85 | 5 |
| 706NA | U.S. Non-resident Alien Estate Tax Return | 05 | 5 |
| 709 | U.S. Gift Tax Return | 09 | 5 |
| 709A | U.S. Short Form Gift Tax Return | 08 | 5 |
| 720 | Quarterly Federal Excise Tax Return | 20 | 4 |
| 730 | Tax on Wagering | 13 | 4 |

***IMPORTANT NOTICE*** This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

EXHIBIT Q6  1 of 11

(d) Federal Revenue Forms, 800 Series.

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 809 | Posting Voucher | 17, 18 | 1,2,3,4,5,6,7,8,0 |
| 813 | Document Register | 99 | 1,2,3,4,5,6,7,8,9 |
| 843 | Claims | 54, 77 | 1,2,3,4,5,7,8,9,0 |

(e) Federal Revenue Forms, 900 Series.

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 900 | Tax Collection Waiver | 77 | 2,6,9 |
| 925 | Return by a Transferor of Property to a Foreign Corporation, Foreign Trust, or Foreign Partnership | 32 | 6 |
| 940 | Employer's Annual Federal Unemployment Tax Return | 40 | 8 |
| 940 | Mag. Tape. Employer's Annual Federal Unemployment Tax Return | 39 | 8 |
| 940PR | Employer's Annual Federal Unemployment Tax Return, Puerto Rico | 40 | 8 |
| 941 | Employer's Quarterly Federal Tax Return | 41 | 1 |
| 941 | Mag. Tape. Employer's Quarterly Federal Tax Return | 35 | 1 |
| 941E | Mag. Tape. Employer's Quarterly Federal Tax Return | 36 | 1 |
| 941E | Quarterly Return of Withheld Income Tax—Non-FICA | 46 | 1 |
| 941M | Employer's Monthly Federal Tax Return | 41 | 1 |
| 941NMI | Employer's Tax Return of Northern Marianas Is | 41 | 6 |
| 941PR | Employer's Quarterly Federal Tax Return, Puerto Rico | 41 | 1 |
| 941SS | Employer's Quarterly Federal Tax Return, Virgin Islands, Guam, American Samoa | 41 | 1 |
| 942 | Employer's Quarterly Federal Tax Return for Household Employees | 42 | 1 |
| 942PR | Employer's Quarterly Federal Tax Return, Household Employees, Puerto Rico | 42 | 1 |
| 943 | Employer's Annual Tax Return for Agricultural Employees | 43 | 1 |
| 943PR | Employer's Annual Tax Return for Agricultural Employees, Puerto Rico | 43 | 1 |
| 964/966 | Corporate Dissolution Indicator | 78 | 9 |
| 990 | Return of Organization Exempt from Income Tax | 90 | 4 |
| 990BL | Information and Initial Excise Tax Return for Black Lung Benefit Trusts and Certain Related Persons | 88 | 6 |
| 990C | Exempt Cooperative Association Income Tax Return | 92 | 3 |
| 990PF | Return of Private Foundation Exempt from Income Tax | 91 | 4 |
| 990T | Exempt Organization Business Income Tax Return | 93 | 3 |

***IMPORTANT NOTICE*** This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s), if any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

LEMT III–386                    Official Use Only

EXHIBIT Q6 2 of 11



| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 990EZ | Short Form—Return of Organization Exempt from Income Tax | 09 | 4 |

(f) Federal Revenue Forms, 1000 Series.

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 1040 | U.S. Individual Income Tax Return (Other than Full Paid) (Full Paid) | 11,12,21,22 | 2 |
| 1040A | U.S. Individual Income Tax Return Other than Full Paid Full Paid | 09 / 10 | 2 / 2 |
| 1040C | U.S. Departing Alien Income Tax Return | 61 | 2 |
| 1040ES | U.S. Declaration of Estimated Income Tax for Individuals | 20 | 2 |
| 1040EZ | U.S. Individual Income Tax Return Other than Full Paid Full Paid | 07 / 08 | 2 / 2 |
| 1040NR PSC only | U.S. Non-resident Alien Income Tax Return Non-effectively Connected Income | 72 | 2 |
|  | Effectively Connected Income | 73 | 2 |
| 1040PR PSC Only | U.S. Self Employment Tax Return Puerto Rico | 27 | 2 |
| 1040SS PSC Only | U.S. Self Employment Tax Return, Virgin Islands, Guam, American Samoa (PSC only) | 26 | 2 |
| 1040X | Amended U.S. Individual Income Tax Return | 54 | 2 |
|  | With remittance or original return needed | 11 | 2 |
| 1040SS NMI | U.S. Self Employment Tax Return, Northern Marianas Islands | 26 | 2 |
| 1041 | U.S. Fiduciary Income Tax Return (For estates and trusts) | 44 | 2 |
| 1041 | U.S. Fiduciary Income Tax Return Magnetic Tape (Currently not used) | 36 | 2 |
| 1041A | Trust Accumulation of Charitable etc., Amounts | 81 | 4 |
| 1041ES | Payment Voucher, Estimated Tax | 17,19 | 2 |
| 1041–K1 | Beneficiary's Share of Income, Credits, Deductions, Etc. (See Form 5227) | 66 | 5 |
| 1041PF 1041S | U.S. Fiduciary Tax Return (Short Form) | 46 | 2 |
| 1042 | U.S. Annual Return of Income Tax to be Paid at Source | 25 | 1 |
| 1042S | Income Subject to Withholding Under Chapter 3, IRC | 66 | 6 |
| 1065 | U.S. Partnership Return of Income | 65 | 2 |
| 1065–K1 | Partner's Share of Income, Credits, Deductions, Etc. | 65 | 5 |
| 1066 | U.S. Real Estate Mortgage Investment Conduit Income Tax Return | 60 | 3, 6 |

**"IMPORTANT NOTICE"**
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.


EXHIBIT Q6 3 of 11

3(27)(8

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 1096 | Annual Summary and Transmittal of U.S. Information Returns | 69 | 5 |
| 1098 | Mortgage Interest | 81 | 5 |
| 1099–A | Foreclosures and Abandonments | 80 | 5 |
| 1099–B | Proceeds from Brokers and Barters Exchange Transactions | 79 | 5 |
| 1099–DIV | Dividends and Distributions | 91 | 5 |
| 1099–G | Certain Government Payments | 86 | 5 |
| 1099–INT | Interest Income | 92 | 5 |
| 1099–MISC | Miscellaneous Income | 95 | 5 |
| 1099–OID | Original Issue Discount | 96 | 5 |
| 1099–PATR | Taxable Distributions Received from Cooperatives | 97 | 5 |
| 1099–R | Lump Sum Distributions from Profit Sharing and Retirement Plans | 98 | 5 |
| 1099–S | Proceeds from Real Estate Transactions | 75 | 5 |
| 1099–RRB | Railroad Retirement Board Benefits Payment | 82 | 5 |
| 1099–SSA | Social Security Benefits Payment | 82 | 5 |
| 1120 | U.S. Corporation Income Tax Return | 10 | 3 |
| | Special—Consolidated, Personal Holding | 11 | 3 |
| 1120–A | U.S. Short Form Corporation Tax Return | 09 | 3 |
| 1120DF | U.S. Income Tax Return for Designated Settlement Funds | 06 | 3 |
| 1120–DISC | Domestic International Sales Corporation Return | 69 | 6 |
| 1120–F | U.S. Income Tax Return of Foreign Corporations Non-Effectively Connected Income | 66 | 3 |
| | Effectively Connected Income | 67 | 3 |
| 1120FSC | U.S. Tax Return of a Foreign Sales Corporation (PSC only) | 69,07 | 6,3 |
| 1120–H | Home Owners Association Income | 71 | 3 |
| 1120IC–DISC | Interest Charge Domestic International Sales Corporation Return | 69 | 6 |
| 1120S–K1 | Shareholders Share of Undistributed Taxable Income, Etc. | 67 | 5 |
| 1120–L | U.S. Life Insurance Company Income Tax Return | 11 | 3 |
| 1120–M | U.S. Mutual Insurance Company Income Tax Return | 11 | 3 |
| 1120–ND | Return for Nuclear Decommissioning Trusts and Certain Related Persons | 08 | 3 |
| 1120PC | U.S. Income Property and Casualty Companies | 13 | 3 |
| 1120–POL | U.S. Income Tax Return of Political Organizations | 20 | 3 |
| 1120REIT | U.S. Income Tax Return for Real Estate Investment Trusts | 12 | 3 |
| 1120RIC | U.S. Income Tax Return for Regulated Investment Companies | 05 | 3 |

***IMPORTANT NOTICE***

This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.



EXHIBIT Q6 4 of 11

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 1120–S | U.S. Small Business Corporation Income Tax Return | 16 | 3 |
| 1120–X | Amended Corporation Income Tax Return | 54 | 3 |
| | With remittance or original return needed | 10 | 3 |
| 1127 | Application for Extension of Time for Payment of Tax | 77 | 2 |
| 1128 | Application for Change of Accounting Period | | |
| 1164 PR | Disbursing Center Notification of Undelivered Refund Checks and/or Cancellation | 45 | 1,2,3,4,5,6,7,8 |
| 1962 | Advance Payment Record | 17 | 1,2,3,4,5,6,7,8 |

(g) Federal Revenue Forms, 2000 Series.

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 2137 | Monthly Tax Return-Manufacturers of Cigarette Papers and Tubes | 86 | 6 |
| 2158 | Credit Transfer Voucher | 58 | 1,2,3,4,5,6,7,8 |
| 2287 | Dishonored Check Posting Voucher | 87 | 1,2,3,4,5,6,7,8 |
| D2287 | Advise of Dishonored Check | 17 | 1,2,3,4,5,6,7,8 |
| 2290 | Heavy Vehicle Use Tax Return | 95 | 4 |
| 2350 | Application for Extension of Time for Filing U.S. Income Tax Return, Citizen Abroad | 77 | 2,5 |
| 2363 | Master File Entity Change | 63 | 0,2,5,9 |
| 2363A | EO/BMF Entity Voucher | 80,81 | 9 |
| 2363B | EPMF Plan Data Change | 64 | 0 |
| 2363C | IMF/BMF Master File Entity Change | 63 | 2 |
| 2424 | Account Adjustment Voucher | 24 | 1,2,3,4,5,6,7,8,0 |
| 2438 | Regulated Investment Co.-Undistributed Capital Gains Tax Return | 86 | 6 |
| 2553 | Election by Small Business Corporation | 53 | 9 |
| 2617 | Prepayment Return-Tobacco Products Taxes | 37 | 6 |
| 2650 | TDA/TDI Transfer | 50 | 2,6,9 |
| 2688 | Application for Additional Extension of Time to File U.S. Individual Income Tax Return | 77 | 2 |
| 2710 | Appeals Division Action and Transmitted Memorandum | 47 | 1,2,3,4,5,6,7,8 |
| 2749 | Request for 100% Penalty Assessment | 77 | 3,6,9 |
| 2758 | Application for Extension of Time to File U.S. Fiduciary or Partnership Return, Non-remittance | 77 04 | 2,9 2 |
| | With remittance | 17 | 2,3,4 |

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted, this demand still applies.

EXHIBIT Q6 5 of 11



Law Enforcement Manual III

(h) Federal Revenue Forms. 3000 Series.

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 3177/A/B/C | Notice of Action for Entry on Master File | 14,49,77,78 | 1,2,3,4,5,6,7,8,9,0 |
| 3244 | Payment Posting Voucher | 17,18 | 1,2,3,4,5,6,7,8,0 |
| 3244A | Payment Posting Voucher | 18 | 1,2,3,4,5,6,7,8,0 |
| 3245 | Posting Voucher, Refund Check Cancellation or Repayment | 45 | 1,2,3,4,5,6,7,8,0 |
| 3249 | Notice of Non-Receipt of Tax Return | 49 | 9 |
| 3258 | Summary Transfer Voucher | 58 | 1,2,3,4,5,6,7,8 |
| 3354 | Assessment Adjustment Document | 54 | 1,2,3,4,5,6,7,8 |
| 3413 | Transaction List of Account Transfer-In | 51,52 | 1,2,3,4,5,6,7,8 |
| 3446 | Notice of Federal Tax Due | 51 | 6 |
| 3465 | Adjustment Request | 17 | 2,5,6 |
| 3552 | Statement of Tax Due on Federal Tax Return (Part 4) | 54 | 1,2,3,4,5,6,7,8,9,0 |
| 3552 | Prompt Assessment Billing Assembly | 17 | 1,2,3,4,5,6,7,8 |
| | | 51 | 1,2,3,4,5,6,7,8 |
| 3672 | Approval of Master or Prototype Plan for Self-Employed Individuals | 72 | 0 |
| 3672A | Approval of Plan for Self-Employed Individuals | 73 | 0 |
| 3731 | Unidentified Remittance Voucher | 17 | 1,2,3,4,5,6,7,8,0 |
| 3753 | Manual Refund Posting Voucher | 45 | 1,2,3,4,5,6,7,8 |
| 3809 | Miscellaneous Adjustment Voucher | 48,58 | 1,2,3,4,5,6,7,8 |
| 3870 | Request for Adjustment (Part 1) | 54 | |
| | (Part 3) | 77 | 1,2,3,4,5,6,7,8,9 |
| 3912 | Taxpayer SSN Validation (CP 53 & 54) | 31,63 | 2 |
| 3967 | Payment Overdue | 17 | 2,6 |
| 3967(C) | Notice of Delinquent Tax Account | 17 | 2,5,6 |

(i) Federal Revenue Forms. 4000 Series.

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 4084 | Math Error Notice (CP 11) | 17,19 | 2 |
| 4085 | Math Error Notice (CP 12) | 17,19 | 2 |
| 4086 | Math Error Notice (CP 13) | 17,19 | 2 |
| 4188 | Settlement Notice (CP 21,22,210) | 17,19 | 1,2,3,4,5,6,7,8 |
| 4188SP | Settlement Notice (CP 910,920) | 17,19 | 1 |
| 4338 | Transcript or Information Request (Tax Class 9, applies to TC 991 and 993 only) | 99 | 1,2,3,4,5,6,7,8,9 |
| 4356A | Notice of Available Frozen Credit | 77 | 2,9 |
| 4356SP | Notice of Available Frozen Credit, Puerto Rico | 77 | 2,9 |
| 4428 | BMF General Purpose CP Form | 17,19 | 1,3,4,5,7,8 |
| 4428SP | BMF General Purpose CP Form (CP 802, 812, 822, 856) | 17,19 | 1 |
| 4461 | Sponsor Application Approval of Master or Prototype Defined Contribution Plan | 61 | 0 |
| 4461-A | Application for Approval of Master or Prototype Defined Benefit Plan | 62 | 0 |

**"IMPORTANT NOTICE"**
This document must be filed as permanent part of the above referenced account number and internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

XHIBIT Q6 6 of 11

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 4466 | Corporation Application for Quick Refund of Overpayment of Estimated Tax | 45 | 3 |
| 4482 | CP Notice Form (CP 51) | 17,19 | 2 |
| 4578 | Bond Purchase Plan Approval | 78 | 0 |
| 4602 | Notice of Balance Due (CP 23) | 17,19 | 2 |
| 4604 | Notice of Settlement under $1.00 (CP 25) | 17,19 | 2 |
| 4626 | Computation of Minimum Tax-Corporations and Fiduciaries | 10 | 3 |
| 4666–A | Summary of Employment Tax Adjustment Program | 40,41,42,43 | 1,8 |
| 4667–A | Adjustment Changes—Federal Unemployment Tax | 40 | 8 |
| 4668–A | Employment Tax Adjustment Changes Report | 41,42,43 | 1 |
| 4694 | Notification Refund Repayment Check not accepted by Bank | 45 | 1,2,3,4,5,6,7,8 |
| 4720 | Return of Certain Excise Taxes on Charities and Other Persons Under Chap. 41 and 42 of the IRC. | 71 | 4 |
| 4732 | Special Tax Receipt F11. (CP 244) | 17,19 | 4 |
| 4733 | Special Tax Receipt File (CP 245) | 17,19 | 4 |
| 4768 | Application for Extension of Time to File U.S. Estate Tax Return and/or Pay Estate Tax | 77 | 5,8 |
| 4779 | Statement of Use Tax Due IRS on Highway Motor Vehicles | 17,19 | 4 |
| 4789 | Currency Transacion Report | 89 | 5 |
| 4839 | 2nd Notice of Delinquent Tax Account | 17,19 | 1,2,3,4,5,6,7,8 |
| 4840 | 3rd Notice of Delinquent Tax Account | 17,18,19 | 1,2,3,4,5,6,7,8 |
| 4843 | Estimated Tax Penalty for Form 1120 | 17,19 | 3 |
| 4868 | Application for Automatic Extension of Time to File U.S. Individual Income Tax Return | 17,77 | 2,5 |
| 4907 | TDA Assembly | 18 | 1,2,3,4,5,6,7,8,9,0 |
| 4960 | IMF, Balance Due, Examination/ Unallowable Items (CP 15) | 17,19 | 2 |
| 4961 | IMF, Overpayment, Examination/Unallowable Items (CP 16) | 17,19 | 2 |

(j)  Federal Revenue Forms, 5000 Series.

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 5110.32 | Prepayment Return-Distilled Spirits Tax | 26 | 8 |
| 5110.35 | Deferred Payment Return-Distilled Spirits Tax | 26 | 6 |
| 5110.39 | Rectifiers Return-Prepayment of Taxes (thru 1/1/80) | 26 | 6 |
| 5110.60 | Rectifiers Return-Deferred Taxes (thru 1/1/80) | 26 | 6 |
| 5120.7 | Wine Tax Return | 25 | 6 |



***IMPORTANT NOTICE***

This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

EXHIBIT Q6  7 of 11

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 5120.57 | Prepayment Return-Wine Tax | 25 | 6 |
| 5130.7 | Beer Tax Return | | |
| 5210.7 | Tax Return-Manufacturer of Tobacco Products | 37 | 6 |
| 5227 | Split-Interest Trust Information Return | 83 | 4,6 |
| 5263 | Verification of Spouse's SSN | 31 | 2 |
| 5300 | Application for Determination of Defined Benefit Plan | 53 | 0 |
| 5301 | Application for Determination of Defined Contribution Plan | 01 | 0 |
| 5303 | Application for Determination of Collectively Bargained Plan | 03 | 0 |
| 5306 | Application for Approval of Prototype Individual Retirement Account | 06 | 0 |
| 5306SEP | Application for Approval of Prototype Simplified Employee Pension | 60 | 0 |
| 5307 | Short Form Application for Determination for Employee Benefit Plan | 07 | 0 |
| 5308 | Request for Change in Plan/ Trust Year | 77 | 0 |
| 5309 | App. for Determination of Employee Stock Ownership Plan | 09 | 0 |
| 5310 | App. for Deter. Upon Termination | 10 | 0 |
| 5329 | Return for Individual Retirement Arrangement Taxes | 11,12,21 22,73 | 0 |
| 5330 | Return of initial excise taxes related to pension and profit-sharing plans | 35 | 0,6 |
| 5344 | Examination examined closing record | 47 | 1,2,3,4,5,6,7,8 |
| 5351 | Exam Non-Examined Closings | 47 | 1,2,3,4,5,6,7,8 |
| 5394 | Request for Notification and Access—System(s) of Records, Privacy Act of 1974 | 56 | 2 |
| 5403 | Appellate closing record | 47 | 1,2,3,4,5,6,7,8 |
| 5466B | Multiple Record of Disclosure | 77 | 2,9 |
| 5471 | Information Return with Respect to a Foreign Corporation | 55 | 5 |
| 5472 | Information Return of a Foreign Owned Corporation | 53 | 5 |
| 5473 | Reportable Acquisitions and Reportable Disposition of Interest in a Foreign Partnership | 57 | 5 |
| 5479 | Exempt Organization closing record | 47 | 6 |
| 5498 | Individual Retirement Arrangement Information | 28 | 5 |
| 5500 Series | Schedule B | 36 | 0 |
| 5500 | Annual Return/Report of Employee Benefit Plan | 37 | 0 |
| 5500–C | Annual Return/Report of Employee Benefit Plan (with fewer than 100 participants, none of whom is an owner-employee) | 38 | 0 |

***IMPORTANT NOTICE*** This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

EXHIBIT Q6 8 of 11


I R Manual
3(27)(68)4.3

Law Enforcement Manual III

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 5500EZ | Annual Return of One-Participant Pension Benefit Plan | 31 | 0 |
| 5500—R | Registration Statement of Employee Benefit-Plans | 30 | 0 |
| 5558 | Extension of Time to File | 77 | 0 |
| 5578 | School Certification | 84 | 9 |
| 5599 | E.O. Examined Closing Record-BMF | 47 | 2,3,4,6 |
| 5600.5 | Remittance Transmittal (Beer, Wine, etc.) | 25,26,37 | 6 |
| 5601 | Statutory Notice-Underreporter | 54 | 2 |
| 5650 | EP Examined Closing Record | 47 | 0 |
| 5713 | International Boycott Report Form | 08 | 6 |
| 5734 | TIN Penalty | 55,65 | 6 |
| 5768 | Election to Lobby | 77 | 9 |
| 5792 | IDRS Manual Refund | 45 | 0,1,2,3,4,5,6,7,8 |
| 5811 | Examination Return Preparer Case Closing Doc. | 47 | 6 |
| 5881 | EP Non-Examined Closings | 47 | 0 |

(k)  Federal Revenue Forms 6000 through 8000 Series

| Form | Title | Doc. Code | Tax Class |
|------|-------|-----------|-----------|
| 6008 | Fee Deposit for Off-Shore Oil | 68 | 6 |
| 6009 | Quarterly Report of Fees Due | 68 | 6 |
| 6069 | Return of Initial Excise Tax on Excess Contributions to Black Lung Benefit Trust Under Sec. 4953 & Coal Mine Oper. Wksht. Sec. 192 | 89 | 6 |
| 6072 | Notice of Action for Entry on the Master File | 77 | 0 |
| 6195 | Employment Tax Return/W–2 Discrepancy (Potential Balance Due) (CP 252) | | |
| 6209 | CAWR Transaction Document | 30 | 1 |
| 6222 | CAWR Status Code Posting Document | 30 | 1 |
| 6248 | Annual Information Return of Windfall Profit Tax | 36 | 5 |
| 6385 | Employment Tax Return/W–2 Discrepancy (Potential Overpayment) (CP 251) | | |
| 6394 | DIF Chargeout Request | 94 | 4 |
| 6641 | Notice of Balance Due Non-Compute (CP 51A) or Adjustment (CP 21/22) | 17,19 | 2 |
| 7004 | Application for Automatic Extension of Time to File Corporation Income Tax Return Return | 04 | 3 |
| 8027 | Employer's Annual Information Return of Tip Income and Allocated Tips | 57 | 5 |
| 8038 | Private Activity Bond Issue | 80 | 1,3,4,5,6,7,8,9,C,L,F |
| 8109 | FTD Coupon Book | 97 | 1,3,4,5,6,7,8,9,C,L,F |
| 8210 | Self-Assessed Penalties Return | 54 | 2,3,5 |



***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.

Official Use Only

EXHIBIT Q6 9 of 11

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| 8271 | Investors Reporting of Tax Shelter Request Number | 62 | 5 |
| 8278 | Computation and Assessment of Miscellaneous Penalties | 54 | 2,3 |
| 8279 | Election to be Treated as a FSC or Small FSC | | |
| 8288 | FIRPTA—Foreign Investment Real Property Tax Acct. | 88 | 2 |
| 8288A | Seller—Foreign Person of U.S. Real Property Interest | 89 | 2 |
| 8300 | Report of Cash Payments | 64 | 5 |
| 8362 | Casino Currency Transaction Report | 61 | 5 |
| 8404 | Computation of Interest Charge on DISC (with remittance) | 27 | 6 |
| 8404 | Computation of Interest Charge on DISC (non-remit) | 69 | 6 |
| 8453 | Used for Electronically Filed Returns (EFR) | | |
| 8485 | Assessment Adjustment case record | 54 | 1,2,3,4,5,7,8 |
| 8487 | PMF Entity Change Entry | 74 | 5 |
| 8697 | Interest Computation Under the Look Back Method for Completed Long-Term Contracts | 23 | 6 |
| 8716 | Election to Have a Tax Year Other Than a Required Tax Year | 53 | 9 |
| 8736 | Application for Automatic Extension of Time to File Return for a U.S. Partnership or for Certain Trusts | 04 | 2 |
| 8800 | Application for Additional Extension of Time to File Return for a U.S. Partnership or for Certain Trusts | 77 | 9 |
| 8804 | Withholding Agent's Transmittal of Section 1446 Withholding | 29 | 1,6 |
| 8805 | Partnership Income Subject to Section 1446 Withholding | 46 | 1,6 |
| 8813 | Estimated Payment for 8804 | 29 | 1,6 |

(1) Federal Revenue Forms, Alphabetic Series.

| Form | Title | Doc. Code | Tax Class |
|---|---|---|---|
| CT–1 | Employer's Annual Railroad Retirement Tax Return | 11 | 7 |
| CTR | Currency Transaction | 89 | 5 |
| | Green Card | 16 | 5 |
| | Passport | 15 | 5 |
| RSC–137 | Remittance Returned to Taxpayer for Correction | 17 | 1,2,3,4,5,6,7,8 |
| SS–4 | Employer's Application for Identification Number | 04 | 0,9 |
| TY–D14 | Taxpayer Delinquency Investigation | 14 | 2,6,9 |
| TY–15 | Unidentified and Excess Collection Voucher | 48 | 1,2,3,4,5,6,7,8 |
| TY–18 | Statement of Payment Due | 17 | 2 |
| TY–26 | Statement of Tax Due IRS | 17 | 1,2,3,4,5,6,7,8 |
| TY–D69 | Taxpayer Delinquent Account | 17,18 | 6 |
| W–2 | Wage and Tax Statement | 11,21,12 | 5 |

***IMPORTANT NOTICE*** This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s)/file(s) have/has been deleted and/or substituted this demand still applies.



EXHIBIT Q6 10 of 11

43

R Manual
3(27)(68)4.3

Law Enforcement Manual III

| Form | Title | Doc. Code | Tax |
|------|-------|-----------|-----|
| W-2P | Statement for Recipients of Annuities, Pensions or Retired Pay | 22 | 5 |
| W-2G | Statement of Gambling Winnings | 32,88 | 5 |
| W-3 | Transmittal of Income and Tax Statements | ANY | 1 |
| W3-SS | Transmittal of Wage and Tax Statements | 32,33,34,35 | 1 |
| W-4 | Employee's Withholding Certificate | 42 | 5 |
| W-4E | Exemption from Withholding Certificate | 42 | 5 |

3(27)(68)4.4  (1-1-90)
**Document Code Reference**

(1)  Doc. Codes with Forms are as follows.

| Doc Code | Forms |
|----------|-------|
| 01 | 5301 |
| 03 | 11C, 5303 |
| 04 | 2758, 7004, SS4, 8736 |
| 05 | 706NA, 1120RIC |
| 06 | 706, 5306, 1120DF |
| 07 | 5307, 1040EZ, 1120FSC |
| 08 | 709A, 5713, 1040EZ, 1120ND |
| 09 | 1040A, 709, 5309, 1120A, 990EZ |
| 10 | 1040A, 1120, 1120X, 4625, 5310 |
| 11 | 1040, 1120, CT-1, 5329, W-2 (Guam) 1120L, 1120M, 1040X |
| 12 | 1040, 5329, W-2 (Virgin Islands), 1120REIT |
| 13 | 730, 1120PC |
| 14 | 3177, 3177A, TYD-14 |
| 15 | Passport |
| 16 | 1120S, Green Card |
| 17 | 1962, 2287, 2758, 4428, 3731, 3967, 3244, 3446, 3552, 4188 TY-26, TY-18, 4839, 4840, 809, 4868, 4843, 4084, 4085, 4086 4482, 4602, 4604, 4732, 4733, 4779, 4868, 4960, 4961, RSC137, TYD69, 4188SP, 4428P, 5541, 1041ES, 8210 |
| 18 | 809, 3244, 4840, 4907, 3244A, TYD69, 8210 |
| 19 | RPSII processed forms |
| 20 | 1040ES, 1120POL, 720, 1120S-K1, (for TY 81 and earlier) |
| **21** | **1040, W-2, 5329** |
| 22 | 1040, W-2P, 5329 |
| 23 | 8697 |
| 24 | 2424 |
| 25 | 1042 |
|  | 1042 Tax Period 8512 and later |
| 26 | 1040SS |
| 27 | 1040PR |
| 28 | 5498 |
| 29 | 8804, 8813 |
| 30 | 6209,6222, 720, 5500-R, W-3 |
| 31 | 5263, 3912, W-3, 5500-E Z |
| 32 | W-2G, W-3SS |
| 33 | 1042 (Tax Period 8512 and prior), W-3 SS, 5500-G |
| 34 | W-3 SS |
| 35 | 941(mag. tape), 5330, W-3 SS |
| 36 | 6248, 5500 Sch. B, 941E (mag. tape) |

***IMPORTANT NOTICE***
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.

LEMT III-386

Official Use Only



EXHIBIT Q6  11 of 11

4-10

### .09    *DP Adjustment Blocking Series*

Service center processing of taxpayer accounts for adjustment purposes must use the following blocking series to indicate the nature of the adjustment. The return must be associated with the subsequently generated IDRS transaction record unless the blocking series is specified as non-refile DLN.

| IMF | Description |
|---|---|
| 000-009 | Adjustments with Original Return, unless specified below. |
| 100-139 | Penalty, interest and/or freeze release adjustments without the original return. Non-refile DLN. |
| 150-198 | Tax adjustments made without the original return. Non Refile DLN. When using this Blocking Series, no unpostable checks are made for prior Examination or Mathematical/Clerical errors because the original return has not been secured. Be careful when adjusting accounts using this Blocking Series. |
| 199 | Expired balance write-offs (TC 534/535) Non Refile DLN. |
| 200-249 | Forms 1040X which do not contain Examination criteria. This is used by Returns Analysis. |
| 250-269 | Category B Examination criteria without the original return. A CP 55 is generated to associate the claim and original return. |
| 270-289 | ALL CAT A cases returned by Examination as accepted, or not selected at all, and you do not have an original return. A CP 55 is generated to associate the original return with the adjustment document. |
| 290-299 | Form 1040X disaster claims. |
| 300-319 | Adjustment to restrict rebate recomputation only. Non Refile DLN. |
| 390-399 | Lifetime Exclusion (LTEX) returns. |
| 400-449 | Form 4136 claims with Forms 843, Non-Refile DLN. |
| 450-479 | Form 4136T claims with Form 843. Non-Refile DLN. |
| 480-489 | Form 6249 claims with Form 843. Non-Refile DLN. |
| 550-589 | IRP Adjustments. |
| 630-649 | Category B, Examination Potential with the original return. |
| 680-698 | Sick Pay-Public Law 9530. |
| 700-739 | Substantiated Math Error Protest with a TC 576 on the module. |
| 740-769 | Unsubstantiated Math Error Protest. |
| 770-789 | Adjustment to set math error deferred action on a module. |
| 790-799 | SC Technical Adjustments |
| 800-849 | Offers in Compromise. |
| 900-909 | Tentative Carryback Adjustments without original return (CP 55 generated). |
| 920-929 | Tentative Carryback Adjustment with original return. (CP 55 not generated). Also, for TCB's where manual reinstatement from the Retention Register is required. |
| 950-959 | Carryback claim reassessments processed with TC 298 for statute imminent years. |
| 980-989 | Complete claim Disallowance without original return. (generates CP 55). |
| 990-999 | Complete claim disallowance with original return (does not generate CP 55). |

""IMPORTANT NOTICE""
This document must be filed as permanent part of the above referenced account number and Internal Revenue Service Master File Record(s). If any of these record(s) / file(s) have / has been deleted and / or substituted this demand still applies.



EXHIBIT M-6 1 of 1

**OFFICIAL USE ONLY**

I R Manual
3(27)(68)(11).1

| Code | File | Abbr. | Explanation |
|------|------|-------|-------------|
| 00 | I/B/A | RT NOT FIL | Module is established but return is not filed. |
| 02* | I/B/E | DEL STATUS | Return not posted; letter of inquiry mailed. |
| 03* | I/B/E | TDI STATUS | IDRS in delinquency status. *NOTE: 02 and 03 Status Code are modified and further explained by Status Indicators explained in (2) below. |
| 04 | I/B/A | EXT FILING | Extension of time for filing granted. (Date of status is extension application filing date.) Installment basis, when applicable, to Forms 990C, 990T, 1041 and 1120. |
| 05 | B | 7004 UNDER | 7004 filed, underpaid installment notice sent. (990C*, 990T*, 1120* modules only). |
| 06 | I/B/E | NO DEL RET | Acceptable reason for non-filing of return. |
| 10 | I/B/E/A | RT NT EVEN | Return is filed or assessed or, if MFT 13, TC 240 posted—no tax liability or even balance on filing. |
| 11 | B | MOD BAL | CAWR module in balance. |
| 12 | I/B/A | R OP OR PD | Return is filed or assessed or, if MFT 13, TC 240 posted—overpaid, or subsequently collected. |
| 13 | B | R INSF REM | Return filed and assessed; inquiry letter sent regarding insufficient installment remittance. Credits cannot be offset into the module. Forms 990C, 990T, 1120, 2290, and 4638** only. |
| 14 | B | INSTAL MBL | Form 1041, 706, 990C, 990T, 4638,** 2290, and 1120, return is filed and assessed balance due—installment basis and/or manual billing operations; no billing or computation of interest on the computer. Generate CP 191 BMF Transcript Notice whenever there is a deferred action 32 for current cycle or whenever a transaction posts to a module in other than TDA status with this status present in the Status History Section. Form 1120, 990C, and 990T must have cc5. |
| 16 | B | 1 N B DUE | CAWR 1st Notice Balance Due. |
| 18 | B | BAL DU DEF | Form 706 Return filed and assessed balance due with no installment, however, settlement payment deferred for 26 cycles or until Treasury Bond payment (TC 678) is posted. Suppress Notices. |

***IMPORTANT NOTICE***
This document must be filed as permanent part of the
above referenced account number and Internal Revenue
Service Master File Record(s). If any of these
record(s) / file(s) have / has been deleted and / or substituted
this demand still applies.

EXHIBIT R6 10F1

Attached to this document are 31 Certified Copies of documents attesting to funds withheld and/or forwarded to the IRS and due to claimant, withheld by the respondents and/or demanded by the IRS from the social security administration, inclusive of the amount and date of each payment forwarded to the IRS by Respondent/s and/or the Social Security administration.

This is to certify that the attached copies are each a true and accurate copy of funds forwarded to the IRS after demands by the IRS to Respondent/s and/or the Social Security Administration.

Claimant certifies that each document attached is a true, complete, and certified copy of the original. Signator is Holder in due course of the original.

The total withheld and sent to the IRS from these two accounts was $ 30,405.78.

The documents following to which this certificate is affixed are Certified a True, Correct, and complete copy of the original. Signator is Holder in due course of original.

*Ronald R. Brice*

Singnator name (printed)

*Ronald Brin*      4/11/2007

Signator (signature)           Date

Convention de La Haye du octobre 1961