

September 15, 2005

Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566

RE: IRS Notice of Levy
Date Received at Quixtar Inc.: August 31, 2005
Ronald Brice
Taxpayer ID # 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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 2,178.40 which represents the monies this Independent Business Owner was entitled for the month of September, less their monthly personal exemption allowed under this levy.

Exemptions were calculated according to the instructions on Part Two of Form 668-W when parts four and five were not returned by taxpayer. The Independent Business Ownership is only in Ronald Brice's name therefore, per the Internal Revenue Service instructions on Form 668-W, one exemption was taken.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of September.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Taxpayer

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
>
> _Ronald R. Brice_
> Signator Name [Printed]
>
> _[signature]_    4/11/2007
> [Signator Signature]    Date
> Convention de La Haye du octobre 1961



October 15, 2005

Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566



RE: IRS Notice of Levy
Date Received at Quixtar Inc.: August 31, 2005
Ronald Brice
Taxpayer ID # 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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 2,702.02 which represents the monies this Independent Business Owner was entitled for the month of October, less their monthly personal exemption allowed under this levy.

Exemptions were calculated according to the instructions on Part Two of Form 668-W when parts four and five were not returned by taxpayer. The Independent Business Ownership is only in Ronald Brice's name therefore, per the Internal Revenue Service instructions on Form 668-W, one exemption was taken.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of October.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Taxpayer

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R. Brice_
> Signator Name [Printed]
> _[signature]_         4/11/2005
> [Signator Signature]      Date
> Convention de La Haye du octobre 1961



November 15, 2005

Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566

                    RE: IRS Notice of Levy
     Date Received at Quixtar Inc.: August 31, 2005
                      Ronald Brice
              Taxpayer ID #   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



Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 2,117.78 which represents the monies this Independent Business Owner was entitled for the month of November, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

Exemptions were calculated according to the instructions on Part Two of Form 668-W when parts four and five were not returned by taxpayer. The Independent Business Ownership is only in Ronald Brice's name therefore, per the Internal Revenue Service instructions on Form 668-W, one exemption was taken.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of November.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Taxpayer

---

The document to which this certificate is affixed is
### CERTIFIED
A TRUE, CORRECT, AND COMPLETE COPY
of the original. Signator is Holder in due course of original.

_Ronald R. Brice_
Signator Name [Printed]

_[signature]_   4/16/2007
[Signator Signature]        Date
Convention de La Haye du octobre 1961

---

5101 Spaulding Plaza, Ada, MI  49355
www.quixtar.com



December 15, 2005

Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566

>RE: IRS Notice of Levy
>Date Received at Quixtar Inc.: August 31, 2005
>Ronald Brice
>Taxpayer ID #  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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 2,014.05 which represents the monies this Independent Business Owner was entitled for the month of December, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

Exemptions were calculated according to the instructions on Part Two of Form 668-W when parts four and five were not returned by taxpayer. The Independent Business Ownership is only in Ronald Brice's name therefore, per the Internal Revenue Service instructions on Form 668-W, one exemption was taken.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of December.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Taxpayer

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R. Brice_
> Signator Name [Printed]
> _[signature]_   4/16/2007
> [Signator Signature]    Date
> Convention de La Haye du octobre 1961



January 15, 2006

Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566

                        RE:  IRS Notice of Levy
          Date Received at Quixtar Inc.:  August 31, 2005
                          Ronald Brice
                  Taxpayer ID #   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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc.  Enclosed please find a check in the amount of $ 2,930.20  which represents the monies this Independent Business Owner was entitled for the month of January, less their monthly personal exemption allowed under this levy.  You will be notified only if funds are available.

Exemptions were calculated according to the instructions on Part Two of Form 668-W when parts four and five were not returned by taxpayer.  The Independent Business Ownership is only in Ronald Brice's name therefore, per the Internal Revenue Service instructions on Form 668-W, one exemption was taken.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of January.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc:  Taxpayer

---

The document to which this certificate is affixed is
## CERTIFIED
A TRUE, CORRECT, AND COMPLETE COPY
of the original. Signator is Holder in due course of original.

_Ronald R. Brice_
Signator Name [Printed]

_Ronald Brice_   4/11/2007
[Signator Signature]    Date
Convention de La Haye du octobre 1961

---



February 15, 2006

Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566



RE:  IRS Notice of Levy
Date Received at Quixtar Inc.:  August 31, 2005
Ronald Brice
Taxpayer ID #   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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 1,931.66  which represents the monies this Independent Business Owner was entitled for the month of February, less their monthly personal exemption allowed under this levy.  You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of February.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc:  Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R. Brice_
> Signator Name [Printed]
> _[signature]_     4/11/2007
> [Signator Signature]      Date
> Convention de La Haye du octobre 1961

5101 Spaulding Plaza, Ada, MI  49355
www.quixtar.com



March 15, 2006



Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati  OH  45250-5566

RE:  IRS Notice of Levy
Date Received at Quixtar Inc.:  August 31, 2005
Ronald Brice
Taxpayer ID #   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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc.  Enclosed please find a check in the amount of $ 1,336.81  which represents the monies this Independent Business Owner was entitled for the month of March, less their monthly personal exemption allowed under this levy.  You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of March.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc:  Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R Brice_
> Signator Name [Printed]
> _Ronald Brice_          1/11/2007
> [Signator Signature]       Date
> Convention de La Haye du octobre 1961

5101 Spaulding Plaza, Ada, MI  49355
www.quixtar.com

# QUIXTAR®

April 15, 2006

Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566

                      RE:  IRS Notice of Levy
       Date Received at Quixtar Inc.:  August 11, 2005
                         Ronald Brice
                Taxpayer ID #   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

**COPY**

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc.  Enclosed please find a check in the amount of $ 1,552.56  which represents the monies this Independent Business Owner was entitled for the month of April, less their monthly personal exemption allowed under this levy.  You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of April.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc:  Brice

> The document to which this certificate is affixed is
> # CERTIFIED
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
>
> Ronald R. Brice
> Signator Name [Printed]
>
> [Signator Signature]        4/11/2006
> [Signator Signature]        Date
> Convention de La Haye du octobre 1961



May 15, 2006

Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566



RE: IRS Notice of Levy
Date Received at Quixtar Inc.: August 31, 2005
Ronald Brice
Taxpayer ID # 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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 1458.60 which represents the monies this Independent Business Owner was entitled for the month of May, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of May.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signature is holder of the original.
> Ronald R. Brice
> _Signator Name (Printed)_
> [signature]   4/11/2007
> [Signator Signature]   Date
> Convention de La Haye du octobre 1961

5101 Spaulding Plaza, Ada, MI 49355
www.quixtar.com



June 15, 2006

Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566

                RE:  IRS Notice of Levy
    Date Received at Quixtar Inc.:  August 31, 2005
                    Ronald Brice
            Taxpayer ID #   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

**COPY**

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 1,777.83 which represents the monies this Independent Business Owner was entitled for the month of June, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of June.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Brice

The document to which this certificate is affixed is
**CERTIFIED**
A TRUE, CORRECT, AND COMPLETE COPY
of the original. Signator is Holder in due course of original.

_Ronald R. Brice_
Signator Name [Printed]

_Ronald Brice_     4/11/2007
[Signator Signature]     Date
Convention de La Haye du octobre 1961



July 15, 2006

Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566



RE: IRS Notice of Levy
Date Received at Quixtar Inc.: August 31, 2005
Ronald Brice
Taxpayer ID # 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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 1,798.58 which represents the monies this Independent Business Owner was entitled for the month of July, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of July.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R. Brice_
> Signator Name [Printed]
> _Ronald Brice_  4/11/2007
> [Signator Signature]    Date
> Convention de La Haye du octobre 1961

5101 Spaulding Plaza, Ada, MI 49355
www.quixtar.com



August 15, 2006



Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566

RE: IRS Notice of Levy
Date Received at Quixtar Inc.: August 31, 2005
Ronald Brice
Taxpayer ID # 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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 1,258.77 which represents the monies this Independent Business Owner was entitled for the month of August, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of August.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R. Brice_
> Signator Name [Printed]
> _Ronald Brice_   4/11/2007
> [Signator Signature]   Date
> Convention de La Haye du octobre 1961



September 15, 2006

Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566



RE: IRS Notice of Levy
Date Received at Quixtar Inc.: August 31, 2005
Ronald Brice
Taxpayer ID # 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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 1,215.59 which represents the monies this Independent Business Owner was entitled for the month of September, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of September.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc: Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R. Brice_
> Signator Name [Printed]
> _Ronald R. Brice_   4/11/2007
> [Signator Signature]   Date
> Convention de La Haye du octobre 1961



October 15, 2006

Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati OH 45250-5566



RE:  IRS Notice of Levy
Date Received at Quixtar Inc.:  August 31, 2005
Ronald Brice
Taxpayer ID #   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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc.  Enclosed please find a check in the amount of $ 1,637.26  which represents the monies this Independent Business Owner was entitled for the month of October, less their monthly personal exemption allowed under this levy.   You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of October.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc:  Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
> _Ronald R. Brice_
> Signator Name [Printed]
> _[signature]_   4/11/2007
> [Signator Signature]        Date
> Convention de La Haye du octobre 1961

5101 Spaulding Plaza, Ada, MI  49355
www.quixtar.com



November 15, 2006

Internal Revenue Service
ACS Support – Stop 813G
P.O. Box 145566
Cincinnati OH  45250-5566

**COPY**

RE:  IRS Notice of Levy
Date Received at Quixtar Inc.:  August 31, 2005
Ronald Brice
Taxpayer ID #   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

Dear Service Representative:

This is in response to the above mentioned Notice of Levy (copy enclosed) issued to Quixtar Inc. Enclosed please find a check in the amount of $ 1,234.52  which represents the monies this Independent Business Owner was entitled for the month of November, less their monthly personal exemption allowed under this levy. You will be notified only if funds are available.

With the disclosure set forth in this letter, we have fulfilled our legal obligation under this levy for the month of November.

Sincerely,

Quixtar Corporate Tax Department

(616) 787-5190 FAX

enclosure
cc:  Brice

> The document to which this certificate is affixed is
> **CERTIFIED**
> A TRUE, CORRECT, AND COMPLETE COPY
> of the original. Signator is Holder in due course of original.
>
> Ronald R. Brice
> Signator Name [Printed]
>
> _[signature]_   4/11/2007
> [Signator Signature]        Date
> Convention de La Haye du octobre 1961

5101 Spaulding Plaza, Ada, MI  49355
www.quixtar.com