DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P27162257
Acct Num: 050742839030200112
Amount This Creditor:     $199.05
Creditor: 51    Site: MC

*[CERTIFIED stamp: The document to which this certificate is affixed is A TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of original. Ronald R. Brice — Signator Name [Printed], 4/11/2007 Date, [Signator Signature], Convention de La Haye du octobre 1961]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CR Wilsons*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:     $1327.00
TOTAL AMOUNT OF THIS REDUCTION:     $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 04/27/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:    0000003591 P27162257507428390000429359529 SSA-P01RONA003591
4500 51436662 20184904 S1  6  D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P27902331
Acct Num: 050742839030200112
Amount This Creditor:        $199.05
Creditor: 51      Site: MC

*[CERTIFIED stamp: The document to which this certificate is affixed is A TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of original. Signator Name [Printed] Ronald R. Brice  Date 4/11/2007  [Signator Signature]  Convention de La Haye du octobre 1961]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CR Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:         $1327.00
TOTAL AMOUNT OF THIS REDUCTION:         $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 05/25/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000003623 P279023315074283900043826946 2 SSA-P01RONA003623
4500 03725483 20184904 S1  6  D



RC0604

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P28182937
Acct Num: 0507428390302000112
Amount This Creditor:   $199.05
Creditor: 51     Site: MC

**CERTIFIED**
A TRUE, CORRECT, AND COMPLETE COPY
The document to which this certificate is affixed
of the original. Signator is Holder in due course of original.
Signator Name [Printed] Ronald R. Brice
Signator Signature  Date 4/11/2007
[Convention de La Haye du octobre 1961]

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

CR Wilson
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:   $1327.00
TOTAL AMOUNT OF THIS REDUCTION:   $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 06/22/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000003678 P28182937507428390000441919367 SSA-P01RONA003680
4500 51509853 20184904 S1  6  D



RC0604

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

### THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P28444416
Acct Num: 0507428390302000112
Amount This Creditor:     $199.05
Creditor: 51     Site: MC

*[CERTIFIED stamp: "The document to which this certificate is A TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of same. Signator Name [Printed] Ronald R. Brice  Signator Signature  Date 4/11/2007  Convention de La Haye du octobre 1961"]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CR Wilsons*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:  RONALD R BRICE
PAYMENT BEFORE REDUCTION:     $1327.00
TOTAL AMOUNT OF THIS REDUCTION:     $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 07/27/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:     0000003714 P28444416507428390000448159456 SSA-P01RONA003714
4500 03797163 20184904 S1  6  D

RC0604



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P28645624
Acct Num: 05074283903020011 2
Amount This Creditor:    $199.05
Creditor: 51    Site: MC

*[CERTIFIED stamp: A TRUE, CORRECT, AND COMPLETE COPY. The document to which this certificate is affixed is of the original. Signator is Holder in due course of original. Signator Name [Printed] Ronald R. Brice  Date 4/4/2007  [Signator Signature] Convention de La Haye du octobre 1961]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CR Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:    $1327.00
TOTAL AMOUNT OF THIS REDUCTION:    $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 08/24/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000004231 P28645624507428390000417589425 SSA-P01RONA004235
4500 51565149 20184904 S1  6  D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P28900395
Acct Num: 050742839030200112
Amount This Creditor:     $199.05
Creditor: 51      Site: MC

[CERTIFIED stamp: "The document to which this certificate is affixed is A TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of original. Signator Name [Printed] Ronald R. Brice  Date 4/11/2007  [Signator Signature]  Convention de La Haye du octobre 1961"]

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CR Wilsons*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE                          PAYEE TIN: 507428390
PAYMENT BEFORE REDUCTION:      $1327.00              PAYMENT DATE: 09/28/05
TOTAL AMOUNT OF THIS REDUCTION:     $199.05         PAYMENT TYPE: Check
PAYING FEDERAL AGENCY: Social Security Administration  BENEFICIARY TIN: 507428390
CLAIM ACCT NUM: 507428390 A

FOR OFFICIAL USE ONLY:   0000004163 P289003955074283900042328950S SSA-P01RONA004165
                         4500 03862649 20184904 S1  6  D

RC0604



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P29118078
Acct Num: 0507428390302001 12
Amount This Creditor:     $199.05
Creditor: 51     Site: MC

*[CERTIFIED stamp: "The document to which this certificate is affixed is A TRUE CORRECT AND COMPLETE COPY of the original. Signature of holder in due course of original. Ronald R Brice 4/11/2007 Signator Name [Printed] [Signator Signature] Date Convention de La Haye du octobre 1961"]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CR Wilsons*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:       $1327.00
TOTAL AMOUNT OF THIS REDUCTION:        $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 10/26/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   00000004130 P291180785074283900042836 9365 SSA-P01RONA004130
4500 51622435 20184904 S1   6   D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P29325399
Acct Num: 0507428390302001 12
Amount This Creditor:      $199.05
Creditor: 51      Site: MC

[Certified stamp overlay:] CERTIFIED — The document to which this certificate is affixed is A TRUE, CORRECT, AND COMPLETE copy of the original. Signator is Holder in due course of original. Signator Name [Printed] Ronald R. Brice [Signator Signature] Date 4/11/2007 Convention de La Haye du octobre 1961

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CA Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:       $1327.00
TOTAL AMOUNT OF THIS REDUCTION:      $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 11/23/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

---

FOR OFFICIAL USE ONLY:   0000004230 P29325399507428390004340293 52 SSA-P01RONA004230
4500 03919015 20184904 S1   6   D



RC0604

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P29567485
Acct Num: 050742839030200112
Amount This Creditor:   $199.05
Creditor: 51   Site: MC

*[CERTIFIED stamp overlay: "The document to which this certificate is affixed is A TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of original. Ronald R. Brice [Signator Name (Printed)] [Signator Signature] 4/11/2007 Date Convention de La Haye du octobre 1961"]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CR Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:   $1327.00
TOTAL AMOUNT OF THIS REDUCTION:   $199.05
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 12/28/05
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000004468 P29567485507428390 00441579465 SSA-P01RONA004472
4500 51677693 20184904 S1   6 D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P29804618
Acct Num: 05074283903020011 2
Amount This Creditor:        $206.10
Creditor: 51    Site: MC

*[CERTIFIED stamp overlay: "The document to which this certificate is issued is a TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of original. Signator Name [Printed] Ronald R. Brice  4/11/2007  [Signator Signature]  Convention de La Haye du octobre 1961"]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*CA Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:        $1374.00
TOTAL AMOUNT OF THIS REDUCTION:        $206.10
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 01/25/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:    0000004804 P29804618507428390004440693 1 1 SSA-P01RONA004806
4500 03979379 20184904 S1  6  D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P30844090
Acct Num: 0507428390302001112
Amount This Creditor:    $206.10
Creditor: 51    Site: MC

*[Certified stamp overlay:]* CERTIFIED A TRUE, CORRECT, AND COMPLETE COPY of the original. The document to which this certificate is Signator is Holder in due course of original. Signator Name [Printed] Ronald R. Brice  4/11/2007 Date [Signator Signature] Convention de La Haye du octobre 1961

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*[signature: Jeffrey Schramek]*

Jeffrey Schramek
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:    $1374.00
TOTAL AMOUNT OF THIS REDUCTION:    $206.10
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 02/22/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000004764 P30844090507428390000465169530 SSA-P01RONA004764
                         4500 51752844 20184904 S1  6  D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P31666163
Acct Num: 050742839030200112
Amount This Creditor:      $206.10
Creditor: 51      Site: MC

*[CERTIFIED stamp: "The document to which this certificate is fixed is A TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of original. Signator Name [Printed] Ronald R Brice  Date 4/11/2007  [Signator Signature]  Convention de La Haye du octobre 1961"]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

*[signature: Jeffrey Schramek]*

Jeffrey Schramek
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:      $1374.00
TOTAL AMOUNT OF THIS REDUCTION:      $206.10
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 03/22/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000004652 P31666163507428390004692995 38 SSA-P01RONA004654
4500 04084249 20184904 S1  6  D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

### THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P32487938
Acct Num: 050742839030200112
Amount This Creditor:        $206.10
Creditor: 51      Site: MC

*[CERTIFIED stamp: A TRUE, CORRECT, AND COMPLETE COPY of the original. The document to which this certificate is affixed. Signator is Holder in due course of original. Signator Name [Printed] Ronald R Brice  4/11/2007 Date  [Signator Signature] Convention de La Haye du octobre 1961]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

*Jeffrey Schramek*
Jeffrey Schramek
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:        $1374.00
TOTAL AMOUNT OF THIS REDUCTION:        $206.10
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 04/26/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000005288 P324879385074283900047248735S SSA-P01RONA005292
                                        4500 51872881 20184904 S1  6  D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA  19020
**800-829-3903**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P33279564
Acct Num: 050742839030200112
Amount This Creditor:     $206.10
Creditor: 51      Site: MC

*[CERTIFIED A TRUE, CORRECT, AND COMPLETE COPY of the original. The document to which this certificate is affixed is Holder in due course of original. Signator Name [Printed] Ronald R. Brice  Signator Signature  Date  Convention de La Haye du octobre 1961]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

*Jeffrey Schramek*

Jeffrey Schramek
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:  RONALD R BRICE
PAYMENT BEFORE REDUCTION:       $1374.00
TOTAL AMOUNT OF THIS REDUCTION:     $206.10
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 05/24/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000005756 P3327956450742839000478547376 SSA-P01RONA005758
                         4500 04246214 20184904 S1  6  D

RC0604



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P33652110
Acct Num: 050742839030200112
Amount This Creditor:     $206.10
Creditor: 51     Site: MC

*[CERTIFIED stamp overlay: "A TRUE, CORRECT, AND COMPLETE COPY of the original. The document to which this certificate is affixed is Holder in due course of original. Signator Name [Printed] Ronald R. Brice  Date 4/11/2007  [Signator Signature]  Convention de La Haye du octobre 1961"]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.  Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:     $1374.00
TOTAL AMOUNT OF THIS REDUCTION:     $206.10
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 06/28/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:   0000005656 P33652110507428390000482637430 SSA-P01RONA005662
4500 519691 11 20184904 S1  6  D



RC0506

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear RONALD R BRICE:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 686
PO Box 57
Bensalem, PA 19020
800-829-3903
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: P33951719
Acct Num: 0507428390302001 12
Amount This Creditor:    $206.10
Creditor: 51    Site: MC

*[Certified stamp: "A TRUE, CORRECT, AND COMPLETE COPY of the original. Signator is Holder in due course of original. The document to which this certificate is attached. Signator Name [Printed] Ronald R. Brice  4/14/2007  [Signator Signature]  Date  Convention de La Haye du octobre 1961"]*

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   RONALD R BRICE
PAYMENT BEFORE REDUCTION:    $1374.00
TOTAL AMOUNT OF THIS REDUCTION:    $206.10
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM: 507428390 A

PAYEE TIN: 507428390
PAYMENT DATE: 07/26/06
PAYMENT TYPE: Check
BENEFICIARY TIN: 507428390

FOR OFFICIAL USE ONLY:    0000006216 P3395171950742839000478357326 SSA-P01RONA006218
4500 04329531 20184904 S1  6  D

RC0506

