IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN SNOW,<br>Secretary of the Treasury<br>&<br>MARK W. EVERSON<br>Commissioner of Internal Revenue<br>&<br>WALTER H. STANTON<br>"Agent of Commissioner Everson"<br>&<br>R.A. MITCHELL<br>"Signatory Agent for Walter H. Stanton"<br>&<br>QUIXTAR INC. &<br>AMWAY CORPORATION<br>"Property Seizure Agents"<br><br>    Defendants. | Case Number 1:06CV01064 |

## ORDER

AND NOW, this _____ day of _____, 200__, upon consideration of the Motion of Quixtar Inc. and Amway Corporation for an Enlargement of Time, the Motion is **GRANTED**.

**ORDERED** that Quixtar Inc. and Amway Corporation may file the Motion to Dismiss accompanying their Motion for Enlargement of Time.

_____
UNITED STATES DISTRICT JUDGE