IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN SNOW,<br>Secretary of the Treasury<br>&<br>MARK W. EVERSON<br>Commissioner of Internal Revenue<br>&<br>WALTER H. STANTON<br>"Agent of Commissioner Everson"<br>&<br>R.A. MITCHELL<br>"Signatory Agent for Walter H. Stanton"<br>&<br>QUIXTAR INC. &<br>AMWAY CORP<br>"Property Seizure Agents"<br><br>   Defendants. | Case Number 1:06CV01064 |

## MOTION TO DISMISS AMWAY CORPORATION AND QUIXTAR INC.

Amway Corporation and Quixtar Inc. respectfully move for an order dismissing the above-captioned case against them for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

BRYAN CAVE LLP

By: _____
Jacob A. Kramer, D.C. Bar No. 494050
John C. Peirce, D.C. Bar No. 334391
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005-3960
Phone: (202) 508-6000
Fax: (202) 508-6200

Dated: April 19, 2007

## CERTIFICATION OF SERVICE

The undersigned, an attorney for Amway Corporation and Quixtar Inc., hereby certifies that, on April 19, 2007, I caused a copy of the foregoing Motion to Dismiss Amway Corporation and Quixtar Inc. to be served via United States mail, postage prepaid, on:

Ronald R. Brice

P.O. Box 1146

Kimberling City, MO 65686-1146

**PLAINTIFF**


A courtesy copy of the foregoing was also served by United States mail on:

Internal Revenue Service

Office of Chief Counsel

1111 Constitution Ave., NW

Washington, DC, 20224

**ATTORNEY FOR THE INTERNAL REVENUE SERVICE**


Dated: April 19, 2007

_____
PJ Meitl