IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN SNOW,<br>Secretary of the Treasury<br>&<br>MARK W. EVERSON<br>Commissioner of Internal Revenue<br>&<br>WALTER H. STANTON<br>"Agent of Commissioner Everson"<br>&<br>R.A. MITCHELL<br>"Signatory Agent for Walter H. Stanton"<br>&<br>QUIXTAR INC. &<br>AMWAY CORPORATION<br>"Property Seizure Agents"<br><br>       Defendants. | Case Number 1:06CV01064 |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Plaintiff's Motion for Summary Judgment, as to Defendants Quixtar Inc. and Amway Corporation, the Motion is Denied.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

8