IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06cv-01064 (RBW) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the defendants in the above-captioned case.

DATE:   May 9, 2007

                                                Respectfully submitted,

                                                /s/ Beatriz T. Saiz
                                                BEATRIZ T. SAIZ
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Washington, D.C.  20044
                                                Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 9, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Ronald R. Brice
        PO Box 1146
        Kimberling City, MO 65686

        Jacob A. Kramer
        Bryan Cave LLP
        700 13th Street, NW
        Suite 700
        Washington, DC 20005

                /s/ Beatriz T. Saiz
                BEATRIZ T. SAIZ