IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06cv-01064 (RBW) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' MOTION TO VACATE ENTRY OF DEFAULT**

Defendants, John Snow, Mark Everson, Walter Stanton, and R.A. Mitchell (Federal Defendants), employees or former employees of the Internal Revenue Service, by and through their attorney and pursuant to Fed. R. Civ. P. 55(c), moves for relief from the default entered by the Clerk in this case on February 5, 2007.

As grounds for this motion, the federal defendants assert that the default was improvidently entered because, prior to requesting entry of default, plaintiff failed to properly serve the defendants, and plaintiff failed to exhaust his administrative remedies.

Attached is a memorandum in support of this motion, and a motion to dismiss in lieu of the verified complaint required by Local Rule 7(g).

The specific relief sought by this motion is vacation of the default entered on February 5, 2007.

Date: May 9, 2007.

Respectfully submitted,

 /s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney