IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06cv-01064 (RBW) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO VACATE ENTRY OF DEFAULT

The Court, having considered the Federal Defendants' Motion to Vacate Entry of Default, any opposition thereto, and the entire record in this matter, it is

ORDERED that the entries of default against the federal defendants Snow, Everson, Stanton, and Mitchell are VACATED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

RONALD R. BRICE
PO Box 1146
Kimberling City, MO 65686

JACOB A. KRAMER
Bryan Cave LLP
700 13th Street, NW
Suite 700
Washington, DC 20005