IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06cv-01064 (RBW) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO VACATE ENTRY OF DEFAULT, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on May 9, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Ronald R. Brice
PO Box 1146
Kimberling City, MO 65686

Jacob A. Kramer
Bryan Cave LLP
700 13th Street, NW
Suite 700
Washington, DC 20005

    /s/ Beatriz T. Saiz
BEATRIZ T. SAIZ