IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD R. BRICE, | ) |
| | ) |
| Plaintiff, | ) No. 1:06cv-01064 (RBW) |
| | ) |
| v. | ) |
| | ) |
| JOHN SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing FEDERAL DEFENDANTS' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER was served upon the following individual(s) on May 9, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Ronald R. Brice
        c/o PO Box 1146
        Kimberling City, Missouri 65686

        Jacob A. Kramer
        Bryan Cave LLP
        700 13th Street, NW
        Suite 700
        Washington, DC 20005

                /s/ Beatriz T. Saiz
                BEATRIZ T. SAIZ