UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RONALD BRICE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1064 (RBW) |
| JOHN SNOW, <u>et al.</u>, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

This matter is before the Court on the defendants', John Snow, Mark Everson, Walter Stanton, and R.A. Mitchell, motion to dismiss. The plaintiff is proceeding <u>pro</u> <u>se</u> in this matter.

In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a <u>pro</u> <u>se</u> party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." <u>Id.</u> at 509. Accordingly, it is hereby this 9th day of January, 2008,

**ORDERED** that the plaintiff shall respond to the defendant's motion to dismiss no later than February 8, 2008. If the plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and enter judgment in favor of the defendant.

**SO ORDERED.**

                                            /s/_____
                                                 Reggie B. Walton
                                                 United States District Judge