UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD BRICE, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>JOHN SNOW, <u>et al.</u>, )<br>)<br>          Defendants. )<br>) | Civil Action No. 06-1064 (RBW) |

**ORDER**

This matter is before the Court on the defendants', Quixtar, Inc. and Amway Corporation, motion to dismiss. The plaintiff is proceeding <u>pro se</u> in this matter.

In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a <u>pro se</u> party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." <u>Id.</u> at 509. Accordingly, it is hereby this 30th day of January, 2008,

**ORDERED** that the plaintiff shall respond to the defendants' motion to dismiss no later than February 28, 2008. If the plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and enter judgment in favor of the defendant.

**SO ORDERED.**

/s/_____
Reggie B. Walton
United States District Judge