UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD BRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1064 (RBW) |
| ) | |
| JOHN SNOW, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 19, 2007, the defendants, Quixtar, Inc. and Amway Corporation, filed a motion to dismiss. The plaintiff failed to file an opposition within the time prescribed by Local Rule 7(b) ("[w]ithin 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."). Accordingly, this Court issued an Order pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), advising the plaintiff that failure to file an opposition to the defendants' motion by February 28, 2008, would result in the Court treating the motion as conceded and entering judgment in favor of the defendants. January 30, 2008 Order. The plaintiff has neither filed an opposition nor requested an extension of time to file an opposition by the due date. Accordingly, it is hereby this 29th day of February, 2008,

**ORDERED** that the defendants' motion is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED** as to defendants Quixtar, Inc. and Amway Corporation. It is further

**ORDERED** that the plaintiff's motion for summary judgment as to defendants Quixtar, Inc. and Amway Corporation is **DENIED AS MOOT**.

**SO ORDERED** this 29th day of February, 2008.

/s/_____
Reggie B. Walton
United States District Judge