UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RONALD BRICE,                       )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 06-1064 (RBW)
                                    )
JOHN SNOW, et al.,                  )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

**ORDERED** that the federal defendants' Motion to Vacate Entry of Default is **Granted**. It is further

**ORDERED** that the federal defendants' Motion to Dismiss is **Denied without prejudice**. It is further

**ORDERED** that the plaintiff shall perfect service upon the federal defendants pursuant to the Federal Rules of Civil Procedure 4 and file with the Court the appropriate affidavits attesting that proper service was effected. It is further

**ORDERED** that after proper service by the plaintiff has been achieved, the federal defendants shall file their answer or respond to the plaintiff's complaint within 30 days. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the

Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge